**U.S. Postal Service**™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com* .

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)         $ _____
☐ Certified Mail Restricted Delivery  $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery $ _____

7/22/21
21-CV- 22441
Postmark
Here

Postage
$

Total Postage

Sent To  Hon. Merrick Garland
Attorney General of the United
States of America

Street and  United States Department of Justice

City, State  950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

PS Form 3800, April 2015                See Reverse for Instructions

7017 1450 0000 4887 4172