**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No.: 1:21-CV-22441-SCOLA, JR./GOODMAN**

DONALD J. TRUMP, the Forty- Fifth
President of the United States,
INDIVIDUALLY AND ON BEHALF OF A
CLASS OF PERSONS SIMILARLY
SITUATED,

    Plaintiff and the Class,

vs.

TWITTER, INC., and JACK DORSEY,

    Defendants.
_____/

**CERTIFICATION OF RYAN S. TOUGIAS**

Ryan S. Tougias, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of the bar of the State of Connecticut and the bar of the State of New York; and (3) I have not filed three or more motions for admission *pro hac vice* in this District within the last 365 days.

                                                                      */s/ Ryan S. Tougias*
                                                                      Ryan S. Tougias, Esq.