UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

_____
                                              )
DONALD J. TRUMP, *et al.*,         )
                                              )
            *Plaintiffs*,           )
                                              )
      v.                     )     No. 1:21-cv-22441-RNS-JG
                                              )
TWITTER, INC. *et al.*            )
                                              )
            *Defendants*.        )
_____)

**UNITED STATES OF AMERICA'S NOTICE REGARDING
AUGUST 27, 2021 ORDER OF THE COURT**

       The United States of America respectfully submits this notice regarding the Court's August 27, 2021 Minute Order, ECF No. 36, which granted the United States' Motion to Stay Intervention Deadline, ECF No. 33. The Minute Order also stated in part:

> The motion indicates that the Government and the Plaintiffs have discussed a potential briefing schedule for an anticipated motion for a preliminary injunction. Thus, the Government and the Plaintiffs are hereby directed to inform the Court as to any agreement reached with respect to how long it will take for the Government to respond to any forthcoming motion, if it so chooses.

       The United States clarifies that it has not yet conferred with Plaintiffs' counsel about a briefing schedule for Plaintiffs' anticipated motion for preliminary injunction. The United States' Motion to Stay Intervention Deadline noted that counsel for the United States intend to discuss the preliminary injunction motion with the parties, ECF No. 33, at 2 n.1, but the parties have not yet conferred because counsel for Defendants have not yet appeared in this action and the preliminary injunction motion has not yet been filed. If and when the United States reaches any agreement with the parties concerning scheduling in this matter, the United States will ensure that the Court is promptly notified of such agreement.

Date: August 31, 2021                    Respectfully submitted,

                                                       MICHAEL D. GRANSTON
Deputy Assistant Attorney General

ERIC WOMACK
Assistant Branch Director

/s/ *Joshua Kolsky*
JOSHUA KOLSKY
Trial Attorney
D.C. Bar No. 993430
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW Washington, DC 20005
Tel.: (202) 305-7664
Fax: (202) 616-8470
E-mail: joshua.kolsky@usdoj.gov

*Attorneys for the United States*

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on August 31, 2021.

/s/ Joshua Kolsky
Joshua Kolsky