IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CASE NO.: 1:21-cv-22441-SCOLA/GOODMAN**

_____

DONALD J. TRUMP, et al.,

                       Plaintiffs,

v.

TWITTER, INC., and JACK DORSEY,

                       Defendants.

_____

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

    1. In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Ari Holtzblatt of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 1875 Pennsylvania Avenue, NW, Washington, DC 20006, 202-663-6964, for purposes of appearance as co-counsel on behalf of Twitter, Inc. in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Ari Holtzblatt to receive electronic filings in this case, and in support thereof states as follows:

    2. Ari Holtzblatt is not admitted to practice in the Southern District of Florida and is a member in good standing of the bars of the District of Columbia and Maryland. He is admitted to practice before the following federal courts: United States District Court for the District of Columbia, United States Court of Appeals for the Second Circuit, United States

1

Court of Appeals for the Tenth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Seventh Circuit, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Eleventh Circuit, United States Court of Appeals for the Third Circuit, and the Supreme Court of the United States.

3. Movant Peter Homer, of the law firm of Homer Bonner Jacobs & Ortiz, P.A., 1200 Four Seasons Tower, 1441 Brickell Ave., Miami, FL 33131-3445, 305-350-5100, is a member in good standing of the Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

4. In accordance with the local rules of this Court, Ari Holtzblatt has made payment of this Court's $200 admission fee. A certification in accordance with Rule 4(b) is attached hereto as Exhibit A.

5. Ari Holtzblatt, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Ari Holtzblatt at email address: ari.holtzblatt@wilmerhale.com.

WHEREFORE, Peter Homer moves this Court to enter an Order for Ari Holtzblatt, to appear before this Court on behalf of Twitter, Inc. for all purposes relating to the proceedings

in the above-styled matter and directing the Clerk to provide notice of electronic filings to Ari Holtzblatt. The proposed order is attached hereto as Exhibit B.

Date: September 1, 2021

        Respectfully submitted,

        */s/Peter W. Homer*
        Peter W. Homer (FL Bar No. 291250)
        HOMER BONNER JACOBS ORTIZ
        1200 Four Seasons Tower
        1441 Brickell Ave.
        Miami, FL 33131
        Tel.: (305) 350-5139
        Fax: (305) 982-0063
        phomer@homerbonner.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 1, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Peter W. Homer*
Peter W. Homer