UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-cv-22441-SCOLA/GOODMAN

DONALD J. TRUMP, et al.,

                        Plaintiffs,

v.

TWITTER, INC., and JACK DORSEY,

                        Defendants.

**DEFENDANT TWITTER, INC.'S RULE 7.1
CORPORATE DISCLOSURE STATEMENT**

Defendant Twitter, Inc. (Twitter), pursuant to Federal Rule of Civil Procedure 7.1, hereby files its Corporate Disclosure Statement, and states as follows: Twitter is a publicly traded corporation and no publicly traded entity owns 10% or more of its stock.

Dated: September 1, 2021

                                                                Respectfully submitted,

| | |
|---|---|
| Patrick J. Carome (*pro hac vice* pending) | */s/Peter W. Homer* |
| Ari Holtzblatt (*pro hac vice* pending) | Peter W. Homer (FL Bar No. 291250) |
| WILMER CUTLER PICKERING | HOMER BONNER |
|    HALE AND DORR LLP | 1200 Four Seasons Tower |
| 1875 Pennsylvania Ave. NW | 1441 Brickell Ave. |
| Washington, D.C. 20006 | Miami, FL 33131 |
| Tel.: (202) 663-6800 | Tel.: (305) 350-5139 |
| Fax: (202) 663-6363 | Fax: (305) 982-0063 |
| patrick.carome@wilmerhale.com | phomer@homerbonner.com |
| | |
| Felicia H. Ellsworth (*pro hac vice* pending) | |
| WILMER CUTLER PICKERING | ***Attorneys for Defendant Twitter, Inc.*** |
|    HALE AND DORR LLP | |
| 60 State Street | |
| Boston, MA 02109 | |
| Tel.: (617) 526-6000 | |
| Fax: (617) 526-5000 | |
| felicia.ellsworth@wilmerhale.com | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 1, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Peter W. Homer*
Peter W. Homer