UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-cv-22441-SCOLA/GOODMAN

_____

DONALD J. TRUMP, et al.,

                        Plaintiffs,

v.

TWITTER, INC., and JACK DORSEY,

                        Defendants.

_____

## NOTICE OF SIMILAR ACTION

Pursuant to Local Rule 3.8, Defendant Twitter, Inc. ("Twitter") hereby gives notice of a lower-numbered, similar action filed by plaintiff Donald J. Trump against different defendants: *Trump et al. v. Facebook, Inc. et al.*, No. 1:21-cv-22440, pending before Judge Williams. There is also a higher-numbered, similar action: *Trump et al. v. YouTube, LLC et al.*, No. 1:21-cv-22445, pending before Judge Moore.[1]

---

[1] This notice is filed only on behalf of Twitter, and not defendant Jack Dorsey. By submitting this notice, Twitter in no way waives the enforceability of a forum selection clause or any applicable motions under Federal Rule of Civil Procedure 12(b).

1

Respectfully submitted,

Patrick J. Carome (*pro hac vice* pending)  
Ari Holtzblatt (*pro hac vice* pending)  
WILMER CUTLER PICKERING  
   HALE AND DORR LLP  
1875 Pennsylvania Ave. NW  
Washington, D.C. 20006  
Tel.: (202) 663-6800  
Fax: (202) 663-6363  
patrick.carome@wilmerhale.com  

Felicia H. Ellsworth (*pro hac vice* pending)  
WILMER CUTLER PICKERING  
   HALE AND DORR LLP  
60 State Street  
Boston, MA 02109  
Tel.: (617) 526-6000  
Fax: (617) 526-5000  
felicia.ellsworth@wilmerhale.com  

*/s/Peter W. Homer*  
Peter W. Homer (FL Bar No. 291250)  
HOMER BONNER  
1200 Four Seasons Tower  
1441 Brickell Ave.  
Miami, FL 33131  
Tel.: (305) 350-5139  
Fax: (305) 982-0063  
phomer@homerbonner.com  

***Attorneys for Defendant Twitter, Inc.***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 1, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Peter W. Homer*
Peter W. Homer