

EXHIBIT AAAA(i)