

EXHIBIT AAAA(ii)