TRY OUR CORPORATE SOLUTION FOR FREE!   📞 (212) 419-8286   ✉ hadley.ward@statista.com

Source: https://www.statista.com/statistics/970911/monetizable-daily-active-twitter-users-in-the-united-states/

### Twitter: number of monetizable daily active U.S. users 2017-2021

Published by Statista Research Department, Jul 23, 2021

In the second quarter of 2021, monetizable daily active users (mDAU) of Twitter based in the United States amounted to 37 million. Total monthly active Twitter users in the United States amounted to 68 million in the first quarter of 2019.

**Number of monetizable daily active Twitter users (mDAU) in the United States from 1st quarter 2017 to 2nd quarter 2021**

*(in millions)*



ⓘ Additional Information

© Statista 2021 🏴

Show source ⓘ

EXHIBIT AAAAA

**Source**

➙ Show sources information
➙ Show publisher information

**Release date**

July 2021

**Region**

United States

**Survey time period**

Q1 2017 to Q2 2021

EXHIBIT AAAAA