

**Rep. Frank Pallone** ✓
@FrankPallone

Enough is enough! Trump is inciting violence and spreading dangerous misinformation that is undermining our democracy and our way of life. Social media continues to amplify his anti-democratic rhetoric. It's time for @jack and Mark Zuckerberg to remove Trump from their platforms.

7:11 PM · Jan 6, 2021 · Twitter Web App

EXHIBIT B