

Mail | News | Finance | Sports | Entertainment | Life | COVID-19 | Shopping | Tech Tips | Yahoo Plus

Ads by Google
Stop seeing this ad   Why this ad?

NATIONAL REVIEW

# Twitter CEO Says Blocking New York Post Hunter Biden Story Was 'Mistake'

Zachary Evans

March 25, 2021 · 1 min read



Switch today!
Ask how to get up to a $650 Prepaid Card.

GET IT NOW
(800) 501-6000



Twitter CEO Jack Dorsey said his company's decision to block a *New York Post* story on Hunter Biden in October 2020 was a "mistake," but did not reveal who made the decision, in remarks at a House hearing on Thursday.

"It was literally just a process error. This was not against them [the *Post*] in any particular way," Dorsey told members of the House Energy and Commerce Committee, in comments reported by the *Post*.

### TRENDING

1. Tennessee teen talking about grandma who died of Covid heckled by adults at school board meeting

2. Nebraska 'Karen' deliberately coughing at shoppers gets fired from job

3. 2 Florida middle schoolers arrested for allegedly plotting mass school shooting

4. Denmark lifts all COVID-19 restrictions as Fauci says cases are 16 times too high to end the pandemic in US

5. Mission 'Unfinished': Veterans Reflect on Two Decades in Afghanistan

EXHIBIT CCC



"[For] their entire account to be blocked for two weeks by a mistake seems like a really big mistake," Scalise said. "Was anyone held accountable in your censoring department for that mistake?"

Dorsey responded that "we don't have a censoring department," claiming that the company did not directly block the *Post*'s account.

"We required them to delete the tweet and then they could tweet it again," Dorsey said.

Twitter initially removed the *Post* story, which was based on emails between Hunter Biden and an executive at Ukrainian energy firm Burisma Holdings, citing its "hacked materials" policy. At the time, the policy forbade uploading content "obtained through hacking that contains private information, may put people in physical harm or danger, or contains trade secrets."

On October 30, two weeks after the story broke, Twitter relented and unlocked the *Post*'s account. Dorsey has previously stated that the decision to block the *Post* story was "wrong."

**More from National Review**

- Rick Scott Criticizes Twitter for Allowing Posts by Foreign Dictators while Flagging Trump Tweets

- Ted Cruz Slams Twitter CEO for Censoring NY Post Biden Story: 'Behaving as a Democratic Super PAC'

- Twitter CEO Dorsey Says It Was 'Wrong' to Block New York Post Hunter Biden Story



EXHIBIT CCC