

EXHIBIT CCCC(i)