# Twitter Gives Taliban Spox A Platform While Keeping Ban On 45th President Of The United States

AUGUST 16, 2021 By Jordan Davidson

Twitter continues to give a Taliban spokesman a platform on its website as the terrorist group ravages Afghanistan, but it won't budge on its permanent ban on former President Donald Trump.

Twitter has long claimed it cracks down on misinformation and violence. In January, the Big Tech giant banned then-President Trump over what it claimed were fears of "further incitement of violence" shortly after the Jan. 6 Capitol riot.

EXHIBIT CCCCC



At the time, Twitter said Trump tweeted several damning things that justified expelling him from the platform. Other social media companies such as Facebook and Snapchat quickly joined the campaign to censor and bar the Republican from sharing his thoughts digitally.

The Taliban, a violent terrorist group, is known for murdering thousands of people, mistreating women, and hating Americans, but at least one of their spokesmen continues to operate on Twitter and spew propaganda without any retribution from the Big Tech company.

The account in question is technically unverified but has more than 285,000 followers as of Monday morning and is actively tweeting updates and lies about the group's advance in Kabul.

EXHIBIT CCCCC



EXHIBIT CCCCC

The bio of the account brags that the account is the "Official Twitter Account of the Spokesman of Islamic Emirate of Afghanistan, Zabihullah Mujahid," who has spent years airing the Taliban's agenda to various media outlets. In his tweets, Mujahid falsely claims that "the situation in Kabul is under control" and that "no danger is posed" to the international embassies located in the Afghanistan capital.

This is not the first time Big Tech has refused to take action against the Taliban. Reporting from the Washington Post and other outlets suggests the Taliban has expanded its presence on social media and often uses those apps to communicate its messages, plans, and plots to overthrow the Afghanistan government without retribution.



EXHIBIT CCCCC



EXHIBIT CCCCC

Just this weekend, the Taliban used Facebook-owned WhatsApp to alert residents of the capital city of Kabul to its successful takeover.



EXHIBIT CCCCC



EXHIBIT CCCCC

The terrorist group also used the Big Tech platform to create doxing hotlines and emergency broadcast systems without any apparent penalties or threat of suspension from Facebook.



EXHIBIT CCCCC