

EXHIBIT D(i)