

EXHIBIT D(ii)