

EXHIBIT DD(i)