

EXHIBIT DDDD(i)