

EXHIBIT DDDD(ii)