Skip to main content

 Help Center

- Using Twitter (https://help.twitter.com/en/using-twitter)
- Managing your account (https://help.twitter.com/en/managing-your-account)
- Safety and security (https://help.twitter.com/en/safety-and-security)
- Rules and policies (https://help.twitter.com/en/rules-and-policies)
- Resources ⌄
  - New user FAQ (https://help.twitter.com/en/resources/new-user-faq)
  - Glossary (https://help.twitter.com/en/resources/glossary)
  - A safer Twitter (https://help.twitter.com/en/resources/a-safer-twitter)
  - Our rules (https://help.twitter.com/en/resources/rules)
  - My privacy (https://help.twitter.com/en/resources/how-you-can-control-your-privacy)
  - Getting Started Guide (https://help.twitter.com/en/resources/twitter-guide)

Sign in (https://twitter.com/login?redirect_after_login=https://help.twitter.com/en/rules-and-policies/violent-threats-glorification)



Contact Us (https://help.twitter.com/forms.html)



1. Violent threats policy

Violent threats policy

━

1. Help Center ⌃ (https://help.twitter.com/en)
2. Safety and cybercrime ⌃ (https://help.twitter.com/en/rules-and-policies#safety-and-cybercrime)

# Violent threats policy

## Overview

EXHIBIT DDDDD

**March 2019**

**You may not threaten violence against an individual or a group of people. We also prohibit the glorification of violence.**

Healthy conversation is only possible when people feel safe from abuse and don't resort to using violent language. For this reason, we have a policy against threatening violence on Twitter. We define violent threats as statements of an intent to kill or inflict serious physical harm on a specific person or group of people.

# What is in violation of this policy?

Under this policy, you can't state an intention to inflict violence on a specific person or group of people. We define intent to include statements like "I will", "I'm going to", or "I plan to", as well as conditional statements like "If you do X, I will". Violations of this policy include, but are not limited to:

- threatening to kill someone;
- threatening to sexually assault someone;
- threatening to seriously hurt someone and/or commit a other violent act that could lead to someone's death or serious physical injury; and
- asking for or offering a financial reward in exchange for inflicting violence on a specific person or group of people.

# What is not a violation of this policy?

We recognize that some people use violent language as part of hyperbolic speech or between friends, so  we also allow some forms of violent speech where it's clear that there is no abusive or violent intent, e.g., "I'll kill you for sending me that plot spoiler!".

This policy is enforced in tandem with our policies on <u>abusive behavior</u> <u>(https://help.twitter.com/rules-and-policies/abusive-behavior)</u> and <u>hateful conduct</u> <u>(https://help.twitter.com/rules-and-policies/hateful-conduct-policy)</u>. Statements that express a wish or hope that someone experiences physical harm, making vague or indirect threats, or threatening actions that are unlikely to cause serious or lasting injury are not

Feedback

EXHIBIT DDDDD

actionable under this policy, but may be reviewed and actioned under those policies.
**Note:** we also have a policy against <u>encouraging self-harm and suicide</u>
<u>(https://help.twitter.com/rules-and-policies/glorifying-self-harm)</u>.

# Who can report violations of this policy?

Anyone can report potential violations of this policy, whether they have a Twitter
account or not.

# How can I report violations of this policy?

**In-app**

You can report this content for review in-app as follows:

1. Select **Report Tweet** from the ⌄ icon.
2. Select **It's abusive or harmful**.
3. Select **Threatening violence or physical harm**.
4. Select the relevant option depending on who you are reporting on behalf of.
5. Select up to 5 Tweets to report for review.
6. Submit your report.

**Desktop**

You can report this content for review via desktop as follows:

1. Select **Report Tweet** from the ⌄ icon.
2. Select **It's abusive or harmful**.
3. Select **Threatening violence or physical harm**.
4. Select the relevant option depending on who you are reporting on behalf of.
5. Select up to 5 Tweets to report for review.
6. Submit your report.

Feedback

EXHIBIT DDDDD

**Report form**

You can also report this content for review via <u>our abusive behavior reporting form</u> <u>(https://help.twitter.com/forms/abusiveuser)</u>, by selecting the **Specific violent threats involving physical safety or well-being** option.

# What happens if you violate this policy?

**We will immediately and permanently suspend any account** found to be posting violent threats.

**In rare cases, we may not suspend an account immediately.** For example, if the reported content is a form of hyperbolic speech. In such cases, we may require you to remove this content. We may also temporarily lock you out of your account before you can Tweet again. If you continue to violate this policy after receiving a warning, your account will be permanently suspended. If you believe that your account was suspended in error, you can <u>submit an appeal</u> <u>(https://help.twitter.com/forms/general?</u> <u>subtopic=suspended)</u>.

# Additional resources

Learn more about <u>our range of enforcement options</u> <u>(https://help.twitter.com/rules-and-policies/enforcement-options)</u> and our approach to <u>policy development and enforcement</u> <u>(https://help.twitter.com/rules-and-policies/enforcement-philosophy)</u>.

## Share this article


Tweet

## Was this article helpful?*

 

Submit

EXHIBIT DDDDD

© 2021 Twitter, Inc.

<u>Cookies</u> <u>(https://help.twitter.com/rules-and-policies/twitter-cookies)</u>

<u>Privacy</u> <u>(https://twitter.com/privacy)</u>

<u>Terms and conditions</u> <u>(https://twitter.com/tos)</u>

<u>English</u>

<u>Help Center</u>

Feedback

EXHIBIT DDDDD

- English
- Español
- 日本語
- 한국어
- Português
- Deutsch
- Türkçe
- Français
- Italiano
- العربيّة
- Nederlands
- Bahasa Indonesia
- Русский
- हिंदी
- עברית
- 简体中文
- 繁體中文
- ภาษาไทย
- Tiếng Anh
- Melayu
- Filipino
- فارسی
- Dansk
- Suomi
- Svenska
- Norsk
- Polski
- Magyar
- Română
- Čeština
- Ελληνικά
- Українська
- मदत केंद्र
- உதவி மையம்
- Български
- Català
- Hrvatski
- Српски
- Slovenčina
- Kannada

Feedback

EXHIBIT DDDDD

- <u>Pashto</u>
- <u>Dari</u>

Feedback

EXHIBIT DDDDD