

EXHIBIT E(ii)