

EXHIBIT EEE(i)