

**Nancy Pelosi** ✔
@SpeakerPelosi

Speaker of the House, focused on strengthening America's middle class and creating jobs; mother, grandmother, dark chocolate connoisseur.

⊙ San Francisco   🔗 speaker.gov   ⊞ Joined August 2008

**428** Following     **7.1M** Followers

| Tweets | Tweets & replies | Media | Likes |

EXHIBIT F(i)