

EXHIBIT F(ii)