

EXHIBIT FF(i)