

EXHIBIT FF(ii)