

EXHIBIT FFF