

EXHIBIT FFFF