

# Ilhan Omar ✔
@IlhanMN

Mom, Refugee and Congresswoman for #MN05. Progressive Caucus Whip. Fighting for a more just world. Grassroots funded progressive ✨ HC.com/IlhanOmar 📚

⊙ Minneapolis, MN   🔗 ilhanomar.com   📅 Joined August 2012

**1,700** Following   **3M** Followers

EXHIBIT G(i)