

EXHIBIT G(iii)