

EXHIBIT GGG