# Vaccinate with Confidence
*Protect communities. Empower families. Stop myths.*

Child vaccination coverage remains high nationally, and most parents are confident in the safety and effectiveness of vaccines.

However, the spread of myths and misinformation has put some communities at risk. When misleading information circulates, vaccination coverage can fall and increase the risk for outbreaks of vaccine-preventable diseases.

## A New Approach

*Vaccinate with Confidence* is CDC's strategic framework to strengthen vaccine confidence and prevent outbreaks of vaccine-preventable diseases in the United States.

*Vaccinate with Confidence* will strengthen public trust in vaccines by advancing three key priorities:

### Protect Communities
Vaccination rates remain strong nationally, but pockets of under-vaccination persist in some locations, putting communities at risk for outbreaks. CDC will support states, cities, and counties to find these communities and take steps to protect them.

### Empower Families
Trust in vaccines is not built through a top-down approach, but through millions of conversations between parents, doctors, nurses, pharmacists, and community members. CDC will expand resources for health care professionals to support effective vaccine conversations.

### Stop Myths
To stop misinformation from eroding public trust in vaccines, CDC will work with local partners and trusted messengers to improve confidence in vaccines among at-risk groups; establish partnerships to contain the spread of misinformation; and reach critical stakeholders to provide clear information about vaccination and the critical role it plays in protecting the public.



Image courtesy of the American Academy of Pediatrics and *SELF Magazine*.



U.S. Department of Health and Human Services
Centers for Disease Control and Prevention

EXHIBIT HH

**CDC | NCIRD** | Vaccinate with Confidence

*Vaccinate with Confidence* combines CDC's existing work with new investments, partnerships, and activities to protect communities at risk and strengthen public trust in the life-saving protection of vaccines.

## How We Get There



### Protect Communities
CDC is supporting partners to find and protect communities at risk.

*New Investments and Partnerships*
- Leverage CDC's Immunization and Vaccines for Children cooperative agreement to support efforts to find and respond to pockets of low vaccine coverage
- Use immunization information system data to pinpoint areas of low vaccination coverage
- Build immunization program capacity and leadership to effectively respond to outbreaks



### Empower Families
CDC is working with key partners to strengthen parent-provider conversations about vaccines.

*New Investments and Partnerships*
- Start vaccine conversations earlier, with parents of very young infants and pregnant women
- Reduce hesitancy and improve vaccine access at the nation's community health centers
- Develop a provider toolkit to address parents' vaccine questions during outbreaks



### Stop Myths
CDC is engaging local messengers and partners to contain the spread of misinformation and ensure key stakeholders have critical information about vaccines.

*New Investments and Partnerships*
- Work with social media companies to promote trustworthy vaccine information
- Provide accurate, accessible information on vaccines to state policy makers
- Engage state and local health officials to advance effective local responses to misinformation



### Priorities for 2020 and Beyond
CDC will prioritize the activities below to ensure that every community is protected:
- Leverage diverse data sources to find and protect communities at risk
- Expand resources for working with local communities
- Build and foster a culture of immunization in health care practices
- Continually improve communication strategies
- Further invest in and collaborate with our vital partners