

EXHIBIT HHHH(ii)