

EXHIBIT I



EXHIBIT I



EXHIBIT I



EXHIBIT I



EXHIBIT I



EXHIBIT I



EXHIBIT I



EXHIBIT I



EXHIBIT I