

EXHIBIT IIII