

EXHIBIT KKK(ii)