

EXHIBIT



EXHIBIT



EXHIBIT



EXHIBIT



EXHIBIT 1



EXHIBIT 1



EXHIBIT 1



EXHIBIT I



EXHIBIT