

EXHIBIT LLL(i)