



21.2K Tweets



Follow

**Chuck Schumer** ✓
@SenSchumer

Official Account of Senator Chuck Schumer, New York's Senator and the Senate Majority Leader.

📍 New York, NY  🔗 democraticleader.senate.gov  🎈 Born November 23, 1950
📅 Joined November 2008

**24.4K** Following    **3.2M** Followers

**Tweets**        Tweets & replies         Media              Likes

EXHIBIT LLLL(i)