

EXHIBIT LLLL(ii)