

EXHIBIT MMM(i)