

EXHIBIT NN