

EXHIBIT NNNN