

EXHIBIT OOO(i)