BREAKING | Jun 8, 2020, 06:34pm EDT | 132,164 views

# 14 Days Of Protests, 19 Dead



**Jemima McEvoy** Forbes Staff

Business

*I'm a British-born reporter covering breaking news for Forbes.*

  Listen to this article now   ~ 1 min

Powered by Trinity Audio

**TOPLINE** Topline: Though curfews are lifting and protests remain predominantly peaceful, the death toll from two weeks of demonstrations over the death of George Floyd continues to creep upward, with at least 19 people—a majority of whom are black—now dead.



LOS ANGELES, CA - JUNE 08: A drone aerial view shows a memorial service for George Floyd and other ... [+]   GETTY IMAGES

**KEY FACTS**

EXHIBIT 0000

- **Calvin L. Horton Jr., 43, Minnesota:** Horton was fatally shot near the Minneapolis Police Department's Third Precinct two days after Floyd's death in what is believed to be the first killing since the protests began.

- **Javar Harrell, 21, Michigan:** Harrell was shot May 29 as protests erupted in Detroit; his family has said that he was not protesting and it's not clear whether his death is connected to the protests.

- **Dave Patrick Underwood, 53, California:** Underwood was shot May 30 while on guard duty outside a federal courthouse in Oakland and was one of two officers targeted in a drive-by shooting amid nearby protests.

- **James Scurlock, 22, Nebraska:** A violent encounter with a white bar owner, Jake Gardner, during a protest in Omaha on May 30 led to the death of 22-year-old Scurlock, who is black. Surveillance footage shows Scurlock jumping on Gardner; the Douglas County Attorney's Office determined that Garner acted in self-defense and he will not face charges.

- **Barry Perkins, 29, Missouri:** The St. Louis resident was reportedly run over and killed by a FedEx truck while attending a protest on May 30.

- **Chris Beaty, 38, Indiana:** Just a few feet from his apartment, the former Indiana University football player and local business owner was killed on May 30 amid unrest in Indianapolis.

- **Dorian Murrell, 18, Indiana:** Only a few hours after Beaty's death, Murrell was fatally wounded in an early morning shooting on May 31.

- **Italia Kelly, 22, Iowa:** Kelly was shot and killed around midnight on May 31 while leaving a protest outside a Walmart in Davenport, Iowa.

- **Marquis M. Tousant, 23, Iowa:** Tousant was found dead at the same scene as Kelly, outside the Davenport Walmart, where authorities say a police ambush unfolded.

EXHIBIT OOOO

- **Marvin Francois, 50, Missouri:** Francois was fatally shot after a protest in Kansas City on May 31, with police reporting his killers were three men attempting to steal his car.

- **John Tiggs, 32, Illinois:** Tiggs was fatally struck in the abdomen by shots fired inside a Metro PCS during lootings in the South Side of Chicago on May 31.

- **David McAtee, 53, Kentucky:** McAtee was shot on the morning of June 1 as National Guard troops and local police tried to disperse crowds of protestors in Louisville; his death led to the immediate firing of Louisville Metro Police Chief Steve Conrad, as two of the officers involved in the shooting had not activated body cameras.

- **Jose Gutierrez, 28, Illinois:** Gutierrez was shot on June 1 in the Chicago suburb of Cicero, where unrest and looting led the city to declare a state of emergency.

- **Victor Cazares Jr., 27, Illinois:** Cazares was killed by a shot to the head in Cicero in a separate incident on the same day; both deaths have been ruled as homicides.

- **Jorge Gomez, 25, Las Vegas:** Gomez was shot by officers during a protest that turned violent on June 1; Gomez was armed and allegedly pulled a gun at officers.

- **David Dorn, 77, Missouri:** The retired St. Louis police captain was killed by people looting a pawn shop after midnight on June 2, according to authorities.

- **Robert Forbes, 55, California:** Forbes died on June 6, a few days after he was struck by a car while peacefully protesting in California City.

- Two unidentified males died in Philadelphia on the night of June 2; one suspected looter was killed by the owner of a gun shop and the other was

killed trying to blow up an ATM on the sidewalk.

**KEY BACKGROUND**

In addition to these 19 known fatalities, the past two weeks have seen numerous violent encounters between police and protesters—with both sides sustaining serious injuries. Protesters have been seriously injured by the use of nonlethal weapons and physical violence while a number of police officers are also recovering from injuries from shootings, stabbings, and objects thrown at them during protests. The majority of those fatally caught in the crossfire of protests are black males.

**FURTHER READING**

"George Floyd Memorial Service Filled With Tears, Raised Fists And Calls For Change" (Forbes)

"Democrats Take A Knee For Floyd, Unveil Police Overhaul Legislation" (Forbes)

"Man Drives Car Into Crowd Of Seattle Protesters Before Shooting Demonstrator" (Forbes)

---

**Forbes | Topline**

**Be the first to get expert analysis as breaking news happens.**

Sign up for Topline email alerts for breaking news of the day.

[Email address]   [Submit]

You may opt out any time. By signing up for this newsletter, you agree to the Terms and Conditions and Privacy Policy

---

Follow me on *Twitter*. *Send me a secure tip*.



Jemima McEvoy

EXHIBIT OOOO