

EXHIBIT PP