

LOG IN

| Grimace exposed: McDonald's… | South Carolina attorney pushed out of firm day… | 'Obsessed' Kansas teacher found guilty of… | Comedian Kate Quigley only lucid 'for… | Seven armed American civilians arrest… | The Yankees have reached their tipping… |

TRY IT FREE

NEWS

# More than 700 officers injured in George Floyd protests across US

By Ebony Bowden

June 8, 2020   1:09pm   Updated

EXHIBIT PPPP

**NEW YORK POST**  LOG IN

| Grimace exposed: McDonald's… | South Carolina attorney pushed out of firm day… | 'Obsessed' Kansas teacher found guilty of… | Comedian Kate Quigley only lucid 'for… | Seven armed American civilians arrest… | The Yankees have reached their tipping… |



Getty Images

**MORE ON:**
**GEORGE FLOYD**

Trump decries removal of Robert E. Lee statue: 'Our culture is being destroyed'

Taliban replaces murals in Kabul, including one honoring US-Taliban peace agreement

Minnesota State Patrol purged messages after Floyd protests

George Floyd protester who fired at Minneapolis cops acquitted

WASHINGTON — More than 700 law enforcement officers have been injured on the job during nationwide protests over the death of George Floyd — with nearly 300 of those among New York's Finest, according to the Department of Justice and the NYPD.

EXHIBIT PPPP



LOG IN

| Grimace exposed: McDonald's… | South Carolina attorney pushed out of firm day… | 'Obsessed' Kansas teacher found guilty of… | Comedian Kate Quigley only lucid 'for… | Seven armed American civilians arrest… | The Yankees have reached their tipping… |

Attorney General William Barr told reporters last week.

In New York, a total of 292 members of the force have been hurt during the demonstrations, with one officer struck by a car amid looting in the Bronx released from the hospital Sunday, according to the NYPD.

At least 150 federal buildings have also been damaged across the country, according to Homeland Security's Federal Protective Service.

President Trump has faced intense scrutiny over his handling of the crisis, telling governors they need to "dominate" the streets and threatening to send National Guard troops to states rocked by once-in-a-generation unrest.

In Washington, authorities were also criticized for using smoke canisters and pepper balls to clear protesters gathered in Lafayette Park so Trump could stand outside St. John's Episcopal Church with a Bible.

But defenders of the president credited him and his decision to bring federal troops into Washington with the fact that enormous protests over this weekend were peaceful.

"The streets of America didn't spontaneously become peaceful last week," said Alyssa Farah, the White House's director of strategic communications.

"It was a direct result of President Trump calling on governors and mayors to surge the National Guard in their states and restore law and order on America's streets so that peaceful protesters could demonstrate safely," she continued.

The president said Sunday he was withdrawing the nearly 4,000 National Guard troops brought to DC to quell the looting, arson and violent clashes that rocked the streets of the nation's capital at the end of May.

"Juxtapose Washington, D.C. two weekends ago, when there was widespread vandalism, property damage, and arson with this past weekend — it was night and day," Farah said.

EXHIBIT PPPP

**NEW YORK POST**

LOG IN

| Grimace exposed: McDonald's… | South Carolina attorney pushed out of firm day… | 'Obsessed' Kansas teacher found guilty of… | Comedian Kate Quigley only lucid 'for… | Seven armed American civilians arrest… | The Yankees have reached their tipping… |

NOT FDIC INSURED | MAY LOSE VALUE | NO BANK GUARANTEE

There are risks involved with investing in ETFs, including possible loss of money. ETFs are subject to risks similar to those of stocks. Investments focused in a particular sector, such as technology, are subject to greater risk, and are more greatly impacted by market volatility, than more diversified investments.

Before investing, consider the investment objectives, risks, charges and expenses. Visit invesco.com for a prospectus containing this information. Read the prospectus carefully before investing.

The Nasdaq-100 index comprises the 100 largest non-financial companies traded on the Nasdaq. An investment cannot be made directly into the index.

Invesco Distributors, Inc.

More than 100,000 people marched in Washington on Saturday, the largest turnout yet, to protest the death of Floyd, who was killed when a white police officer kneeled on the black man's neck for nearly nine minutes.

FILED UNDER  BLACK LIVES MATTER , DONALD TRUMP , GEORGE FLOYD , PROTESTS , RIOTS  6/8/20

**READ NEXT**   Inside Chicago's deadliest day in six decades

**SPONSORED STORIES**

EXHIBIT PPPP