

EXHIBIT QQ