DOW JONES, A NEWS CORP COMPANY

About WSJ

DJIA 35343.28 0.79% ▼ | S&P 500 4448.08 0.71% ▼ | Nasdaq 14656.18 0.93% ▼ | U.S. 10 Yr 1/32 Yield 1.26% ▼ | Crude Oil 86.67 0.12% ▼ | Euro 1.1707 0% ▼

# THE WALL STREET JOURNAL.

Subscribe | Sign In

**50% OFF 1 YEAR**

English Edition ▼ | Print Edition | Video | Podcasts | Latest Headlines

Home | World | **U.S.** | Politics | Economy | Business | Tech | Markets | Opinion | Books & Arts | Real Estate | Life & Work | WSJ. Magazine | Sports

Search 

### CORONAVIRUS
Resources

• LIVE UPDATES | DELTA VARIANT Q&A | BREAKTHROUGH CASES | BOOSTER SHOTS | COVID-19'S ORIGINS | COVID TRACKER

TAKE A SURVEY — We want to hear from you. Take part in this short survey to help shape The Wall Street Journal. Take Survey 



SHARE



U.S.

# Early Data Show No Uptick in Covid-19 Transmission From Protests

Public health experts say preliminary test results are encouraging; outdoor locations and masks may have helped



The largest protests following the killing of George Floyd remained mostly peaceful in early June; Minneapolis city council members agreed to

begin the disbanding of the police department; in Seattle, a man drove a car into a crowd and shot a protester. Photo: Lindsey Wasson/Reuters (Originally published June 8, 2020)

By *Daniela Hernandez*, *Sarah Krouse*, *Brianna Abbott* and *Charity L. Scott*

Updated June 18, 2020 1:32 pm ET

PRINT    TEXT    351

Early coronavirus testing data from a handful of U.S. cities and states suggest that recent protests against racial injustices haven't yet led to a marked uptick in new cases. Public-health officials warn that the data is still preliminary, however, and protest-related cases could still rise.

In Minnesota, where the police killing of George Floyd led to protests there and across the country, 1.8% of test results have come back positive as of Monday among 3,200 protesters who were tested at community sites, the state's health department said. An additional 8,500 Minnesota protesters have been tested through their health-care providers or at other sites, with a positivity rate of 0.99% so far, according to the department.

"We're delighted that we are not seeing a huge increase in cases," Kris Ehresmann, the infectious disease division director at the Minnesota Department of Health, said at a media briefing on Wednesday.

New York City, where thousands have attended protests, made Covid-19 diagnostic testing available to anyone, and government officials have encouraged those who attended protests to get tested. The seven-day rolling average of the percent of positive coronavirus tests in New York City has been below 3%, and has trended flat or downward since June 5

TO READ THE FULL STORY

SUBSCRIBE    SIGN IN

# THE WALL STREET JOURNAL.

Continue reading your article with a WSJ membership

## 50% Off 1 Year

---

**UPCOMING EVENTS**

**Aug 18 2021** — 3:00 PM - 3:30 PM EDT
Ask WSJ: What You Need to Know About the Covid-19 Vaccine Boosters

**Aug 19 2021** — 1:00 PM - 1:30 PM EDT
Ask WSJ: On the Front Lines of the Taliban Takeover in Afghanistan

**Sep 14 2021** — 12:30 PM - 2:00 PM EDT
The Future Of Transportation

ADD TO CALENDAR

**MOST POPULAR NEWS**

1. What's Happening in Afghanistan? 

2. Violence Erupts at Kabul Airport as Afghans Try to Flee Taliban 

3. A Taliban Leader Emerges: Hunted, Jailed and Now Free 

4. Taliban Consolidate Control in Afghanistan's Capital 

5. Biden Wanted to Leave Afghanistan. He Knew the Risks. 

**MOST POPULAR OPINION**

1. Opinion: Biden to Afghanistan: Drop Dead 

# 50% Off 1 Year

VIEW MEMBERSHIP OPTIONS

Case 1:21-cv-22441-RNS   Document 62-116   Entered on FLSD Docket 10/01/2021   Page 3 of 4

1. Opinion: Black Lives Matter Enters a Young Athlete's Mind 

3. Opinion: Follow Your Nose to Herd Immunity 

4. Opinion: Biden's Chamberlain Moment in Afghanistan 

5. Opinion: Afghanistan Reveals All the President's Weaknesses 

### RECOMMENDED VIDEOS

1. Watch: Andrew Cuomo Steps Down as New York Governor 

2. New York Lt. Gov. Hochul: Our Work Has Already Begun 

3. How Scarlett Johansson's Disney Lawsuit Could Change Actor Pay 

4. 'I'm Dedicated': Bill Gates Commits $1.5 Billion for Climate Projects 

5. Breakthrough Covid-19 Cases Raise Questions About Immunity 

ADVERTISEMENT

10 Lessons to Take From Millionaires Who Are Really Good

Refi rates at 1.89% APR. Do you qualify?

Dianomi

With Money
The Penny Hoarder

LendingTree



**Grocery Store Billionaire: Big Financial Surprise Coming In October**
Stansberry Research

 **Rare "All In" Buy Alert. We're "All In" on This One Stock.**
The Motley Fool



**See How Some Retirees Use Options Trading As A Safe Way To Earn Income**
TradeWins

 **11 Credit Cards You Should Not Ignore If You Have Excellent Credit**
NerdWallet

---

## SPONSORED OFFERS

**WALMART:**
Walmart coupon code - 20% off your next order of $50

**EXPEDIA:**
Top Expedia promo code - 10% off $100+ bookings

**MICROSOFT STORE:**
Microsoft Coupon - 10% off for all Military personnel

**ULTA BEAUTY:**
Ulta Beauty promo code: 25% off any $15 order

**NIKE:**
Summer Savings - Up to 50% off Nike's hottest styles

**BOSCOV'S:**
Save 10% off Sitewide Orders with Boscov's Coupon

---

BACK TO TOP ⌃

THE WALL STREET JOURNAL.    English Edition ▼        Subscribe Now    Sign In

| WSJ Membership | Customer Service | Tools & Features | Ads | More |
|---|---|---|---|---|
| WSJ+ Membership Benefits | Customer Center | Emails & Alerts | Advertise | About Us |
| Subscription Options | Contact Us | Guides | Commercial Real Estate Ads | Commercial Partnerships |
| Why Subscribe? | | Topics | Place a Classified Ad | Content Partnerships |
| Corporate Subscriptions | | My News | Sell Your Business | Corrections |
| Professor Journal | | RSS Feeds | Sell Your Home | Jobs at WSJ |
| Student Journal | | Video Center | Recruitment & Career Ads | News Archive |
| WSJ High School Program | | Watchlist | Coupons | Register for Free |
| WSJ Amenity Program | | Podcasts | | Reprints |
| Public Library Program | | | | Buy Issues |
| WSJ Live | | | | |

Dow Jones Products    Barron's    BigCharts    Dow Jones Newswires    Factiva    Financial News    Mansion Global    MarketWatch    Private Markets
Risk & Compliance    WSJ Pro    WSJ Video    WSJ Wine

Privacy Notice    Cookie Notice    Copyright Policy    Data Policy    Subscriber Agreement & Terms of Use    Your Ad Choices

Copyright ©2021 Dow Jones & Company, Inc. All Rights Reserved.

EXHIBIT QQQ(ii)