THE WALL STREET JOURNAL.

Subscribe | Sign In

Home   World   U.S.   Politics   Economy   Business   Tech   Markets   Opinion   Books & Arts   Real Estate   Life & Work   WSJ. Magazine   Sports   Search

# THE WALL STREET JOURNAL.

English Edition ▼ | Print Edition | Video | Podcasts | Latest Headlines

Subscribe | Sign In

Home   World   U.S.   Politics   Economy   Business   Tech   Markets   Opinion   Books & Arts   Real Estate   Life & Work   WSJ. Magazine   Sports   Search

CORONAVIRUS
Resources

· LIVE UPDATES | DELTA VARIANT Q&A | BREAKTHROUGH CASES | BOOSTER SHOTS | COVID-19'S ORIGINS | COVID TRACKER

TAKE A SURVEY        We want to hear from you. Take part in this short survey to help shape The Wall Street Journal. Take Survey        ✕


You see F-35s in flight.
C3.ai

POLITICS

# At Least Three Lawmakers Test Positive for Covid-19 After Capitol Attack

Democratic House members sheltered in room where Republicans refused to wear masks

SHARE










Video Analysis: How a Pro-Trump Mob Overran Capitol Police


You see F-35s in flight.

The Wall Street Journal analyzed footage of video and audio from the Capitol riot to better understand how a mob of Trump supporters overran police and attacked the U.S. Capitol. Photo illustration: Laura Kammermann

By Andrew Duehren and Brianna Abbott

Updated Jan. 12, 2021 5:03 pm ET

PRINT   TEXT

▶ Listen to article  (6 minutes)

WASHINGTON—At least three lawmakers who sheltered in a secure room during last week's storming of the Capitol said they have since tested positive for Covid-19, adding to fears about the virus's spread during the attack.

The lawmakers, all Democrats, said they had fled during the attack to the room where Republican lawmakers refused to wear masks. A video posted by Punchbowl News shows Rep. Lisa Blunt Rochester (D., Del.) in the room offering masks to a group of House Republicans, who decline to put them on.

The Capitol's physician told lawmakers and staff this weekend that those who were in the room might have been exposed to someone infected with Covid-19.

"It's pretty clear that the riot on Capitol Hill was a superspreader event, and we're likely to see other cases emerge over the next several days," said Gregg Gonsalves, an assistant professor of epidemiology at the Yale School of Public Health

---

TO READ THE FULL STORY

**SUBSCRIBE**       **SIGN IN**

## THE WALL STREET JOURNAL.

Continue reading your article with
a WSJ membership

### 50% Off 1 Year



**UPCOMING EVENTS** ›

**Aug 18 2021**  3:00 PM - 3:30 PM EDT
Ask WSJ: What You Need to Know About the Covid-19 Vaccine Boosters

**Aug 19 2021**  1:00 PM - 1:30 PM EDT
Ask WSJ: On the Front Lines of the Taliban Takeover in Afghanistan

**Sep 14 2021**  12:30 PM - 2:00 PM EDT
The Future Of Transportation

**ADD TO CALENDAR**

**MOST POPULAR NEWS**

1. What's Happening in Afghanistan? 
2. Violence Erupts at Kabul Airport as Afghans Try to Flee Taliban 
3. A Taliban Leader Emerges: Hunted, Jailed and Now Free 
4. Taliban Consolidate Control in Afghanistan's Capital 
5. Forget Beating Covid-19. Europe Is Preparing to Live With It. 

**MOST POPULAR OPINION**

1. Opinion: Biden to

VIEW MEMBERSHIP OPTIONS



1. Opinion: Biden to Afghanistan: Drop Dead



2. Opinion: Black Lives Matter Poisons a Young Athlete's Mind



3. Opinion: Follow Your Nose to Herd Immunity



4. Opinion: Biden's Chamberlain Moment in Afghanistan



5. Opinion: Afghanistan Reveals All the President's Weaknesses



**RECOMMENDED VIDEOS**

1. China's Tough Stance on Crypto Mining Is a Boon for Miners Elsewhere



2. Video: Taliban Capture Major Afghan Cities. What's Next?



3. Airbnb Bet Big on the Olympic Games. Covid Left Hosts in Tokyo Paring Losses



4. Video: People Crowd Kabul's Airport as Taliban Threaten Afghan Capital



5. New York Lt. Gov. Hochul: Our Work Has Already Begun



ADVERTISEMENT

Dianomi

10 Lessons to Take From Millionaires Who Are Really Good With Money



Which Travel Card Has The Most Valuable Miles? Compare Now

NerdWallet



The Penny Hoarder

Grocery Store Billionaire Predicts October Surprise—Just 2 Months Away

Stansberry Research



Motley Fool Issues Rare "All In" Buy Alert

The Motley Fool

Do This Before Your Next Mortgage Payment (It's Genius)

LendingTree



Earn up to $1,500 with a new Citigold account and required activities.

CITIGOLD® OFFER



---

## SPONSORED OFFERS

**WAYFAIR:**
10% off your 1st order with Wayfair Professional

**TARGET:**
Target Promo Code August 2021 - $10 discount on your online order

**MACY'S:**
Macy's coupon - Sign up to get 25% off next order

**KOHL'S:**
30% off Kohl's coupon for Rewards members

**SAKS FIFTH AVENUE:**
20% off first order - Saks Fifth Avenue promo code

**PRETTYLITTLETHING:**
PrettyLittleThing sale: Up to 80% off sitewide

BACK TO TOP «

---

THE WALL STREET JOURNAL.    English Edition ▼

Subscribe Now    Sign In

**WSJ Membership**
WSJ+ Membership Benefits
Subscription Options
Why Subscribe?
Corporate Subscriptions
Professor Journal
Student Journal
WSJ High School Program
WSJ Amenity Program
Public Library Program
WSJ Live

**Customer Service**
Customer Center
Contact Us

**Tools & Features**
Emails & Alerts
Guides
Topics
My News
RSS Feeds
Video Center
Watchlist
Podcasts

**Ads**
Advertise
Commercial Real Estate Ads
Place a Classified Ad
Sell Your Business
Sell Your Home
Recruitment & Career Ads
Coupons

**More**
About Us
Commercial Partnerships
Content Partnerships
Corrections
Jobs at WSJ
News Archive
Register for Free
Reprints
Buy Issues

      

Dow Jones Products    Barron's | BigCharts | Dow Jones Newswires | Factiva | Financial News | Mansion Global | MarketWatch | Private Markets

Risk & Compliance | WSJ Pro | WSJ Video | WSJ Wine

Privacy Notice | Cookie Notice | Copyright Policy | Data Policy | Subscriber Agreement & Terms of Use | Your Ad Choices

Copyright ©2021 Dow Jones & Company, Inc. All Rights Reserved.

EXHIBIT QQQ(iii)