

EXHIBIT R(i)