

EXHIBIT R(ii)