

# Rep. Don Beyer ✓
@RepDonBeyer

Represent Northern Virginia's #VA08 in the U.S. House. Chairman of @JECDems, also serve on @WaysMeansCmte @HouseScience. Co-Chair @CaucusOnClimate. He/Him/His

⊙ Northern Virginia & DC   🔗 beyer.house.gov   🗓 Joined January 2015

**4,634** Following     **107K** Followers

EXHIBIT RR(i)