

# DON BEYER
## DEMOCRAT FOR CONGRESS
*Proven. Principled. Progressive.*

**Don Beyer** 
@DonBeyerVA

Campaign account for VA-08 Congressman. (My official House of Representatives Twitter is @RepDonBeyer.)

◎ Northern Virginia   ⚭ FriendsofDonBeyer.com   🗓 Joined January 2014

**823** Following   **8,111** Followers

EXHIBIT RR(ii)