

EXHIBIT RR(iii)