

EXHIBIT RRR(i)