

EXHIBIT S(i)