

EXHIBIT S(ii)