

EXHIBIT SS(i)