

# Jan Schakowsky
@RepSchakowsky

Twitter Account for Schakowsky for Congress. Staff-managed. When we fight, we win.

- Evanston, IL or Washington, DC
- janschakowsky.org
- Joined October 2009

**1,417** Following   **5,342** Followers

Tweets | Tweets & replies | Media | Likes

EXHIBIT SS(ii)