

EXHIBIT SSS(i)