

EXHIBIT TT(i)