

EXHIBIT TT(ii)