

EXHIBIT TT(iii)