**Open letter advocating for an anti-racist public health response to demonstrations against systemic injustice occurring during the COVID-19 pandemic**

On April 30, heavily armed and predominantly white protesters entered the State Capitol building in Lansing, Michigan, protesting stay-home orders and calls for widespread public masking to prevent the spread of COVID-19. Infectious disease physicians and public health officials publicly condemned these actions and privately mourned the widening rift between leaders in science and a subset of the communities that they serve. As of May 30, we are witnessing continuing demonstrations in response to ongoing, pervasive, and lethal institutional racism set off by the killings of George Floyd and Breonna Taylor, among many other Black lives taken by police. A public health response to these demonstrations is also warranted, but this message must be wholly different from the response to white protesters resisting stay-home orders. Infectious disease and public health narratives adjacent to demonstrations against racism must be consciously anti-racist, and infectious disease experts must be clear and consistent in prioritizing an anti-racist message.

**White supremacy is a lethal public health issue that predates and contributes to COVID-19.** Black people are twice as likely to be killed by police compared to white people, but the effects of racism are far more pervasive. Black people suffer from dramatic health disparities in life expectancy, maternal and infant mortality, chronic medical conditions, and outcomes from acute illnesses like myocardial infarction and sepsis. Biological determinants are insufficient to explain these disparities. They result from long-standing systems of oppression and bias which have subjected people of color to discrimination in the healthcare setting, decreased access to medical care and healthy food, unsafe working conditions, mass incarceration, exposure to pollution and noise, and the toxic effects of stress. Black people are also more likely to develop COVID-19. Black people with COVID-19 are diagnosed later in the disease course and have a higher rate of hospitalization, mechanical ventilation, and death. COVID-19 among Black patients is yet another lethal manifestation of white supremacy. In addressing demonstrations against white supremacy, our first statement must be one of unwavering support for those who would dismantle, uproot, or reform racist institutions.

**Staying at home, social distancing, and public masking are effective at minimizing the spread of COVID-19.** To the extent possible, we support the application of these public health best practices during demonstrations that call attention to the pervasive lethal force of white supremacy. However, as public health advocates, we do not condemn these gatherings as risky for COVID-19 transmission. We support them as vital to the national public health and to the threatened health specifically of Black people in the United States. We can show that support by facilitating safest protesting practices without detracting from demonstrators' ability to gather and demand change. This should not be confused with a permissive stance on all gatherings, particularly protests against stay-home orders. Those actions not only oppose public health interventions, but are also rooted in white nationalism and run contrary to respect for Black lives. **Protests against systemic racism, which fosters the disproportionate burden of COVID-19 on Black communities and also perpetuates police violence, must be supported.**

Therefore, we propose the following guidance to support public health:

- Support local and state governments in upholding the right to protest and allow protesters to gather.
- Do not disband protests under the guise of maintaining public health for COVID-19 restrictions.

EXHIBIT TTT

- Advocate that protesters not be arrested or held in confined spaces, including jails or police vans, which are some of the highest-risk areas for COVID-19 transmission.
- Oppose any use of tear gas, smoke, or other respiratory irritants, which could increase risk for COVID-19 by making the respiratory tract more susceptible to infection, exacerbating existing inflammation, and inducing coughing.
- Demand that law enforcement officials also respect infection prevention recommendations by maintaining distance from protesters and wearing masks.
- Reject messaging that face coverings are motivated by concealment and instead celebrate face coverings as protective of the public's health in the context of COVID-19.
- Prepare for an increased number of infections in the days following a protest. Provide increased access to testing and care for people in the affected communities, *especially* when they or their family members put themselves at risk by attending protests.

- Support the health of protesters by encouraging the following:
    - Use of face coverings.
    - Distance of at least 6 feet between protesters, where possible.
    - Demonstrating consistently alongside close contacts and moving together as a group, rather than extensively intermingling with multiple groups.
    - Staying at home when sick, and using other platforms to oppose racism for high-risk individuals, and those unable or uncomfortable to attend in person.
    -
- Encourage allies who may wish to facilitate safe demonstrations through the following:
    - Providing masks, hand-washing stations, or hand sanitizer to demonstrators.
    - Providing eye protection, such as face shields or goggles, for protection against COVID-19 and chemical irritants used to disperse crowds.
    - Bringing wrapped, single-serving food or beverages to sustain people protesting.
    - Providing chalk markings or other designations to encourage appropriate distancing between protesters.
    - Supplying ropes, which can be knotted at 6-foot intervals, to allow people to march together while maintaining spacing.
    - Donating to bail funds for protesters

- Listen, and prioritize the needs of Black people as expressed by Black voices.

These are strategies for harm reduction. It is our sincere hope that all participants will be able to follow these suggestions for safer public demonstrations, assisted by allies where possible and necessary, but we recognize that this may not always be the case. Even so, we continue to support demonstrators who are tackling the paramount public health problem of pervasive racism. We express solidarity and gratitude toward demonstrators who have already taken on enormous personal risk to advocate for their own health, the health of their communities, and the public health of the United States. We pledge our services as allies who share this goal.

**This letter is signed by 1,288 public health professionals, infectious diseases professionals, and community stakeholders.**

EXHIBIT TTT

Aaron Greiner
Aaron Laviana, MD, MBA_Vanderbilt University Medical Center
Aaron W Stewart, MS4 UWSOM
Abharika Sapru, WSU medical student
Abigail Cartus MPH, University of Pittsburgh Graduate School of Public Health
Abigail Lee, MPH, The University of Iowa
Abir Hussein, M.D Infectious Disease Fellow, University of Washington
Abraham Rice
Activist
Adam Cohen
Adam Tapley, MD, Cambridge Health Alliance, Mass.
Adam Whalen, MPH Candidate in Epidemiology at Columbia University Mailman School of Public Health
Aditya S Khanna, PhD. The University of Chicago
Adriana Dail
Adriele Fugal
Adrienne Jones - African American
Adrienne Shapiro, MD, PhD, Depts. of Global Health and Medicine, University of Washington
Adrienne Williams
Agata Bereznicka, MPH Candidate, Boston University
Agnes Graves MD
Aileen Navarrete, BUSPH
Akash Virupakshaiah, CHOP
Alaina DeKerlegand, Infectious Diseases Pharmacist
Alan Shu, University of Washington School of Medicine
Alena Markmann, University of North Carolina
Alex Junker, Columbia University
Alexa Pohl MD PhD
Alexander Lankowski, MD (University of Washington)
Alexander Tsai, Massachusetts General Hospital
Alexander Wamboldt, PhD Inside Out Youth Services Manager of Prevention programs
Alexandra Blair, Postdoctoral Fellow, University of Toronto
Alexandra Phelan, Georgetown University
Alexandra Regan, Boston University School of Public Health
Alexandria Griffin, MPH Candidate UNC Gillings School of Global Public Health
Alexandria Kragie, MD
Alexia Rodriguez, MPH
Alexis Handal, University of Michigan
Alexis Kushner
Ali Khan, MD, MPP, Oak Street Health
Alic Shook, RN, Phd, University of Washington
Alice Lee
Alice Murnen, BSN, RN
Alice Richter Lee
Alice Williams
Alicia Burns, University of Washington School of Medicine, MS3
Alicia Callejo-Black
Alicia RN, MN
Alina Kung, MD MS, PGY-1 in Internal Medicine at UCLA
Alina Schnake-Mahl ScD MPH, Cityblock health
Alisa Jion Kim, University of Washington medical student
Alison Roxby MD
Alison Simmons, University of Toronto
Alistair Brian Russell, Assistant Professor, UCSD
Alix Ginsberg, MPH
Allison Agwu MD ScM (Infectious Diseases Physician, Johns Hopkins University School of Medicine, Baltimore, MD USA)
Allison Cammisa, medical student at the Frank H. Netter School of Medicine at Quinnipiac University
Alpha Shrestha, MPH student, UNC Chapel Hill
Althea M. Hamilton, MD
Alyssa M. Thomas, Colorado School of Public Health
Alyssa Patterson, MPH
Alyssa R. Letourneau, MD, MPH / Mass General Hospital and Harvard Medical School, Boston, MA
Alyssa Valentine, Master of Public Health Colorado School of Public Health, August 2020 (expected)
Alysse Wurcel MD
Amanda Carnes, Family Medicine Physician
Amanda L., MPH
Amanda Oropeza, MD
Amanda Santander, MPH
Amanda Sekijima, University of Washington School of Medicine
Amanda Snow, Boston University School if Medicine
Amber Akemi Piatt, MPH
Amber Gipson, MPH, Albert Einstein College of Medicine
Amber Streifel
Amelia Gifford, Occupational Epidemiologist
Amelia Knopf, Assistant Professor of Nursing, Indiana University
Amelia Ziegler
Amin Bemanian, MD, PhD
Amina Saqib
Amisha Parekh de Campos, Middlesex Hospice Homecare
Amy Baugher, MPH - Epidemiologist
Amy Blom
Amy Hamilton
Amy Pasternack MD, Cambridge Health Alliance
Ana Weil Acting Assistant Professor
André Blackman, Founder/CEO Onboard Health
Andrea Rose Molino, Epidemiologist, Johns Hopkins Bloomberg School of Public Health
Andreina Orozco
Andrew Bossick
Andrew Dey, Public Health Student and Volunteer
Andrew Finsness
Andrew H
Andrew Peace, MD
Angela Alonzo
Angela Bengtson
Angela Budgin University of Colorado
Angela Song, MD/MPH candidate, Perelman School of Medicine
Angela Ulrich, PhD MPH Epidemiology Research Fellow, University of Minnesota
Angela Venegas
Angela Zhou, Cornell University

Aniruddha Hazra, MD; Assistant Professor; University of Chicago
Anjali Sharma MD, MS  Montefiore Medical Center, Bronx NY
Anjani Kolahi, MD   UC Irvine Family Medicine
Ann Duerr, MD, PhD, MPH
Ann Kim MD San Francisco department of public health, Redeemer community church
Ann-Claude Rakotoniaina, epidemiology research assistant
Anna Bauer, PhD, University of North Carolina at Chapel Hill
Anna Bianchi - Medical Student
Anna Caudill, incoming MPH class of 2022
Anna Chataginer
Anna Darby, MD/MPH, emergency medicine physician, LAC + USC
Anna Marie Rondon, Dineh Nation, INDIGENOUS Public Health Advocate
Anna Stanley Lee
Anna Warren
Anna Zulema Pollack PhD, MPH, George Mason University
Annabel Consilvio
Anne Boustead, University of Arizona
Anne Marie Darling, PhD
Anne Steele
Anne Whiteside, MSN
Anonymous
Anonymous JD
Anthony Pho, MSN, MPH, ANP-C
Antoinette Sarge, MPH, University of Washington in Seattle
Antonia Beacham, Human
Anupam Somashekar, MD PGY-3 UMMC
Anurag Malani, MD    Ann Arbor, MI
April Kaur Randhawa PhD, Fred Hutch, Seattle WA
April Pettit, MD, MPH, Vanderbilt University Medical Center
April Soto MD
April Yang - Lawyer; precious Legal Fellow at USC's Institute on Inequalities in Global Health
Arasi Adkins
Arbor Quist,  UNC-Chapel Hill Epidemiology PhD Candidate
Ariana Piacquadio
Ariana Thompson-Lastad, Postdoctoral Fellow, UC San Francisco
Arianne Morrison, UNC Infectious Diseases
Ariel Frey-Vogel, MD, MAT
Arjun Sarkar, M3, Northwestern University Feinberg School of Medicine
Arno Uvin
Art Therapist
Asa Tapley MD MSc (UW School of Medicine)
Ashford Jackson
Ashish D. Parikh, MD, Summit Medical Group
Ashlee Van Schyndel, MPH - University of Illinois-Chicago
Ashley Lara & BUSPH
Ashley Lynes, MS4, UWSOM
Ashley Sand
Ashly Westrick PhD
Ashlyn Lipnicky, University of Kansas
Ashrit Multani, UCLA Health
Asmith Joseph, MPH, MA
Assistant Professor (University of South Florida, Tampa)
Assistant professor LSUHSC
Athena Hsu, University of California - San Diego School of Medicine
Aubrey Hays
Audrey C Cooper
Aumna Iqbal
Austeja Subaciute
Austin Frost
Austin O. Sweat
Axie Acosta, UC Davis Health
Ayden Scheim, PhD, Drexel Dornsife School of Public Health
Ayesha Godil, MPH student, Columbia University Mailman School of Public Health
Ayesha Maharaj MPH BHSc
Başak Çoruh, MD, University of Washington
Beatrice Chen MD MPH, University of Pittsburgh
Benjamin Barrett, ScM
Benjamin S. Avner, MD
Benjamin Snyder, MD/PhD Student, Boston University
Benjamin Todd
Benjamin W Sanders, M.D. M.S.P.H., Pediatrician, Portland, Oregon
Bernadette Venkataraman
Beth Kassler, teacher
Beth Linas, PhD, MHS, Infectious Disease Epidemiologist
Beth Sobba MS4 UWSOM
Betsy Zucker, FNP, nurse practitioner
Betyna Berice
Bikere Ikoba, Master of Public Health student at the University of Iowa
Billie Henry
Bioinformatics Research Fellow, University of Birmingham (UK)
Birgit Brander Rasmussen, Binghamton University-SUNY
Black female that's tired, USAF vet
Black Public Health Researcher/Epidemiologist
Blake Busey
Bohan Xing
Bomi Framroze, Menlo Park, California
Bonnie Snyder, MS1, UWSOM
Bradley Dreifuss, MD FACEP, University of Arizona Colleges of Medicine and Public Health; Arizona College of Emergency Physicians
Braveen Ragunanthan
Bree-Ann Owens
Brendan Eappen, medical student, Harvard Medical School
Brendan Pulsifer, Bowdoin College
Brennah Fallon, MPH Candidate, Columbia University Mailman School of Public Health
Brett Jesse
Brian Boursiquot, NYP/Columbia University Medical Center
Brian Cockman
Brian P. Foran, Boston Medical Center, Boston University
Brian Rahmer, PhD, MS
Brian Steely, SLP, CCC, retired educator
Brianna J Scott
Brigid Cakouros, DrPH

EXHIBIT TTT

Brinn Culver PMHNP
Brittany Bergam, UWSOM Student
Brittany Bishop - University of Washington
Brittany Catucci
Brittany Gorden, PharmD, BCPS
Brooke Gallagher - Colorado School of Public Health
Brooke Spencer, Ragon Institute of Harvard, MGH, and MIT
BUSM M3 Students
BVS, Resident
Byanqa Robinson, RN UCSF Medical Center
C. Martin Beck, RN
Caitlin Williams, Gillings School of Global Public Health, UNC Chapel Hill
Caitlyn Nystedt, MPH
Caleb LoSchiavo, MPH - Rutgers School of Public Health
Calli Dolloff
Cameron Bader
Cameron Nutt, MD (Brigham & Women's Hospital, Boston MA)
Camille Clefton, MD
Cara Coogan
Cara E Saxon, MD (University of Colorado School of Medicine)
Cara Pennel, DrPH, MPH
Cardiovascular Researcher
Caredwen Foley, MPH Student, BU School of Public Health
Caren Solomon, MD, MPH, Brigham and Women's Hospital
Carey Farquhar
Carly Nichols, PhD, Global Health Studies, University of Iowa,
Carmen Kloer, medical student
Carmen Yip
Carmi Orenstein, MPH
Carole Capper, retired teacher
Carolina Downie
Caroline M. Flessa, MPH BUSPH '20
Caroline McGowan
Caroline Todd
Casey Reynolds, RN
Cassandra Trickett, Aclima Inc.
Catherine Bisignano MPH, University of Washington
Catherine R Lucey  Executive Vice Dean, UCSF School of Medicine
Catherine Romberger, MPH
Catherine Voluz, Student
Catherine Wolff
Cecilia Culp - Health Equity Policy and Program Analyst
Celia Wright
Cerise Brown
Cesar Lopez, MD-PhD Student at UNC Chapel Hill
Chandana Golla, UTSW MD/MPH Student '24
Chang, MD
Charlene Saulnier FNP-BC
Charlie Roscoe, Harvard School of Public Health
Charlotte Cathcart
Charlotte Marshall, MPH
Charmaine Lastimoso
Che Richardson Jung, RN, BSN
Chelsea Backer, DO
Chelsea Jones - Senior Medical Student
Chelsea Lennox, MPH
Chelsea Marcus
Chelsey M. Mackenzie, BSN, RN, Birth Doula
Chemaine Leon
Cherise Rohr-Allegrini, PhD, MPH, Rohr Consulting.
Cheryl Dietrich, MPH
Chrissie Marshall, Gallaudet University
Chrissy Chard, PhD
Christian B. Ramers, MD, MPH
Christian Testa, Statistical Analyst, Harvard School of Public Health
Christina Casas MD
Christina Chung
Christina Delnero
Christine D
Christine Gwillim, University of Texas
Christine Johnston, MD, MPH, University of Washington
Christine Kerr, MD,AAHIVS
Christopher Harding
Christopher Lyons, Boston University School of Medicine Class of 2023
Christopher p. Paramedic
Chrystal Okonta, MSPH, CHES
Cinthia Leon Lazcano, Public Health Student
Claire Ogburn
Claire Richards, PhD, RN
Claire Rothschild, PhD Candidate, University of Washington School of Public Health
Clara Martin, MPH
Clare Evans, Assistant Professor, Department of Sociology, University of Oregon
Clark Santee, MD
Claudia Finkelstein MD Michigan State University
Colby Sato, Twitter
Colin Bartz-Overman, Medical Student, University of Washington School of Medicine
Colleen Buckley
Colleen Kelley MD, MPH, Associate Professor of Medicine, Emory University School of Medicine
Corinne Wiesner, PhD Candidate UNC-Chapel Hill Gillings SGPH
Courtney De La Mater, MPH
Cressida Madigan
Cris Craig, retired  Manager, Health information Resources, Kitsap Public Health
Crisis and Harm Reduction Specialist
Crystal Childress
Cynthia Gay University of North Carolina at Chapel Hill
D'Aviance M. Harris — Birmingham, Al
Dan Vekhter, Seton Hall University School of Medicine
Dana Nordenstrom, MPH
Dana Paycao, MPH, UCLA
Daniel Becker, Indiana University
Daniel Goldstein, Umass Amherst
Daniel Leung, MD, University of Utah
Daniel Low
Daniel Winetsky, MD, Columbia University
Daniela Coronado, James Madison University
Daniella Mendoza

EXHIBIT TTT

Danielle Bloch, MPH
Danielle Desrosiers
Danielle Lafond, BUSM
Danielle McCarty RN
Danielle Rome MD, NYP-Columbia
Danielle Zerr, MD, MPH  UW/Seattle Children's
Danniel Zamora, Infectious Diseases, University of Washington
Daphne Schneider MD,  Cambridge Health Alliance
Darcy Rao, University of Washington
Darragh Kerr, MPH, University of Washington
Daryl Nault
Dashawna Fussell-Ware, MSW, University of Pittsburgh
Data analyst, New York City Department of Health and Mental Hygiene
David Charles Mallinson, University of Wisconsin-Madison
David de Gijsel, MD. Infectious Disease and Addiction Medicine.
David Joseph Koesters - unaffiliated
David M. Aronoff, MD, FIDSA, FAAM
David P. Eisenman, MD MSHS, David Geffen School of Medicine at UCLA, Fielding UCLA School of Public Health
David Swedler, PhD MPH
David van Duin, university of North Carolina
Dawn Fishbein, MD, MedStar Health Research Institute
DeAnn Rice RN
Deborah Sarson
Debra Williams
Deidre Alessio NP Cambridge Health Alliance
Delia Pinto Santini, Afrolatina Scientist
Denise McCulloch, MD, MPH, Infectious Diseases Fellow, University of Washington
Dental Student
Derek Prince, UWSOM
Deryn Isaac
Devang Amin, Internal Medicine Resident
Devin English, PhD - Rutgers School of Public Health
Devin Perez
Dhruvi Chauhan, MPH Candidate '21, Columbia University, New York, NY
Diana A
Diana M. Tordoff, MPH, PhDc, University of Washington, Department of Epidemiology
Diana Nguyen
Diana Schlotterbeck
Diane Kanjilal, RN Beth Israel Deaconess Medical Center
Dimiter zlatkov
Divya Prajapati, UCSD
Divya Subramanian
Doctor
Dominic Facciponte
Dominika Seblova, postdoctoral research fellow Columbia University
Dominique Cantave, Harvard University
Dominique Heinke, Epidemiologist
Donna J. Curtis, MD, MPH, Pediatric Infectious Disease Specialist
Dr Lee Pfaff
Dr Miqdad Asaria, Department of Health Policy, London School of Economics and Political Science
Dr Nicole Christian Brathwaite, MD
Dr Summaya Zulfiqar, EM
Dr Swati Chavda, Resident University of Calgary
Dr. Alex Moulton - Harbor UCLA
Dr. Andrea d'Aquino, Stanford
Dr. Ayesha Appa, UCSF
Dr. Dodie Arnold, CEO Arnold CR
Dr. Hilary Michel MD
Dr. Kate Sullenberger — Veterinarian
Dr. Katherine Muldoon
Dr. Megan L. Srinivas, University of North Carolina
Dr. Nahal Nikroo
Dr. Natalie Marshall, Clinical Microbiology Fellow, PhD in Microbiology & Immunology
Dr. Sarah Sanders, Cambridge Health Alliance
Dr. Sheldon Francis, Delaware Veterans Cemetery
Duane R. Taylor
Dylan Bickers, former USAF Public Health Technician and Community Health NCOIC
Earl Adsley
Ebony Hilton MD
Edberg Deborah
Edward Courchaine, PhD
Eileen Li, University of Washington School of Medicine
Ekene Nwoye
Elana Tan MD, Tristar Horizon Medical Center
Eleanor Murray, Boston University School of Public Health
Elena Diskin - Virginia Department of Health Epidemiologist
Elena Hernandez, MPH Candidate at UCLA Fielding School of Public Health
Elisa Cheng, MD, Clinical Instructor, Cambridge Health Alliance /
Elisa Pasqual MD PhD (Spain/Italy)
Elise Moore, ASTHO
Eliza P Shulman, DO, MPH
Eliza Pelrine, MD
Elizabeth Adler, MD
Elizabeth Ahlers, PsyD
Elizabeth Christian, MD, Infectious Disease fellow
Elizabeth Epstein-Tracy
Elizabeth Gulleen, Research Associate Fred Hutchinson Cancer Research Center
Elizabeth Hirsch, University of Minnesota
Elizabeth Jacobs
Elizabeth Kamai, MSPH; Gillings School of Global Public Health, UNC Chapel Hill
Elizabeth Lalasz, RN, National Nurses United
Elizabeth Larson, MPH Candidate
Elizabeth Morris, Colorado School of Public Health
Elizabeth Pinsky, MD, Massachusetts General Hospital
Elizabeth Traub, MPH — Infectious Disease Epidemiologist
Ellen Kettler, MS4 at UC San Diego School of Medicine
Ellen Walker
Ellie Gladstone, JD, MPH, Public Health Institute, Oakland, CA
Ellie Grossman MD MPH, Harvard Medical School / Cambridge Health Alliance

Ellie Joo
Elspeth Fullerton, MS1, University of Washington School of Medicine
Elspeth Nolen, University of Washington School of Public Health
Elvira Aronzon
Emilia Hermann, MD MPH - Montefiore Primary Care and Social Internal Medicine
Emily A Kendall MD PhD, Johns Hopkins
Emily Beaudin
Emily Begnel, MPH - University of Washington
Emily Boes, MD
Emily Ciccone, Infectious Diseases Fellow, University of North Carolina at Chapel Hill
Emily Deichsel, University of Maryland, Baltimore
Emily DeVoto, PhD, MSPH, epidemiologist
Emily Fleckenstein
Emily Gemmell, MPH PhD Student, University of British Columbia
Emily Herscher
Emily Malavenda, MD (Cambridge Health Alliance)
Emily Merchant
Emily Muller, MS3
Emily Scott, MD/MPH, University of Colorado
Emily Sousa, PNP, MPH
Emily Thorn, Medical Student
Emily Wong, MD, Africa Health Research Institute and Massachusetts General Hosptial
Emma Ciersk, PHE graduate
Emma Clark, Public Health Advisor
Emma Glennon, University of Cambridge
Emma Kersey, Columbia University Mailman School of Public Health
Emma Mulligan, BUSM Class of 2022
Epidemiologist, Centers for Disease Control & Prevention
Epidemiologist, NIH
Epidemiologist, Regional Government, Canada
Eric Hausmann
Eric Rohr
Eric Stulberg, University of Utah
Erica Bass, MD PGY3 Internal Medicine at UCSF
Erica Chavis,  Clinical Specialist Pharmacist
Erica Lokken, PhD - University of Washington
Erin Duncan MD MPH
Erin Flattery, Resident Physician, NYP-Columbia
Erin Hsu, MD, Infectious Diseases Doctor
Erin J Aiello Bowles, MPH, Kaiser Permanente Washington Health Research Institute
Erin James, postdoctoral associate Yale University
Erin L. Abner, PhD, MPH; Associate Professor of Epidemiology at University of Kentucky
Erin Mordecai, Assistant Professor, Stanford University
Erin Philpott, DO
Ernie-Paul Barrette, MD, Washington University
Esther Ofei-Asamani, Mphil, MPH, School of Governance Gimpa -Ghana
Ethel Yang, MBA/MPH
Eva Stein, MD; University of Colorado School of Medicine
Evan L. Eschliman, Johns Hopkins School of Public Health
Ezza Khan, MD Hunterdon Medical Center
Faisal Tan, BUSM
Faith Price, Community Prevention Coordinator and WSU Doctoral Student in Prevention Science
Faith Williams
Family medicine physician, Cambridge health alliance
Family Medicine resident, University of Nebraska Medical Center
Fanghua Lou
Fanny Gonzalez
Farley R Cleghorn MD MPH, Palladium
Fatima Al Dhaheri, MD. Infectious disease fellow
Fausto Gonzalez torres
Felipe Findley
Fiorella Guido, MS3, Upstate University
Flynne Lewis, pediatrician CCHS
Former Probation Officer
Frances Oakes
Francesca Golightly, Boston University School of Public Health
Frederick L. Altice, M.D., Yale University
Gabriel Benavidez, PhD student in epidemiology @ The University of South Carolina
Gabriela Alcalde
Gabriela Velazquez
Gabriella Page-Fort
Gabriella Vargas, University of Virginia
Gabrielle Chamoun, Medical Student
Gabrielle Pollack, MS1
Gail R. Hansen, Hansen Consults
Gallaudet University Student
Genevieve Boland
Genna Braverman
Genya Shimkin, MPH, University of Washington Department of Family Medicine
George A. Alba, MD; Massachusetts General Hospital, Harvard Medical School
George Mekeel RN
Gerard Coste, MD  Cambridge Health Alliance
Geri Medina, MPH candidate at Boston University School of Public Health
Ghadeer Hasan RUTGERS RWJMS
Gillian Isabella Hollerich
Gillian Tarr, Environmental Health Sciences, School of Public Health, University of Minnesota
Ginger Johnston, Pastor
Glenn Stevens
Grace Mulholland, MSPH, University of North Carolina at Chapel Hill
Graham Mooney, Johns Hopkins University
Gregg Gonsalves, Yale School of Public Health
Gretchen Snoeyenbos Newman
H. Hunter Handsfield, MD, Professor Emeritus, University of Washington
Hailey Boudreau
Hailey Wyatt
Hala Benmoussa
Haley Burdge, Upstate College of Medicine student

EXHIBIT TTT

Hamsa Subramaniam, Doctoral candidate - Department of Epidemiology, UNC-Chapel Hill
Hannah Breakstone, Alumna
Hannah Godlove, NYC Hospital Public Health Advisor
Hannah H Leslie, Harvard TH Chan School of Public Health
Hannah Hall
Hannah Lampert, MS4, University of Washington School of Medicine
Hannah Nam, Northwestern Memorial Hospital
Hannah Newman, MPH, CIC Manager of Epidemiology & Infection Prevention, Lenox Hill Hospital, New York City
Hannah VanBenschoten, PhD Candidate, Department of Bioengineering, University of Washington
Harita Nyalakonda
Harry Hudome
Haya Jamali, University of Washington
Heather Currey, Seattle 500 Women Scientists
Heather Limper, PhD, MPH-Epidemiologist
Heather Martinez, DVM, MPH
Heather Molvik, UWSOM MS4
Hee Joo Ko
Heena Patel
Helen Cole, Universitat Autonoma de Barcelona
Hifzah Malik, Columbia Mailman
Hilary Godwin, PhD
Hilary M Babcock, MD, MPH; Washington University School of Medicine
Hillary Miller
Holly Scheider, MPH, Public Health Advocate
Honor Bixby, McGill University
Ida Shum
Ilana Schlesinger
Ilyssa Moore MD
Inaya Mofiz- College of William and Mary student
India Ornelas, University of Washington School of Public Health
Indira Case
Infectious Disease Physician, Atlanta, GA
Iris S. Delgado, MPH
Isabella Horning, MSN candidate
Ishani Patel, Gillings School of Global Public Health, UNC Chapel Hill
Iyah Romm
J TREES RITTER, DO, FIDSA
J.F.Gamez
Jace
Jacinda C Abdul-Mutakabbir PharmD, AAHIVP
Jacob Dexter-Meldrum
Jacob McNinch, University if Washington Medical Anthropology and Global Health student
Jacopo Leal Pacini
Jacqueline Benson Master of Public Health Candidate
Jacqueline Hodges, MD MPH, Rising Fellow, UVA Infectious Diseases
Jacqueline Johnson
Jacquelyn DeVries, medical student
Jade Baugh
Jade Pagkas-Bather, MD, MPH University of Chicago
Jaime M.
Jake A Kleinmahon, MD
Jamal, PhD. candidate
James Huynh, PhD Student, UCLA Fielding School of Public Health, Center for the Study of Racism, Social Justice, & Health
James P. Lyon, Penn State University
Jamie Rausch, Ph.D., RN
Jan M Risser, retired epidemiologist
Janet Soeprono, MD
Janice Verley MD
Janie Ginocchio, MPA
Jared Baeten, University of Washington
Jasmine Reyes
Jasmine Tomita-Barber
Jasnah Kholin, virologist, Hong Kong
Jaspal Singh Bassi, MD Candidate, UC Irvine
Jay Luthar MD - Cambridge Health Alliance (suggest providing protestors with an N95 and DIY face shields)
Jay White
Jayati Sharma
Jayce Pangilinan, MD
Jehan Budak, MD, University of Washington
Jen Balkus, PhD, MPH - Assistant Professor at the University of Washington School of Public Health
Jen Merk University of Washington School of Medicine MS1 (Spokane)
Jenna Holmen, MD, MPH (Infectious Disease)
Jenna Oelschlegel, MSW (Clinical Social Worker)
Jennifer Chang, MD, Kaiser Permanente at Los Angeles Medical Center
Jennifer Doran
Jennifer Jones, PharmD
Jennifer Schulte, Colorado School of Public Health
Jennifer Scott CNM MSN Licensed Midwife NY
Jennifer Velloza, PhD, MPH, University of Washington
Jennifer Weuve, Boston University School of Public Health
Jerina Carmona, Columbia University Mailman School of Public Health
Jessica Cataldi MD, Pediatric Infectious Diseases physician, Denver, CO
Jessica Ho, MPH, M1 at Columbia University
Jessica Long, PhD MPH, University of Washington
Jessica McMillin, NYMC SoM Medical Candidate
Jessica Mogk MPH
Jessica Plante MPH, Boston University
Jessica Ruff
Jessica Ruglis, PhD, MPH, MAT, Associate Professor, McGill University
Jessica Schmitt, LCSW - University of Chicago
Jessica Xiao, UCSD School of Medicine MS4
Jill Royle, MPH, PhD
Jillian Brelsford, RN CHA
Jim Recht, MD Cambridge Health Alliance/Harvard Medical School
Jimish Mehta
Joanna Schaenman, UCLA
Joanne Park, Student

Jodie Katon
Joel Blankson MD, PhD Johns Hopkins Medicine
John Kim MD, Cambridge Health Alliance
John Lynch, MD, MPH University of Washington
John Schneider, University of Chicago
John Stephen Dumler
Jolie LeBlanc, MD
Jonathan Colasanti, MD, MSPH, Emory University
Jonathan Golob. MD PhD
Jonathan Malagon
Jonathan Seaman, MD
Jonathan Wu, D.O., M.P.H.
Jordan Hoese, MD, MPH
Jordan Kazakov
Jorge Rivera-Gonzalez CSU MPH candidate
Joseph C Gathe Jr MD FACP FIDSA
Juan Acosta, Medical Student, Upstate Medical University
Juan C
Judith Feinberg MD  West Virginia University
Judith Portillo
Judith Segall, MPH
Judy Lubin, PhD, MPH, President, Center for Urban and Racial Equity
Julia Dettinger
Julia Durrant, MD, OHSU
Julia Finn, Rollins school of public health
Julia Marcus, PhD, MPH; Harvard Medical School
Julia Morrison
Julia Nash, BU
Julia P Baker, DVM/PhD student, University of Minnesota, College of Veterinary Medicine
Julia Raleigh - Medical Student, Upstate Medical University
Julia Sung, MD, assistant professor of Infectous Diseases
Julia Swanson (WSU Medical Student)
Julia Velonjara, MPH; University of Washington
Juliana Jacangelo
Julie Baer
Julie Chiu - JMU Alumna/Public Health Education Major
Julie M. Petersen, MPH
Julie Nguyen
Julie Steinbrink, MD, Duke University
Julie Vaishampayan, MD, MPH
Justin Feldman, Assistant Professor, NYU School of Medicine
Justin O'Hea Our Revolution NJ, HPAE
Kacey Ernst, Associate Professor and Program Director Epidemiology- University of Arizona
Kadedrah Parson
Kaiser Valshon, MS4, UWSOM
Kali Neil - Epidemiologist
Kara Cicero MD MPH, Internal Medicine Resident, Rising Hematology/Oncology Fellow, NYP/Columbia
Karen Bloch, MD MPH Vanderbilt University Medical Center
Karen Chung, MS4, University of Washington School of Medicine
Karen Daum
Karen Fowler DrPH UAB Dept or Pediatrics
Karen Gruen
Karen MacDonell, Wayne State University
Karim Khan, Boston Medical Center Infectious Diseases and Addiction Medicine
Karina Calderon
Karla Neugebauer PhD biochemist, Yale University
Karolina Maciag MD/PhD, UW Infectious Disease Fellow
Kate Gregory
Kate Kim
Kate Liefer, Public Health Nurse
Kate Nolt
Katharine Rifken, MS
Katherine Claire Donfro
Katherine Greenberg, BU School of Public Health
Katherine LeMasters - UNC CH
Katherine Muldoon
Katherine Pavilonis
Katherine Walton-Elliott
Kathleen Tompkins, MD, Infectious Diseases Fellow, The University of North Carolina
Kathryn Kimpel MS4
Kathryn Macapagal, PhD, Research Assistant Professor, Northwestern University Feinberg School of Medicine
Kathryn Schoenauer, UPenn MPH student
Kathryne Staudinger, ESFCOM
Katia Bruxvoort, PhD MPH, Kaiser Permanente Southern California
Katie Judson, MPH Population Health Program Manager
Katie McCann, MSW, MPH, LCSW
Katie Shea Barrett
Katie Witkiewitz, University of New Mexico
Katrina Ortblad, ScD, MPH, University of Washington
Kavya Magham
Kayla Spence
Kayla Williams, MS, MPH CSPH alumni
Keely Dennis, MPH candidate, Mailman school of public health
Keilah A. Jacques
Kellcey Lesmerises Boston University
Kelly Danckert, Boston University School of Public Health Student
Kelly O'Shea, MPH University of Illinois at Chicago
Kelly Storck, LCSW. Mental Health Therapist
Kelsey Eccles RN
Kelsey Murphey
Ken Rothman
Kenan Xiao, MD University of Nebraska Medical Center
Kerri A. Thom, MD, MS, Professor of Epidemiology and Public Health, University of Maryland
Kerry Dierberg, MD; Bellevue & NYU Hospitals, New York, NY
Kevin Chung, MS4, University of Washington School of Medicine
Kevin Downes, MD, Pediatric Infectious Diseases, Children's Hospital of Philadelphia
Kevin Maloney MPH, Epidemiology PhD Student, Emory Rollins School of Public Health
Kevin Vu
Kiara Yoder
Kieran Todd
Kim N. June, advocate
Kimberlee Rossi

Kimberly Baller
Kimberly Murray RN
Kira Newman, MD, PhD, University of Washington
Kiran Salman, MPH Student, Columbia University Mailman School of Public Health
Kitonga Kiminyo
Kobina Amoah.
Koen Tieskens, PhD, Researcher Boston University School of Public Health
Korinna Straube M.S. Yale University
Kris Ronsin, GH emergency consultant
Kristel Hallsson, MS3, University of Washington School of Medicine
Kristen Pogreba-Brown PhD MPH
Kristin Andrejko, UC Berkeley School of Public Health Department of Epidemiology
Kristin Sommerhalter, PhD
Kristin Vahle, MPH
Kristin Wunder, MPH, Bannon Consulting Services
Kristine Madsen, UWSOM, MS4
Kyle Horonzy
Kyle Levinger
Kylie ODonoghue
L. Parker, BSN, RN
Lai Wong CCRN: CPMC & UCSF
Larissa Cruz, MPH
LaToya Moseley
Laura C
Laura Cordova
Laura Jacobson, MPH OHSU-PSU School of public health
Laura Landrum
Laura Marks MD, PhD,   Washington University in St Louis
Laura Marshall, BUSM '22
Laura Rasmussen-Torvik, PhD MPH Northwestern University Feinberg School of Medicine
Laura Richman Duke University
Laura Titkemeyer
Laura Vercammen, MPH,  Boston University School of Public Health
Lauren A Hittner, MD.  Harvard Vanguard Medical Assc
Lauren Ciszak, MD south end community health center
Lauren Greenberg, MPH
Lauren Guerra, Columbia Mailman SPH
Lauren Lane
Lauren Marcell, Medical Student at University of Washington
Lauren McCullough
Lauren Nguyen, UWSOM MS1
Lauren Schaeffer
Lauren Scott, RN
Lauren Zalla, Department of Epidemiology, University of North Carolina at Chapel Hill
Laurie Pulver, MD, MPH
LaWanda Prestage
Leah Harvey, MD, MPH. Boston Medical Center Infectious Disease
Leah Hollander, Medical Student, BUSM
Leah Yoke, University of Washington
Leanne Berge, community health plan of Washington
Lee McKoin, University of Washington School of Medicine, MS2
Leigh Senderowicz, ScD MPH, University of Wisconsin-Madison
Leila Roumani
Lein Soltan, Gillings MPH student
Leon I. Bender MD
Leslie Frey, LCSW
Leslie New, Washington State University Vancouver
Leslie V. Farland, University of Arizona
Lexie Awiszus
Liana Bogran
Lianne Dillon, Public Health Institute
Lina Rosengren-Hovee, MD, MPH University of North Carolina Infectious Diseases
Linda Oseso, MPH
Lindsay P. Carter, Pediatric Hospital Medicine, Boston, MA
Lindsey J. Butler, Boston University School of Public Health
Lindsey Kelly, PA-C, Cambridge Health Alliance
Lindsey M. Filiatreau
Linh Huynh
Lisa Callegari
Lisa Glaskin
Lisa L. Abuogi, MD,MSc Associate Professor University of Colorado, Denver
Lisa M. Bodnar, PhD, University of Pittsburgh
Lisa Suennen
Lisle Winston MD, NewYork-Presbyterian/Columbia
Liz K, RN
Liz Kelly, MSPH, Project Manager, UNC Chapel Hill
Liza Henry, MPH/MSW Student, University of Minnesota
Liza Lutzker, UC Berkeley School of Public Health
Lizzete Alvarado, California Department of Public Health
Loraxia
Lori M O'Grady, MSN, RN, APN, WHNP-BC
Lorky Libaridian, MD (Cambridge Health Alliance, MA, Instructor in Medicine, Harvard Med School)
Louis A Vontver MD MEd
Louisa Smith, PhD Candidate, Harvard T.H. Chan School of Public Health
Lucy Brainerd, MPH
Lucy Dong
Luke Johnson, UWSOM Medical Student
Luke Strnad, MD / Assistant professor of Medicine, Oregon Health and Sciences University
Lydia Hartzell, MPH
Lynette Phillips, Associate Professor of Epidemiology, Kent State College of Public Health
M.O. social worker
Madeleine Harnois - Legal Aid Attorney
Madeleine Kane, medical student, UCSF-UC Berkeley Joint Medical Program
Madeleine Witwer-Dukes, MPH
Madeline DiLorenzo,  MD
Madeline Kaufman
Madeline Lewis-Epidemiology
Madeline Stewart, Medical Student, Boston University School of Medicine

EXHIBIT TTT

Madison Thompson, CSU
Magdalena Cerdá, NYU Grossman School of Medicine
Maggie Collison, MD
Mai Tuyet Pho, MD MPH, Section of Infectious Diseases and Global Health, University of Chicago
Maisa Morrar, PA-C
Maisha Davis
Malkit K. Singh MD MPA
Mallika Iyer, MS1, UW School of Medicine
Mallory Harris, Stanford University PhD Student
Mandavi Kulkarni, M.D.
Manu Vikram Venkat MD, Columbia University
Mara Abera
Mara Hansen Staples, Impact for Health
Marc Emerson, UNC-CH
Marcia Luke-van Dijk, Avalon Housing
Maren Batalden, MD MPH, Chief Quality Officer, Cambridge Health Alliance, Cambridge, MA
Maret Maliniak, Emory University
Margarita Triguero-Mas, PhD MPh; postdoctoral researcher at Barcelona Lab for Urban Environmental Justice and Sustainability (BCNUEJ), Hospital del Mar Medical Research Institute (IMIM); Institute for Environmental Science and Technology - Universitat Autònoma de Barcelona (ICTA-UAB)
Margot Hedlin, MD
Mari Kitahata MD, MPH Professor University of Washington
Maria G. Lozano-Diaz RN, CNM MS
Maria Gomez
Maria Montes Arvizu, Undergrad at University of California, San Diego
Maria Pyra, University of Chicago
Maria Terra, Nurse Practitioner, Cambridge Health Alliance
Marie Finkbeiner, University of Washington MS3
Marie Stoner
Marielle Bugayong, Johns Hopkins Bloomberg School of Public Health
Mariko Cantley
Mariko K Wong, MD Cambridge Health Alliance, Harvard Medical School
Marilena Caldarusa
Marin Mazeres, BUSM class of 2023
Marisol Jimenez, Tepeyac Consultinh
Marisol Valenzuela-Lara, MD/MPH PhD in Epidemiology student at Emory University
Marissa Miller, PA-C
Mark A Swancutt, MD, PhD, DTM&H, Fulton County Board of Health, Atlanta
Mark ODonnell
Marlee Fischer, MPH
Marley Williams, Health Equity Manager, Public Health Alliance
Martha Kaufman, retired health professional
Martin Kuchar
Marwan Haddad MD MPH
Mary Burgess UAMS
Mary Mathison, MS1, UWSOM Seattle campus
Mary Montgomery MD, Brigham and Women's Hospital
Mary Noble MD, Clinical Associate Professor, University of Washington School of Medicine
Matthew C Hall
Matthew Fox, Boston University
Matthew J Kuehnert, MD
Matthew Kronman, MD; University of Washington
Matthew Stolman, Columbia University Mailman School of Public Health
Maya Adler, MPH
Maya J. Carter, MD
McMahan, public health professional
Meaghan Bransfield, BUSPH, BUSSW
Medical Student
Medical Student
Medical Student, UC San Diego
Meditating for Black Lives
Meera Nagarsheth
Megan C. Visotski, MS, PA-C
Megan Davis - Boston University School of Medicine
Megan Gaydos, MPH, Human Impact Partners
Megan Jones
Megan Jula, MPH
Megan Lasure, MPH, Wisconsin State Laboratory of Hygiene
Megan Pospisil, University of Iowa College of Public Health Graduate Student
Megan Tusler, contingent faculty, U Chicago
Megha L Mehrotra, University of California, Berkeley
Megha Shah, MD MPH MS
Meghan R. Shea, MPH, Epidemiologist, Columbus Public Health, Columbus Ohio
Melanie A. Fisher MD - West Virginia University
Melanie Brunt MD, MPH
Melanie Langa, Medical Student University of Washington School of Medicine
Melanie Martinsen
Melanie Thompson MD, AIDS Research Consortium of Atlanta, Principal Investigator
Melissa McPheeters, Vanderbilt University
Melissa Milfort
MELISSA VEGA, FHCSD
Meltem Karatepe,M.D.
Meredith Clement, MD, Louisiana State University Health Sciences Center, New Orleans, LA
Merline Jacques
Mia Haddad, MPH Candidate at Boston University School of Public Health
Michael Maranda, Michigan (no affiliation)
Michael Seibert, MD
Michael T. Melia, MD - Johns Hopkins
Michalina Montaño, University of Washington
Michela Blain, MD, University of Washington
Michele Andrasik PhD, Senior Staff Scientist, Vaccine and Infectious Disease Division, Fred Hutch and University of Washington
Michelle Brescia
Michelle Floris-Moore, MD, MS. Infectious Diseases physician and clinical investigator, UNC School of Medicine
Michelle Moore, AGPCNP-BC, University of Chicago Medical Center, Section of Infectious Diseases & Global Health

EXHIBIT TTT

Michelle R. Caunca, PhD, University of Miami Miller School of Medicine
Michelle R. Jacobs, Department of Sociology, Wayne State University
Michelle Rattinger
Michelle Stephens
Mike Dolan Fliss, PhD Epidemiology, MPS, MSW
Mike Hunt
Miko Robertson, RN
Milena Casamassima
Mili Parikh, UCSD School of Medicine
Miquelle Marin
Miranda Caggy
Mitchell Dumais, UWSOM
Mitchell Lee, Rollins School of Public Health
Moira Palumbo
Molly Levine, 4th Year Medical Student, University of Washington
Molly Miller-Petrie, University of Washingyton
Mona Rigaud, MD; MPH (Pediatric Infectious Dis)
Monica Gandhi, Professor of Medicine, UCSF
Monica Martinez, MPH
Monica Sierra, PhD. Epidemiology
Morgan Pothast
Morgan Warren
MPH grad- Yale School of Public Health
MPH, Tri-County Health Department
Mukta Baweja MD
N.K.
Nabiha Nuruzzaman, MPH (Columbia Public Health Alumni, Medical Student at Frank H Netter MD SOM)
Naeha Haridasa, The George Washington University School of Medicine and Health Sciences, Medical Student
Najla Aljaberi. Pediatric rheumatologist.
Nakul Vyas, Medical Student, Boston University School of Medicine
Namita Arunkumar, BUSM
Namita Raghavan, VCU SOM
Nancy Miles, MS1, UW School of Medicine
Nancy Skehan, MD
Nancy Warren, RTI International
Nandita Mani, MD, Infectious Diseases Fellow, University of Washington
Natalie Bowman
Natalie Foster
Natalie Mourra, Kaiser Permanente Los Angeles Medical Center
Natasha Hongsermeier-Graves, medical student at University of Nebraska Medical Center
Natasha Jhala, MPH (Columbia University)
Natasha Kumar, MD; Northwestern University
Natasha Sanchez, MPH candidate, Boston University
Nathalie Phillips, PA-C
Nathaniel Matthews-Trigg, MPH - Washington Physicians for Social Responsibility & Radical Public Health
Nellie Landon Kassebaum, CSU MPH Student
Nephrologist
Nicholas DesLauriers, University of Minnesota
Nicholas hansen
Nicholas Locke, MPH
Nicholas Van Wagoner
Nicholas Varunok MD MSc
Nicky Tettamanti, MPH Student at Mailman School of Public Health, Columbia University
Nicolas Cortes-Penfield, MD
Nicole Aydt Klein, Professor of Public Health, Southern Illinois University Edwardsville
Nicole Brescia (physician)
Nicole Iriarte, MPH candidate at the University of Virginia
Nicole Kester
Nicole Kitten, MPH Candidate, BUSPH
Nicole Oslance, medical student
Nicole Roselli, MD, MBA - Bellevue Hospital NYC
Nicole Theodoropoulos, MD, UMass Memorial Medical Center
Nicolette Slaughter
Niha Mamillapalli
Nikkiya M Fraser, MD; infectious disease specialist, Fort Wayne, IN
Nikolaos Mavrogiorgos, MD, University of North Carolina
Nina Nguyen
Nisha Puri-BUSPH student
Nita Bharti, Penn State University, Center for Infectious Disease Dynamics
Nitya Dhanaraj Cooper Medical School of Rowan University
Noah Segal, MPH, University of Iowa - College of Public Health
Noam Harris
Noelle Brescia
Nongnooch Poowanawittayakom
Nonprofit Program Manager
Northeastern Student
Nusheen Ameenuddin, MD, MOH, MPA, FAAP
Nyka Osteen, Public Health Practitioner
Occupational Therapist
Ofole Mgbako, MD ID Fellow, Columbia University Medical Center
Olivia Kates MD, Senior Fellow, Division of Allergy and Infectious Diseases, University of Washington
Olivia Teter
Pamela Knight
Pamela Koehler JD MPH
Pat Hollingsworth
Patricia Morton, PhD, Wayne State University
Paul Valente,   Clinical Social Work
Paula Strassle, PhD, UNC School of Medicine
Pauline Kwong Bridgeman, M.D.
Pedro Gullón MD, PhD - Universidad de Alcalá
Penny Viater. Nurse Practitioner University of Chicago Medical Center
Peter Chin-Hong MD UCSF
Peter F. Bornstein, MD, MBA; St. Paul Infectious Disease Associates, Ltd.
Peter Young
Phanith Touch, MS3, University of Washington School of Medicine
Pharmacist

EXHIBIT TTT

Phoebe Dembs, LMSW, SUNY Upstate
Physician
Physician assistant
Pooja Mehta MD MSHP, Cityblock Health
Pooja Patel, University of Michigan SPH
Prachi Priyam, MD, MPH
Pranatharthi Chandrasekar
Pranav Reddy, MD, MPA, Resident Physician, Yale School of Medicine Department of Obstetrics and GynecologyPranav
Pratik Lakhani
Premal Patel
Price Nyland, Bowdoin College '20
Priest
Prithvi Addepalli, MHA
Priya Midha, MS (Clinical Epidemiology), PhD Student (Public Health, Epidemiology concentration), Kent State University
Priya Raghavan, MD
Priyokti Rana, BUSPH
Psychologist
Public Health Advisor - CDC
Public Health Analyst
Public Health Expert
Public Health Officer/ Research
Public Health Official, Rhode Island
Public Health Professional - USC
Public Health Sanitarian
Punit Matta, BUSM
Queen Escalante, James Madison University Student
Qumber Ali - Medical Student
Quratulain Syed
Ra Amen
Raaka Kumbhakar, PGY3 IM Resident/rising ID fellow, Columbia
Rachael Cohen, BS in Global Health Studies (Allegheny College) MS Candidate* in Global Health (Georgetown University)
Rachael Groh, MD Candidate, Netter SOM
Rachael Kfare
Rachana Tank, University of Glasgow
Rachel Bender Ignacio MD MPH, Assistant Professor of Infectious Diseases, University of Washington
Rachel Berkowitz, DrPH, MPH - Postdoctoral Research Fellow, University of California, Berkeley
Rachel Dutton, UCSD
Rachel Garcia, MPH
Rachel Hathaway, MD, Harvard Medical School
Rachel Ingraham
Rachel Nation, MPH
Rachel Rinehart, University of Washington School of Medicine
Rachel Scott MD/MPH
Rachel Silverman, PhD, ScM, Research Scientist, Virginia Tech
Rachel Tao - Mailman School of Public Health student
Rachel Tsong, Columbia Mailman School of Public Health
Rachel Viqueira, Epidemiologist and Program Evaluator
Rachel Witt, MD
Radhika Dhingra, Professor, Gillings School of Public health, University of North Carolina at Chapel Hill
Radhika Sharma, MPH Health Educator & NEIU Instructor
Raeven Clockston
Raj Panjabi, Assistant Professor, Harvard Medical School
Ramya Dronamraju MPH
Rana Shaheen
Rashmi Baragi
Ravi Kalhan, Professor of Medicine, Northwestern University, Feinberg School of Medicine
Rebeca Huebner, MLS (ASCP), MPH
Rebecca Miller, MPH
Rebecca Reece, MD, IDSA member
Rebecca Rogers, MD, Cambridge Health Alliance
Rebecca Schulte
Rebecca Sharar, MPH, MS4 University of Washington School of Medicine
Rebecca Smith, University of Illinois
Rebecca Spence, JD, MPH
Rebecca Stebbins, MSPH, UNC-Chapel Hill
Rebekah K. Puddington
Rechel Geiger, medical student
Regina C. Ortiz Nieves, MS (Puerto Rico Mental Health and Anti-Addiction Services Administration)
Regina LaRocque, MD MPH, Harvard Medical School
Regina Wittaker
Rena Li
Renee Nelson
Renslow Sherer MD, University of Chicago
Research Assistant Professor, University of Illinois, Chicago
Research Associate
Researcher in Health Economics
Researcher, MPH, UCSF
Rhea Mathew, MS, MD candidate Drexel University College of Medicine
Richard A. Loftus, M.D. Associate Program Director, Internal Medicine Residency Program, Eisenhower Health, Rancho Mirage CA
Richard Armenta, California State University, San Marcos, Assistant Professor
Richard Greendyk, MD, Columbia University Medical Center-NYP
Richard Harris
Richard Rodgers
Richard Winn MD, professor of medicine
Rishi Singhal
Robbie Christian Infectious Diseases Pharmacist
Robert Eagle, MS4, UWSOM
Robert T. Fairman, MPH, CHES, Georgia State University School of Public Health
Robert W Comer, MD
Roberts Bartholow, Good Samaritan Hospital Cincinnati
Robin Nokes
Ronke Akinkugbe; VCU
Rosemarie Corral
Ruby Barnard-Mayers
Rupali Jain
Russell Buhr MD, PhD; Assistant Professor of Medicine, UCLA
Ruth Aminu

EXHIBIT TTT

Ruth Wang, M.Ed., MD Candidate [MS4] at UC San Diego School of Medicine
Ruvandhi Nathavitharana MD MPH, Harvard Medical School
Ryan Muir - pharmacist
S.A.
Saba Khan
Sabeen Rokerya, Columbia University Mailman School of Public Health
Sabina Gonzalez, RN
Sacharitha Bowers, MD
Sade Perkins
Sahit Menon - UCSD School of Medicine, Medical Student
Saimrunali Dadigala
Saleena Subaiya
Sam Packard, MPH, University of Arizona
Samantha Calderazzo, Medical Student
Samantha Cox, Medical Student, Nebraska
Samantha Hall, MPH candidate Boston University School of Public Health
Samantha Lee MD, Cardiology Fellow, Icahn School of Medicine at Mount Sinai
Samantha Loh, MPH, Colorado School of Public Health
Samantha Moulton
Samantha Schnall
Samara Khan, MPH student at the CUNY School of Public Health and Health Policy
Samsara Davalos Reyes
Sana Abbasi
Sanda Vujnic MD
Sandra Springer, MD , Yale School of Medicine
Santiago Neme, MD MPH, UWMC-NW Medical Director
Santiago Ripoll, Postdoctoral Researcher, University of Sussex
Saparja Nag, M1 at University of Connecticut SOM
Sara Atlas, Columbia University Mailman School of Public Health
Sara Benham, PhD candidate, Old Dominion University
Sara Drescher, MD
Sara Gomez
Sara Hurtado Bares, MD
Sara Kass-Gergi, MD, NYP-Columbia Medical Center
Sara Knauft, University of Washington School of Medicine
Sara Shashaani
Saraf Salim, MPH
Sarah Ames, MPH candidate at Boston University School of Public Health
Sarah B. Andrea, PhD, MPH, University of Washington School of Public Health
Sarah Bansen APRN
Sarah Case, MS1, University of Washington
Sarah Corley, BUSPH alum
Sarah Cullum
Sarah E. Hawkins
Sarah Frank, RN
Sarah Gitterman, Colorado School of Public Health
Sarah Gramm, teacher
Sarah Jergenson, MPH candidate, University of Minnesota
Sarah Kipperman- public school teacher in Virginia
Sarah Leong
Sarah Lorraine
Sarah Ney. Educator
Sarah Renaud
Sarah Rossi - MPH candidate at Boston University
Sarah Stein Family Medicine PA
Sarah Wolfarth-Davis
Sasha Sommerfeldt
Scientist and Free Clinic Volunteer
Sedem Adiabu Rollins School of Public Health
Seth J. Prins PhD MPH, Assistant Professor of Epidemiology and Sociomedical Sciences
Shaelin Nauta
Shahbaz Hasan, Infectious Care, Dallas
Shahera Ranjha
Shaina Coogan, MPH
Shamia Robinson
Shana Geary, MPH, CPH
Shana Kagan MPH, MN, RN, PHN
Shannon Limjuco, MPH
Shannon Vance, MPH, George Washington University
Shaoli Chaudhuri
Sharon Wang
Sharrelle Barber, ScD MPH, Drexel University Dornsife School of Public Health
Sheela Lewis
Shenandoah University Student
Shibani Chettri, MPH, Epidemiology PhD Student @ The Ohio State University
Shira Shafir, PhD, MPH UCLA Fielding School of Public Health
Shivanjali Shankaran
Shradha Biradar, MPH, Medical Student Touro University CA
Shreela Sharma, PhD, Professor of Epidemiology, University of Texas School of Public Health
Shrita Pendekanti, UC San Diego School of Medicine
Siobhan Callaghan MD
Skye Fishbein
Sminu Bose, MD
Smriti Karwa, MPH
Social Worker
Sofie Pedersen
Sonia Midha
Sonya Neal -UCSD
Sora Chee, Upstate Medical University
Spencer Septien
Stacie Smith
Stanford, Graduate Student, Epidemiology and Clinical Research
Stanley PA-S
Stephanie Mayne, PhD, MHS - CHOP
Stephanie Wagner, MD/MPH
Steven C. Hatch, MD, MSc, University of Massachusetts Medical School
Steven Pergam, MD, MPH
Steven Ridini, Health Resources in Action
Steven Rodriguez Columbia University
Steven Rothman, MD; SUNY Upstate Medical University Student
Suhair Bhatti, MPH

EXHIBIT TTT

Sujatha Srinivasan, PhD. Senior Staff Scientist, Vaccine and Infectious Disease Division, Fred Hutch, Seattle
Sukhmani Bal, MPH - BUSPH/MGH CCCSEW
Suliman Ghafary, MPH
Sumedh Mankar, physician, primary care and public health
Supriya Rani Jain (Brandeis University)
Surabhi Nirkhe, Internal Medicine resident, UCSF
Susan Bolick RN, retired public health nurse
Susan Caisse
Susan Watson, LCSW, MPA, MHS
Sydney Perlotto, FP/RH Policy Advocacy
Sydney Pomenti, MD NYP - Columbia - New York Presbyterian
Sylvia Coleman, MD
Sylvia Czuppon
Sylvia Kang, Yale School of Nursing
Sylvia Romm
Talia H. Swartz, MD, PhD, Icahn School of Medicine at Mount Sinai
Tammy Wilhoite
Tanja Srebotnjak, PhD
Tara Alpert, PhD
Taxpayer & Mother of Black Sons
Taylor Kelley, Health District
Taylor Paul
Taylor Vincent, MPH
Tejas Venkat-Ramani, MPH
Tenley Brownwright, PhD, Penn State University
Teresa Johns
Terrel Sanders
Tessa Delaney, MD Vanderbilt University Medical Center
Tessa Pulido
Theresa Santos, UWSOM
Thy Huynh
Tiffany Kan, RSPH
Tiffany Pomares, MPH-Epidemiologist
Tilton Little, Publisher, Big4Bio
Tim Carpentier
Tim Lahey, MD, MMSc, Professor of Medicine & Director of Ethics, University of Vermont Medical Center
Timothy Barber
Timothy W Menza, MD, PhD, OHSU
Tomefa Asempa, Hartford Hospital, CT
Ton Johnson
Tori Cowger, MPH, Harvard School of Public Health
Toshali Katyal BA, UC Berkeley
Toyosi Oyelowo
Tran Huynh, medical student
Transgender educator from northern CA
Trey Simril, MD, University of Colorado Internal Medicine Resident
Tyler J Peck
Tyler Quigley UPSTATE NEUROPHYSIOLOGY
Tyrone
UC Berkeley School of Public Health
Uche BLACKSTOCK - Advancing Health Equity
Uchechi Mitchell, PhD, MSPH, University of Illinois Chicago
UCSF School of Medicine
Undergraduate Student, Milken Institute School of Public Health
University professor, North Carolina
UNMC 2nd yr. Medical Student
Uzma Syed, Infectious Diseases, South Shore Infectious Diseases & Travel Medicine Consultants
V. Morrison APRN Cambridge Health Alliance
V. Ram Krishnamoorthi, MD MPH, University of Chicago, Doctors for America
Vaish Sridhar
Valerie Press, physician
Van Park
Vanessa Aden
Vanessa Estibeiro MD,MPH
Vanessa K Ferrel, MD MPH
Vanessa Lamers
Vanessa Torrice, BUSM
Varun Goel - UNC Chapel Hill
Vera Schulte, University of Washington Medical Student
Veronica Grycan
Veronica Salvas, Epidemiologist Healing Communities Study
Vicki Alexander, MD, MPH,Healthy Black Families , Inc
Victor J. Schoenbach, PhD, emeritus associate professor
Victoria Cameron, Dartmouth Board of Health
Victoria Gontarz
Vidya Atluri, infectious disease fellow, UW
Vikas Saini, M.D.  President, Lown Institute
Viraj Shroff-Mehta, MD
Virginia Tan, Medical Student, Netter School of Medicine
Visiting Nurse Service of New York
Wendy Armstrong MD, Emory University
Whitney Wood, MS3, Elson S. Floyd College of Medicine
Wilfredo Lopez
Will Brown
Will Flanigan, UCB/UCSF graduate student
Will Patterson, Medical Student, CCLCM
William Andrew Hughes
William C. Goedel, PhD, Assistant Professor (Research), Brown University School of Public Health
William F Parker, MD, MS, University of Chicago.
William J Muller, MD/PhD, Northwestern University Feinberg School of Medicine
Xavier Hill
Xóchitl Silva
Y. R. Usodum
Yamile Molina, PhD MS MPH, Assistant Professor, Center for Research on Women and Gender, Community Health Sciences, University of Illinois Chicago
Yasaman Zia, UW
Yasmin Kamal, MD/PhD student Geisel School of Medicine
Yefim Zaltsman, PhD, Postdoctoral Scholar, UCSF
Yehudith Dashevsky, alumna of the University of Pennsylvania
Yewande Dayo, Infectious Diseases Pharmacist
Zachary West, MD
Zara Wright, MA, Canvas Health
Zoe McLaren, University of Maryland, Baltimore County

EXHIBIT TTT