

EXHIBIT UUU(i)