

## DGSOM at UCLA
1,939 Tweets

# DGSOM at UCLA
@dgsomucla

Official account for the David Geffen School of Medicine at UCLA.

Sharing #UCLACommunity experiences.
#SeeYourselfHere living a #LifeofImpact.

⊙ Los Angeles, CA   🔗 uclahealth.org/coronavirus   🗓 Joined November 2015

**196** Following   **3,474** Followers

Tweets        Tweets & replies        Media        Likes

EXHIBIT UUU(ii)