

EXHIBIT UUU(iii)