

EXHIBIT UUU(iv)