




**Johns Hopkins Medicine** ✓
27.8K Tweets



Forward. For all of us.

Follow

**Johns Hopkins Medicine** ✓
@HopkinsMedicine

Johns Hopkins Medicine–Improving the #health of the community and world by setting the standard of excellence in modern #education, #research and clinical care.

⊙ Baltimore, Maryland   🔗 hopkinsmedicine.org   📅 Joined February 2009

824 Following    611.9K Followers

Tweets    Tweets & replies    Media    Likes

EXHIBIT UUU(v)