

← **Northwestern Feinberg School of Medicine**
11.9K Tweets

**Northwestern Feinberg School of Medicine**
@NUFeinbergMed

Official Northwestern University Feinberg School of Medicine account for #medicaleducation, #medicalresearch & #healthcare. Clinical news: @northwesternmed

⊙ Chicago, IL    🔗 feinberg.northwestern.edu    📅 Joined August 2009

**2,334** Following    **14.9K** Followers

**Tweets**    Tweets & replies    Media    Likes

EXHIBIT UUU(vi)