

EXHIBIT UUU(vii)