


EXHIBIT V(iii)