





← **Val Demings** 
760 Tweets



**Follow**

## Val Demings ✔

@valdemings

Never Tired. Congresswoman. Public Servant. Lifelong Floridian. Former Orlando Police Chief. Christian. Wife. Mother. Nana. Running for U.S. Senate.

⊙ Orlando, FL   🔗 valdemings.com   🗓 Joined August 2015

**151** Following   **119.4K** Followers

EXHIBIT VV(ii)