



← **THE HONORABLE MINISTER LOUIS FARRAKHAN**
9,942 Tweets



Follow

# THE HONORABLE MINISTER LOUIS FARRAKHAN
@LouisFarrakhan

Official Twitter Page of The Honorable Minister Louis Farrakhan. The National Representative of The Most Honorable Elijah Muhammad and The Nation of Islam

⊙ Chicago, IL   🔗 noi.org/the-criterion/   🗓 Joined March 2011

**0** Following   **343.9K** Followers

**Tweets**          Tweets & replies          Media          Likes

EXHIBIT VVVV(i)