

Imagine a World Without Hate

# Farrakhan: In His Own Words

**Updated:** *June 6, 2013*

## INTRODUCTION

For over 30 years, Louis Farrakhan, leader of the Nation of Islam (NOI), has marked himself as a notable figure on the extremist scene, publicly attacking Jews, white people and the LGBT community.

In recent years, Farrakhan has embarked on a wide-ranging campaign specifically targeting the Jewish community that has featured some of the most hateful speeches of Farrakhan's career as head of the NOI. Farrakhan has alleged that the Jewish people were responsible for the slave trade and that they conspire to control the government, the media, Hollywood, and various Black individuals and organizations. He also frequently denies that Jews have a legitimate claim to their religion and to the land of Israel claiming that Judaism is nothing more than a "deceptive lie" and a "theological error" promoted by Jews to further their supposed control over America's government and economy.

Farrakhan often promotes such messages at public speeches and sermons, some of which attract tens of thousands of followers. For example, during his keynote address at the NOI's 2013 Saviours' Day convention in Chicago, Illinois, Farrakhan accused Jews of controlling the U.S. government and economy, claiming the Anti-Defamation League, the Federal Reserve Bank, and the Internal Revenue Service were set up by the Jews in tandem to control the fiscal policies of the United States.

While Farrakhan continues to promote his hatred at large NOI events such as Saviours' Day, one of his latest attempts to reach new audiences is a 52-week online lecture series, launched in January 2013. In the series, titled "The Time and What Must Be Done," Farrakhan frequently characterizes Jews as "Satanic" and promotes a wide range of anti-Semitic conspiracy theories, alleging Jewish control over government, finance, entertainment, and other sectors. The lecture series is part of a larger effort by the NOI's media arm to spread its hate through a range of propaganda, including through its newspaper and various social media sites.

Farrakhan also espouses his brand of bigotry at universities and churches across the country. In March 2013, Farrakhan spoke at Tuskegee University where he told college and high school students that President Barack Obama was "selected" by whites to do their bidding before he was elected by the people and that the U.S. government brings cancer and other illnesses into Black communities as part of a larger policy of depopulation. During a sermon at Fellowship Chapel in Detroit in May 2013, Farrakhan told the audience that the "Synagogue of Satan," a phrase he uses repeatedly to refer to Jews, has "mastered civilization now, but they've mastered it in evil," using its control of Hollywood and the media to "put you before the world in this disgraceful matter."

Throughout these and other speaking engagements, Farrakhan has heavily promoted the second volume of the NOI's anti-Semitic book *The Secret Relationship Between Blacks and Jews.* This volume, subtitled, "How Jews Gained Control of the Black American Economy," blames Jews for promoting a myth of black racial inferiority and makes a range of conspiratorial accusations about Jewish involvement in the slave trade and

1

EXHIBIT VVVV(ii)



Imagine a World Without Hate

in the cotton, textiles, and banking industries. Both books, according to Farrakhan, should be taught in schools across the U.S.

Below is a collection of hateful and conspiratorial statements made by Farrakhan on Jews, Jewish conspiracies, the Holocaust, Jewish involvement in the slave trade, Israel, dialogue with Jews, whites, the U.S. government, and the LGBT Community.

## ON JEWS

"In all of these cities on a Jewish holiday, business stops because they are the masters not only in America's cities but in cities throughout Europe and the Western world."

*The Time and What Must Be Done, Part 20: Making Satan Known*, 5/25/13

"The Jewish media has normalized sexual degeneracy, profanity, and all kinds of sin."

*The Time and What Must Be Done, Part 20: Making Satan Known*, 5/25/13

"Socialism or communism is a doctrine they have to fight cause it ends their wealth and their power, wherever socialism rises, capitalism begins to die…So the International Jew is affected by the rise of socialism, it is in their DNA to fight anything that will raise the common man. This is why they fight any voice that the little man will listen to."

*The Time and What Must Be Done, Part 17*, 5/4/13

"You that think that those who refer to themselves as Jews are the real Children of Israel? No. You have made a real theological mistake and some of you have made a theological error because you know the truth, but yet you consider your wickedness in promoting a deceptive lie."

*The Time and What Must Be Done, Part 5*, 2/9/13

 "Now you know I'm going to be lambasted and called anti-Semitic… They'll say Farrakhan was up to his old canards; he said Jews control Hollywood. Well, they said it themselves! Jews control the media. They said it themselves! Jews and some gentiles control the banking industry, international banks. They do! In Washington right next to the Holocaust Museum is the Federal Reserve where they print the money. Is that an accident?"

*Holy Day of Atonement Keynote Address, Part 2,* Mosque Maryam, Chicago, Illinois, 10/21/12

**Farrakhan:** How many of you are lawyers? Only have one in the house? No wonder we go to jail so much, brother! But at the top of the law profession, who are the top in law?
**Audience:** Jews.
**Farrakhan:** Sorry I didn't hear you.
**Audience:** Jews!
**Farrakhan:** Any doctors in the house? Ain't got no doctors? Oh there's one way in the back. At the top of the medical profession, the top in that are members of the Jewish community. Anybody in media? Who's

2

EXHIBIT VVVV(ii)



Imagine a World Without Hate

the top in that field?
**Audience:** Jews.
**Farrakhan:** Anybody a rapper in the house? There's rappers. You can rap, ain't nothing wrong with that, but at the top of that are those that control the industry. Any of you have Hollywood ambitions, Broadway ambitions? Who's the top of that?
**Audience:** Jews.
**Farrakhan:** Same people! They're masters in business. Well I'm not a businessman I'm a banker. Well who's the master of the bankers?
**Audience:** Jews.
**Farrakhan:** TALK TO ME!
**Audience:** Jews!
**Farrakhan:** You don't discredit them because they're masters, you discredit them by the way they use their mastery.
**Audience:** [applause]
**Farrakhan:** Now, I close.

*All is Vanity,* Mosque Maryam, Chicago, Illinois, 7/1/12

"White Christians, [you saw the plight of blacks] but what did you do? You walked right by on the other side. Then along came the Jewish people. You did a little better. You came and looked at us: 'damn they're in bad shape! Let's see how we can take advantage of the shape that they're in.'"

*Guidance in a Time of Trouble,* San Diego, California, 5/27/12

"Do you know Jewish people were not the origin of Hollywood, but they took it over?"

*Saviours' Day,* Chicago, Illinois, 2/26/12

"In 100 years, they control movies, television, recording, publishing, commerce, radio, they own it all. Magazines. Why do you want all, everything?"

*Saviours' Day,* Chicago, Illinois, 2/26/12

"Did you know that the Koran says that Jews are the most violent of people. I didn't write it, but I'm living to see it."

*Saviours' Day,* Chicago, Illinois, 2/26/12

"I think we have made a grave mistake; we have been deceived into thinking that the Jews have been our allies in our recent civil rights struggle... Yes, he poses as your friend. He's with you as an agent, he's with you as a manager, he's with you as an investor, he's with you as a guide in economic development, but he has never asked you to do what he has done. He networks with other rich, influential Jews and he buys, he invests, he's in trade and commerce."

*Interview with radio station WPFW-FM,* Washington, DC, 4/1/10

3

EXHIBIT VVVV(ii)



"Some of you think that I'm just somebody who's got something out for the Jewish people. You're stupid. Do you think I would waste my time if I did not think it was important for you to know Satan? My job is to pull the cover off of Satan so that he will never deceive you and the people of the world again."

*Saviours' Day*, Rosemont, Illinois, 2/27/11

"If the white race is under the name Israel, where did the name Jew come from? Adam never said he was a Jew. Abraham didn't say he was a Jew. Moses didn't say he was a Jew. The name Jew comes after Judah. Hebrew is different. The original Hebrews look just like you. The original Hebrews are Black."

*Speech at Mosque Maryam*, Chicago, Illinois, 10/3/10

"How did we get a Black president? Because those Satanic Jews know that this is the time of your separation from them that God wants to give you a land of your own as the cornerstone of the Kingdom of God. You didn't see when they got in the room and said 'we have to deceive them and through them deceive the entire world.' How could they be the chosen of God and leading the world into filth and indecency?"

*Speech at Mosque Maryam*, Chicago, Illinois, 10/3/10

"You can't do nothing in Hollywood unless you go by them. You a hip-hop artist? You can't do nothing, you gotta go by them. You want to be a great sports figure? They own that plantation. Children of Israel, they got you jumping through hoops."

*Speech at Mosque Maryam*, Chicago, Illinois, 10/3/10

"They stole land in Palestine. And this Synagogue of Satan knows that the end of their time of rule is up. The jig is up."

*Speech at Mosque Maryam*, Chicago, Illinois, 10/3/10

"If they go to war with Iran, which they're setting the stage for now, it'll be because the Zionists have pushed Obama to do their bidding and to put a black face on an illegitimate war and use black and brown and poor white to fight a war for the Ashkenazi false Jews that have come out of Europe. These same people started apartheid in Africa. The same Jews are guilty of Jim Crow and the laws that segregated us and they're the same forces that are in Palestine right now telling Palestinians in their own land what roads they can travel on and what they're not free to travel on."

*Speech at Mosque Maryam*, Chicago, Illinois, 10/3/10

"White people, although they hated us, are not the architects of white supremacy. That started in Europe and it is here in America and we document the architecture of white supremacy in this volume, Volume 2 *The Secret Relationship between Blacks and Jews*."

*Interview on the Michael Eric Dyson show*, Baltimore, Maryland, 8/23/10

4

EXHIBIT VVVV(ii)



Imagine a World Without Hate

"I know that by singling out not all Jews, but those specific irreligious Jews that the scripture calls the Synagogue of Satan, those who use their power to influence people away from the way of God, making evil fair-seeming to them … these irreligious Jews who claim they are Jews, and they are not. They blaspheme the name of a Jew; a Jew is a good name. There's deception here and the deceiver and the deception has to be exposed."

*Interview on the Michael Eric Dyson show*, Baltimore, Maryland, 8/23/10

"These who call us anti-Semitic are not Semitic at all. They have no connection whatsoever to the Holy Land. They are usurpers, land grabbers."

*Speech at Mosque Maryam,* Chicago, Illinois, 7/11/10

"You are of the Synagogue of Satan and therefore will be dealt with by God."

*Speech at Mosque Maryam,* Chicago, Illinois, 7/11/10

"Now, Jews are very sensitive people. If you even look like you're gonna criticize them they get very defensive. And you could say they're defensive because of what they suffered in Europe. That may be one reason. But the main reason is, see when somebody has lied, and stolen your birthright, the one thing they fear is not your guns, because they got some bigger. They don't fear your so-called scholarship 'cause they arranged your education. And they never taught you anything that would allow you to upset their rule. But what they fear most is the truth."

*Speech at Mosque Maryam,* Chicago, Illinois, 7/11/10

"I've asked [the Jewish people], 'since your people put ours in this condition, why don't you help me raise our people up from the degraded state that your people have put them in?'"

*Speech at Mosque Maryam,* Chicago, Illinois, 7/11/10

"To all of those who feel that the Children of Israel are over in that place they call Israel, you are mistaken."

Atlanta, Georgia, 6/26/10

"Other than the Bible, there is no historical record of anybody named Jews in bondage in Egypt in 400 years. You have to keep your eyes open for the game that may be put over on you by a smart crooked deceiver.  Now there's no historical record of their suffering in bondage like that. Now they were freed from a bondage alright, but that was in the hills and cave sides of Europe."

Atlanta, Georgia, 6/26/10

"These people have no legitimate connection to that land. They didn't come into existence in the Holy Land."

5

©2013 Anti-Defamation League          605 Third Avenue, New York, NY 10158          www.adl.org          contactus@adl.org

EXHIBIT VVVV(ii)



Atlanta, Georgia, 6/26/10

"Jewish people claim Abraham. Sorry. Sorry. I have to tell you the masquerade is over."

Atlanta, Georgia, 6/26/10

"Do you know that in Europe in every nation where they were, they led an industry in commerce in trade in banking? And the gentiles were angry with them because everywhere they went, they ruled. So the gentiles rose up against the Jews and persecuted them in Europe."

Atlanta, Georgia, 6/26/10

"When they came to America, they went into the South, and there they found common ground with the gentiles who hated black people, because that same Babylonian Talmud, the rabbis developed the myth of Ham. That you and I are the children of Ham, cursed, black, doomed. So when they got in the South they just fueled the gentiles with the curse of Ham and that has spread throughout the world. It has poisoned the bloodstream of Islam, of Christianity, of Judaism, of Communism, of Socialism."

Atlanta, Georgia, 6/26/10

"I'm here to tell you no Black man or woman becomes a multimillionaire without friendship in the Jewish community. Did you know that nearly all prominent Negro actors and musicians have or had Jewish sponsors and managers? They have a way of attaching themselves to your gifts, but you get nothing. They get it all."

Atlanta, Georgia, 6/26/10

"And do you know that when our brother was elected, Jewish people wrote, as Bill Clinton was the first Black president, Barack Obama would be the first Jewish president. Now that's a terrible thing to say but they were telling you, we own the brother.' His early money came from Goldman Sachs. He was nurtured by Jews who saw in him his brilliance. He's a beautiful human being. And they knew that as brilliant as he was, they could use him to trick black people away from the promise of God."

Atlanta, Georgia, 6/26/10

"He's president now and he's upsetting them. Because all the Jewish presidents met him in the Oval Office and told him to go easy on Israel and settlements in the West Bank and because he was strong out of Israel they started calling him what they been calling me: an anti-Semite."

Atlanta, Georgia, 6/26/10

"A lecture like this has put me in deep trouble with those forces that run this world. I have never been more prepared in my life to do what it takes, even if it's the loss of my life, to free you. But I can tell you, they killed their last prophet when they killed Jesus."

6

EXHIBIT VVVV(ii)



Imagine a World Without Hate

Atlanta, Georgia, 6/26/10

"Since he's been in office, [Obama] surrounded himself [with] certain very powerful elements within the Jewish community; and has brought around him as advisers' some of those from Goldman Sachs, who advised him about this bailout money. Our brother, now, is disappointing to some aspects of that community, and that is the beginning of the end. Because, when they're disappointed with you, the force that they have, the power that they have, the influence that they have is gradually turned against you if you don't submit."

*Interview with WVON radio,* Chicago, Illinois, 3/24/10

"The Black man and woman have always been looked upon as the 'property' of White America; and particularly, members of the Jewish community. They've always looked at you as 'belonging' to them."

*Speech at Mosque Maryam,* Chicago, Illinois, 3/7/10

"The Jewish people have said that Hollywood is theirs. Can any of you deny that they are the masters of Hollywood, where sex, lesbianism, homosexuality and violence are promoted?"

*Speech at Mosque Maryam,* Chicago, Illinois, 3/7/10

"Who owns the recording companies? People who call themselves 'Jews,' but they are not Jews; they are masquerading. And the so-called Jews who run those record companies, they use you, and they've sent you all over the world degrading the culture of other nations with your filth and debauchery."

*Speech at Mosque Maryam,* Chicago, Illinois, 3/7/10

"It was Hollywood whose first movie, what was the first movie?  'The Birth of a Nation.' How did it portray us? And how has Hollywood portrayed us? And who were the Hollywood moguls who portrayed us like that? Am I anti-Semitic or are they anti-black?"

*Speech at Mosque Maryam,* Chicago, Illinois, 7/26/09

"There were members of the Jewish community that helped to start NAACP but they were watchmen over how that organization developed, to keep it in a certain line."

*Speech at Mosque Maryam,* Chicago, Illinois, 7/26/09

"Do you know some of these satanic Jews have taken over BET?... Everything that we built, they have. The mind of Satan now is running the record industry, movie industry and television. And they make us look like we're the murders; we look like we're the gangsters, but we're punk stuff."

*Justifiable Homicide: Black Youth in Peril (Part 3),* Mosque Maryam, Chicago, Illinois, 11/11/07

"The real anti-Semites are those who came out of Europe and settled in Palestine, and now they call themselves the true Jews, when in fact, they converted to Judaism."

*Al Jazeera TV interview*, 3/18/07

"These false Jews promote the filth of Hollywood that is seeding the American people and the people of the world and bringing you down in moral strength. It's the wicked Jews the false Jews that are promoting

©2013 Anti-Defamation League          605 Third Avenue, New York, NY 10158          www.adl.org          contactus@adl.org

EXHIBIT VVVV(ii)



Lesbianism, homosexuality. It's wicked Jews, false Jews that make it a crime for you to preach the word of God, then they call you homophobic!"

*Saviours' Day*, Chicago, Illinois, 2/26/06

"I'm not an anti-Semite, I never have been one. I do not hate the Jewish people; put that down! What I hate is the degree of control that they exercise over Black intellectual, cultural expression. I do not think that no human being should determine how high we can go, that can only be determined by God and by us; not by no white man, no black man, no human being."

*Millions More Movement Rally*, Philadelphia, Pennsylvania, 8/31/05

"Now the thinking of these neoconservatives is written of in scripture. In the book of Revelations, 2 and 9, it reads, 'I know the blasphemy of those who say they are Jews and are not but are a synagogue of Satan.' What is the blasphemy? A Jew is a noble name. A Jew means one who is in a covenant relationship with God in obedience to the divine laws, statues and commandments of God. But these people claim to be Jews but they're not in obedience to God's law, they have given a mission of evil a divine look on it. And George W. Bush has swallowed that bait, hook line and sinker."

*National Press Club*, Washington, D.C., 5/3/04

"Dewey, Kant and Hegel, and the rabbis that wrote the Talmud, make blacks inferior."

*National Black Agenda Convention,* Boston, Massachusetts, 3/18/04

"I call them the so-called Jews because to be a Jew you have to adhere to the statutes and laws that create the special relationship. How can you be a Jew and promote homosexual marriage?"

*National Black Agenda Convention,* Boston, Massachusetts, 3/18/04

"See, you so called Jews, I'm not gonna give you the credit for being one of those that obey God. You portrayed us, you know what images do, that's why you jumped on Mel Gibson. But you painted us, big lips, red eyes, kinky hair, you put in the movies like that. You mocked our characteristics and made us to hate God's creation of us. You did that. Hollywood did that. You take our strongest, more courageous black minds, you think we don't see you? And you put us in Hollywood. You give us television shows, and then we gotta bug our eyes."

*Saviours' Day Speech,* Chicago, Illinois, 2/29/04

"You don't mention the horror of our suffering. Here's why: it's because of something called the Hamitic curse…according to the Babylonian scholars, writers of the Talmud, not the Torah, but Talmud…the Hamitic curse was written off in the Talmud 400 years after the birth of Jesus…in the Talmud they talk about because he looked at Noah in that condition and marked the redness of his eyes, the turning of his head made these kinks in his hair, the thickness of his lips. That's our features. We were black and cursed.

*Saviours' Day Speech,* Chicago, Illinois, 2/29/04

8

©2013 Anti-Defamation League          605 Third Avenue, New York, NY 10158          www.adl.org          contactus@adl.org

EXHIBIT VVVV(ii)



Imagine a World Without Hate

"But what you have in the Bible has been added to and taken away from by the Jews. Oh here goes this anti-Semite. This Koran says that the Jews have altered the word of God out of its place. They did not want the masters of the people to know what Jesus really said, what Moses really said, because then you wouldn't have a yardstick to measure their deviations."

*What is Islam?,* Mosque Maryam, Chicago, Illinois, 11/23/03

"What had they done to deserve such a harsh judgment from God? Those who are Jews and those who are Christians, those who believe in Allah on the last day, they have their reward from their Lord. There are beautiful members of the Jewish community who are trying their utmost to follow the law and the teachings of Moses and the prophets that God sent to Israel. But there's another Jew who is not really a Jew. He is an imposter posing as Jew. In the Bible, in the book of Revelations [it] says 'Those who say they are Jews and are not, I will make them of the synagogue of Satan.' Who are the masters of Hollywood, how could you be a righteous Jew and promote that which is forbidden by the God of Israel? Come on now. How could you be a righteous Jew and publish the filth that is published daily feeding the minds of the American people and the people of the world filth and indecency, and making it fair seeming in their eye?"

*What is Islam?,* Mosque Maryam, Chicago, Illinois, 11/23/03

"We know that the most powerful people in the country, many of whom are Jews, don't like Farrakhan."

*What is Islam?,* Mosque Maryam, Chicago, Illinois, 11/23/03

"Even though the Koran says and the prophet Mohammed predicted that the Mahdi would come, somebody would come as a guide. Why? Because his own community had lost the path that he had put them on. Christians, you have lost the path that Jesus put you on. And the Jewish or Hebrew community lost the path that Moses and the prophets of Israel put the Jewish people on. We're off that path."

*Eighth Holy Day of Atonement sermon,* Mosque Maryam, Chicago, Illinois, 10/16/03

"When Jesus was preaching, his enemies were the scribes, the Pharisees, the Sadducees, He was preaching in the Roman Empire, and the people wanted to trap him for the Roman authorities. But under the Roman authorities were the Jewish religious authorities. They were wrapped in the law. But they were wrapped in the letter, but not in the spirit. Jesus was more than a man of the letter, Jesus was a man of the spirit. But he said, 'I didn't come to change the law. I came to fulfill that which was written in the law.' There's a whole lot difference between a man that gives the law and a man who fulfills what is written in the law. He did something that they thought was contrary to the law. And sometimes when you're a religious hypocrite, you use your knowledge of the law to hide a self-righteous hypocrisy."

*Eighth Holy Day of Atonement sermon,* Mosque Maryam, Chicago, Illinois, 10/16/03

"See how you can see Jesus in ancient Rome. See how you can use or see the rabbinical scholars, the Levites, the Sadducees, the Pharisees, and their attack on the master? See how Pontius Pilate washed his hands of the matter? See how they [the Jews] brought him into court on false charges? See how they plotted to crucify him? And it's easy to sing about what was. It's difficult to believe that what was, is. The Rome of yesterday is nothing to the America of today."

9

EXHIBIT VVVV(ii)



Imagine a World Without Hate

*Eighth Holy Day of Atonement sermon,* Mosque Maryam, Chicago, Illinois, 10/16/03

"You say I hate Jews. I don't hate the Jewish people, I never have. But there [are] some things I don't like. 'What is it you don't like, Farrakhan?' I don't like the way you leech on us. See a leech is somebody that sucks your blood, takes from you and don't give you a damn thing. See, I don't like that kind of arrangement. You become our manager, you become our agent. Every one of us that got talent, we can't make it because you opened the door, and when you opened the door you get and we end up dead with nothing, owing the IRS."

*Eighth Holy Day of Atonement sermon,* Mosque Maryam, Chicago, Illinois, 10/16/03

"So from that point on, when I said that, the next day, in New York, a rabbi was on television calling me the new black Hitler. Now what is that? You are so used to black people cowing down that you're not used to a man talking to another man? So you're gonna call me Hitler, a man who had nothing in his heart but the murder of Jews. You're gonna put that on me, so that any of your children will feel that it's an honor for me to be dead. And then some of them come out where I'm speaking, said, 'Who do you want, Farrakhan! How do you want him? Dead.' Did you think we were gonna take that crap sitting down? Do you want to ignite revolution all over America? Is that what you want? Do you want the anger of God? So what I'm saying to my Christian friends-there has not been a black leader in America locked in a struggle with the Jewish community but Louis Farrakhan. Now open your eyes. Name me one. When it comes to someone being a black anti-Semite who do they single out, who is made the litmus test when you go to work and they ask you what do you think about Farrakhan? They ain't asking you a damn thing about nobody else. Why me? Did you ever stop to consider who are the scribes. The Latin word, scribo, meaning 'I write.' For 18 years they have written against me, more than any black leader before or since. The scribes, who are these Pharisees? See, who are they, who are these guys? They call themselves Muslims. But they're not true. That's what they said about Jesus. He wasn't true. Because you felt he went outside of the law."

*Eighth Holy Day of Atonement sermon,* Mosque Maryam, Chicago, Illinois, 10/16/03

"I'm not into integration. I ain't for that. God told the Jews, he didn't want you intermarrying with others. But you disobeyed him. He don't want us uniting into this that he's come to judge. You can't integrate with wickedness if you want righteousness."

*Eighth Holy Day of Atonement sermon,* Mosque Maryam, Chicago, Illinois, 10/16/03

"You can go to Palestine, called Israel today, you can see Sodom, you can see Gomorrah, ain't nothing built there. God hadn't let anything be built there to show you his displeasure against homosexual behavior. Now the church says it's all right. I was an Episcopalian before I was a Muslim, and I liked my church. I can't remember anybody in the church, if they were gay they were hiding that. They were sure acting like men, you know what I mean."

*Eighth Holy Day of Atonement sermon,* Mosque Maryam, Chicago, Illinois, 10/16/03

"I don't hate Jews. I honor and respect those who try to live according to the teachings of the Torah, but you can't criticize Jewish people. If you criticize them you are anti-Semitic. If you don't agree with what they are doing, you are anti-Semitic. The Bible says, Revelations, those who say they are Jews and are not, I will

10

EXHIBIT VVVV(ii)



make them of the synagogue of Satan. I don't hear you preaching that full Gospel. You are afraid of consequences. But no man can say he's a Jew and promote homosexuality. No man can say he's a Jew and promote that which is against the commandments of God. No man can say he's a Jew and run the despicable, degenerate movies. The filth and degenerate language."

*Saviours' Day sermon*, Chicago, Illinois, 2/23/03

Farrakhan: "Is the Federal Reserve owned by the government?"
*Audience*: "No."
Farrakhan: "Who owns the federal reserve?"
*Audience*: "Jews."
Farrakhan: "The same year they set up the IRS, they set up the FBI. And the same year they set up the Anti-Defamation League of B'nai B'rith. It could be a coincidence. [I want] to see black intellectuals free. I want to see them not controlled by members of the Jewish community."

*Dallas Observer*, 8/10/00

"They [the Jews] are the greatest controllers of Black minds, Black intelligence. They write the scripts -- the foolish scripts on television that our people portray. They are the movie moguls that feature us in these silly, degrading, degenerate roles. The great recording companies that portray our people in such a filthy and low-rating way, yet they would not allow such a man as Michael Jackson to say one word that they thought would besmirch their reputation, but they put us before the world as clowns and as purveyors of filth. No, I will fight that."

*Meet The Press interview*, 10/18/98

"He was talking to his masters. Sir, I am not the least bit disturbed by that. Any time the Jewish philanthropists financed the NAACP, they have a stake in what the NAACP does. So the leaders of that organization have to kowtow to those kinds of powers. That's what I'm angry about. I'm hateful of their inordinate control over black politicians, black intellectuals, black organizations, and I will fight to destroy that kind of control as long as God gives me health and strength. We will never be free until we are free of that kind of control that limits our ability to state exactly what we think and what we feel."

*Meet The Press interview*, 10/18/98

"Of course, they [the Jews] have a very small number of people but they are the most powerful in the world, they have the power to do good and they have the power to do evil...Now what do the Jews do best? Well, they have been the best in finance that the world has ever known...They finance a lot of stuff in the world, and there's nothing wrong with that, but they are not good politicians, they are the worst politicians because they don't recognize really their friends and as well their enemies..."

*Saviours' Day Speech*, Chicago, Illinois, 2/22/98

"I believe that for the small numbers of Jewish people in the United States, they exercise a tremendous amount of influence on the affairs of government...Yes, they exercise extraordinary control, and Black people will never be free in this country until they are free of that kind of control..."

11

EXHIBIT VVVV(ii)



Imagine a World Without Hate

*Meet The Press interview*, 4/14/97

"To continue to point out the truth of that control and how that control never will allow us to be full and completely men, free, justified, and equal. Why should we be controlled by the power, influence, and money of others? We should not be under that kind of control...going to Jewish philanthropists, begging them for money to support our causes, and through that money, there is control, and that kind of control limits the freedom of our people to speak freely, write freely, think freely, and act as free men..."

*Meet The Press interview*, 4/14/97

"You do with me as is written, but remember that I have warned you that Allah will punish you. You are wicked deceivers of the American people. You have sucked their blood. You are not real Jews, those of you that are not real Jews. You are the synagogue of Satan, and you have wrapped your tentacles around the U.S. government, and you are deceiving and sending this nation to hell. But I warn you in the name of Allah, you would be wise to leave me alone. But if you choose to crucify me, know that Allah will crucify you."

*Saviours' Day Speech*, Chicago, Illinois, 2/25/96

"I don't own Hollywood. Who depicted Black people? Who writes the books? Who writes the plays, the songs that make us look less than human? Do you mean to tell me that Jews have never done any evil to Black people?...Were they not involved in the slave trade? Yes, they were...and to the extent that they were involved, somebody has to bring them to account. And I believe that has fallen on me."

*Interview with New York Amsterdam News*, New York, New York, 1/8/94

## ON JEWISH CONSPIRACIES

"Look at what you've done to this country. We can show how you rule Hollywood. We can prove how you are the king of the media. We can show and prove that you own most of the publishing houses, that you own most of the record companies that have these Black rappers in their filthy language saying things against their Black women and glorifying a life of crime and drugs. You permit it."

*The Time and What Must Be Done, Part 19: Making Satan Known,* 5/18/13

"Put up the stars, the Seal of America, those 13 stars, and connect them and you will see the Star of David: 6 angles, 6 sides of 60 degrees. Who are you?" (implying a connection between this Jewish symbol and the Satanic symbol of 666)

*The Time and What Must Be Done, Part 19: Making Satan Known,* 5/18/13

"You are the master of segregation...You brought that to South Africa, you brought it to America, and we have suffered under American apartheid which you sanctified by the Hamitic course...how dare you write us down as the hater when your life in America, your life in Africa, your life in the Holy Land is one of segregation, separation, hatred, murder, lying, and stealing land from the original Palestinians?"

*The Time and What Must Be Done, Part 19: Making Satan Known,* 5/18/13

©2013 Anti-Defamation League        605 Third Avenue, New York, NY 10158        www.adl.org        contactus@adl.org

EXHIBIT VVVV(ii)



Imagine a World Without Hate

"You go back into Arabia and you start using some of the tricknology [sic] that you were taught by your father Yacub. Within six months you had the Holy Land turned upside-down…You were causing us to fight and kill one another by telling lies. You do the same today everywhere you go. You start pitting one against the other telling lies dividing and conquering. Well those days are over."

*The Time and What Must Be Done, Part 19: Making Satan Known,* 5/18/13

"The enemy that owns [reality TV] is the same people that own Hollywood, the same people that control your press, the same people that control your media, the same people who are the publishers, the same people who are the distributors, the same Synagogue of Satan, and they put you before the world in this disgraceful matter."

*Speech at Fellowship Chapel*, Detroit, Michigan, 5/17/13

"What are you feeding filth to your people, you're popular in filth, but they pay well. See, because you're Satan's man. He gives you money, that's what you want. They print it all day long now next to the Holocaust place in Washington…These are not good people, these are Satanic minds. Whatever God says thou shalt not do, they make sure that they tell you it's all right and then publicize it. They got commercials and they got cartoons now that make it all right to be other than yourself in a homosexual or lesbian relationship."

*Speech at Fellowship Chapel*, Detroit, Michigan, 5/17/13

"Right now, they're tired of my preaching, and I'm sure they have contacted the Roman authorities whom they control in the United States government and are saying to them you have to do something about Farrakhan. Is there a bounty on my head?…Just remember Pontius Pilate. He was innocent. He knew that Jesus was innocent, and I'm sure the President of the United States knows that Farrakhan is not an anti-Semite. He's not a hater. He just tells the truth. But you're oppressing him now to do an evil thing."

*The Time and What Must Be Done, Part 18: Will the Real Anti-Semite Please Stand Up?* 5/11/13

"President Obama…you are surrounded by jackals, by hyenas, by nocturnal creatures, by wild goats, and they want to use you as the instrument of their wicked, wicked aim and policies and desire for the rest of the world, and if you don't follow their aim they will try their best to assassinate you…I ask God to bless you, brother president, and keep you from the snare of the nocturnal creatures that surround you. America…you must not follow the hatred of your friends in Florida, and to those of you who are Jewish, please remember that if you use your tremendous power and influence to guide America again into war, this will be the end of your power as a Jewish people and nation universally and America will go down if she follows your errant, insane arrogance and guidance."

*The Time and What Must Be Done, Part 17*, 5/4/13

"Nobody becomes President of the United States without going before Israel or AIPAC and promising the Zionists everything that you think will allow you access to their wealth, their influence, and their power."

*The Time and What Must Be Done, Part 12*, 3/30/13

13

EXHIBIT VVVV(ii)



Imagine a World Without Hate

"And today in 2013, we are in December of this year, 100 years since the creation of the Federal Reserve Bank and the Internal Revenue Service and the ADL. America's debt has gone from two billion dollars to more than sixteen trillion dollars. Now they set these institutions up to work in unity: the Federal Reserve, the IRS, and the ADL. One was to create debt, the other was to enforce a tax policy to take from the American citizens enough to pay that debt, and the watchdog of the whole thing was to see who would recognize who did this, and that's when the ADL raised the cry of anti-Semitism, and now America is seeing herself in ruin because of it."

*Saviours' Day 2013 Keynote Address,* Chicago, Illinois, 2/24/13

"Bill Clinton refused to meet with an Israeli Prime Minister. The next thing you heard was Monica Lewinsky. And all of those that were involved in scandalizing Bill Clinton, they happened to be Zionists."

*#AskFarrakhan Town Hall Meeting*, Chicago, Illinois, 9/26/12

"Your members of Congress are afraid to speak out against the warmongering of Israel and their control through AIPAC of your members of Congress."

*Guidance in a Time of Trouble,* San Diego, California, 5/27/12

"It used to be we don't want Iran to have a nuclear weapon, but now they've moved the goal post thanks to Joe Lieberman and his crowd."

*Guidance in a Time of Trouble,* San Diego, California, 5/27/12

"Brothers and sisters, you've gotta stop being guided by the controlled media that is owned by Zionist forces that want to make you pawns in the struggle of Israel and Zionism."

*Speech at the "Millions March in Harlem" event*, New York, New York, 8/13/11

"You have lost your democracy to special interest groups, corporate people that buy laws. All of you know what I'm talking about. Zionist control of the government of the United States of America. Republicans can't get together with Democrats. Only when something is affecting Israel, then both sides come together. Something is wrong with that picture, America."

*Sermon at Mosque Maryam*, Chicago, Illinois, 3/31/11

"America is under the control of corporate elite and, I'm sorry, but Zionist control."

*Jackson, Mississippi,* 3/25/11

"Jewish people need to read this [*The Secret Relationship Between Blacks and Jews*] because many of them don't even know why we're in the condition that we're in. The wiser ones know 'cause they put us in that condition."

*Jackson, Mississippi,* 3/25/11

14

EXHIBIT VVVV(ii)



Imagine a World Without Hate

"A rabbi said that blacks were the children of Ham, cursed Black, doomed to be hewers of wood and drawers of water. That didn't come out of the Bible, that came from a Talmudic interpretation that has spread all over the world so when people see Black people they look at you funny and you look at yourself that way. Cursed Black."

*Jackson, Mississippi*, 3/25/11

"[Obama] was selected before he was elected. And the people that selected him were rich, powerful members of the Jewish community. They selected him to be their first Jewish president."

*Jackson, Mississippi*, 3/25/11

"I can't tell Black people to fight a war that is Israel's war. What kind of leader will you be, or should I be, to allow these babies – Black, white and brown, to fight Israel's war, because Zionists dominate the government of the United States of America and her banking system."

*Saviours' Day*, Rosemont, Illinois, 2/27/11

"The Federal Reserve is a group of Jewish and gentile bankers that took over the printing of your money. It's not U.S.-government owned, it's a family of Jewish and gentile international bankers, the head of whom is the Rothschild family. These bankers know that only in war will America have to borrow money… This is why they were upset with Jack Kennedy, he wanted to come out of Vietnam. And they killed him, I believe."

*Speech at Mosque Maryam,* Chicago, Illinois, 10/3/10

"They got spies, informants in our ranks. They got informants in the ranks of W.D. Mohammed, they got informants in the ranks of our brother Silis Muhammad, they got informants in the ranks of all Muslim groups, they got informants among nationalists, they got informants in the NAACP, the Urban League, they got informants in the church. This is real. And you know what they want to do? They want to get us to fight and kill each other to justify what they're about to do."

*Speech at Mosque Maryam,* Chicago, Illinois, 10/3/10

"The end has come and they may make their move on me and on us. They really want a black person to kill me, they don't want a Jew to kill me because then it would cause a revolt against the Jewish people."

*Speech at Mosque Maryam,* Chicago, Illinois, 10/3/10

"Look at Motown, Black man starts it from the ground up, got it to a certain point, who owns Motown now? BET, started by a Black man, developed by a Black man, now owned by Jews."

*Speech at Mosque Maryam,* Chicago, Illinois, 7/11/10

"I think Hillary Rodham Clinton is a part of, if you trace her lineage, she go right back to the Rothschilds. Her daughter is about to marry a Jewish young man. This is no accident."

*Speech at Mosque Maryam,* Chicago, Illinois, 7/11/10

©2013 Anti-Defamation League          605 Third Avenue, New York, NY 10158          www.adl.org          contactus@adl.org

EXHIBIT VVVV(ii)



"Today Jews are twenty percent of the nation's doctors and lawyers, book publishers—Simon & Schuster, Knopf, and Random House are Jewish, CBS and NBC are Jewish, half of New York's theatrical producers were Jews, and they exert complete control over the production of movies. Half the opinion making and taste-influential paraphernalia is in Jewish hands. Can you deny that?"

*Speech at Mosque Maryam,* Chicago, Illinois, 7/11/10

"See, the Jews planned and executed the Federal Reserve System... [The United States] cannot pay the interest on her debt. She's not paying down the principal. Who got her? The international bankers. The synagogue of Satan. America's sovereignty is all but destroyed because they want one world where they control the wealth of all the nations of the Earth and they've almost done it."

*Speech at Mosque Maryam,* Chicago, Illinois, 7/11/10

"Who's the diamond merchant? Who's the gold merchant? Who is running Johannesburg and the gold mines and Kimberley and the diamond mines. That's why in the name jewelry is the name Jew. Because they run the industry."

*Speech at Mosque Maryam,* Chicago, Illinois, 7/11/10

"Every Black man today that's rich, he has friendship with a Jewish person."

*Speech at Mosque Maryam,* Chicago, Illinois, 7/11/10

"The Rothschilds became rich from cotton, the Lehman brothers became rich from cotton in Alabama, then moved to New York and Wall Street. I know the truth. And somebody gotta tell it or die trying."

Atlanta, Georgia, 6/26/10

"The Federal Reserve is the synagogue of Satan, the Rockefellers, the DuPonts, the House of Rothschild, these are the people that have corrupted the entire world."

*Sermon at Mosque Maryam*, Chicago, Illinois, 3/14/10

"[Obama] wants to end the strife between the Israelis and the Palestinians. He wants to write a new page for the Muslim world but the Zionists won't let him."

*Saviours' Day*, Rosemont, Illinois, 2/28/10

"I had reservations at the Marriott [in Panama City], but when they learned it was Farrakhan, they wouldn't even let me in the hotel. That's the reach of the Zionists."

*Saviours' Day*, Rosemont, Illinois, 2/28/10

©2013 Anti-Defamation League        605 Third Avenue, New York, NY 10158        www.adl.org        contactus@adl.org

EXHIBIT VVVV(ii)



Imagine a World Without Hate

"Whenever something comes up that Israel does not like, Democrats and Republicans vote alike because the Congress is controlled."

*Saviours' Day*, Rosemont, Illinois, 2/28/10

"Now, after the Federal Reserve came into being, most of these bankers happened to be Jewish. Brother Farrakhan is not anti-Semitic, but I have to say that these people claim to be Jews and now the Federal Reserve Bank, they really don't have nobody overseeing it."

*Speech at Mosque Maryam*, Chicago, Illinois, 11/29/09

"Now, some of you like to refer to me as anti-Semitic. I hate that you would say that. In the face of many of those who call me anti-Semitic, they're very definitely anti-Black. Now, there are certain members of the Zionist faction of Jews that have always wanted to control the means by which your crucifixion could take place. You notice how everyone that got crucified got first crucified in the media."

*Speech at Mosque Maryam,* Chicago, Illinois, 7/26/09

"If the international community would deal fairly, they could prevent a war that is triggered by an unprovoked attack on Iran. However, the Zionists have worked their way into control in America, Britain, France, Germany and other countries of the world."

*Year-end Interview with the Final Call*, Chicago, Illinois, 1/6/08

"Do you know some of these satanic Jews have taken over BET? Everything that we built, they have. The mind of Satan now is running the record industry, movie industry and television. And they make us look like we're the murders; we look like we're the gangsters, but we're punk stuff."

*Justifiable Homicide: Black Youth in Peril (Part 3),* Mosque Maryam, Chicago, Illinois, 11/11/07

"Is Jerusalem surrounded by armies now? [Crowd: "yes, sir!"] These neocons and Zionists have manipulated Bush and the American government and our boys and girls are dying in Iraq and in Afghanistan for the cause of Israel, not for the cause of America! Israel is the tail waggin' the dog, which is America. You may not like me, and I really don't give a damn. I'm throwin' the gauntlet down today."

*Saviours' Day*, Chicago, Illinois, 2/26/06

"Christians are in a struggle to discipline themselves to the way of Jesus Christ, and Jews have had same struggle, but there are Jews that ain't strugglin' at all. These are the Hollywood Jews, who say they are Jews but they are not, and until the true Jew points the finger at the false Jew, the false Jew will make the true Jew look bad."

*Saviours' Day,* Chicago, Illinois, 2/26/06

"These false Jews promote the filth of Hollywood that is seeding the American people and the people of the world and bringing you down in moral strength…It's the wicked Jews the false Jews that are promoting

©2013 Anti-Defamation League          605 Third Avenue, New York, NY 10158          www.adl.org          contactus@adl.org

EXHIBIT VVVV(ii)



Lesbianism, homosexuality. It's wicked Jews, false Jews that make it a crime for you to preach the word of God, then they call you homophobic!"

*Saviours' Day,* Chicago, Illinois, 2/26/06

"I'm warning you America. You better get rid of them neo cons. That's the synagogue of Satan. They have made America weak. You're a weak nation now, and your country has been taken from you by the synagogue of Satan. They own congress. That's why the congress ain't right."

*Saviours' Day,* Chicago, Illinois, 2/26/06

"Kerry said we should have been focusing on Iran. Now, what do you mean by that, Mr. Kerry? See, Iran, Syria, Iraq are enemies of Israel because they do not believe that the stealing of Palestinian lands is justified by Bible or Qur'an. And there are some Orthodox Jews who share that view. I listen to George Bush talk to AIPAC, and I listen to John Kerry talk to B'nai B'rith, the Anti-Defamation League. Both of them talking the same thing. They're sworn to protect Israel."

*Ninth Holy Day of Atonement Speech*, Mosque Maryam, Chicago, Illinois, 10/17/04

"The warmongers in his [Bush's] administration, the poor Israeli Zionists, have literally gotten America's foreign policy to protect Israel. Now many of you won't say these things, but that's on you. Daniel Perle or Richard Perle, Wolfowitz, Kristol—all of these are architects of policy and they are pro-Israel. One American congressman said listen, the cornerstone of America's foreign policy is the protection of Israel."

*Saviours' Day,* Chicago, Illinois, 2/23/03

"We are not giving them [Jews] power by getting into the debate, they already have power. They control Black intellectuals, they control Black politicians, Black preachers, Black artists – they control Black life. I'm not against Jews, I'm against control by any group, of us... I don't know how you can talk about Black liberation without confronting that and not talk about those who stifle Black thought, freedom of Black liberation."

*Daily Challenge*, 10/12/00

"The Anti-Defamation League of B'nai B'rith and other reactionary Jewish groups who want to maintain control of Black organizations by trying to tarnish independent Black voices who challenge their control, only prove the point when they hurl the same, tired invectives at leaders like Min. Farrakhan whenever he's critical of, or raises questions about Jewish conduct."

*Final Call*, Chicago, Illinois, 8/29/00

Mentioning National Security Adviser Sandy Berger, Secretary of State Madeleine Albright, Treasury Secretary Robert Rubin and presidential advisor Rahm Emanuel, Farrakhan said, "Every Jewish person that is around the president is a dual citizen of Israel and the United States of America and sometimes, we have to raise the question, 'Are you more loyal to the state of Israel than you are to the best interests of the United States of America.'"

18

EXHIBIT VVVV(ii)



Imagine a World Without Hate

*News conference at the National Press Club*, 10/19/98

"I look at Lucianne Goldberg, Linda Tripp, Monica Lewinsky, and I ask myself, 'Why was this introduced at this time when Netanyahu was being pressured by the president to give up more land on the West Bank, 'I think we need to look deeper into this than just what appears on the surface."

*Meet The Press interview*, 10/18/98

"Don't be afraid of the Zionists. Don't be afraid of their power, Mr. Clinton. Stop bowing down."

*Speech at Howard University*, Washington DC, 10/16/98

"They call them [Hezbollah] terrorists, I call them freedom fighters. No one asks why they would do such a thing. Why would they do such a thing? What has driven them to this point? That's what the UN, the U.S. and Europe doesn't want to deal with because the Zionists have control in England, in Europe, in the United States and around the world."

*Speech at the District Council 33 Union Hall*, Philadelphia, Pennsylvania, 4/22/96

"How did we get into World War II? You say Japan attacked Pearl Harbor. Yes, they did, but what were the forces that created in Japan the desire or the need to force them to attack America? You don't know that. But when America went to war after the attack on Pearl Harbor, she had to borrow money. There were the international bankers again. They financed all sides. And how many millions of Americans lost their lives? Suppose Hitler was trying to destroy the international bankers controlling Europe, but he went about it by attacking a whole people. All Jews are not responsible for the evil of the few who do evil. But certain Jews have used Judaism as a shield."

*Saviours' Day Speech*, Chicago, Illinois, 2/26/95

### ON THE HOLOCAUST

"Satan, now knowing that people are going to become aware of him, he started in Europe. You cannot, in Europe say that the Holocaust didn't exist. You can say God doesn't exist. There will be no penalty. You can curse God and there will be no penalty. But if you say that there's something wrong with the figures of the Holocaust, if you disagree with the Jewish version of the Holocaust that's considered a hate crime. And in some European countries you can go to jail for such. Well, they're trying to do the same thing in America."

*The Time and What Must Be Done, Part 19: Making Satan Known,* 5/18/13

"I don't know how many Jews were killed. I know something happened in Nazi Germany, and if it's one million, two million, three million; it's one million, two million, three million too many. But to deny a person the right to challenge your articulation of numbers and to put you in jail if you deny aspects of the Holocaust...You can't speak about Jews. You can't criticize Jews. If you do, you're an anti-Semite."

*Holy Day of Atonement Keynote Address, Part 2,* Mosque Maryam, Chicago, Illinois, 10/21/12

19

EXHIBIT VVVV(ii)



Imagine a World Without Hate

"...You can't even engage in constructive argument over the veracity of the figures of the Holocaust. We know something happened, sure, but you can't talk about it. In certain cities in Europe they arrest you and put you in prison for denying such."

*Saviours' Day*, Rosemont, Illinois, 3/1/09

"The Jews have been so bad at politics they lost half their population in the Holocaust. They thought they could trust in Hitler, and they helped him get the Third Reich on the road."

*Saviours' Day Speech*, Chicago, Illinois, 2/22/98

"German Jews financed Hitler right here in America...International bankers financed Hitler and poor Jews died while big Jews were at the root of what you call the Holocaust...Little Jews died while big Jews made money. Little Jews [were] being turned into soap while big Jews washed themselves with it. Jews [were] playing violin, Jews [were] playing music, while other Jews [were] marching into the gas chambers..."

Mosque Maryam, Chicago, Illinois, 3/19/95

### ON JEWISH INVOLVEMENT IN THE SLAVE TRADE

"What has remained a secret and not [sic] spoken of is the Jewish involvement in the undoing of Black people and the slave trade and the owners of ships and the selling and dehumanizing of Black people."

*Interview on the Michael Eric Dyson show*, Baltimore, Maryland, 8/23/10

"Listen, Jewish people don't have no hands that are free of the blood of us. They owned slave ships, they bought and sold us. They raped and robbed us. If you can't face that, why you gonna condemn me for showing you your past, how then can you atone and repent if somebody don't open the book with courage, you don't have that, but I'll be damned, I got it."

*Saviours' Day Speech, Chicago,* Illinois, 2/27/05

"If we dig, we run into the Jewish pot of the trans-Atlantic slave trade.

*National Black Agenda Convention,* Boston, Massachusetts, 3/18/04

"So when the Jews were punished and beaten and murdered, they left Spain. Where did you go? Went into the Caribbean. Went into South America and you became plantation owners. That is why many Jewish people don't want us to talk about reparations. I'm not a hater, just get that out of your mind. My passion is for truth and justice. But no Jewish person who will be brave enough to read your history will come away saying your hands are cleaned. Here's a book, where's my book? Here it is – it's called *The Secret Relationship Between Blacks and Jews*... One of our brothers, brother Allen, did research in Jewish libraries, he never quoted a rabbi or Jewish scholar who was a hater of the Jewish people. He put out this book."

*Saviours' Day Speech, Chicago, Illinois,* 2/29/04

20

©2013 Anti-Defamation League          605 Third Avenue, New York, NY 10158          www.adl.org          contactus@adl.org

EXHIBIT VVVV(ii)



Imagine a World Without Hate

"[U]ntil Jews apologize for their hand in that ugly slave trade; and until the Jewish rabbis and the Talmudic scholars that made up the Hamitic myth -- that we were the children of Ham, doomed and cursed to be hewers of wood and drawers of water -- apologize, then I have nothing to apologize for."

*Interview in Swing magazine*, 9/24/96

"How did I get to be an anti-Semite...What have I done? I told the truth about Jewish involvement in the slave trade. Your own writers say the same thing. Well, if they're not anti-Semitic for writing it, how the hell am I anti-Semitic for reading what they wrote and then saying it?...I didn't write your history, you wrote it. And then the sad thing, when you confront them with what their scholars have said, they say, 'Well is this part of the old conspiracy talk?'"

*Mosque Maryam, Chicago, Illinois, 3/19/95*

## ON ISRAEL

"Some of your own scholars say you're not even connected to the land called Palestine, that you the Ashkenazi Jewish people are Europeans...You didn't speak Hebrew, you spoke  Yiddish...You came out of Khazar. You were the one that became a convert to Judaism, and look at your behavior since you have taken land from the Palestinians..."

*The Time and What Must Be Done, Part 19: Making Satan Known,* 5/18/13

"You need a man in government that has another opinion that is not controlled, and if the Senate does not confirm him as Defense Secretary because of his opinion on Israel, that only proves that the Senate and the U.S. Congress is controlled by the Israel lobby, and it also sentences America to war with Iran for the State of Israel."

*Saviours' Day 2013 Keynote Address,* Chicago, Illinois, 2/24/13

"If America, my America, foolishly follows Israel and attacks Iran, now then that makes Israel the aggressor. I read she's trying to bomb Iran before the election to make it very difficult for Obama to be reelected if he doesn't fall in line with the rest of the warmongers that Netanyahu has more control over than the president of the United States...And if America bombs Iran you can't look for our support. I wouldn't ask one American to go die for Israel. Now you that say that they're the chosen of God, you go die for them! But we know who the chosen of God are, and we've been saying it, and we will debate any scholar about that question. "

*Interview with Cliff Kelley on WVON 1690,* Chicago, Illinois, 7/6/12

"The government of America is owned lock stock and barrel by those Zionists that love Israel above the United States of America."

*Saviours' Day,* Chicago, Illinois, 2/26/12

21

EXHIBIT VVVV(ii)



"The government of the United States has made an agreement with hell and a covenant with death. You have locked onto the Zionist control of your government, your media, and you're afraid to stand up because if you do, they'll tell you, you won't be reelected."

*Saviours' Day,* Chicago, Illinois, 2/26/12

"I advise white and black America, Hispanic and Asian America, why would you send your children to die in a war engineered by Zionists who love Israel more than they love the United States of America?"

*Saviours' Day,* Chicago, Illinois, 2/26/12

"Did you know that Israel provoked the war in the Sudan? For 20 years or more, the Sudan was in the civil war and it started because Israel wanted to create a war in southern and northern Sudan to divert Egypt to come to the defense of the Sudan to take pressure away from Egypt attacking Israel."

*Saviours' Day,* Chicago, Illinois, 2/26/12

"You have Semitic Jews that have lived in the Holy Land for hundreds and thousands of years. They speak Hebrew, they speak Arabic. But where did these white people, called Ashkenazi Jews, come from?... See, there was some European Jews that got converted to Judaism and from them came the Zionist movement. The Zionist movement did not start in Palestine, it started in Europe."

*Sermon at Mosque Maryam,* Chicago, Illinois, 10/3/10

"So Zionism was hatched in Europe and they decided that they would fulfill the scriptures of the children of Israel, and they kept bringing Jews into Palestine until they swelled the Jewish population. And then in 1948 the newly formed United Nations decided to give the Jews who were suffering under Hitler a state in Palestine. And that started the wars with the Arab people."

*Sermon at Mosque Maryam,* Chicago, Illinois, 10/3/10

"See Theodore Herzl and the Zionist movement looked at scripture as a basis for Zionist philosophy to take that land from the Palestinians.  But they got it from the book.  Mistaken understanding of the book and you gonna pay for your error."

Atlanta, Georgia, 6/26/10

"When the people of Gaza were being slaughtered, the pro-Israeli lobby sent messages to the House and the Senate of words that they wanted them to use, gave them the language, and now you have bipartisan support. And there's not a vote that the pro-Israeli lobby wants that doesn't get bipartisan support. Why? Because the Israeli lobby controls the government of the United States of America."

*Saviours' Day*, Rosemont, Illinois, 3/1/09

"Liars, thieves, murderers. They went into Gaza... But our corporate-controlled TV will not allow the American people to see what the Israeli Defense Force did, how it affects Israel's image around the world,

22

EXHIBIT VVVV(ii)



and how it affects America. They drop phosphorous bombs. They drop depleted uranium, dirty bombs. They used new weapons that have never been used in a theater of war before, they tried them out on the Palestinians. They killed men, women, children. Nobody's saying anything. It is as though it's wrong to say, 'Israel, you're wrong.'... You've taken the position of God. You saying, 'kill everybody.'"

*Saviours' Day*, Rosemont, Illinois, 3/1/09

"You expect Muslims to stand against suicide bombers. You expect us to say, 'wait a minute, you do not kill innocent people for political purposes.' You want us to say that and if we don't say it you rise up against us. But we don't hear you correcting your brothers because what they're doing is creating hatred for Israel and hatred for America that looks the other way while the Palestinians are being slaughtered."

*Saviours' Day*, Rosemont, Illinois, 3/1/09

"As I said over 20 years ago, there will be no peace for Israel, because there can be no peace as long as that peace is based on lying, stealing, murder, and using God's name to shield a wicked, unjust practice that is not in harmony with the Will of God."

*Year-end Interview with the Final Call*, Chicago, Illinois, 1/6/08

"And the Christian right, with your blindness to that wicked state of Israel can that be the holy land, and you have gay parades, and want to permit to have a gay parade in Jerusalem when no prophet ever sanctioned that behavior. HOW CAN THAT BE THE ISRAEL, how can that be Jerusalem with secular people running the holy land when it should be the holy people running the holy land. That land is gonna be cleansed with BLOOD!"

*Saviours' Day,* Chicago, Illinois, 2/26/06

"I'm warning you America. You better get rid of them neocons. That's the synagogue of Satan. They have made America weak. You're a weak nation now, and your country has been taken from you by the synagogue of Satan. They own congress. That's why the congress ain't right."

*Saviours' Day,* Chicago, Illinois, 2/26/06

"The war in Iraq is not your war; that's Israel's war. Iraq was not an enemy of America as such; Iraq could not do anything to America, Iraq, Iran, Syria, and Libya hated the fact that Israel took land from the Palestinians, so these countries were an inveterate enemy of Israel. So, how does Ariel Sharon inspire America to go to war with Iraq, when Iraq had nothing to do with 9/11? The neo-conservatives who manipulate the government are like the rudder of a ship. The rudder is a small thing, but it turns a big ship in the ocean. The rudder that is turning America is not your elected officials; it's that small influential group of neo-conservatives that are using America's power to destroy the enemies of Israel."

*12th Annual Pre-Kwanzaa Festival held by Cops Against Police Brutality*,  Newark, New Jersey, 12/11/04

"Do you want your children to die for this? The former Prime Minister, Netanyahu, before the war in Iraq, was patrolling the halls of congress lobbying American senators to send our children to die really for Israel. Since Israel's existence, American taxpayer dollars have contributed over $100 billion to maintain that

23

EXHIBIT VVVV(ii)



Imagine a World Without Hate

state. And the neoconservative idea was to bring Bush totally in line with the ideas, the thinking, the policies of the Likud party in Israel."

*National Press Club*, Washington, D.C., 5/3/04

"UN Resolution 687, article 14É not only says that Iraq must disarm, it says there must be no weapons of mass destruction in the Middle East. But Israel has never been asked to disarm. That is why, Saddam Hussein having weapons of mass destruction will force Israel to a table to bring about a resolve of the problem. But as long as Israel is superior in military might to the whole Arab world, she don't have to do nothing. And you remember when they slaughtered the Palestinians in Jenin, and the UN sent a team to go, Israel said you're not coming in here. That's thumbing your nose at the UN."

*Saviours' Day Speech*, Chicago, Illinois, 2/23/03

"They [Israel] wouldn't allow me to go to Jerusalem. If I had gone they might have stoned me. I didn't want to repeat history. I know they stoned Jesus. I know they've killed the prophets of God there."

*Saviours' Day Speech*, Chicago, Illinois, 2/22/98

"I believe that for the small numbers of Jewish people in the United States, they exercise a tremendous amount of influence on the affairs of government. ... Mr. President, Mr. Clinton, instead of exercising the strength of a man whose country contributes at least $4 billion every year to the state of Israel, America has influence in Israel but is not using that influence in a constructive way, but, rather, pays lip service to the Palestinians while she bows to the dictates of Netanyahu and the strong political Jewish lobby."

*Meet The Press interview*, 4/14/97

## ON DIALOGUE WITH JEWS

"I tried this dialogue 30 years ago and I was invited on the Ted Koppel show to have a showdown with a man for the ADL…I said no, I would not want us to come on television to have a dialogue. I would rather us have the dialogue, and if the dialogue is successful, then we go before the television and say we resolved the problem. Now that's an intelligent approach but 30 years have gone on now! So it can't be done in no back room. It's got to be done in the public where all the damage has been done to me and the Nation of Islam and what we represent. There will not be any backroom dialogue. It will be either in the public for the whole world to see, otherwise it is not going to be fruitful for us. We've got to end this once and for all, and I'm willing to pay with my life if you can find me lying!"

*Interview on the Rock Newman Show*, Washington, DC, 4/27/13

"So let's have a showdown…Otherwise you'll always follow me up, if I come on the show you'll come behind me, 'oh he's a hater, he's this.' No! Let's come out in the light. You know how cockroaches are when the light comes on. You know how rats are when the light comes on. They run for cover."

*Interview on the Rock Newman Show*, Washington, DC, 4/27/13

©2013 Anti-Defamation League          605 Third Avenue, New York, NY 10158          www.adl.org          contactus@adl.org

EXHIBIT VVVV(ii)



"It is because of the power, influence and money of the Jewish community that makes Black people afraid to speak up for the hurt that we have received from the hands of some of their people, afraid to associate with those that they dislike."

*Sermon at Mosque Maryam,* Chicago, Illinois, 7/11/10

"Every black leader that spoke of economic development was charged with being an anti-Semite... Whenever a Black person look like they gonna step out of line a little bit, hit 'em with that anti-Semitism, they get right back in line."

*Speech at Mosque Maryam,* Chicago, Illinois, 7/11/10

"I want to sit down and dialogue with members of the Jewish community with no preconditions. That demand for me to apologize comes out of an arrogance that makes one feel that if I am critical of Jewish behavior relative to Black people, that all of a sudden I have to apologize for being critical...I don't think that I should have to apologize unless I am shown that there is something that I have said that is not correct. Then I would have no problem...to ask for forgiveness..."

*Meet The Press interview*, 10/12/97

"...I'm afraid that you [Jewish people] will come to regret the day that I offered you a chance to let us sit down together and dialogue and you, in your emotional reaction, rejected that offer...You will [regret it] because if my influence and growth and power in America does not diminish and it will not, by the help of God, then what benefit would it be to you not to sit down and dialogue with me when the racial problem is not getting any better..."

*Fox News Sunday interview*, 3/30/97

## ON WHITES

"Angry white people that hate your very shadow, soon and very soon, these police that are armed to the teeth, they come into our communities right now filled with hate for us."

*The Time and What Must Be Done, Part 3,* 1/26/13

"All of us are under Israel. All of us, black people, brown people, yellow people, are under the rule of the Caucasian people and all of the races have been affected by their rule."

*Sermon at Mosque Maryam,* Chicago, Illinois, 10/3/10

"God has come after the children of Israel. You are not now the children of God, you are the children of Israel. You are not made now in the image and likeness of God, you are made in the image and likeness of White people who have conquered you and mastered you and made you into themselves."

*Sermon at Mosque Maryam,* Chicago, Illinois, 10/3/10

25

EXHIBIT VVVV(ii)



"The architecture of white supremacy has never been brought to the table to be discussed. The architecture of white supremacy will have to be exposed."

Atlanta, Georgia, 6/26/10

"It is difficult for white people to submit to black leadership because they were given dominion. And even though they act like they are submissive you have to be careful because they are always looking for a way to undermine any black man that rises in authority."

Atlanta, Georgia, 6/26/10

"The white right is trying to set Barack up to be assassinated...Here are Christians praying for God to kill Barack Obama."

*Saviours' Day* , Rosemont, Illinois, 2/28/10

"I heard from a very reliable source that under that levee there was a 25 foot hole, which suggested that it may have been blown up, so that the water would destroy the black part of town, and where the whites lived, it would be dry."

*Remarks at Shelter for Hurricane Katrina Victims*, Charlotte Coliseum, Charlotte, North Carolina, 9/12/05

"Katrina should have taught us that the government of the United States is not our friend. Katrina should have shown us the cold-hearted nature, not of white people, but the cold-hearted nature of the rulers. There are white people who want to see something good done. But they are hamstrung by white people who don't want to see something good done."

*Saviours' Day,* Chicago, Illinois, 2/26/06

White people are potential humans...they haven't evolved yet."

*Philadelphia Inquirer*, Philadelphia, Pennsylvania, 3/18/00

**ON THE U.S. GOVERNMENT**

"Mr. Romney, he already went to Israel and bowed down. He went to Israel and wore out his knees, got a patch on his knees... Obama, he almost wore out his knees too. I mean he may not have a patch on his knee, but he was down there long enough to rub a little something in that knee. He told Israel, AIPAC, he told them, even though we're in an economic downtown, don't you worry because the money we've been giving to you, we're going to give it to you again and add some more to it. If that ain't deep knee bending, now I'm not making stuff up! We're in bad shape brother!"

*Holy Day of Atonement Keynote Address,* Charlotte, North Carolina, 10/14/12

"When you don't vote the way they think you should vote, there's no such thing as forgiveness. They move to unseat you. Cynthia McKinney, brilliant sister, but she was not pro-Zionist, well she's not in Congress... once you take an opposing position, you have to pay a price."

*#AskFarrakhan Town Hall Meeting*, Chicago, Illinois, 9/26/12

©2013 Anti-Defamation League          605 Third Avenue, New York, NY 10158          www.adl.org          contactus@adl.org

EXHIBIT VVVV(ii)



Imagine a World Without Hate

"There is no doubt… [Obama is] surrounded by the people that are Zionist-controlled or Zionists."

New York, New York, 6/15/2011

"The Jewish people…have made Louis Farrakhan the litmus test for any Black man or woman who would aspire to citywide office, statewide office, or national office. In order for any Black man or woman to get the support that they would need to ascend to political power, they have to denounce Louis Farrakhan."

*Sermon at Mosque Maryam,* Chicago, Illinois, 7/11/10

"Congress is so wrapped up and under the thumb of Jewish control and power, you don't even have a Congressman that will vote, hardly, against anything that deals with Israel in a negative way. That's just not gonna happen."

*Sermon at Mosque Maryam,* Chicago, Illinois, 7/11/10

"I'm talking about the U.S. government and the plots that they enact against Black politicians that they're losing control over. They'll come with some fake stuff, offering you this but there's a camera, so that you will lose confidence in your Black leadership, who are only following the path of their White predecessors."

*Sermon at Mosque Maryam,* Chicago, Illinois, 7/26/09

"I told him [Michael Jackson] I was going to the national press club and that I was going to talk to the world about the neoconservatives, most of whom are Zionists, and their program for a new American century where they were advising the government and Bush in particular. And the policies that were made during the Bush Administration were all out of this project for a new American century by the neoconservatives."

*Sermon at Mosque Maryam,* Chicago, Illinois, 7/26/09

"Why don't the members of Congress speak when they know that the things that Israel is doing will hurt them, and hurt America as well? It is because they are afraid that if they go against what is seemed to be beneficial to Israel, they will lose their position? That means that these people are no longer the representatives of the American people. They are the representatives of the money interests that they fear; that control them."

*Interview with WVON AM*, Chicago, Illinois, 4/2/09

"When the people of Gaza were being slaughtered, the pro-Israeli lobby sent messages to the House and the Senate of words that they wanted them to use, gave them the language, and now you have bipartisan support. And there's not a vote that the pro-Israeli lobby wants that doesn't get bipartisan support. Why? Because the Israeli lobby controls the government of the United States of America."

*Saviours' Day*, Rosemont, Illinois, 3/1/09

©2013 Anti-Defamation League          605 Third Avenue, New York, NY 10158          www.adl.org          contactus@adl.org

EXHIBIT VVVV(ii)



"You cannot deny the pro-Israeli lobby and get reelected. Ask Cynthia McKinney. Ask David Hilliard. Ask our mayor in Oakland, California. Ask Percy, the former Senator. Ask Jimmy Carter. You can't criticize, you can't say nothing because if you do, you're branded as an anti-Semite."

*Saviours' Day*, Rosemont, Illinois, 3/1/09

"Why, U.S. Congress, will you not speak? It is because you fear a lobby that has money and influence that will turn you out of your seat? So you're terrorized. That's why you don't act for the American people that sent you to Congress. You are not their representative. You are the representative of the money and interests that have bought your soul."

*Saviours' Day*, Rosemont, Illinois, 3/1/09

"FEMA is too white to represent us and so is the Red Cross."

*Power Center*, Houston, Texas, 9/11/05

What is going on in the world is a battle between "theocracy" and "democracy." "Theo" and "cratis" are Greek words. "Cratis" in Greek means "rule." In Latin, it's "craci." In English, you change the "i" to a "y"— "cracy" (rule). "Theo" in Greek means "god." The Greek word is "demos"—demos cratis. In Latin, it's demon craci. In English, you drop the "n," put a "y" on the end, and you have democracy. "Democracy" is "the rule of the people," but what kind of people? It's the very opposite of theocracy. It's the rule of a devil…. The enemy is plotting, through democracy, to make the whole world submit to so-called democratic values, so that the demons of the West can rule all the darker peoples of the world under "demo cracy."

*12th Annual Pre-Kwanzaa Festival held by Cops Against Police Brutality*, Newark, New Jersey, 12/11/04

"I hasten to tell you that the precious lives that were lost in the World Trade Center was a cover, a cover for a war that had been planned to bring a pipeline through Afghanistan to bring oil from that region, oil owned by Unical of which Dick Cheney is a stock holder."

*Saviours' Day Speech*, Chicago, Illinois, 2/23/03

"It is not accidental that the Black male is in the condition he is in..." This is because of a "…conspiracy of our government against the Black male" along with "…our [Blacks'] failure to accept responsibility for our actions..."

*Meet The Press interview*, 10/12/97

"A decree of death has been passed on America. The judgement of God has been rendered and she must be destroyed…"

*New York Amsterdam News*, New York, 8/9/97

## ON THE LGBT COMMUNITY

"I love my people who are lesbian, homosexual, transgender. Don't make no difference, I love you. But I have to teach you that which will make us more pleasing in the sight of God because his wrath now is

28

EXHIBIT VVVV(ii)



Imagine a World Without Hate

coming down on America and on the world. And if you're not on the right side, you will receive a terrible chastisement. You're not a beast."

*Jackson, Mississippi*, 3/25/11

"We see pimps with a cross around their neck. We see hustlers. We see adulterers, fornicators, lesbians, homosexuals. If you can't preach what Christ says, then get the hell out of the pulpit. If you can't stand up for what God says, then why are you trying to represent a God that you are misrepresenting?"

*Saviours' Day,* Rosemont, Illinois, 2/27/11

"You think you know Jesus Christ?... If you knew him, why is there so much drunkenness, so much drugs, so much fornication, so much adultery, so much homosexuality, so much lesbianism, so much murder, so much crime? And all of you got a cross around your neck proclaiming a man that hasn't got nothing to do with the madness we do in his holy and righteous name."

*Holy Day of Atonement,* Memphis, Tennessee, 10/18/09

"Right now, among the Jews, there's division. Because some Jews want to sanctify by the law, gay and lesbian and same sex unions and to ordain gay and lesbian rabbis, while there are other Jews that want to stick by the religious law. The same thing in Christianity. We are being divided over moral issues and Satan has made immoral things fair seeming, so the house of religion is divided."

*Interview with AllHipHop.com,* 4/16/07

"And the Christian right, with your blindness to that wicked state of Israel…can that be the holy land, and you have gay parades, and want to permit to have a gay parade in Jerusalem when no prophet ever sanctioned that behavior. HOW CAN THAT BE THE ISRAEL, how can that be Jerusalem with secular people running the holy land when it should be the holy people running the holy land. That land is gonna be cleansed with BLOOD!"

*Saviours' Day,* Chicago, Illinois, 2/26/06

"I call them the so-called Jews because to be a Jew you have to adhere to the statutes and laws that create the special relationship. How can you be a Jew and promote homosexual marriage?"

*National Black Agenda Convention,* Boston, Massachusetts, 3/18/04

"But all of a sudden in the night clubs, they started having transvestite shows, drag queens… Scripture say no liar, no adulterer, no effeminate will get in the Kingdom."

Saviours' Day Speech, Chicago, Illinois, 2/23/03

"I don't hate Jews. I honor and respect those who try to live according to the teachings of the Torah, but you can't criticize Jewish people. If you criticize them you are anti-Semitic. If you don't agree with what they are

29

EXHIBIT VVVV(ii)



Imagine a World Without Hate

doing, you are anti-Semitic. The Bible says, Revelations, those who say they are Jews and are not, I will make them of the synagogue of Satan. I don't hear you preaching that full Gospel. You are afraid of consequences. But no man can say he's a Jew and promote homosexuality. No man can say he's a Jew and promote that which is against the commandments of God. No man can say he's a Jew and run the despicable, degenerate movies. The filth and degenerate language."

Saviours' Day Speech, Chicago, Illinois, 2/23/03

"...I think that when you warehouse Black men in prisons and they have a sexual drive that is being titillated by the lyrics and by the cultural degeneracy that pervades America today, this sexual need is sometimes filled with activity that God disapproves of."

*Meet The Press interview*, 10/12/97

"It seems like being gay or whatever sin you wish to be a part of is okay...but I have the duty to lift that gay person up to the standard to ask if they want to live the life that God wants them to or live the lifestyle that they want to live."

Boston, Massachusetts, 8/7/97

"God don't like men coming to men with lust in their hearts like you should go to a female. If you think that the kingdom of God is going to be filled up with that kind of degenerate crap, you're out of your damn mind."

*Kansas City, Missouri,* 1996

30

EXHIBIT VVVV(ii)