

EXHIBIT W(i)