

EXHIBIT X(iii)