

EXHIBIT XX(i)