← **Tweet**

**Greg Piper #SmilesMatter** 😃
@gregpiper

I'm back up! Thanks to everyone who shared my Twitter suspension for reiterating CDC guidance. Appeals are rarely resolved in less than a few days. @JonathanTurley @VodkaPundit @JustTheNews

> **Greg Piper #SmilesMatter** 😃 @gregpiper · Aug 3
> Vaccines are not safe for everyone.
>
> University refuses to let student attend unless she takes vaccine that could paralyze her thecollegefix.com/bulletin-board... via @collegefix

12:45 PM · Aug 4, 2021 · Twitter Web App

EXHIBIT XXX(i)