

EXHIBIT XXXX(i)