

EXHIBIT XXXX(ii)