

> **sarah jeong** @sarahjeong
>
> oh man it's kind of sick how much joy I get out of being cruel to old white men
>
> 6:20 PM · Jul 24, 2014 · Twitter Web Client

EXHIBIT XXXX(iii)