

## Mark Warner ✔
@MarkWarner

U.S. Senator from Virginia.
Chairman, Senate Intel Committee.

⦿ Virginia   🔗 warner.senate.gov   ◯ Born December 15   ▦ Joined July 2007

**23.1K** Following     **491.7K** Followers

EXHIBIT Y(i)