

EXHIBIT Y(ii)