

EXHIBIT YYYY(ii)



EXHIBIT YYYY(ii)



EXHIBIT YYYY(ii)



EXHIBIT YYYY(ii)



EXHIBIT YYYY(ii)