

# Kamala Harris ✓
@KamalaHarris
🏳 United States government official

Fighting for the people. Wife, Momala, Auntie. She/her. Official account is @VP.

📍 Washington, DC  🔗 joebiden.com  📅 Joined April 2009

**732** Following  **18.8M** Followers

Tweets  Tweets & replies  Media  Likes

EXHIBIT ZZ(i)