

EXHIBIT ZZ(ii)