You can see the whole Middle East from here.

Search

**Click here to read latest issue of THE TOWER MAGAZINE: In-depth features, analysis, and more**

TRENDING:   Israel / Iran / terrorism / Hamas / Syria / Hezbollah / Iranian nuclear program / Palestinian Authority / United Nations

Iran



# Khamenei Calls for Israel's Destruction, Arming West Bank Palestinians

by **TheTower.org Staff** | 11.09.14 2:08 pm

16
Like

Tweet    Save

Send to Kindle

Amid growing tensions in Jerusalem, Iranian Supreme Leader Ayatollah Ali Khamenei called on Saturday for the destruction of Israel. In a **series of tweets**, he attacked Israel and urged the arming of Palestinian Arabs in the West Bank:

> "This barbaric, wolflike & infanticidal regime of #Israel which spares no crime has no cure but to be annihilated… The only means to confront a barbaric regime like #Israel is arming West Bank… "#WestBank should be armed just like #Gaza. Friends of Palestine should do their best to arm People in West Bank"

In another tweet, Khamenei repeated this theme:

> "There's no weapon in #WestBank. Stones are their only weapons; but Zionist regime do any crimes it can & kills children. #AlAqsaUnderAttack… They demolish homes & farms in #WestBank, humiliate people, cut their water & electricity, kill their children & youth! #FreePalestine"

The Supreme Leader added:

---

**Visit The Tower Magazine**

Sign up for newsletter

**Other New Posts**


**Britain Confirms Iranian Attempt To Intercept Tanker In Strait Of Hor**
The British Ministry of Defence confirmed Wednesday that
*By TheTower.org Staff*

**Jewish Doctor Mike Pays Save a Child's Heart 5,000th Patient a Vis**
It's pretty hard to out-cute Doctor Mike, the
*By TheTower.org Staff*


**PA Doubles Pay-To-Slay Salary of Terrorist Behind Murder of Three Israeli Teens**
After reports earlier this week that the Palestinian
*By TheTower.org Staff*

**Most Popular** / Most Recent

- 03.27.19 -
**Part 1: UNC-Duke Conference on Gaza Whitewashes Hamas, Blasts Israel**

- 03.26.19 -
**PA Cutting Salaries of Civil Servants to Pay Full Benefits to Terrorists**

- 03.25.19 -
**Democratic Majority Leader Blasts Omar for Anti-Semitic Remarks, Defends US-Israel Alliance**

- 03.25.19 -
**Rabbis to NC County: By Inviting Linda Sarsour, You Are "Dividing Rather than Uniting Us"**

- 03.25.19 -

EXHIBIT ZZZ

> "We've seen 100s of times that #Israel doesn't abide by #peace.They didn't even tolerate Arafat who cooperated w/them& poisoned him to death"

Hamas Escalation: Rocket Destroys Home in Central Israel, IDF Deploys Troops Near Gaza

There is **no evidence** that Arafat was poisoned.

On his **Facebook page** (Persian link), Khamenei expressed similar sentiments:

**Tweets by @TheTowerDotOrg**

> "We believe that the #WestBank should be armed just like #Gaza. It requires a hand of power. Those who care for the destiny of #Palestine, if there is anything that they can do, it's this one; people there should be armed. The only thing that can reduce the pains and sorrows of the Palestinians, is that they possess a hand of power and manifest their power; otherwise with obedient, submissive and compromising manner, nothing will be done to the benefit of the Palestinians and the barbarism of this violent, wicked and wolflike entity will not be reduced at all. Of course it is the duty of the people of the world to politically support Palestine, too; there is no doubt about it; as you can see there are public movements in support of Palestine in Muslim countries as well as non-Muslim ones."

Earlier today the Supreme Leader re-tweeted his nine step plan for eliminating Israel.



**Khamenei.ir**
@khamenei_ir

Why should & how can #Israel be eliminated? Ayatollah Khamenei's answer to 9 key questions. #HandsOffAlAqsa

3:44 AM · Nov 9, 2014

EXHIBIT ZZZ

♡ 218   💬 256   🔗 Copy link to Tweet

This is not the first time the Iranian leader called for Israel's destruction. In July, Khamenei said that Israel's annihilation "is the only real cure." Back in November 2013, Khamenei suggested:

> "Zionist officials cannot be called humans, they are like animals, some of them… The Israeli regime is doomed to failure and annihilation."

Khamenei is not alone among Iran's leaders in expressing genocidal intentions towards Israel. In a report prepared for the Jerusalem Center for Public Affairs (.pdf) in 2012, Joshua Teitelbaum documented similar sentiments expressed by a wide spectrum of Iran's leaders, including former president Mohammad Khatami and Akbar Hashemi Rafsanjani, both often described as "moderates" or "reformers."

[*Photo:* ]
*The Foundation of Holy Defence Values, Archives and Publications / Wiki Commons*

TT

Sign up for newsletter

Sign up for newsletter

Terms of Use | Contact Us | Privacy Policy | About Us | Subscribe | Powered by CityMedia |

DONATE NOW

EXHIBIT ZZZ