Yehevehe-Elohim; Yahsua-Mashiach; Aleph-Tav.
PRINCIPAL

Chief Judge: aka:"Cecilia M. Altonaga"
(full name unknown)
and ALL SUCCESSORS AND ASSIGNS

FILED BY _PG_ D.C.
OCT 04 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

# United States district Court
## southern district of Florida

### Case 1:21-cv-22441-XXX

DONALD J. TRUMP, the Forty-Fifth President
of the United States, LINDA CUADROS AND
AMERICAN CONSERVATIVE UNION,
INDIVIDUALLY AND ON BEHALF OF
THE CLASS,
Plaintiffs,

v.

TWITTER, INC., and JACK DORSEY,
Defendants.

**Donald-John: Trump, et al.**

**vs.**

**TWITTER, INC., and Jack-Patrick: Dorsey, et al.**

## NOTICE OF JOINDER
## AND
## MANDATORY JUDICIAL NOTICE

# PRINCIPAL - AGENT DOCTRINE APPLIES

**NOTICE OF ACCEPTANCE** OF OATH OF OFFICE CONTRACTS (Article IV of the Constitution for the union of the several united States of America, 1789 - 1791) AND SURETIES (Sept. 13, 1982, ; §3(h)(9), Aug. 21, 2002, ; §4(f)(2), Dec. 15, 2003, ; title IX, §901(b), (c), Oct. 13, 2006.)

Yehevehe-Elohim; Yahsua-Mashiach; Aleph-Tav.
**PRINCIPAL**

....... ....... ....... ....... ....... ....... ....... ....... ....... ....... ....... ....... ....... ....... ....... .......

### * <u>Mandatory Notice</u> [ER 201]:

\* <u>BOUVIER's LAW DICTIONARY</u> (1856), to wit:
MINISTER, international law. This is the general name given to public functionaries who represent their country abroad, such as ambassadors, (q.v.) envoys, (q.v.) and residents. (q.v.) A custom of recent origin has introduced a new kind of ministers, without any particular determination of character; these are simply called ministers, to indicate that they are invested with the general character of a sovereign's mandatories, without any particular assignment of rank or character.
2. The Minister represents his government in a vague and indeterminate manner, which cannot be equal to the first degree; and he possesses all the rights essential to a public minister.

**State of Creation**                )
                                      )      ss.
**House of Leaming**                  )

Kenneth-Wayne: Leaming, herein JOINER, being subject to penalty for Bearing False Witness, Law of Jehevehe-Elohim [ER 603], affirms JOINER is of age of majority, competent to be a witness, and having First Hand Knowledge, STATES AND DECLARES:

JOINER hereby provides **MANDATORY NOTICE** [ER 201] of each of the FACTS Appearing herein, uncontroverted, and in Exhibit "A" hereto; and,

1) JOINER comes in Good Faith, Peace and Honor, and for curing any defects along the way: and,

2) JOINER hereby JOINS the Action, for himself, and as Public MINISTER, for others similarly situated as appears in the Uncontroverted ADMINISTRATIVE RECORD submitted herewith as **Exhibit "A"**, incorporated herein by reference as if fully reproduced herein, and JOINER act exclusively AS HIMSELF, does NOT Re-Present himself, or any others similarly situated as anyone, or anything, other than Constituent members to "We the People ... "; and,

3) JOINER hereby ACCEPTS the Oath of Office Contracts as mandated by Article VI of the Constitution for the union of the several united States of America, 1789 - 1791 ("union Constitution") of each of the Court's Officers who have anything to do with the instant Action and /or have knowledge of the conduct of each and every Officer /employee of the court having any duty and/or function relating to the instant Action, AND Further ACCEPTS the Surety(s) Insuring, Indemnifying, and Guaranteeing the Faithful Performance of said Oath of Office

....... ....... ....... ....... ....... ....... ....... ....... ....... ....... ....... ....... ....... ....... ....... .......

Yehevehe-Elohim; Yahsua-Mashiach; Aleph-Tav.
**PRINCIPAL**
........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........

CONTRACTS as provided by Congress by and through the Act of Sept. 13, 1982, ; §3(h)(9), Aug. 21, 2002, ; §4(f)(2), Dec. 15, 2003, ; title IX, §901(b), (c), Oct. 13, 2006; and,

4) <u>MANDATORY NOTICE</u> [ER 201]: LIABILITY for FAILURE TO PREVENT /CORRECT (R.S. §1981 derived from act Apr. 20, 1871, ch. 22, §6) as purviewed by and through R.S. §722; §2, Oct. 19, 1976, ; title II, §205(c), Oct. 21, 1980, ; title I, §§103, 113(a), Nov. 21, 1991, , 1079; §4(a), Nov. 16, 1993, ; title IV, §40303, Sept. 13, 1994, ; title III, §309(b), Oct. 19, 1996, ; §4(d), Sept. 22, 2000; and,

5) <u>JOINER relies in Good Faith on the FACT that those who left a record of Due Process law and procedure over the centuries **did NOT commit fraud** in leaving the record(s) of Matthew 18:15-18, Magna Charta of 15 June 1215, Declaration of Independence of 04 July 1776, Articles of Confederation of 15 November 1777 - 01 March 1781, Federalist Papers of October 1787 - August 1788, Constitution for the union of the several united States of America of 1789 - 1791 (union Constitution); and the Congressional enactment of the ADMINISTRATIVE PROCEDURES ACT(s) of 11 June 1946, Pub. L. 79-404/ 60 Stat. 237 as amended: and recognized by "State of Washington" (supra) legislature through enactment of the Act of 1988 c 4 as amended, inclusive of the provision setting forth that Review of the Administrative Record (Judicial, Etc.) is limited to the FACT(s) appearing in the Administrative Record; and,</u>

6) <u>JOINER relies in Good Faith on the FACT that those who left a record of Due Process law and procedure over the centuries **did NOT commit fraud** in leaving the record(s) of Matthew 18:15-18, Magna Charta of 15 June 1215</u> (*continuing as Binding on Esquires as British Crown SUBJECTS*)<u>, Declaration of Independence of 04 July 1776, Articles of Confederation of 15 November 1777 - 01 March 1781, Federalist Papers of October 1787 - August 1788, Constitution for the union of the several united States of America of 1789 - 1791 (union Constitution); and the Congressional enactment of the ADMINISTRATIVE PROCEDURES ACT(s) of 11 June 1946, Pub. L. 79-404/ 60 Stat. 237 as amended; and</u>

........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........

Trump-v-TwitterJoinderEtc01                              Kenneth-Wayne: Leaming.
Page 3 of 7                                              JOINER, Public MINISTER.

Yehevehe-Elohim; Yahsua-Mashiach; Aleph-Tav.
**PRINCIPAL**

<u>inclusive of the provision setting forth that Review of the Administrative Record (Judicial, Etc.) is limited to the FACT(s) appearing in the Administrative Record;</u> and,

7) JOINER, as Appears PUBLISHED at Natrona county, Wyoming, Recorder's File 1104929, is a Constituent /Public MINISTER of <u>The State of Washington</u>, AD 1878, admitted to the union upon the Constitution appearing as Senate Document 66, by Act of Congress on 22 February, 1889, *see Pierce county, Washington, Record #200009130560 incorporated herein by reference*, and as such is a Constituent member to "We the People ..", and is NOT a subject to the TERRITORIAL municipal corporation whose process name is "State of Washington" created by the Washington Territorial Legislature on 23 December, 1889, and said "State of Washington", assumed fiduciary responsibility for <u>The State of Washington</u> (supra) during the planned transition to the 1878 Washington Republic, inclusive of electing and qualifying the several Officers thereof which, to date, has not occurred (omission /FRAUD /Conspiracy), and as applicable to others similarly situated, NOR is CLAIMANT a corporate member, subject, of any of the several municipal Corporations created by Congress in and for the district of Columbia during AD 1793 - 1800, inclusive of City of Washington, District of Columbia, UNITED STATES, United States, UNITED STATES OF AMERICA, United States of America (*see journals of Congress, 1791 - 1799*) nor of any subsequent, successors, agency(s), or subdivisions thereof; and,

8) The UNCONTROVERTED Administrative Record (common-law judgment, see ¶2 & ¶6, above) EVIDENCES that the RESPONDENT(s) thereto ("Defendants" above) have **AGREED and STIPULATED** to each of the following **FACTS**:

> a. **Jack-Patrick: Dorsey.**; aka: **Parag Agrawal** (full name unknown); aka: **Leslie Berland** (full name unknown); aka: **Kayvon Beykpour** (full name unknown); aka: **Vijaya Gadde** (full name unknown); aka: **Ned Segal** (full name unknown); aka: **Peiter "Mudge" Zatco** (full name unknown); and inclusive of all successors, assigns, colleagues, and all Co-Mingled financial

Yehevehe-Elohim; Yahsua-Mashiach; Aleph-Tav.
**PRINCIPAL**
........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........

activities, accounts, and activities; dba: **TWITTER.COM, TWITTER, INC.,** etc., herein "Twitter RESPONDENTS", are the owners, operators, and colleagues of the Social Media operation commonly known as "TWITTER" and "Twitter.com" collectively operating the Platform, a Modern means of the exchange of ideas commonly known historically as 'Freedom of Speech' and as such recognized by Congress as having "Freedom of the Press" type IMMUNITY for the Activities as a PLATFORM; and,

b. The Twitter RESPONDENTS are Citizen /Subjects to the several municipal corporations created by Congress in and for the district of Columbia (supra), jurisdiction(s) foreign to The State of Washington (1878) and also foreign to the union, the district of Columbia, and all organic governments located on North America, Earth, and the People constituent thereto, and as such CLAIMANT must, of necessity, bring the Action for himself, and others similarly situated, by and through his capacity as a Public MINISTER, there being no diplomatic, or other officers, of the organic governments of the People; and,

c. RESPONDENTS have taken action, collectively and in concert /conspiracy to act as CENSOR(s) to the exchange of Ideas on the Platform and as such, NOT acting in the capacity of PLATFORM, and thus OUTSIDE THE SCOPE of Platform, Censorship being NOT PROTECTED conduct by either the union Constitution, nor any Act of Congress; and,

d. The Twitter RESPONDENTS have knowingly and intentionally, as professed and STATED, by themselves, in /on national and worldwide media, on many occasions obstructed CLAIMANT's, and others similarly situated, ability to receive information from /about CLAIMANT's Employee(s) inclusive of Donald-John: Trump (President of the union) who CLAIMANT, and others similarly situated, have a duty to monitor, observe, receive information from, and to perform the DUTY, as CONSTITUENT

........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........

Yehevehe-Elohim; Yahsua-Mashiach; Aleph-Tav.
**PRINCIPAL**

........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........

members to "We the People ...", to supervise and control our employee(s) and DEPRIVING CLAIMANT, and others similarly situated OF RIGHTS Recognized and Protected by the union Constitution and Acts of Congress while acting in concert /CONSPIRACY and UNDER COLOR OF LAW (*Act protecting 'PLATFORM'*) for which Congress has provided substantial CRIMINAL and Civil Action PENALTY(s) for Each ACTOR in the CONSPIRACY AGAINST RIGHTS and DEPRIVATION OF RIGHTS UNDER COLOR OF LAW and CONSPIRACY TO INTERFERE WITH RIGHTS; and,

e. The conduct EVIDENCED herein and on numerous MEDIA (recorded Television Network /Radio Network /and Online Broadcasts) is clearly violative of **DEPRIVATION OF RIGHTS UNDER COLOR OF LAW /CONSPIRACY AGAINST RIGHTS**, etc., as recognized by Congress through enactment of Act of June 25, 1948, ch. 645, 62 Stat. 696 ; Pub. L. 90-284, title I, §103(a), Apr. 11, 1968, 82 Stat. 75 ; Pub. L. 100-690, title VII, §7018(a), (b)(1), Nov. 18, 1988, 102 Stat. 4396 ; Pub. L. 103-322, title VI, §60006(a), title XXXII, §§320103(a), 320201(a), title XXXIII, §330016(1)(L), Sept. 13, 1994, 108 Stat. 1970 , 2109, 2113, 2147; Pub. L. 104-294, title VI, §§604(b)(14)(A), 607(a), Oct. 11, 1996, 110 Stat. 3507 , 3511 [18 USC 241 & 242] and as purviewed through **CIVIL ACTION FOR DEPRIVATION OF RIGHTS** R.S. §1979; Pub. L. 96-170, §1, Dec. 29, 1979, 93 Stat. 1284 ; Pub. L. 104-317, title III, §309(c), Oct. 19, 1996, 110 Stat. 3853 [42 USC 1983], **CONSPIRACY TO INTERFERE WITH RIGHTS**, R.S. §1980 derived from acts July 31, 1861, ch. 33, 12 Stat. 284 ; Apr. 20, 1871, ch. 22, §2, 17 Stat. 13 [42 USC 1985]; **ACTION FOR NEGLECT TO PREVENT**, R.S. §1981 [42 USC 1986], and applicable on the soil of the Territory of Washington (supra) as the union State has failed to fill its offices through the abuses of "State of Washington" (supra), see union Constitution, Article IV, Sec. 3; and,

f. RESPONDENT(s) did NOT present any **FACT EVIDENCE**, in controversy

........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........

Yehevehe-Elohim; Yahsua-Mashiach; Aleph-Tav.
PRINCIPAL
........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........ ........

to any /each FACT as EVIDENCED herein-above, and in the alternative STIPULATED to each uncontroverted FACT by **Nihil-Decit** / **Tacit Procuration** (default) and thereby AGREE to the Financial Penalties set forth by Congress as purviewed by and through Article I, Sec. 10, of the Constitution for the union of the several united States of America, 1789-1791 ("union Constitution"), and as purviewed by and through Articles in Amendment IX and X to said union Constitution, and RESPONDENT(s) Refused /Neglected to Tender and / or Negotiate all such funds due within Ten (10) days of such Default as Stipulated in the Administrative Record; and,

9) ACCOUNTING OF SUMS DUE (Twitter RESPONDENTS) UPON DEFAULT:
**DEPRIVATION OF RIGHTS UNDER COLOR OF LAW**
8 - Respondents x 250,000.00 per each          2,000,000.00
**CONSPIRACY AGAINST RIGHTS**
8 - Respondents x 250,000.00 per each          2,000,000.00
**TOTAL:**                                     4,000,000.00

*Tenderable in Morgan Silver Dollars (face value) or the equivalent in gold /silver coin (consistent with Art. I, Sec. 10, union Constitution)*; and,

10) **NOTICE:** JOINER, and each other party similarly situated, each being a separate VICTIM of RESPONDENT(s) is each entitled to separate DAMAGES in the Maximum Amount(s), due to the callous Disregard, CONSPIRACY(s) and Deprivations of RIGHTS Under Color of Law set by Congress for the Offenses set forth AND AGREED in the ADMINISTRATIVE RECORD, EXHIBIT "A", and herein-above; and,

11)   ALL RIGHTS RESERVED; and,

12)   Further JOINER says not at this time.

Given under my Hand and Seal this day, 12 July, 2021,

Kenneth-Wayne: Leaming.
JOINER, Public MINISTER, Declarant.

EXHIBIT A

Yehoveh-Elohim; Yahava-Mashiach; Aleph-Tav.
**PRINCIPAL**



When Recorded Return to:
Kenneth-Wayne: Leaming.
Public MINISTER
116 Stewart Street
Seattle
Washington

8/9/2021 12:18:35 PM
Pages: 5

**1109184**

NATRONA COUNTY CLERK
Tracy Good
Recorded: CL
Fee: $24.00
KENNETH WAYN LEAMING

## RECORDING COVER SHEET

**RECORD:**

**NOTICE OF:**
**FINAL ADMINISTRATIVE RECORD (common-law) JUDGMENT**

**GRANTEE(s):**

Kenneth-Wayne: Leaming.
(and others similarly situated)
116 Stewart Street
Seattle
Washington

**GRANTOR(S):**

Jack-Patrick: Dorsey.; et al.;
and Twitter, Inc., et al.
c/o 1355 Market Street
Suite 900
San Francisco
California

**OTHER MATTER:** The Recording of the Instrument under this instant Cover, is Herewith PUBLISHED as NOTICE to all People, Party(s), and Persons WORLDWIDE, as a matter of Public Record.

**NOTE:** No Land /Real Property on Natrona county involved in RECORD(s)

---

**NOTICE:**

**BOUVIER's LAW DICTIONARY (1856):**

**MINISTER,** international law. This is the general name given to public functionaries who represent their country abroad, such as ambassadors, (q.v.) envoys, (q.v.) and residents. (q.v.) A custom of recent origin has introduced a new kind of ministers, without any particular determination of character; these are simply called ministers, to indicate that they are invested with the general character of a sovereign's mandatories, without any particular assignment of rank or character.
2. The Minister represents his government in a vague and indeterminate manner, which cannot be equal to the first degree; and he possesses all the rights essential to a public minister.

Given under my Hand and Seal this day, 29 July, 2021,



Kenneth-Wayne:
Leaming.

CLAIMANT,

Injured Party,
Declarant;

Public MINISTER.

---

TwitterClaimsRECORDING-COVER
Page 1 of 1

Kenneth-Wayne: Leaming.
(and others similarly situated
GRANTEE(s).

Yehovahe-Elohim Yahova-Meshieoh Aleph-Tav,
PRINCIPAL

Kenneth-Wayne: Leaming,
CLAIMANT, Injured Party, Declarant
110 Stewart Street
Seattle
Washington

- vs -

Jack-Patrick: Dorsey.; and,
aka: Parag Agrawal (full name unknown); and,
aka: Leslie Berland (full name unknown); and,
aka: Kayvon Beykpour (full name unknown); and,
aka: Vijaya Gadde (full name unknown); and,
aka: Ned Segal (full name unknown); and,
aka: Peter "Parag" Zatco (full name unknown); and,
inclusive of all successors, assigns, colleagues, and all Co-Mingled
financial activities, accounts, and activities; and,
dba: TWITTER.COM, TWITTER, INC. et al, et ux, etc.,
1355 Market Street
Suite 900
San Francisco
California

Respondent(s)

(PRINCIPAL - AGENT DOCTRINE APPLIES)

FINAL ADMINISTRATIVE
DEFAULT JUDGMENT

State of Creation    )
                     ) ss.
House of Leaming     )

Kenneth-Wayne, CLAIMANT, Injured Party, Declarant, herein "CLAIMANT",
being subject to penalty for bearing false witness under the law of
Yehovahe-Elohim, [U.B. 603] affirms CLAIMANT is of age of majority,

TwitterFinalDefault
Page 1 of 8

Kenneth-Wayne: Leaming
CLAIMANT, Injured Party, Declarant

---

Yehovahe-Elohim Yahova-Meshieoh Aleph-Tav,
PRINCIPAL

competent to testify, and having firsthand knowledge, STATES AND
DECLARES:

1) CLAIMANT came, and continues in good faith, peace and honor, and for
curing any defects along the way; and,

2) The CLAIM(s) in the instant matter, having been SERVED by Certified
Mail in excess of Twenty (20) days before a NOTICE OF FAULT -
OPPORTUNITY TO CURE was served, CLAIMANT having received no
Response, much less a Response with and/or accompanied by EVIDENCE
in Controversy to say, much less every, FACT appearing in the
CLAIM(s) by Evidence, the RESPONDENT(s) appeared to AGREE by TACIT
PROCURATION /NIHIL DICIT (Default) to ALL Facts and Claims
Presented; and,

3) In the interest(s) of Due Process, CLAIMANT Granted, and served
NOTICE of the FACT that the RESPONDENT(s) were Granted an
additional Twenty (20) days to RESPOND with Evidence in Controversy
to the FACTS appearing in the CLAIM(s), and Informed RESPONDENT(s)
that THE RECORD WILL EVIDENCE THE DEFAULT, by Tacit Procuration
/Nihil-Decit (DEFAULT) to every FACT appearing therein, and now,
herein; and,

4) CLAIMANT has received absolutely NO RESPONSE, and NO EVIDENCE in
Controversy to any FACT or CLAIM Presented, and as such, the Record
EVIDENCES that there is NO CONTROVERSY to any FACT or CLAIM, and that
the Parties are in AGREEMENT as to EVERY FACT and CLAIM; and,

TwitterFinalDefault
Page 2 of 8

Kenneth-Wayne: Leaming
CLAIMANT, Injured Party, Declarant

Yehovoh-Elohim Yahuan-Hamhiach Aleph-Tav.
PRINCIPAL

Charter of 15 June 1215, Declaration of Independence of 04 July 1776, Articles of Confederation, Federalist Papers of October 1787 - August 1788, Constitution for the union of the several united States of America of 1789 - 1791 (union Constitution); and the Congressional enactment of the ADMINISTRATIVE PROCEDURES ACT(s) of 11 June 1946, Pub. L. 79-404/ 60 Stat. 237 as amended; and recognized by "State of Washington" (supra) legislature through enactment of the Act of 1989 c 4 as amended, inclusive of the provision setting forth that Review of the Administration Record (Judicial, Etc.) is limited to the FACT(s) appearing in the Administration Record; and,

7) Jack-Patrick; Dorsey, j aka: Parag Agrawal (full name unknown); aka: Leslie Berland (full name unknown); aka: Kayvon Beykpour (full name unknown); aka: Vijaya Gadde (full name unknown); aka: Ned Segal (full name unknown); aka: Peiter "Mudge" Zatko (full name unknown); and inclusive of all successors, assigns, colleagues, and all Co-Mingled financial activities, accounts, and activities, et al, et ux; dba: TWITTER.COM, TWITTER, INC., etc., herein "Twitter RESPONDENTS", are the owners, operators, and colleagues of the Social Media operation commonly known as "TWITTER" and "Twitter.com" collectively operating the Platform, a Modern means of the exchange of ideas commonly known historically as 'Freedom of Speech' and as such recognized by Congress as having 'Freedom of the Press' type IMMUNITY for the Activities as a PLATFORM; and,

Kenneth-Wayne: Leaming
CLAIMANT, Injured Party, Declarant

---

Yehovoh-Elohim Yahuan-Hamhiach Aleph-Tav.
PRINCIPAL

5) CLAIMANT being a Constituent /Public MINISTER of The State of Washington, AD 1878, admitted to the union upon the Constitution appearing as Senate Document 68, by Act of Congress on 22 February, 1889, see Pierce county, Washington, Record #2000009130680 incorporated herein by reference, and as such is a Constituent member to "We the People...", and is NOT a subject to the TERRITORIAL municipal corporation whose process name is "State of Washington" created by the Washington Territorial Legislature on 28 December, 1889, and said "State of Washington", assumed fiduciary responsibility for The State of Washington (supra) during the planned transition to the 1878 Washington Republic, inclusive of electing and qualifying the several Officers thereof which, to date, has not occurred (omission /FRAUD /Conspiracy), and as applicable to others similarly situated, NOR is CLAIMANT a corporate member, subject of any of the several municipal Corporations created by Congress in and for the district of Columbia during AD 1793 - 1800, inclusive of City of Washington, District of Columbia, UNITED STATES, United States, UNITED STATES OF AMERICA, United States of America (see journals of Congress) nor of any subsequent, successors, agency(s), or subdivisions thereof; and,

6) CLAIMANT relies in Good Faith on the UNCONTROVERTED FACT that those who left a record of Due Process law and procedure over the centuries did NOT error when in leaving a record of Matthew 18:15-18, Magna

Kenneth-Wayne: Leaming
CLAIMANT, Injured Party, Declarant

Yehuwah-Elohim Yahuwa-Mashiach Aleph-Tav.
PRINCIPAL

8) The Twitter RESPONDENTS are Citizen /Subjects to the several municipal corporations created by Congress in and for the district of Columbia (supra), jurisdiction(s) foreign to The State of Washington (1878) and also foreign to the union, the district of Columbia, and all organic governments located on North America, Earth, and the People constituent thereto, and as such CLAIMANT must, of necessity, bring the Action for himself, and others similarly situated, by and through his capacity as a Public MINISTER, there being no diplomatic, or other officers, of the organic governments of the People; and,

9) RESPONDENTS have taken action, collectively and in concert /conspiracy to act as CENSOR(s) to the exchange of ideas on the Platform and as such, NOT acting in the capacity of PLATFORM, and thus OUTSIDE THE SCOPE of Platform, Censorship being NOT PROTECTED conduct by either the union Constitution, nor any Act of Congress; and,

10) The Twitter RESPONDENTS have knowingly and intentionally, as professed and STATED, by themselves, in /on national and worldwide media, on many occasions obstructed CLAIMANT's, and others similarly situated, ability to receive information from /about CLAIMANT's Employee(s) inclusive of Donald-John: Trump (President of the union) who CLAIMANT, and others similarly situated, have a duty to monitor, observe, receive information from, and to perform

---

Yehuwah-Elohim Yahuwa-Mashiach Aleph-Tav.
PRINCIPAL

the DUTY, as CONSTITUENT members to "We the People ...", to supervise and control our employee(s) and DEPRIVING CLAIMANT, and others similarly situated OF RIGHTS Recognized and Protected by the union Constitution and Acts of Congress while acting in concert /CONSPIRACY and UNDER COLOR OF LAW (Act protecting PLATFORM) for which Congress has provided substantial CRIMINAL and Civil Action PENALTY(s) for Each ACTOR in the CONSPIRACY AGAINST RIGHTS and DEPRIVATION OF RIGHTS UNDER COLOR OF LAW and CONSPIRACY TO INTERFERE WITH RIGHTS; and,

11) The conduct EVIDENCED herein and on numerous MEDIA (recorded Television Network /Radio Network /and Online Broadcasts) is clearly violative of DEPRIVATION OF RIGHTS UNDER COLOR OF LAW /CONSPIRACY AGAINST RIGHTS, etc., as recognized by Congress through enactment of Act of June 25, 1948, ch. 645, 62 Stat. 696 ; Pub. L. 90-284, title I, §103(a), Apr. 11, 1968, 82 Stat. 75 ; Pub. L. 100-690, title VII, §7018(a), (b)(1), Nov. 18, 1988, 102 Stat. 4396 ; Pub. L. 103-322, title VI, §60006(a), title XXXII, §§320103(a), 320201(a), title XXXIII, §330016(1)(L), Sept. 13, 1994, 108 Stat. 1970 , 2109, 2113, 2147; Pub. L. 104-294, title VI, §§604(b)(14)(A), 607(a), Oct. 11, 1996, 110 Stat. 3507 , 3511 [18 USC 241 & 242] and as purview through CIVIL ACTION FOR DEPRIVATION OF RIGHTS R.S. §1979; Pub. L. 96-170, §1, Dec. 29, 1979, 93 Stat. 1284 ; Pub. L. 104-317, title III, §309(c), Oct. 19, 1996, 110 Stat. 3853 [42 USC 1983].

Yahuwah-Elohim Yahuwa-Hoshiseh Aleph-Tav,
PRINCIPAL
════════════════════════════════════════

14) Further CLAIMANT claims not at this time; and,

15) Further CLAIMANT says not at this time; and,

16) ALL RIGHTS RESERVED.

Given under my Hand and Seal this day, 13 July, 2021,



Kenneth-Wayne: Leeming,
CLAIMANT, Injured Party, Declarant;
Public MINISTER.

**BOUVIER'S LAW DICTIONARY** (1856), to wit:
MINISTER, international law. This is the general name given to public functionaries who represent their country abroad, such as ambassadors, (q.v.) envoys, (q.v.) and residents. (q.v.) A minister of recent origin has introduced a new kind of ministers, without any particular determination of character; these are simply called ministers, to indicate that they are invested with the general character of a sovereign's mandatory, without any particular assignment of rank or character.
2. The Minister represents his government in a vague and indeterminate manner, which cannot be equal to the first degree; and his government at the rights essential to a public minister.

---

Yahuwah-Elohim Yahuwa-Hoshiseh Aleph-Tav,
PRINCIPAL
════════════════════════════════════════

**CONTRACT TO SUPPORT THE RIGHT**, R.S. §1980 derived from acts July 31, 1861, ch. 33, 12 Stat. 284; Apr. 20, 1871, ch. 22, §2, 17 Stat. 13 [42 USC 1985]; **ACTION FOR NEGLECT TO PREVENT**, R.S. §1981 [42 USC 1986], and applicable on the soil of the Territory of Washington (supra) as the union State has failed to fill its offices through the abuses of "State of Washington" (supra), see union Constitution, Article IV, Sec. 3; and,

12) Funds due shall be tendered and/or negotiated within Ten (10) days of final Default; and,

13) ACCOUNTING OF SUMS DUE TO EACH VICTIM (from Twitter RESPONDENTS)

**UPON DEFAULT:**

**DEPRIVATION OF RIGHTS UNDER COLOR OF LAW**

8 - Respondents x 250,000.00 per each    2,000,000.00
2,000,000.00

**CONSPIRACY AGAINST RIGHTS**

8 - Respondents x 250,000.00 per each    2,000,000.00

**TOTAL:**    4,000,000.00

*Redeemable in Morgan Silver Dollars or the equivalent in gold/silver coin (consistent with Art. I, Sec. 10, union Constitution); and,*

