Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Friend of Court Brief filed by David Andrew Christenson October 4th, 2021

Friend of Court Brief **2**

Judge Scola,

I despise Trump and Biden. If we do not change the narrative, we will all die.

Twitter and Jack Dorcey have censored me, and Americans have died and will die.

If the Supreme Court had just ordered a response to my Extraordinary Writ of Mandamus and Prohibition 14-10077, we would not be in the Pandemic.

Help save Mankind by changing the narrative. STOP THE CENSORSHIP.

I took an oath as an Air Force Academy graduate and Air Force Officer to uphold, protect and honor the Constitution. I did not realize that everyone in my country would be the enemy – "foreign and domestic".

Attached are court pleadings. This is information for you. Maybe you learn something maybe you do not. Last sentence First Amendment: "and to petition the Government for a redress of grievances." My grievance is to educate you about how important the First Amendment is.

References:

Judge Ellen Lipton Hollander (MDD two cases)
Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland
State of Maryland v. United States of America (1:18-cv-02849) District Court, D. Maryland

Chief Justice William Pryor Jr. (In 2020 he docketed SCOTUS Writ 14-1007and gave me an appeal in Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro)
United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371
United States Court of Appeals for the Eleventh Circuit - Appeal Number: 20-13766-F Case Style: Marta Reyes, et al v. David Christenson District Court Docket No: 1:20-cv-21108-UU

Judge Ursula Mancusi Ungaro (SDFL – docketed over 100 pleadings and letters. The 11th Circuit allowed me to appeal.)
Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro

Chief Judge Lee H. Rosenthal all gave me a voice in two cases, and she was not the presiding judge.

Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton Hughes

Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

**AMICUS 162 – October 3rd. 2021 – How can smart people be so incredibly stupid?**
**It is and was pneumonia, pneumonia, pneumonia, and we knew it. CHINA TOLD US (02/08/2020).**
China, on February 8th, 2020, told the world that **"Pneumonia"** had been released from Wuhan. The Chinese called it: Novel Coronavirus **Pneumonia**, or NCP. The World **panicked**. On February 11th, 2020 (3 days later) it was named by the World Health Organization/ International Committee on Taxonomy of Viruses: *Severe Acute Respiratory Syndrome Coronavirus 2 (SARS-CoV-2). 2019 novel coronavirus' or '2019-nCoV. COVID19.*

The worst word for a human being is **"pneumonia".** The worst word for Mankind is **"pneumonia".** The degradation of the lungs is the number one cause of death for Mankind.

Textbook Definition of Stupid: Politics and Economics caused the world to treat it as a coronavirus and not the deadliest disease in the world, **pneumonia**. Coronaviruses are not Endemic until now. **Pneumonia** is a "cause of death", coronaviruses/COVID19 is not.

The transmission of **pneumonia** is still a mystery to medicine and science as is the transmission of COVID19. (There is evidence that COVID19 is transferred via feces into the genitals. This would account for the high infection rates of both residents **and employees** of assisted living facilities/memory care units. The cure/vaccine could have been as simple as washing one's hands with soap. Sanitizers are a mistake.)

Based on all my research, background, and experiences I believe that we made a Genocidal mistake with quarantines, masks, and vaccines. We are Apex Predators that have survived an infinite number of Virus, Bacteria and Fungi infections. (What if all of us are to get infected for Mankind to survive?) Empirical evidence and personal observation. Anyone, regardless of the strength of their immune system, can become infected with Fungi, Bacterial or Virus **pneumonia**. Recovery is based on the strength of one's immune system. (I had bacterial **pneumonia** in 2019.)

A **pneumonia** (COVID19) infection, regardless of the symptoms and vaccination status, is devastating to the immune system. (Think about cancer and how it goes undetected. Your immune system is at work.)

Justice Kavanaugh, who has been vaccinated, testing positive for **pneumonia** (COVID19) is a big deal. **He has been infected. "It is the pneumonia, stupid." "Keep your eye on the ball – the pneumonia."**

Attached are the first two pages: United States Court of Appeals for the District of Columbia Case: 19-5121 (Civ. Action No. 19-810 – RBW) David Andrew Christenson – Appellant (Movant) v. Appellee – NA (Electronic Privacy Information Center v. United States Department of Justice) USCA Case #19-5121 Document #1829856 Filed: 02/19/2020 Page 1 of **16 pages.**

Albert Einstein - *"We cannot solve our problems with the same thinking we used when we created them."*

Godspeed - Sincerely, David Andrew Christenson - Box 9063 - Miramar Beach, Florida 32550 504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

11:09 p.m. ET, February 8, 2020

Wuhan coronavirus gets a new official name

https://www.cnn.com/asia/live-news/coronavirus-outbreak-02-09-20-intl-hnk/h_38c750758363ebbb5e87c06e5a0b91c5

China's National Health Commission gave the Wuhan coronavirus a temporary name at a news conference on Saturday.

For weeks, the rapidly-spreading virus has only been known by the name of the city where it originated, something which locals in Wuhan have found frustrating and stigmatizing.

Chinese officials said that the virus would temporarily be named the **Novel Coronavirus Pneumonia, or NCP.**

There is no news on when an official final title for the virus will be designated


The illness gets a name, temporarily.

https://www.nytimes.com/2020/02/08/world/asia/coronavirus-china.html

Published Feb. 8, 2020

The Chinese government has announced a temporary name for the illness caused by the coronavirus, ordering the local authorities and state news media to adopt it. In English, it will be called N.C.P., for novel coronavirus pneumonia, the National Health Commission said on Saturday.

A final, official name will eventually be chosen by the International Committee on Taxonomy of Viruses. The organization has submitted a name to a scientific journal for publication and hopes to reveal it within days, the BBC reported.


NCP chosen as temporary name for virus

https://www.scmp.com/news/china/society/article/3049623/coronavirus-hubei-province-reports-81-new-deaths-and-2841

Cissy Zhou, Orange Wang and Linda Lew

Published: 6:20am, 8 Feb, 2020

China's National Health Commission has given the virus a temporary official name – novel coronavirus pneumonia, or NCP.

The commission announced the new name at a press conference on Saturday and said it should be adopted by China's government departments and organisations in China until a permanent name for the infection has been determined.

The naming of a new virus is decided by the International Committee on Taxonomy of Viruses. A name has been submitted to scientific journals and the committee hopes to announce it within days, the BBC reported.

RECEIVED
Mail Room

FEB 1 9 2020

United States Court of Appeals
for the District of Columbia Circuit

## UNITED STATES COURT OF APPEALS
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson – Appellant (Movant)                    Case: 19-5121

v.                                                                                            Civ. Action No. 19-810 - RBW

Appellee – NA

(Electronic Privacy Information Center v. United States Department of Justice)

Eleventh Supplemental Petition/Application/Motion for En Banc

Amicus/Notice 168 – Nuclear Explosion because of one word. Official name: Novel Coronavirus **Pneumonia** (NCP)

The Chinese Government gave the Coronavirus an official name: Novel Coronavirus **Pneumonia** (NCP).

The World absolutely did not want the word "Pneumonia" in the official name. THIS IS AN EPIC ACKNOWLEDGEMENT.

The International Committee on Taxonomy of Viruses will give the final name.

The three pleadings that are attached will enlighten you if you take the time to read them.

It will take will effort on your part if we are to save Mankind by changing the Narrative.

Amicus/Notice 104 – Oxygen (O2) – If the Immune System(s) is our army then Oxygen is the bullets.

Mankind is a fragile species and if we are to survive, we must have an open, honest and uncensored dialogue that is not contaminated by those seeking power, money, fame and sex. It also must not be contaminated by Governments, Organized Religion, Businesses and Non-Profits. We also must expose our Government's sins and coverups. We must start by exposing the truth about the Katrina Virus (Compilation Term) and the Katrina Virus thought process. I could have called it the Tuskegee Study thought process as well. We thought it was a good idea to withhold penicillin from black men that had syphilis and we did this for 40 years. Syphilis is a horrific and barbaric death that is preventable with penicillin.

We are so fragile that the Centers for Disease Control and Prevention (CDC) publishes **246 different news letters** that you can subscribe to and receive via your email.

Reference: Amicus/Notice 141 – God give me the miracle of words to open their minds, hearts and souls, I beg you. Judges trust Medical Professionals (MedPros) to protect themselves, their families and their fellow Americans. Medical Professionals trust Judges to protect themselves, their families and their fellow Americans. This is the textbook definition of Suicide and Genocide.

❋ *The number one cause of death worldwide is the destruction of the lungs which results in the destruction of the immune system(s). The transfer of oxygen fails. Lung cancer is the number one cause of death in the cancer family.*

Reference: Amicus/Notice 142 – Cancer deaths are bad. Cancer and Suicide deaths are really bad. Cancer, Suicide and Influenza and Pneumonia deaths are apocalyptic. All are underreported, intentionally misclassified and censored by our government.

Why is this a big deal? Degraded lungs are the number one cause of death in the world. The failure of the lungs to transfer oxygen into the blood triggers the failure of our immune system(s). The failure of our immune system(s) causes medical and mental maladies. Heart disease is caused by a degraded immune system(s) and lack of oxygen. Degraded immune system(s) reduce our ability to produce viable fetuses. Hence the negative birth rate. Oxygen is our army. At current progressions mankind will cease to exist by 2050.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on February 10th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

### AMICUS 159 – October 1st, 2021 - DO YOU HAVE ANY IDEA OF THE RAMIFICATIONS IF A VACCINATED SUPREME COURT JUSTICE DIES OF COVID19?

To: Jane Sullivan Roberts, Patricia McCabe, Jeffrey P. Minear, Marshal Gail A. Curley, Clerk Scott Harris, Justice Amy C. Barrett. - Judge Ellen Lipton Hollander, Clerk Felicia Cannon, Chief Judge William Pryor Jr., Clerk David J. Smith, Chief Judge Lee H. Rosenthal, Chief Judge Priscilla R. Owen, Clerk Lyle Cayce, Judge Lynn N. Hughes, Clerk Nathan Ochsner, Marshal T. O'Connor, Vice Admiral John Christenson, Irving L Azoff, Senior Judge Claude M. Hilton, Judge Liam O'Grady, Judge Anthony John Trenga, Judge Carl John Nichols, Judge Amy B. Jackson, Judge Emmet G. Sullivan, and Judge John G. Koeltl.

Review Amicus 58. The CDC stopped tracking breakthrough cases on May 1st, 2021. The CDC cannot know if the vaccine works and if it does, for how long. The CDC does not know the consequences of the vaccine. The CDC has no idea how the vaccine damages our immune system, soul, or spirit.

Vaccinated Justice Kavanaugh testing positive for COVID19 compromises the integrity of our entire Judiciary. (You all played God.) (The boosters make you a drug addict. Get your vascular port now.)

Nine individuals have made the decision to vaccinate 300 million Americans without judicial oversight. WHAT HAVE YOU DONE? YOU COMMITTED GENOCIDE. (Just a response to 14-1007 could have saved us.) (You tampered with God's children.) (You have no idea of the medical or mental consequences.) (For national security purposes I hope that several members of the Supreme Court have not been vaccinated. Remember that the creators of the vaccine are in essence Trump or Biden, your choice.)

Multiple members of the Supreme Court, including Chief Justice John Roberts, have degraded immune systems and are susceptible to viruses, bacteria, fungi, etc.

**Justice Kavanaugh will have to recuse himself from any and all litigation involving the COVID19 vaccines. He was vaccinated and became infected.** It will leave eight justices. We will have different opinions from different appellate courts.

This breakthrough infection is the atomic bomb heard around the world.

Any judge hearing a COVID19 vaccine case and ruling in favor of the mandate and employment termination policies should recuse themselves. The vaccine is a choice.

You all are drug addicts. You need your COVID19, pneumonia, influenza, HPV, shingles, etc. to live.

### YOU HAVE GIVEN UNPRECEDENTED POWER TO OUR TYRANNICAL GOVERNMENT.

What diseases are the Haitians bringing across the border?

Godspeed - Sincerely, David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

**AMICUS 157 – OCTOBER 1ST, 2021 – Supreme Court Justice Brett Kavanaugh has lung cancer and has developed mental illnesses which include suicidal ideations.**

To: Jane Sullivan Roberts, Patricia McCabe, Jeffrey P. Minear, Marshal Gail A. Curley, Clerk Scott Harris, Justice Amy C. Barrett. - Judge Ellen Lipton Hollander, Clerk Felicia Cannon, Chief Judge William Pryor Jr., Clerk David J. Smith, Chief Judge Lee H. Rosenthal, Chief Judge Priscilla R. Owen, Clerk Lyle Cayce, Judge Lynn N. Hughes, Clerk Nathan Ochsner, Marshal T. O'Connor, Vice Admiral John Christenson, Irving L Azoff, Senior Judge Claude M. Hilton, Judge Liam O'Grady, Judge Anthony John Trenga, Judge Carl John Nichols, Judge Amy B. Jackson, Judge Emmet G. Sullivan, and Judge John G. Koeltl.

He is also delusional. Kavanaugh will continue to second guess himself into paranoia as will all of you.

COVID19 is, as are all viruses, a trigger that attacks the immune system. Symptoms may not appear for years.

All Supreme Justices are now wondering why the COVID19 vaccine did not work. This will have a psychological effect on all of them. Kavanaugh is 56.

Have you heard the COVID19 term "long haulers"?

Nobody knows the damage or potential damage that the COVID19 infection has done to a vaccinated individual.

The fact that his immune system did not protect him, at his age, should be of great concern.

People will spin that he was asymptomatic but in fact they do not know that.

Supreme Court Justice Brett Kavanaugh had a strong immune system and a vaccine, and he still got COVID19.

This is a fact: As the COVID19 vaccine degrades so does the immune system. Get you vascular port now.

This is the beginning of the end. Mankind committed suicide.

All we had to do was change the Narrative.

Godspeed - Sincerely, David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix - Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 9063
Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

Amicus 58 - August 7th, 2021

Read the last paragraph first.
I have a math background from the Air Force Academy. The most important number we need right now is the number of people who test positive for COVID19 that have been vaccinated.

They are gambling with the fate of Mankind.

Breakthrough cases are epidemic and indicate that the vaccines will not protect Mankind but only facilitate our demise. How can I say, *"facilitate our demise"*? If we have Breakthrough cases then the vaccines do not work, and our immune systems do not work. In very simple terms our immune systems were turned off and instructed not to fight COVID19.

**THE CDC IS TRACKING COVID19 INFECTIONS FOR THOSE THAT ARE UNVACCINATED BUT NOT THOSE THAT ARE VACCINATED.**

**IF YOU ARE VACCINATED AND TEST POSITIVE FOR COVID19 THEN THE CDC DOES NOT WANT TO KNOW PER THE CDC.**

COVID19 is not going away, and they know that. The rush to make us slaves to a new and unproven technology causes me great concern. It would be different if they had used established technology. They are not telling us something.

It would have been better for us to have fought COVID19 with our own immune systems. Our immune systems are the greatest fighting force the world has ever known. Our immune systems have artificial intelligence and are quantum computers.

The following was cut and pasted from the CDC website.
https://www.cdc.gov/vaccines/covid-19/health-departments/breakthrough-cases.html
*"As of May 1, 2021, CDC transitioned from monitoring all reported vaccine breakthrough cases to focus on identifying and investigating only hospitalized or fatal cases due to any cause. This shift will help maximize the quality of the data collected on cases of greatest clinical and public health importance. Previous data on all vaccine breakthrough cases reported to CDC from January–April 2021 are available."*

How can the CDC state the following when they are not tracking Breakthrough cases? Since May 1st?

*"COVID-19 vaccines are effective - Vaccine breakthrough cases occur in only a small percentage of vaccinated people. To date, no unexpected patterns have been identified in the case demographics or vaccine characteristics among people with reported vaccine breakthrough infections."*

Godspeed - Dave

Case No. 21-20311 - Jennifer Bridges; et al, Plaintiffs – Appellants - v. - The Houston Methodist Hospital, Defendants – Appellees Movant David Andrew Christenson June 28th, 2021

Amicus 18 – You are going to die if you do not change the narrative. Kill yourself, but please do not kill our children and more importantly do not take away their God Given right to procreate. You are no better than Hitler if you do.

China had a **"HOLY FUCK"** moment when they realized what they had stolen from the U.S. (It happened after the negligent release of the Katrina Virus during Hurricane Katrina, the release of the Chines Spies and when May Ray Nagan of New Orleans was quarantined in China. Check the dates.)

KT McFarland: *"I was President Trump's first deputy national security adviser and knew nothing about these potentially dangerous **gain-of-function** research projects, nor that the U.S. government was funding Chinese labs."* Read the attached article.

Do you realize what I am saying? The U.S., and now China, have a "gain-of-function" weapon, that is in a one ounce viral, that if released will destroy Mankind within seven days. **"HOLY FUCK"**

The cat is out of the bag. The world will discover the truth.

China realized that they had stolen a weapon that could destroy Mankind but that it could not be controlled. They could not protect their own people. The U.S. already knew this.

You have been given the Federal case numbers where the Chinese Spies were released by Federal Judges. The Federal Judiciary has been complicit in the Genocide of Mankind.

Think about the 40 plus year Tuskegee study.

What agreement did the U.S. enter into with China?

China and the U.S. were secretly working together at the Wuhan Lab.



Please read the attached opinion by KT McFarland.

This Amicus was filed in the following cases:

United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371

Case No. 21-20311 - Jennifer Bridges; et al, Plaintiffs – Appellants - v. - The Houston Methodist Hospital, Defendants – Appellees

Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton Hughes

Case: 21-20311      Document: 00515924448      Page: 2      Date Filed: 07/02/2021

Neve v. Birkhead (1:21-cv-00308) District Court, M.D. North Carolina Judge Loretta Copeland Biggs
Legarreta v. Macias (2:21-cv-00179) District Court, D. New Mexico Judge Martha Alicia Vazquez

Klaassen v. The Trustees of Indiana University (1:21-cv-00238) District Court, N.D. Indiana Judge Damon R Leichty

Godspeed
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

Certificate of Service

I hereby certify that on June 28th, 2021, I filed the foregoing with the Clerk using CM/ECF and then served the pleading via CM/ECF, U.S. First Class Mail and Email on June 28th, 2021.

David Andrew Christenson

KT McFarland: Second COVID cover-up – China, we know about but was there another one in the US? Scientists insisted that anyone promoting the lab leak theory was an anti-science conspiracy theorist
K.T. McFarland By K.T. McFarland | Fox News
https://www.foxnews.com/opinion/second-covid-coverup-china-us-kt-mcfarland
The world rightfully wants to find out what really happened in Wuhan and how what should have been a run-of-the-mill virus set off a global pandemic. We probably never will, however, because of the Great Chinese Cover-up.
But is there another cover-up, hiding right here in plain sight in Washington?
Did America bungle our initial handling of the pandemic because a handful of government scientists and bureaucrats, and their unwitting media enablers, deliberately sent us off in the wrong direction in order to cover up their own complicity in creating COVID-19?
These scientists insisted that anyone promoting the lab leak theory, including our leading governors and well-respected scientists, was a hysterical, xenophobic, anti-science conspiracy theorist.
Did they react with such velocity and venom because they were covering up for their own misguided actions? What did they not want the world to know? That they were funding risky gain-of-function research and genetically engineering fairly harmless viruses to make them more contagious, virulent and lethal in order to study them? That they were awarding grants to an adversarial nation's research lab, where the Chinese military was also involved?
Did they do these things without the approval, or perhaps even knowledge of their bosses and therefore need to cover their tracks, lest the world demand answers for their role for inadvertently contributing to a global pandemic?

I was President Trump's first deputy national security adviser and knew nothing about these potentially dangerous gain-of-function research projects, nor that the U.S. government was funding Chinese labs. So, who did give the go-ahead to resume risky gain-of-function research? Government bureaucrats?

If President Trump had been briefed, he NEVER would have agreed to it. First, he would have railed against U.S. tax dollars being used to pay for research in China. He was elected to change China policy, not subsidize it. Trump, a notorious germaphobe, would have railed even more loudly against paying mad scientists to create Frankenstein monster viruses.

So, who did give the go-ahead to resume risky gain-of-function research? Government bureaucrats? The so-called "expert class" who have been proven wrong again and again over the course of the pandemic? Even if they were not specifically funding gain-of-function research at the Wuhan lab, what were we funding there?

If we weren't funding gain-of-function research in China, were we doing so at other labs in other lands? Surely the decision to create killer viruses capable of creating global pandemics if mishandled should have been made at the highest levels of government. But it wasn't.

We now learn that National Institutes of Health scientists, whose gain-of-function research was shut down by the Obama administration, suddenly restarted it in January 2017, just as Donald Trump was taking office.

When discussing the possibility of a lab leak in gain-of-function research, Dr. Anthony Fauci wrote "that the benefits of such experiments and the resulting knowledge outweigh the risks." Tell that to a world still in the throes of a pandemic that has caused almost 4 million deaths.

When President Trump entertained the lab leak theory, they blamed him for the death of hundreds of thousands of Americans. These same government experts urged their allies in the media, social media and Silicon Valley to censor and silence anyone who questioned their pronouncements. Evidence is mounting that it likely was a lab leak, and these same scientists thought so all along, but refused to say so.

It is not fearmongering or conspiracy theorizing to ask legitimate questions of our own officials. It is only prudent. We are just emerging from a global pandemic that has caused more damage to our society and economy than a world war.  Surely, we need to examine every aspect of the origin and spread of COVID, even if holding up a mirror to our own actions unveils a cover-up in Washington.

**Amicus - 41 –** July 23ʳᵈ, 2021 – Statistically/Mathematically Breakthrough COVID19 Infections are a major indicator that the vaccines are not working for a **continually mutating virus** and that booster vaccines will be required indefinitely.

A Genocidal mistake was made. History will record that it was Egregious, Intentional and Malicious.

The continual injection of vaccines will ultimately kill us by destroying our immune systems.

I CANNOT MAKE THIS MORE CLEAR

Here is proof that I am right. The Biden Administration states that people with *"compromised immune systems"* will need boosters.

# THE VACCINES DO NOT WORK WITHOUT THE IMMUNE SYSTEMS AND YET THE VACCINE DESTROY THE IMMUNE SYSTEMS. (Alzheimer's is Biden's gift to you.)

# YOU TOOK THE VACCINE, YOU COMMITTED SUICIDE.

Think about this. Our immune systems defend Mankind against an infinite number of viruses, bacteria, and fungi every second of every day. Our immune systems have artificial intelligence, and they are our armies. Every vaccine we give ourselves degrades our immune systems. We lose the ability to fight.

Our immune system is a medical quantum computer that would have analyzed the COVID19 virus and then developed a defense for all mutations. This would have been communicated to Mankind via the immune systems.

COVID19 has been around since 2019. It has equally impacted both the Northern and Southern Hemispheres. This has never happened before. COVID19 is the most complex virus in the history of Mankind. It is a Genocidal Virus. We die by the virus or the destruction of our immune systems if we continue with the "Vaccinate at all Costs".

You cannot have "Herd Immunity" with vaccines when the virus is constantly mutating. **Mathematically we had "Herd Immunity" at Thanksgiving 2020 until we started vaccinating.**

COVID19 is mutating and not going away.

Medical Experts do not understand statistics. They do not understand the consequences of Breakthrough cases. The mentality they use is the same that they have used for suicides for 30 plus years and it is why mathematically suicides will outnumber births in a few years.

**BY DAVID ANDREW CHRISTENSON: THE NET INCREASE IN PROTECTION FROM THE COVID19 VACCINE IS MINOR COMPARED TO THE DAMAGE – REDUCED PROTECTION - THAT THE VACCINE INFLECTS ON OUR IMMUNE SYSTEMS.**

There are two reasons that Breakthrough Infections are taking place. The Delta or Lambda Covid19 Viruses are stronger than the original COVID19 Viruses and the individual's immune system is compromised by the original vaccine.

This Amicus was filed in the following cases:

1. **Writ of Mandamus and Writ of Mandamus 14-1007 Supreme Court**
2. Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander
3. Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro
4. Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York Judge John George Koeltl
5. United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371
6. Case No. 21-20311 - Jennifer Bridges; et al, Plaintiffs – Appellants - v. - The Houston Methodist Hospital, Defendants – Appellees
7. Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton Hughes
8. Neve v. Birkhead (1:21-cv-00308) District Court, M.D. North Carolina Judge Loretta Copeland Biggs
9. Legarreta v. Macias (2:21-cv-00179) District Court, D. New Mexico Judge Martha Alicia Vazquez
10. Klaassen v. The Trustees of Indiana University (1:21-cv-00238) District Court, N.D. Indiana Judge Damon R Leichty

Godspeed - Sincerely,

On File

David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on July 23rd, 2021, I filed the foregoing with the Clerk using CM/ECF and then served the pleading via CM/ECF, U.S. First Class Mail and Email on July 23rd, 2021.

On File

_____
David Andrew Christenson

## THE FOLLOWING IS MATHEMATICALLY IMPOSSIBLE UNLESS THE CDC IS LYING, AND YES, THE CDC IS ADMITTING TO THE LIES/FRAUD.

[The quarantine, masks, vaccines, CENSORSHIP, etc. were the worst things we could have done. We will continue with the Genocide of Mankind unless the Judiciary/Supreme Court upholds and honors the Constitution. STOP THE GOD DAMN CENSORSHIP AND ORDER A RESPONSE.]

### THE VACCINE WILL NOT PROTECT YOU.

THE BOOSTERS THAT YOU WILL RECEIVE WILL CONTINUE TO DESTROY YOUR IMMUNE SYSTEM.

The arrogance of it. The CDC and coconspirators are scaring people into getting the COVID19 vaccine.

Per the CDC: Influenza and Influenza Deaths were eradicated for the 2020/2021 Influenza and Pneumonia Season. THIS INFORMATION WAS AND IS A CRIMINAL FRAUD.

There was a 97% - 99% reduction in Influenza Deaths and that is mathematically impossible. There are decades of records, and this has never happened. The CDC publishes the last 13 years of Influenza and Pneumonia Deaths every Friday with the CDC Flu View Report. It is a weekly rolling report shown as an Excel Spreadsheet. I have provided it to the court on numerous occasions.

There has been only one pediatric death (18 and under) this year. IN the last three years there were: 188, 144, and 199 Pediatric Influenza Deaths per the CDC. The season corresponds to the fiscal year and ends September 25th, 2021. https://www.cdc.gov/flu/weekly/index.htm

## THE CDC CLASSIFIED EVERYTHING AS COVID19. THE CDC ONLY TESTED FOR COVID19. THE CDC CLASSIFIED PNEUMONIA AND INFLUENZA DEATHS AS COVID19 DEATHS.

> ➢ *(My comments to the following article are enclosed with parentheses and in italics.)*

07/21/2021: Lab Alert: Changes to CDC RT-PCR for SARS-CoV-2 Testing
https://www.cdc.gov/csels/dls/locs/2021/07-21-2021-lab-alert-Changes_CDC_RT-PCR_SARS-CoV-2_Testing_1.html *"CDC encourages laboratories to consider adoption of a multiplexed method that can facilitate detection and differentiation of SARS-CoV-2 and influenza viruses." (Are you kidding? We did not do this already. DAC)*

CORONAVIRUS Published 9 hours ago By Caitlin McFall - Fox News - CDC urges labs to use COVID tests that can differentiate from flu - Laboratories have until the end of the year to make changes to their testing practices - https://www.foxnews.com/health/cdc-labs-covid-tests-differentiate-flu

The Centers for Disease Control and Prevention (CDC) urged labs this week to stock clinics with kits that can test for both the coronavirus and the flu as the "influenza season" draws near. *(Why did the clinics stop stocking Influenza and Pneumonia kits? The CDC wanted all data to show COVID19. DAC)*

The CDC said Wednesday it will withdrawal its request for the "Emergency Use Authorization" of real-time diagnostic testing kits, which were used starting in **February 2020** to detect signs of the coronavirus, by the end of the year. *(We have fraudulent data dating back to February 2020. The CDC wanted a COVID19 Pandemic. DAC)* **(We did not have Influenza because we did not test for it. DAC)**

"CDC is providing this advance notice for clinical laboratories to have adequate time to select and implement one of the many FDA-authorized alternatives," the agency said.

The U.S. has reported more than 34.4 million cases of the coronavirus since the pandemic began in 2020 and more than 610,000 deaths. *(FRAUD – the 34.4 million cases include false positives and positive flu and pneumonia cases. The 610,000 deaths include influenza and pneumonia deaths. DAC)*

But while cases of COVID-19 soared nationwide, hospitalizations and deaths caused by influenza dropped. *(Semantics – Influenza did not just disappear. DAC)*

According to data released by the CDC earlier this month, influenza mortality rates were significantly lower throughout 2020 than previous years. *(Mathematically Impossible. DAC)*

There were **646 deaths** relating to the flu among adults reported in 2020, whereas in 2019 the CDC estimated that between **24,000 and 62,000 people died from influenza-related illnesses**. *(Again, this is mathematically impossible. The CDC does not include pneumonia deaths which are about 300,000 per year. IT APPEARS THAT WE HAD A REALLY BAD FLU YEAR. DAC)*

The CDC urged laboratories to "save both time and resources" by introducing kits that can determine and distinguish a positive test for the coronavirus and flu.

"CDC encourages laboratories to consider adoption of a multiplexed method that can facilitate detection and differentiation of SARS-CoV-2 and influenza viruses," the agency said Wednesday.

Laboratories will have until the close of 2021 before the CDC officially withdrawals its Emergency Use Authorization of the Real-Time RT-PCR Diagnostic Panel.

> ➤ **WE ALLOWED OUR GENOCIDE BY CENSORING THOSE THAT WERE FIGHTING FOR US.**

Godspeed - Sincerely,
David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Friend of Court Brief filed by David Andrew Christenson October 4th, 2021

Friend of Court Brief <strong>3</strong>

Judge Scola,

Mathematically mankind will cease to exist in the next few years. Mathematically suicides will outnumber births in the next few years. Birthrates are negative. Life expectancies are decreasing. Americans have lost the ability and desire to procreate. In the last Census the U.S. population grew by about 23 million but 11 million were immigrants. The population increase was 7.4% but we need at least 11% to replace our population. We have more immigrants than any country in the world – 40 million plus.

President Joe Biden has stated, for the record, that you will need a booster in 8 months, 6 months, and 5 months. They are discussing the process of installing vascular ports on all Americans so that they can go to the pharmacy and get a COVID19 vaccine capsule that they can install themselves.

**All of this has been censored by Twitter and Jack Dorsey. I cannot invent this stuff and truth is stranger than fiction.**

Twitter and Jack Dorsey did not censor me originally. When the Federal Judiciary started to docket my pleadings, they censored me.

Appeal Number: 20-13766-F Case Style: Marta Reyes, et al v. David Christenson District Court Docket No: 1:20-cv-21108-UU
Attached are pages 1, 2, 3, 13, 16, 24, 28, 29 - USCA11 Case: 20-13766 Date Filed: 02/08/2021 Page: 1 of **32 total pages.**
Attached are pages 1, 3, 4, 5, 6 - USCA11 Case: 20-13766 Date Filed: 02/08/2021 Page: 1 of **144 total pages.**

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Appeal Number: 20-13766-F Case Style: Marta Reyes, et al v. David Christenson District Court Docket No: 1:20-cv-21108-UU

Amicus

Full Disclosure – FYI.

See attachment.

Godspeed

Sincerely,

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

CERTIFICATE OF SERVICE

I hereby certify that on February 6th, 2021 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

US Dominion, Inc. v. Powell (1:21-cv-00040) District Court, District of Columbia Judge Carl John Nichols
Movant David Andrew Christenson

Motion for Leave to file Amicus – Reconsideration – With Corrections Ordered by Judge Nichols

Judge Nichols,

Corrections.

(There is no coherent way to state my case. President Joe Biden's brother, Frank Biden, a non-attorney, but Senior Advisor for the Berman & Berman Law Group, filed a Response with the 11th Circuit to my Motion to Dismiss my own Appeal. I filed the Motion to Dismiss my own Appeal in October of 2020 and it was docketed on October 20th, 2020. The Response was filed two days after the election. Why file a response to a Motion to Dismiss? Here are the weird parts. I asked for the dismissal to occur on January 21st, 2021, the day after the Inauguration. I knew that Hunter Biden was connected to the case because of Israel and the Mossad but I did not know about Frank Biden's connection until just after the Inauguration. See attachments.) **(Why did Frank Biden want the 11th Circuit to expedite the dismissal?)**

What if you publicly docket my pleadings and Dominion withdraws their complaint?

This case is about more than the parties. This case is about our Constitutional Right to a fair election.

As an American I am interested in this case because it involves the 2020 Presidential Election and the impending Impeachment trial of President Donald Trump. What if Trump was right? Our country is being fractured and may not recover. 47% of those that voted, voted for Trump. 4% of those that voted, voted for Biden because they hated Trump. Either way, 47% or 51%, you have a major problem if you alienate such a large percentage of the population in such a contentious manner. We just had 25,000 U.S. troops is Washington D.C. for the inauguration, it looked like a war zone. I think that is enough to be an interested party.

My support is for the American People, the Constitution and most importantly the Truth. My support is also for you, as the Judge. My information will educate you and thus protect our country. This case is more important than you realize.

Attorney General Barr made it clear that there was election tampering, but he qualified by stating that it would not have made a difference. Start with the Second District is Nebraska. The outcome was statistically impossible. That one electoral vote could have made the difference. Was Dominion involved?

This complaint will explore election tampering, fraud, defective security of early voting, mail in votes and absentee ballots, etc. It will also explore computer hacking. The complaint was filed for Billions of dollars. To what extent was Dominion involved? The 2020 Presidential Election occurred during a Pandemic. The election process was not prepared, and neither was security. There was a tenfold increase in alternate voting. If you look at Wisconsin, Pennsylvania, Michigan, and Georgia you will see

that the voter totals differed by less than 1% or close to it. THIS WAS THE MOST INSECURE ELECTION IN THE HISTORY OF THE UNITED STATES BECAUSE OF THE PANDEMIC, CLOSENESS OF THE VOTE TOTALS IN CRITICAL STATES AND ALTERNATE VOTING. What was Dominions involvement?

Neither party has responded to me.

Attachment 1 is a document about the incompetence of the United States Postal System. Did Dominion know about the problems with the USPS? Did Dominion disclose this information? How accurately were ballots counted that arrived by mail and how many actually arrived? **Ballots delivered or not delivered by mail were the difference in the five most important states.**

Attachment 2. This is a weird set of documents and I mean weird. The 11th Circuit took no action on my pleading and then the next day they accepted the pleading. Review the Docket which is attached. Judge Ungaro allowed me to file **100 plus** pleadings/letters in Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula. This is a Class Action Complaint against the People's Republic of China that accuses them of negligently releasing COVID19. The lead party is a disbarred attorney and chief strategist for the law firm that filed the complaint, Berman & Berman Law Group. I filed an appeal when Judge Ungaro stopped me from filing and that is where it gets interesting. **THE 11TH CIRCUIT WANTED MY APPEAL. WHY?** Judge Ungaro would not docket my Notice of Appeal. The 11th Circuit sent notice to docket the Notice of Appeal. It is all in the record.

Attachment 3. This is the Response from Frank Biden and the Berman & Berman Law Group. Read the last page first.

Godspeed - Sincerely, - David Andrew Christenson - P.O. Box 9063 - Miramar Beach, Florida 32550 504-715-3086 - davidandrewchristenson@gmail.com; - dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on February 6th, 2021 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

Chief Judge William Pryor Jr.                                     January 29th, 2021
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

Judge Ellen Lipton Hollander (Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge
Ellen Lipton Hollander)
Federal Court
101 West Lombard Street
Chambers 5B
Baltimore, MD 21201

Reference: 11th Circuit 20-13766 – F and the attached which was docketed.

This is how God opens a door for me and hits me square in the face with a two-by-four. I am 8 days late.

Did you know that Francis (Frank) Biden, brother of the President, was Senior Advisor (Non-Attorney) to
the Berman Law Group?

Did you know that Jeremy Alters is the Chief Firm Strategist (*Non-Attorney) [* Jeremy Alters is a
disbarred non-lawyer employee.] for the Berman Law Group?

Did you know that Jeremy Alters is the lead Plaintiff in this case?

I never understood why the Berman Law Group filed a Response to my Motion to Dismiss, until now.

Please grant the attached Motion and give me 30 days to file a coherent Appeal.

Godspeed

Sincerely,

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

Chief Judge William Pryor Jr.                                          October 16th, 2020
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303



David J. Smith
Clerk of Court
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

Reference: 20-13766 -- F (Motion to Stay and then Motion to Dismiss.)

Thank you for giving me a voice and thus Mankind. I don't want to waste your time. Judge Ungaro gave
me a real voice and nobody listened so I don't know what I would appeal.

I believe in miracles so I am asking you to stay and then dismiss the appeal on January 21st 2020, the day
after the inauguration. Just in case God shows me a light. If you can't that is fine.

Odd thing. I was angry with Reality Winner and her family for getting connected to Michael Cohen. What
were they thinking? I have this strange feeling that Winner's mom likes the spotlight and has a form of
Munchausen syndrome by proxy. I have not been following the pleadings because it costs me money
and I don't have any. Everything Cohen stated had already been done. I despise people like that. I might
be crazy but at least I am not Cohen. I am sympathetic to Winner.

I may drive over to Jacksonville and attend the Winner hearing in November and I hope that is not a
problem. Please let me know if there is a problem with me attending. Clerk Cayce from the 5th Circuit
might vouch for my professionalism.

<u>After the inauguration I have to find something to do. Do you have another fight for me?</u>

Godspeed

Sincerely

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

**CASE NO.: 20-13766-F**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

---

**DAVID CHRISTENSON,**

Appellant,

v.

**MARTA REYES, et al.,**

Appellees.

---

RESPONSE TO APPELLANT'S MOTION TO VOLUNTARILY DISMISS

---

**MARTA REYES, et al.**

---

**MATTHEW T. MOORE, ESQ.**
The Berman Law Group
Post Office Box 272789
Boca Raton, Florida 33427
Ph: (561) 826-5200

20-13766-F

*David Christenson v. Marta Reyes, et al.*

## RESPONSE TO APPELLANT'S MOTION
## TO VOLUNTARILY DISMISS HIS APPEAL

COME NOW Appellees, Marta Reyes and the other Named Plaintiffs in Class Action No. 20-cv-21108-UU, pending in the Southern District of Florida, and pursuant to Fed.R.App.P. 42(b) and 11ᵗʰ Cir. R. 42-1, hereby respond and agree to Appellant's motion to voluntarily dismiss his appeal, and in support thereof, state as follows:

1.      This appeal was docketed on October 7, 2020.

2.      On October 20, 2020, a letter from Appellant David Christenson, styled as a motion to voluntarily dismiss his appeal was received by the Court. Appellant' letter motion is attached as Exhibit A.   This letter motion was not served upon undersigned counsel by Appellant, and it was not entered on the docket until November 2, 2020.  Thus, this response is timely.

3.      In his letter motion, Appellant clearly states *"I don't want to waste your time.  Judge Ungaro gave me a real voice and nobody listened so I don't know what I would appeal." See* Exhibit A.  He then asks that the Court dismiss the appeal, but after a stay through the presidential inauguration. However, he further states:  *"If you can't [stay the appeal], that is fine." See id.*

4.      Appellees completely agree that the appeal should be dismissed now and do not oppose Appellant's voluntary dismissal.

1

20-13766-F
*David Christenson v. Marta Reyes, et al.*

5.    Moreover, there is no basis to stay the appeal.  Appellant has not paid the filing fee or filed to proceed *in forma pauperis*, and in his letter motion states that he has no money.  *See id.*

6.    Furthermore, on its face, since Appellant admits "I don't know what I would appeal," then pursuant to 11th Cir. R. 42-4, the appeal is self-admittedly frivolous and may be dismissed.  *See* Ex. A.

7.    Since it appears that the appeal has not been assigned to a panel on the merits, then pursuant to 11th Cir. R 42-4(a), the clerk may clerically dismiss the appeal.

WHEREFORE, Appellees hereby agree to Appellant's motion to voluntarily dismiss the appeal, and respectfully request that this appeal be dismissed, and for such other relief as the Court may deem just and proper.

Dated:  November 5, 2020.

Respectfully submitted,

*/s/ Matthew T. Moore*
Matthew T. Moore, Esq.
Fla. Bar No. 70034
mmoore@thebermanlawgroup.com
skrieger@thebermanlawgroup.com

Vincent J. Duffy, Esq.
Fla. Bar No. 82151
service@thebermanlawgroup.com
vduffy@thebermanlawgroup.com

2

Appeal Number: 20-13766-F Case Style: Marta Reyes, et al v. David Christenson District Court Docket No: 1:20-cv-21108-UU

Supplemental Motion for Leave to file a Motion for Reconsideration and Motion to Re - Open the Appeal.

[Think about this as you read the pleading. This is a Class Action Complaint filed on behalf of all Americans and that includes President Joe Biden. I specifically asked the court to stay the Appeal until the day after the inauguration. In simple form. The President of the United States is suing the People's Republic of China through his family. The grotesque part is that the President is not suing the People's Republic of China for us. The case is unwinnable because COVID19 is connected to New Orleans which is the Chemical Warfare Capital of the World and President Joe Biden knows that. What is the sinister goal of the Class Action Complaint besides money?}

The simplicity of this Appeal is amazing. If the Court orders a Response, then Americans prevail. Right or wrong, the ordering of the Response will change the Narrative and that is what we need right now.

The Constitutional Question that satisfies the Preamble. Is COVID19 connected to the Katrina Virus? I have stated repeatedly that COVID19 is a trigger virus.

This case is unique in that it directly involves President Joe Biden via his brother, Frank Biden, and his son, Hunter Biden. President Joe Biden was a U.S. Senator for 36 years and the Vice President for 8 years. The Katrina Virus was released in New Orleans during Hurricane Katrina in 2005 because of negligence. President Joe Biden was elected to the U.S. Senate in 1972 and is thereby responsible for the negligent release of the Katrina Virus and the current Pandemic.

It also is unique because it involves COVID19 and the People's Republic of China.

Would the United States be in a Pandemic if the Supreme Court had ordered a Response to Writ of Mandamus and Prohibition 14-10077?

Godspeed - Sincerely, David Andrew Christenson
P.O. Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

CERTIFICATE OF SERVICE

I hereby certify that on February 6th, 2021 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

**CASE NO.: 21-XXXXX**

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

---

**DAVID CHRISTENSON,**
**Plaintiff**
**v.**
**United States of America,**
**Defendant**

---

**Writ of Prohibition and Writ of Mandamus.**

**&**

**Constitutional Question**

---

**Filed on Behalf of all Americans.**

---

**Godspeed**

**Sincerely,**

(On file)

**David Andrew Christenson**
**Box 9063**
**Miramar Beach, Florida 32550**
**504-715-3086**
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Constitutional Question

Does our Government have a right to lie to us?

Writ of Mandamus and Prohibition

This is Moot if the Honorable Court Orders the Government to Respond to the Attachment.

What parts of the attachment are true, and which are false?

Conclusion

Something so simple as a response could change the Narrative and thus give us a chance.

One Question

Is COVID19 connected to the Katrina Virus?

# The Supreme Court Murdered Mankind

# Writ 14-10077

# The Katrina Virus

# By David Andrew Christenson

November 8th, 2015

The United States developed the perfect military weapon. This weapon was organic, easy to disperse, dissipated in five days and the result was the opposing army committing suicide. This weapon contained a derivative of the Katrina Virus and was negligently released during Hurricane Katrina.

The Supreme Court has covered up the release and the impending Genocide of Mankind.

They classified me as a terrorist for trying to inform you.

October 12th, 2050 is Mankind's final day. Cause of death will be suicide related to the Katrina Virus (A compilation term).

Mankind's immune system(s) is being destroyed.

The number one cause of death will be related to the respiratory system, i.e. flu, pneumonia, etc.

Suicides will surpass births between now and then.

The world will not be able to support the financial (medical) costs associated with the destruction of Mankind's immune system(s).

The Supreme Court Murdered Mankind
Writ 14-10077
The Katrina Virus
By David Andrew Christenson

Index

This is DOCUMENTATION for the Genocide and the Crimes Against Humanity that was and is being committed by the Supreme Court against Mankind.

Original documentation received from the Supreme Court is included in the second book: "The Supreme Court Murdered Mankind Original Documentation from the Supreme Court" and will be identified as ODSC Book 2 (ODSC Book 2)

Do not doubt what you are about to read as all of it is factual and verifiable.

Please do not judge me as the messenger. Please judge the message, incoherent and disjointed as it may be. I am a Federal Whistleblower who never received any training or education on how to prevail. I did the best I could, considering I was fighting a corrupt system that had no use for the Constitution and the fact that I had no money and no support from anyone and that includes those people that had an ethical, moral and legal obligation to help me and mankind. I reached out to over 100 law firms and law schools as well as Whistleblower non-profits.

The original Writ 14-10077 Extraordinary Writ with Writ of Prohibition and Writ of Mandamus was stolen from my home after it was docketed by the Supreme Court. I believe the FBI is responsible for the theft as it was the only item taken. I have tried to duplicate the original Writ as best I could. Duplication of the Writ became even more complicated when Microsoft closed my primary email account on behalf of the Department of Justice. I used davidandrewchristenson(at)hotmail.com for all of my legal notices and for storage. The FBI destroyed three of my computers and all of my backups. I thought the "Cloud" would be safe. The Supreme Court refused to provide me with a copy of the original Writ. Clerks Jeffrey Atkins 202-479-3263, Chris Vasil 202-479-3027 and Scott Harris 202-479-3000, etc. refused to provide me with a copy after repeated written and verbal requests. (All attachments have not been included because of space and financial limitations.)

Please reference United States Court of Appeals for the District of Columbia Circuit: 14-5207 Larry Elliot Klayman v. Barack Hussein Obama and 14-5212 Rand Paul v. Barack Hussein Obama. There is substantial documentation, over 100 unanswered pleadings, in the two appeals that are available on line and via Pacer. The critical omission from the dockets, even when the court ordered, is that the Department of Justice never filed any response, objection, pleading, memorandum, motion, etc. and yet the appeals were dismissed. I filed for Summary Judgement. I filed a motion to join/intervene in both class action complaints that were filed on behalf of the American People because I had cause and standing. The two original class action complaints were filed in the District of Columbia District Court.

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Friend of Court Brief filed by David Andrew Christenson October 4th, 2021

Friend of Court Brief <u>4</u>

Judge Scola,

Did you know what was in the attachment?

Have you heard of it?

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

**Third Open Letter to Chief Justice Carl Stewart**

Case No. 16-30918

IN RE: DEEPWATER HORIZON
_____
LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION
COMPANY; BP, P.L.C.,

Defendants - Appellees

v.

DAVID ANDREW CHRISTENSON,

Movant - Appellant

Godspeed.

Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com
504-715-3086

Chief Judge Carl Stewart                                                          August 30th, 2017
5th Circuit
300 Fannin Street
Suite 5226
Shreveport, LA 71101-3074

Judge Stewart,

The following paragraph was taken from Supplemental Designation Memorandum Three This is how close we are to extinction We are within .3% (.003) Case: 16-30918 Document: 00513859493 Page: 1 Date Filed: 01/25/2017 5th Circuit Court of Appeals.

1. Pneumonia and Influenza are preventable if people have a strong immune system. The Katrina Virus has destroyed our immune system(s). The Katrina Virus is a compilation term. Think of it as an anti-social norm, an anti-way of thinking. We must drastically change our way of thinking and the way to do this is by exposing the truth. **Maybe a better term is the "Katrina Anti-Social Norm".** Our failing to change will result in our suicide. Mankind is killing himself because he won't embrace an Anti-Social Norm. (We will have a vaccine for everything.)

Here is the proof that we are "Bubble People" courtesy of President George W. Bush, President Barack Obama and Chief Justice John Roberts. After Hurricane Katrina and the release of the Katrina Virus President Bush knew that he had to do something major to fight chemical warfare agents and manmade viruses. He selected Texas A & M in College Station Texas because that is where his father's Presidential Library is and it is in his home state. (Connected to the Veterinary College because they need pigs and birds (chickens) for testing. Pigs are closely representative for a human when testing vaccines) The campus is also close to the Gulf of Mexico and New Orleans where the BP Oil Spill took place with the release of the Katrina Virus and the use of Corexit.

2. When fully functional, the facility is expected to have the capacity to produce the bulk antigen needed for up to **50 million** adjuvanted pandemic influenza (Katrina Virus) vaccine doses within four months of a *declared* influenza pandemic and availability of **acceptable virus seeds**.

This facility is a chemical warfare facility that was built on the Texas A & M campus in College Station Texas. See attachment 1. (I love the word "declared", it literally means "screwed", past tense.)

It is almost impossible to find acceptable seeds for influenza (Katrina Virus). Four months is a lifetime for viruses to mutate and travel the world. It has been statistically proven that the influenza and pneumonia vaccines that Americans receive do not work. People survive the flu and pneumonia on their own if they have a strong immune system and not one that has been degraded by previous vaccines.

Video 708 (attachment 1) which I produced in September 2014 and released on October 1st, 2014 was available worldwide until the US Federal Government removed/censored it from the internet. All 750 of my videos have been removed/censored from the internet by the US Federal Government.

3. With the Texas A&M CIADM's advancement of the Pandemic Influenza Vaccine Facility and the Viral-based Vaccine Facility – along with the recent retrofit completion of the Texas A&M National Center for Therapeutics Manufacturing, which offers flexible and adaptable biopharmaceutical development and manufacturing capabilities – the center is on track to meet its mission of bolstering the nation's preparedness and response to public health threats, whether in the form of a naturally occurring emerging infectious diseases or a **biological terrorist attack.**

4. Texas A&M regents approve millions for building projects By Steve Kuhlmann steve.kuhlmann@theeagle.com Nov 11, 2016  2
http://www.theeagle.com/news/local/texas-a-m-regents-approve-millions-for-building-projects/article_f8b8364d-6426-5427-bbef-a887e89086da.html
Among the local projects include the $76.5 million **biocontainment** research facility project -- known as the Global Health Research Complex -- a $103.8 million Medical Research and Education Building project at the Texas A&M University Health Science Center and a $17 million West Campus Support Building.

October 12th, 2050 Mankind will cease to exist.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

V708 Texas A&M dedicates national Katrina Virus vaccine manufacturing facility.
http://youtu.be/yAENY6XfF2w
Food for thought as you read this article: it sounds as if they are developing vaccines for everything. The Katrina Virus is everything. The Katrina Virus has destroyed our immune systems. We have lost the ability to breath. They use the term "pneumonia deaths" to cover up the true cause of death.

Cause of death: failure of the immune system due to its' destruction by the Katrina Virus.

Texas A&M dedicates national pandemic influenza (Katrina Virus) vaccine manufacturing facility, on track for 2016 start-up phase September 18, 2014 by Holly Lambert
https://news.tamhsc.edu/?post=texas-am-dedicates-national-pandemic-influenza-vaccine-manufacturing-facility-on-track-for-2016-start-up-phase
Texas Governor Rick Perry, Texas A&M University System Chancellor John Sharp, Texas A&M Health Science Center CEO Brett Giroir, M.D., and officials from the U.S. Department of Health and Human Services (HHS), State of Texas and biopharmaceutical company GSK today dedicated a national pandemic influenza (Katrina Virus) vaccine manufacturing facility in Bryan, Texas, which when complete will serve as an anchor for the Texas A&M Biocorridor – a rapidly evolving hub of economic development and scientific discovery that is swiftly positioning Texas as the third coast in biotechnology.

When fully functional, the facility is expected to have the capacity to produce the bulk antigen needed for up to 50 million adjuvanted pandemic influenza vaccine doses within four months of a declared influenza pandemic and availability of acceptable virus seeds.

Disease outbreaks, such as the H5N1 avian influenza, H1N1 influenza pandemic of 2009, and more recently the Ebola outbreak in West Africa, exposed the need for quick access to high-quality, life-saving vaccines and therapeutics, and the importance of reliable, U.S.-based vaccine development and manufacturing capabilities and expertise. After the President's Council of Advisors on Science and Technology report on reengineering the influenza vaccine manufacturing enterprise and the U.S. Department of Health & Human Services' medical countermeasures review, HHS' Biomedical Advanced Research and Development Authority (BARDA) embarked on new approaches to bolster pandemic influenza preparedness and biodefense.

With the Texas A&M CIADM's advancement of the Pandemic Influenza Vaccine Facility and the Viral-based Vaccine Facility – along with the recent retrofit completion of the Texas A&M National Center for Therapeutics Manufacturing, which offers flexible and adaptable biopharmaceutical development and manufacturing capabilities – the center is on track to meet its mission of bolstering the nation's preparedness and response to public health threats, whether in the form of a naturally occurring emerging infectious diseases or a biological terrorist attack.

8/30/2017     Gmail - This is one hell of a story. My brief to the 5th Circuit and two Notice(s) of Submission(s) to the Federal Court in New Orleans are attache…

 Gmail

David Andrew Christenson <davidandrewchristenson@gmail.com>

## This is one hell of a story. My brief to the 5th Circuit and two Notice(s) of Submission(s) to the Federal Court in New Orleans are attached. "The Supreme Court Murdered Mankind" is also attached for reference. Look at the connection between Hurricane Katrina and Hurricane Harvey.

David Andrew Christenson <davidandrewchristenson@gmail.com>                 Mon, Aug 28, 2017 at 7:25 AM
To: davidandrewchristenson@protonmail.com, americanjustice@protonmail.com, persimmonpublishing@protonmail.com, thereluctantpatriot@protonmail.com, federalcourts@protonmail.com, supremecourt@protonmail.com, supremecourt2@protonmail.com, 5thcourtno@protonmail.com, edlano@protonmail.com

Take a minute and read this, it could possible open your eyes. Why is the Cajun Navy invited and allowed to help in Houston for Hurricane Harvey but they were turned away in New Orleans for Hurricane Katrina. I have Secret Grand Jury Testimony (now it is public record) that confirms what I am saying. Special Units of the US Military (which I was a part of) and Kenyon International Emergency Services (Google it) collected bodies and if they were contaminated they were burned and if not, they were turned over to the coroner. New Orleans is the Chemical Warfare Capital of the World.

5 years after Katrina, storm's death toll remains a mystery Who died in Hurricane Katrina? Hundreds of names are still a mystery — and the death toll itself is subject of controversy LISE OLSEN, HOUSTON CHRONICLE Published 5:30 am, Monday, August 30, 2010

http://www.chron.com/news/nation-world/article/5-years-after-Katrina-storm-s-death-toll-remains-1589464.php

This is the first time in modern history that the US did not account for every American. It is also the first time that the US did not want to account for every American.

How could 50 plus cancers come out of a building? Why did those same 50 plus cancers not come out of New Orleans during Hurricane Katrina? Both had hardened CIA and DOD chemical warfare facilities and labs? Here is a perfect example of how corrupt our government is. They use the term "14 categories" instead of saying 50 plus cancers.

http://usnews.nbcnews.com/_news/2012/09/10/13783417-us-adds-cancer-to-list-of-illnesses-linked-to-911-terror-attacks

Page 1 of 2 11/09/2012 07:07 AM

US adds cancer to list of illnesses linked to 9/11 terror attacks

By NBC News and wire services

September 11, 2012, 6:02 am NBCNews.com

Updated at 5:15 p.m. ET: The federal government on Monday added 14 categories of cancer to the list of illnesses linked to the 9/11 terror attacks, which brings added coverage to rescue workers and people living near ground zero on Sept. 11, 2001. The National Institute for Occupational Safety and Health approved the additions to the list of illnesses covered in the James Zadroga 9/11 Health and Compensation Act, which were proposed in June. The updated regulations take effect 30 days after the ruling is published in the Federal Register.

The US Government directed the national media to cover the Super Dome and the Convention Center so that they could clean up the dead contaminated bodies. The Convention Center sits on the Mississippi River. All people had to do was walk behind the building. The Super Dome is eight blocks away. Google Earth shows how close all New Orleans is to the River and the Lake.

8/30/2017    Gmail - This is one hell of a story. My brief to the 5th Circuit and two Notice(s) of Submission(s) to the Federal Court in New Orleans are attache…

Hurricane Katrina Facts: Chemical Warfare Contaminates (The Katrina Virus) escaped, due to negligence, into the environment and the US Military murdered Americans in violation of the US Constitution and Posse Act. The Federal Government had to wait five days to commence the rescue so the Katrina Virus could dissipate. President George W. Bush did not land Air Force One because he did not want to get infected. I flew support missions for Air Force One, the President, White House and the Secret Service so I know what I am talking about. Bush told the world it was for security purposes and that was a lie. Belle Chase Naval Air Stations was fully operational and secure. I know because the Air Force First Special Operations Wing was there with friends of mine from the Air Force Academy.

I called it the Redneck Navy but today it is called the Cajun Navy. All people had to do was walk to the Mississippi River or Lake Pontchartrain and they would be rescued. The Cajuns would arrive with beer and food. To them it is an adventure and adventures are to be fun.

https://www.amazon.com/David-Andrew-Christenson/e/B00JCUX5UG

Supreme Court Writ 14-10077 Supplemental Writ filed September 2nd, 2015 titled "The Redneck Navy" Extraordinary Writ with Writ of Prohibition and Writ of Mandamus Writ Filed May 22nd, 2015

https://www.supremecourt.gov/search.aspx?filename=/docketfiles/14-10077.htm

Harvey: 'Cajun Navy' heads to Texas to aid rescues

Greg Toppo, USATODAY Published 10:52 p.m. ET Aug. 27, 2017 | Updated 5:29 a.m. ET Aug. 28, 2017

https://www.usatoday.com/story/news/2017/08/27/cajun-navy-heads-texas-aid-rescues/606883001/

An informal network of good Samaritans with small watercraft is once again mobilizing — this time in the wake of unprecedented flooding in Houston.

Formed 12 years ago after Hurricane Katrina devastated New Orleans, the so-called Cajun Navy, which has saved thousands of stranded people, by some estimates, is already helping rescue stranded Texans, one member said Sunday.

"There's no telling how many are already over there," said 39-year-old Joey Hains of Lafayette, La. "Basically everybody that's wanting to go help out" is going or has already arrived, he said.

14-10077

September 2nd, 2015

Supplemental Fifteen

The Redneck Navy

Extraordinary Writ with Writ of Prohibition and Writ of Mandamus

Filed May 22nd, 2015

I will swear under oath that I knew nothing about the article, the book or the movie until today, September 2nd, 2015. Please reference August 22nd, 2015 Writ 14-10077 Supplemental Tenth The Perfect Military Weapon Is A Suicide Weapon (Katrina Virus) second paragraph last three lines which were written by me:

"I say this with love and affection: "Every Redneck in South Louisiana has a boat." New Orleans is on a huge river with a huge lake on the north side. The Redneck Navy could have rescued everyone if asked or allowed."

8/30/2017    Gmail - This is one hell of a story. My brief to the 5th Circuit and two Notice(s) of Submission(s) to the Federal Court in New Orleans are attache…

How many people really died in New Orleans during the Hurricane Katrina time frame? The public number is roughly 1800. Of those 1800 many of the bodies are unaccounted for. **New Orleans is below sea level and bodies would flow into and not out of.** Read Supplemental Tenth.

# The real questions are how many Americans died from the Katrina Virus and how many were murdered by the US Military?

Greatest story never told: Acadiana boaters braved danger, arrest to rescue New Orleans-area residents trapped by Hurricane Katrina floods

Rescuers from Acadiana braved danger, arrest to rescue N.O.-area residents trapped by Hurricane Katrina floods

BILLY GUNN | bgunn@theadvocate.com    Sept. 02, 2015

http://www.theneworleansadvocate.com/community/13329997-171/greatest-story-never-told-citizen

Many more people would have died in the flood waters of Hurricane Katrina in 2005 if not for hundreds of south Louisiana folks who met at Acadiana Mall in Lafayette and then hauled their boats to New Orleans, _where they disregarded authorities' orders to go back home because it was too dangerous._

The story of the citizen rescue, which unfolded over days in a devastated New Orleans, is told in a new documentary, "The Cajun Navy," directed by Academy Award-winning filmmaker Allan Durand, who teamed with film students at the University of Louisiana at Lafayette for the project.

Durand on Tuesday told a few hundred people at the LITE Center in Lafayette that the caravan of boats and boaters who dropped everything to head east on Interstate 10 ended up rescuing more than 10,000 people.

Durand was among the guests celebrated at an event commemorating the rescuers and others who helped in the effort.

Tuesday's event previewed a few minutes of the documentary, and also unveiled a new book that includes the story of the citizen boat rescues, "The Terrible Storms of 2005: Hurricane Katrina and Hurricane Rita," published by Acadian House Publishing in Lafayette.

Among the guests Tuesday were former Gov. Kathleen Blanco, retired Army Gen. Russel Honoré and the organizer of The Cajun Navy, Doug Bienvenu.

Katrina made landfall Aug. 29, 2005. Many tens of thousands of New Orleanians and some in neighboring St. Bernard Parish did not or could not leave. _In New Orleans, hundreds drowned after levees built along two canals connected to Lake Ponchartrain gave way and flooded much of the city._ [This is close to where the Katrina Virus warehouses were.]

Many who sought safety in their attics beat holes in the roofs and climbed out to escape the rising water. They needed help badly, and it was with these people in the crucial first days after the storm that the boaters from Cajunland made their mark.

_At the time, government officials didn't or couldn't deploy rescue boats, which threw much of the responsibility on the shoulders of citizen rescuers who rode house to house, according to the film._ [Why?]

_Brian Smelker, of Lafayette, said the caravan was stopped by officers with Louisiana Department of Wildlife and Fisheries, who told them it was too dangerous to proceed. Authorities also told them "we don't need you."_ [Are you kidding? They were going to rescue our fellow Americans.]

_Smelker said that as he was being told to turn back, he could see people on roofs who needed help. All the while, the sound of gunshots could be heard, he said. "It was pretty obvious it was a serious situation," Smelker said._ [The US Military was firing the weapons to keep people away.]

While many of the boaters turned around and headed back home, many did not.

_Told he would go to jail if he didn't return home, he said, "Well, it won't be the first time."_ [The Supreme Court protects this terrorist behavior by law enforcement.]

Bienvenu and his girlfriend, Drue Leblanc, who rode alongside him in his airboat, ended up rescuing hundreds of people over three days.

Sincerely filed,

In Proper Person and Pro Se,

David Andrew Christenson

Box 9063

Miramar Beach, Fl. 32550

504-715-3086, davidandrewchristenson@hotmail.com

CERTIFICATE OF SERVICE

I hereby certify that on September 2nd, 2015 I filed the foregoing with the Clerk of Court and

served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

SupremeCtBriefs@USDOJ.gov, (202) 514-2217

_____

David Andrew Christenson

**4 attachments**

**Brief.docx**
29K

**Cantrell 2 17 cv 06197 Notice of Submission Second.pdf**
494K

**Cantrell 2 15 cv 04479 Notice of Submission Second.pdf**
494K

**TSCMM The Book Final.docx**
167K

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Friend of Court Brief filed by David Andrew Christenson October 7th, 2021

Friend of Court Brief **8**

Judge Scola,

Judges are censored.

You are censored.

Attachment 1: Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander Case 1:20-cv-02830-ELH Document 33 Filed 11/30/20 50 pages. One pages one and two are attached.

Attachment 2: Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro Case 1:20-cv-21108-UU Document 49 Entered on FLSD Docket 06/16/2020 - 16 pages. Only pages one and two are attached.

Attachment 3:  Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy Kalman Altman

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

# Attachment 1

Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander
Movant David Andrew Christenson – United States Air Force Academy Class of 1982

**Third** Motion for Leave to file a Supplemental Friend of the Court Brief/Amicus Brief

And

Motion to Docket

**Censorship**

**Judge Hollander you are censored.** The Executive Branch censors a Federal Judge. Court Listener is a 501(c)(3) non-profit that is controlled by the Department of Justice. Attachment 1 is the Court Listener Docket from this morning: November 19th, 2020 at 8:10 AM EST. Constitutionally the Court Listener docket should be a duplicate of your official court docket that can be found on Pacer. Attachment 2 is the Pacer docket from this morning: November 19th, 2020 at 8:14 AM EST. The Court Listener docket has been censored and does not duplicate your docket. **THEY CENSORED YOU.**

The Court Listener docket was last updated November 19th, 2020 at 6:08 AM EST. It shows the date of the last known filing to be November 18th, 2020. The last docket entry shown is #26 on November 10th, 2020. Docket #27 and #28 are not shown.

My first Motion was docket #18 on November 4th, 2020. The narrative for that entry was just the word: "*Memorandum*". The docket entry was corrected by Court Listener with today's update.

Court Listener has a huge following because you can access court documents for free and receive alerts.

Attachment 3: CDC FluView Report Week 45, ending November 7th, 2020

Attachment 4: Pneumonia, Influenza and COVID19 Mortality Surveillance from the National Center for Health Statistics Mortality Surveillance System Data through week ending November 7th, 2020 as of November 12th, 2020

# ATTACHMENT 5: KILL ME NOW – THE PANDEMIC HAS WON AN EMMY. GOVERNOR CUOMO IS BEING GIVEN AN EMMY FOR TURNING THE PANDEMIC INTO A REALITY TV SHOW.

Attachment 1

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on November 19th, 2020 I filed the foregoing with the Clerk of Court and
served the pleading on all counsel of record by e-mail and first-class mail.

_____

David Andrew Christenson

# Attachment 2

Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro
Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
Movant David Andrew Christenson
June 13th, 2020

FILED BY _PG_ D.C.

JUN 16 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Twenty-First Amicus – If I was wrong why would the Department of Justice go to such drastic lengths to
CENSOR me?

The Plaintiffs should be suing the United States. Very simple depositions from the Director of the CIA,
Secretary of Defense, Director of the NIH and Director of the CDC would verify that I am correct.
Remember that 60 plus cancers (14 categories) came out of the World Trade Centers on 911 which is
confirmed by the Federal Registry. (see attached article)

The Complaint is frivolous and without merit if the United States is not added. The Complaint is
unwinnable and a waste of the Court's time and resources.

Compare the Court Listener docket (attached) from Friday June 12th 2020 at 5:06 PM EST to the official
court docket (attached). Court Listener intentionally omitted/CENSORED docket items 4, 6, 8. 9, 10, 11,
12 and 13. Somebody had to manually do the censoring. There are no docket entries or narratives. Court
Listener monitors thousands of cases and the transfer of data (copying of data) is automatic.

### <u>OUR CHILDREN ARE THE ONES THAT WILL PAY THE PRICE AND I TOOK AN OATH NOT TO LET THAT</u>
<u>HAPPEN</u>

Court Listener is a 501(c)(3) non-profit that is controlled by the Department of Justice.

### <u>THIS IS AN ABSOLUTE CRIMINAL VIOLATION OF THE CONSTITUTION AND IT IS TREASON.</u>

*(Court Listener) Our Mission*
*Free Law Project is a California non-profit public benefit corporation and a federally-recognized 501(c)(3)*
*public charity whose specific purposes are primarily: To provide free, public, and permanent access to*
*primary legal materials on the Internet for educational, charitable, and scientific purposes to the benefit*
*of the general public and the public interest;*
*To develop, implement, and provide public access to technologies useful for legal research;*
*To create an open ecosystem for legal research and materials;*
*To support academic research on related technologies, corpora, and legal systems; and*
*To carry on other charitable activities associated with these purposes, including, but not limited to,*
*publications, meetings, conferences, trainings, educational seminars, and the issuance of grants and*
*other financial support to educational institutions, foundations, and other organizations exclusively for*
*educational, charitable, and scientific purposes as allowed by law.*
*In 2013, Free Law Project joined the Free Access to Law Movement.*

Filed in the following cases:

# Attachment 2

1. United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O. Battani Federal Court - 231 W. Lafayette Blvd., Room 252 - Detroit, MI 48226
2. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
3. United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
4. Greco v. Peoples Republic of China (5:20-cv-02235) District Court, E.D. Pennsylvania Judge Anita Blumstein Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
5. Patella v. Peoples Republic of China (1:20-cv-00433-TDS-JEP) District Court, M.D. North Carolina Judge Thomas D. Schroeder Federal Court - 251 N. Main Street - Winston-Salem, NC 27101
6. Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr. Federal Court - 515 Rusk Street - Houston, TX 77002
7. State of Mississippi v. People's Republic of China (1:20-cv-00168-LG-RHW) District Court, S.D. Mississippi Judge Louis Guirola Jr. Federal Court - 2012 15th Street - Suite 814 - Gulfport, MS 39501
8. Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457-TAD-KLH) District Court, W.D. Louisiana Judge Terry Alvin Doughty Federal Court - 201 Jackson Street - Suite 215 - Monroe, Louisiana 71201
9. Edwards v. Peoples Republic of China (2:20-cv-01393) District Court, E.D. Louisiana Hon N. V. Jolivette Brown Federal Court - 500 Poydras Street - New Orleans, LA 70130
10. State of Missouri v. Peoples Republic of China (1:20-cv-00099) District Court, E.D. Missouri Judge Stephen Limbaugh - Federal Court - 555 Independence Street - Cape Girardeau, MO 63703
11. Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
12. Bella Vista LLC v. The Peoples Republic of China (2:20-cv-00574) District Court, D. Nevada Judge James C. Mahan - Federal Court - 333 S. Las Vegas Blvd - Las Vegas, NV 89101
13. Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade Federal Court - 1100 Commerce St. - Room 1625 - Dallas, Texas 75242
14. Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California Judge David O. Carter - Federal Court - 411 West Fourth St. - Courtroom 9D - Santa Ana, CA, 92701
15. Bourque CPA s & Advisors v. The Peoples Republic of China (8:20-cv-00597) District Court, C.D. California Judge R. Gary Klausner - Federal Court - 255 East Temple Street - Los Angeles, CA 90012
16. Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301
17. Smith v. Chinese Communist Party (2:20-cv-01958) District Court, E.D. Pennsylvania Judge Anita B. Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
18. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson Debevoise & Plimpton LLP - 919 Third Avenue - New York, New York 10022
19. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Attorney Beth Wilkinson - 2001 M Street N.W. - 10th Floor - Washington, D.C. 20036
20. United States v. Manning (1:19-dm-00012) District Court, E.D. Virginia Judge Anthony John Trenga Federal Court - 401 Courthouse Square - Alexandria, VA 22314

# Attachment 3

Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman
Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301
Movant David Andrew Christenson
June 13th, 2020

Twenty-First Amicus – If I was wrong why would the Department of Justice go to such drastic lengths to CENSOR me?

The Plaintiffs should be suing the United States. Very simple depositions from the Director of the CIA, Secretary of Defense, Director of the NIH and Director of the CDC would verify that I am correct. Remember that 60 plus cancers (14 categories) came out of the World Trade Centers on 911 which is confirmed by the Federal Registry. (see attached article)

The Complaint is frivolous and without merit if the United States is not added. The Complaint is unwinnable and a waste of the Court's time and resources.

Compare the Court Listener docket (attached) from Friday June 12th 2020 at 5:06 PM EST to the official court docket (attached). Court Listener intentionally omitted/CENSORED docket items 4, 6, 8. 9, 10, 11, 12 and 13. Somebody had to manually do the censoring. There are no docket entries or narratives. Court Listener monitors thousands of cases and the transfer of data (copying of data) is automatic.

**OUR CHILDREN ARE THE ONES THAT WILL PAY THE PRICE AND I TOOK AN OATH NOT TO LET THAT HAPPEN**

Court Listener is a 501(c)(3) non-profit that is controlled by the Department of Justice.

**THIS IS AN ABSOLUTE CRIMINAL VIOLATION OF THE CONSTITUTION AND IT IS TREASON.**

*(Court Listener) Our Mission*
*Free Law Project is a California non-profit public benefit corporation and a federally-recognized 501(c)(3) public charity whose specific purposes are primarily: To provide free, public, and permanent access to primary legal materials on the Internet for educational, charitable, and scientific purposes to the benefit of the general public and the public interest;*
*To develop, implement, and provide public access to technologies useful for legal research;*
*To create an open ecosystem for legal research and materials;*
*To support academic research on related technologies, corpora, and legal systems; and*
*To carry on other charitable activities associated with these purposes, including, but not limited to, publications, meetings, conferences, trainings, educational seminars, and the issuance of grants and other financial support to educational institutions, foundations, and other organizations exclusively for educational, charitable, and scientific purposes as allowed by law.*
*In 2013, Free Law Project joined the Free Access to Law Movement.*

Filed in the following cases:

# Attachment 3

1. United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O. Battani Federal Court - 231 W. Lafayette Blvd., Room 252 - Detroit, MI 48226
2. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
3. United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
4. Greco v. Peoples Republic of China (5:20-cv-02235) District Court, E.D. Pennsylvania Judge Anita Blumstein Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
5. Patella v. Peoples Republic of China (1:20-cv-00433-TDS-JEP) District Court, M.D. North Carolina Judge Thomas D. Schroeder Federal Court - 251 N. Main Street - Winston-Salem, NC 27101
6. Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr. Federal Court - 515 Rusk Street - Houston, TX 77002
7. State of Mississippi v. People's Republic of China (1:20-cv-00168-LG-RHW) District Court, S.D. Mississippi Judge Louis Guirola Jr. Federal Court - 2012 15th Street - Suite 814 - Gulfport, MS 39501
8. Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457-TAD-KLH) District Court, W.D. Louisiana Judge Terry Alvin Doughty Federal Court - 201 Jackson Street - Suite 215 - Monroe, Louisiana 71201
9. Edwards v. Peoples Republic of China (2:20-cv-01393) District Court, E.D. Louisiana Hon N. V. Jolivette Brown Federal Court - 500 Poydras Street - New Orleans, LA 70130
10. State of Missouri v. Peoples Republic of China (1:20-cv-00099) District Court, E.D. Missouri Judge Stephen Limbaugh - Federal Court - 555 Independence Street - Cape Girardeau, MO 63703
11. Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
12. Bella Vista LLC v. The Peoples Republic of China (2:20-cv-00574) District Court, D. Nevada Judge James C. Mahan - Federal Court - 333 S. Las Vegas Blvd - Las Vegas, NV 89101
13. Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade Federal Court - 1100 Commerce St. - Room 1625 - Dallas, Texas 75242
14. Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California Judge David O. Carter - Federal Court - 411 West Fourth St. - Courtroom 9D - Santa Ana, CA, 92701
15. Bourque CPA s & Advisors v. The Peoples Republic of China (8:20-cv-00597) District Court, C.D. California Judge R. Gary Klausner - Federal Court - 255 East Temple Street - Los Angeles, CA 90012
16. Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301
17. Smith v. Chinese Communist Party (2:20-cv-01958) District Court, E.D. Pennsylvania Judge Anita B. Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
18. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson Debevoise & Plimpton LLP - 919 Third Avenue - New York, New York 10022
19. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Attorney Beth Wilkinson - 2001 M Street N.W. - 10th Floor - Washington, D.C. 20036
20. United States v. Manning (1:19-dm-00012) District Court, E.D. Virginia Judge Anthony John Trenga Federal Court - 401 Courthouse Square - Alexandria, VA 22314

# Attachment 3

21. United States v. Snowden (1:19-cv-01197) District Court, E.D. Virginia Judge Liam O'Grady Federal Court - 401 Courthouse Square - Alexandria, VA 22314

22. United States v. Snowden (1:13-cr-265)) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314

23. United States v. Winner (1:17-cr-00034) District Court, S.D. Georgia Judge James Randal Hall Federal Court - 600 James Brown Blvd. - Augusta, GA 30901

24. United States v. Assange (1:18-cr-00111) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314

25. In re: Michael Flynn (20-5143) Court of Appeals for the D.C. Circuit Clerk Mark Langer U. S. Appeals Court D.C. - 333 Constitution Ave. N.W. - Washington D.C. 20001

26. In re: Reality Winner (20-11692) Court of Appeals for the 11th Circuit Clerk David Smith Appeals Court 11th Circuit - 56 Forsyth St., N.W. - Atlanta, Georgia 30303

27. Center for Democracy & Technology v. Trump (1:20-cv-01456) District Court, District of Columbia Judge Trevor Neil McFadden - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

28. McCarthy v. Pelosi (1:20-cv-01395-RC) District Court, District of Columbia Judge Rudolph Contreras - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on June 13th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

Attachment 3

# AHARON V. CHINESE COMMUNIST PARTY (9:20-cv-80604)

## District Court, S.D. Florida

⧉ View on PACER (https://ecf.flsd.uscourts.gov/cgi-bin/DktRpt.pl?569667)

🔍 Search this Docket (/?type=r&q=docket_id%3A17051918)

🔔 Get Alerts (/alert/docket/toggle/)     ❓ (/help/alerts/#recap-alerts)

Last Updated: June 12, 2020, 5:06 p.m. EDT

Assigned To: Roy Kalman Altman (/person/8660/roy-kalman-altman/)

Referred To: Dave Lee Brannon (/person/9169/dave-lee-brannon/)

Date Filed: April 7, 2020

Date of Last Known Filing: June 9, 2020

Cause: 28:1332 Diversity (/?type=r&cause="28:1332 Diversity")

Nature of Suit: 360 P.I.: Other (/?type=r&nature_of_suit="360 P.I.: Other")

Jury Demand: Plaintiff (/?type=r&q=juryDemand:"Plaintiff")

Jurisdiction Type: Diversity

▦ Docket Entries (/docket/17051918/aharon-v-chinese-communist-party/)

👥 Parties and Attorneys (/docket/17051918/parties/aharon-v-chinese-communist-party/)

**Filed**

  MM/DD/YYYY

**to**

  MM/DD/YYYY

**Documents**                                                                                    ⇅    ⇵

**to**

| | Date Filed | Description |
|---|---|---|
| 1 | Apr 8, 2020 | COMPLAINT against All Defendants. Filing fees $ 400.00 receipt number AFLSDC-12712730, filed by ROSANNA CARUSO, MORIAH AHARON, DAMON J DETESO, JORDAN G KUPPINGER, CHRISTOPHER PAYTON. (Attachments: # 1 Civil Cover Sheet CIVIL COVER SHEET, # 2 Summon(s) Summons Repub of China, # 3 Summon(s) Summons Chinese Comm Party)(Moore, Matthew) (Entered: 04/08/2020) |
| | | Main Doc (/docket/17051918/1/aharon-v-chinese-communist-party/)    Complaint |
| | | Att 1    Civil Cover Sheet CIVIL COVER SHEET |
| | | Att 2    Summon(s) Summons Repub of China |
| | | Att 3 (/docket/17051918/1/3/aharon-v-chinese-communist-party/)    Summon(s) Summons Chinese Comm Party |
| | Apr 8, 2020 | Clerk's Notice of Judge Assignment and Optional Consent |
| 2 | Apr 8, 2020 | Clerks Notice of Judge Assignment to Judge Roy K. Altman and Magistrate Judge Dave Lee Brannon. Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Dave Lee Brannon is available to handle any or all proceedings in this case. If agreed, parties should complete and |

6/13/2020                          AHARON v. CHINESE COMMUNIST PARTY, 9.20-cv-80604 – CourtListener.com

# Attachment 3

file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. Pro se (NON-PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON-PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (ail) (Entered: 04/08/2020)

|   |   | Main Doc | Clerk's Notice of Judge Assignment |
|---|---|---|---|
| 3 | Apr 8, 2020 | | Summons Issued as to CHINESE COMMUNIST PARTY, PEOPLE'S REPUBLIC OF CHINA. (Attachments: # 1 Summon(s))(ail) (Entered: 04/08/2020) |
|   |   | Main Doc (/docket/17051918/3/aharon-v-chinese-communist-party/) | Summons Issued |
|   |   | Att 1 | Summon(s) |
|   | May 19, 2020 | Order Striking | |
|   | May 22, 2020 | Order Striking | |
| 14 | Jun 12, 2020 | Main Doc | - Order (PAPERLESS or pdf attached) |

Newsletter

Sign up to receive the Free Law Project newsletter with tips and announcements.

Email Address

⌨ Subscribe

# Attachment 3

DLB,REF_PTN

## U.S. District Court
### Southern District of Florida (West Palm Beach)
### CIVIL DOCKET FOR CASE #: 9:20−cv−80604−RKA

AHARON et al v. CHINESE COMMUNIST PARTY et al
Assigned to: Judge Roy K. Altman
Referred to: Magistrate Judge Dave Lee Brannon
Cause: 28:1332 Diversity

Date Filed: 04/07/2020
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2020 | 1 | COMPLAINT against All Defendants. Filing fees $ 400.00 receipt number AFLSDC−12712730, filed by ROSANNA CARUSO, MORIAH AHARON, DAMON J DETESO, JORDAN G KUPPINGER, CHRISTOPHER PAYTON. (Attachments: # 1 Civil Cover Sheet CIVIL COVER SHEET, # 2 Summon(s) Summons Repub of China, # 3 Summon(s) Summons Chinese Comm Party)(Moore, Matthew) (Entered: 04/08/2020) |
| 04/08/2020 | 2 | Clerks Notice of Judge Assignment to Judge Roy K. Altman and Magistrate Judge Dave Lee Brannon.<br><br>Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Dave Lee Brannon is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent.<br><br>Pro se (NON−PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON−PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (ail) (Entered: 04/08/2020) |
| 04/08/2020 | 3 | Summons Issued as to CHINESE COMMUNIST PARTY, PEOPLE'S REPUBLIC OF CHINA. (Attachments: # 1 Summon(s))(ail) (Entered: 04/08/2020) |
| 05/18/2020 | 4 | STRICKEN NOTICE of Filing re: Complaint by Non−Party David Andrew Christenson (mc) stricken per de#5 (dj). (Entered: 05/19/2020) |
| 05/19/2020 | 5 | PAPERLESS ORDER striking 4 Notice. The Clerk of Court is directed to STRIKE the 4 Notice. The filer is not a party to this litigation. Signed by Judge Roy K. Altman on 5/19/2020. (vve) (Entered: 05/19/2020) |
| 05/21/2020 | 6 | STRICKEN NOTICE to the Court by Non−Party David Andrew Christenson (Docket Sheet mailed) stricken per de# 7 (mc) Modified on 5/22/2020 (dj). (Entered: 05/22/2020) |
| 05/22/2020 | 7 | PAPERLESS ORDER striking 6 Notice to the Court. The Clerk of Court is directed to STRIKE the 6 Notice. The filer is not a party to this litigation. Signed by Judge Roy K. Altman on 5/22/2020. (vve) (Entered: 05/22/2020) |
| 05/22/2020 | 8 | NOTICE to the Court by Non−Party David Andrew Christenson (Attachments: # 1 Amicus Two) (mc) (Entered: 05/22/2020) |
| 06/04/2020 | 9 | Ideas to Change Narrative by David Andrew Christenson. (drz) (Entered: 06/04/2020) |
| 06/05/2020 | 10 | NOTICE of Ninth Amicus by David Andrew Christenson. (drz) (Entered: 06/05/2020) |
| 06/09/2020 | 11 | NOTICE of Eleventh Amicus−ANTIFA by David Andrew Christenson (drz) (Entered: 06/09/2020) |
| 06/09/2020 | 12 | NOTICE of Tenth Amicus by David Andrew Christenson (drz) (Entered: 06/09/2020) |
| 06/10/2020 | 13 | Motion for Permission to Save Your Life−Just Change the Narrative by David Andrew Christenson (drz) (Entered: 06/10/2020) |
| 06/12/2020 | 14 | ORDER Requiring Service to be Perfected on Defendants re 1 Complaint, filed by DAMON J DETESO, JORDAN G KUPPINGER, CHRISTOPHER PAYTON, ROSANNA CARUSO, MORIAH AHARON Signed by Judge Roy K. Altman on |

# Attachment 3

*See attached document for full details.* (drz) (Entered: 06/12/2020)

http://usnews.nbcnews.com/_news/2012/09/10/13783417-us-adds-cancer-to-list-of-illnesses-linked-to-911-terror-attacks

# Attachment 3

**US adds cancer to list of illnesses linked to 9/11 terror attacks**

*By NBC News and wire services*
*September 11, 2012, 6:02 am*

NBCNews.com

Updated at 5:15 p.m. ET: The federal government on Monday added 14 categories of cancer to the list of illnesses linked to the 9/11 terror attacks, which brings added coverage to rescue workers and people living near ground zero on Sept. 11, 2001.

The National Institute for Occupational Safety and Health approved the additions to the list of illnesses covered in the James Zadroga 9/11 Health and Compensation Act, which were proposed in June. The updated regulations take effect 30 days after the ruling is published in the Federal Register.

See more on this story on NBCNewYork.com

The decision "marks an important step in the effort to provide needed treatment and care to 9/11 responders and survivors," said Dr. John Howard, administrator of the World Trade Center Health Program established by the Zadroga law.

The Zadroga Act — named after NYPD Detective James Zadroga, who died at age 34 after working at ground zero — was signed into law nearly two years ago. Despite the hundreds of sick responders, the act did not cover cancer because of a supposed lack of scientific evidence linking cancer to ground zero toxins.

"We are getting sick in record numbers," said Ray Pfeiffer, a first responder who was diagnosed three years ago with kidney cancer. He said it has been a struggle to pay for expensive medications not fully covered by his insurance.

"It's fantastic news," he said of the expanded list of covered illnesses.

About 400 residents and rescue workers have died from cancer since 9/11, according to the New York Post.

With cancer included in the program more victims are likely to seek compensation, which could cause individual awards to be reduced as officials divide up the $2.77 billion fund.

"They're going to add cancers, but are they going to add more money to the fund?" Thomas "T.J." Gilmartin, who suffers from lung disease and sleep apnea, said to the Post. "It's crazy. Every time, we gotta fight. It's two years since Obama signed that bill, and nobody's got 10 cents."

"We fought long and hard to make sure that our 9/11 heroes suffering from cancers obtained from their work at ground zero get the help they deserve," U.S. Senators Kirsten Gillibrand and Charles E. Schumer, both of New York, said in a statement. "Today's announcement is a huge step forward that will provide justice and support to so many who are now suffering from cancer and other illnesses. We will press on - with advocates, the community, and our partners in government - to ensure that all those who suffered harm from 9/11 and its aftermath get the access to the program they so desperately need."

Last week, the New York City Fire Department added nine names to the 55 already etched on a wall honoring members who have died of illnesses related to ground zero rescue and recovery work, Reuters reported.

11/09/2012 07:07 AM

http://usnews.nbcnews.com/_news/2012/09/10/13783417-us-adds-cancer-to-list-of-illnesses-linked-to-911-terror-attacks

# Attachment 3



*Family photo via NY Daily News / AP File In this undated file photo, New York City Police Det. James Zadroga, left, holds his daughter Tyleraan. Fifty cancers will be added to the Zadroga Act, which was named after the detective--who died of respiratory failure in Jan. 2006 after working at ground zero.*

Some estimates put the overall death toll from 9/11-related illness at more than 1,000, according to Reuters. At least 20,000 ground zero workers are being treated across the country and 40,000 are being monitored by the World Trade Center Health Program, Reuters reported.

Tuesday marks the 11th anniversary of the 9/11 terror attacks.

Last fall, the September 11 Memorial at ground zero finally opened in the footprints of the original towers. Since then, more than 4 million people have visited.

Financial, security and design setbacks have delayed the redevelopment of the World Trade Center in the past decade. A recent project audit indicates that overall site redevelopment costs have grown to nearly $15 billion.

One World Trade Center is nearing completion and is expected to open in 2014.

NBCNewYork.com's Brynn Gingras and Reuters contributed to this report.

More content from NBCNews.com:

- Should felons vote? In some states, it's easy; in others, impossible
- FBI arrests Trenton, N.J., mayor, others in corruption probe
- SEAL explains why bin Laden was dangerous when killed
- 'Jew Pond' name officially changed on US maps
- In Arctic oil battle, Shell starts preliminary drilling

. (4:21-cv-01774)

# District Court, S.D. Texas

🔍 Search this Docket (/?type=r&q=docket_id%3A59953190) | 🏷 Tags ▾ | 🔔 Get Alerts (/alert/docket/toggle/) | ▾

🔗 View on PACER (https://ecf.txsd.uscourts.gov/cgi-bin/DktRpt.pl?1830373) | ▾

Last Updated: Oct. 7, 2021, 5:09 a.m. CDT

Assigned To: Lynn Nettleton Hughes (/person/1550/lynn-nettleton-hughes/)

Date Filed: June 1, 2021

Date Terminated: June 12, 2021

Date of Last Known Filing: Oct. 6, 2021

Cause: 28:1442 Notice of Removal (/?type=r&cause="28:1442 Notice of Removal")

Nature of Suit: 790 Labor: Other (/?type=r&nature_of_suit="790 Labor: Other")

Jury Demand: None (/?type=r&q=juryDemand:"None")

Jurisdiction Type: Federal Question

📋 Docket Entries (/docket/59953190//) | 👥 Parties and Attorneys (/docket/59953190/parties//)

**Filed**

MM/DD/YYYY

**to**

MM/DD/YYYY

**Documents**

⬇ ⬇

**to**

| | Date Filed | Description |
|---|---|---|
| 1 | Jun 1, 2021 | NOTICE OF REMOVAL from 457th Judicial District Court of Montgomery County, Texas, case number 21-06-07552 (Filing fee $ 402 receipt number 0541-26523839) filed by Houston Methodist Hospital, Houston Methodist The Woodlands Hospital. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit)(Patton, Daniel) (Entered: 06/01/2021) |
| | | Main Doc (/docket/59953190/1//)    Notice of Removal |
| | | Att 1 (/docket/59953190/1/1//)    Exhibit |
| | | Att 2 (/docket/59953190/1/2//)    Exhibit |
| | | Att 3 (/docket/59953190/1/3//)    Exhibit |
| | | Att 4 (/docket/59953190/1/4//)    Exhibit |
| 2 | Jun 3, 2021 | NOTICE in a Removed or Transferred Case (Signed by Judge Lynn N Hughes) Parties notified. (ClaudiaGutierrezadi, 4) (Entered: 06/03/2021) |
| | | Main Doc |
| 3 | Jun 3, 2021 | Order: Initial Conference set for 7/1/2021 at 03:00 PM in Room 11122 before Judge Lynn N Hughes. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 06/03/2021) |
| | | Main Doc    Order Setting Conference |
| 4 | Jun 3, 2021 | Order: Hearing set for 6/4/2021 at 10:30 AM at Courtroom 11C before Judge Lynn N Hughes. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 06/03/2021) |

| | | Main Doc | Order Setting Hearing |
|---|---|---|---|
| 5 | Jun 3, 2021 | | Order Resetting Hearing. Hearing reset for 6/4/2021 at 02:00 PM at Courtroom 11C before Judge Lynn N Hughes. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 06/03/2021) |
| | | Main Doc | Order Resetting Hearing |
| 6 | Jun 4, 2021 | | Opposed MOTION for Temporary Restraining Order by all plaintiffs, filed. Motion Docket Date 6/25/2021. (Attachments: # 1 Exhibit Methodist Experimental Vaccine Policy, # 2 Exhibit 21USC360bbb, # 3 Exhibit CDC 10/30/20 Outline, # 4 Exhibit Letter from Dr. Boom, # 5 Exhibit $1,000 Bonus Email)(Woodfill, Jared) Text modified on 6/11/2021 (ghassan, 4). (Entered: 06/04/2021) |
| | | Main Doc (/docket/59953190/6//) | Temporary Restraining Order |
| | | Att 1 (/docket/59953190/6/1//) | Exhibit Methodist Experimental Vaccine Policy |
| | | Att 2 (/docket/59953190/6/2//) | Exhibit 21USC360bbb |
| | | Att 3 (/docket/59953190/6/3//) | Exhibit CDC 10/30/20 Outline |
| | | Att 4 (/docket/59953190/6/4//) | Exhibit Letter from Dr. Boom |
| | | Att 5 (/docket/59953190/6/5//) | Exhibit $1,000 Bonus Email |
| 7 | Jun 4, 2021 | | Amended MOTION for Temporary Restraining Order by all plaintiffs, filed. Motion Docket Date 6/25/2021. (Attachments: # 1 Exhibit Methodist Experimental Vaccine Policy, # 2 Exhibit 21USC360bbb, # 3 Exhibit CDC 10/30/20 Outline, # 4 Exhibit Letter from Dr. Boom, # 5 Exhibit $1,000 Bonus Email)(Woodfill, Jared) Text modified on 6/11/2021 (ghassan, 4). (Entered: 06/04/2021) |
| | | Main Doc (/docket/59953190/7//) | Temporary Restraining Order |
| | | Att 1 | Exhibit Methodist Experimental Vaccine Policy |
| | | Att 2 | Exhibit 21USC360bbb |
| | | Att 3 | Exhibit CDC 10/30/20 Outline |
| | | Att 4 | Exhibit Letter from Dr. Boom |
| | | Att 5 (/docket/59953190/7/5//) | Exhibit $1,000 Bonus Email |
| 8 | Jun 4, 2021 | | Minute Entry for HEARING held before Judge Lynn N Hughes on 6/4/2021. Order to be entered. Appearances: Jared Woodfill, Daniel Patton, Michael Twomey, Andrew Barber, Brooke Jones. (Court Reporter: F. Warner) (ghassan, 4) (Entered: 06/04/2021) |
| | | Main Doc (/docket/59953190/8//) | Miscellaneous Hearing |
| 9 | Jun 4, 2021 | | ORDER to Move. By 6/8/2021, Houston Methodist Hospital may move dispositively. By 6/10/2021, the plaintiffs may respond. Hearing on the motion set for 6/11/2021 at 01:30 PM in Courtroom 11C before Judge Lynn N Hughes. (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 06/04/2021) |
| | | Main Doc (/docket/59953190/9//) | Order |
| 10 | Jun 4, 2021 | | ORDER Denying Temporary Restraint terminating 6, 7 . (Signed by Judge Lynn N Hughes) Parties notified. (ghassan, 4) (Entered: 06/07/2021) |
| | | Main Doc (/docket/59953190/10//) | Order |
| 11 | Jun 8, 2021 | | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by The Houston Methodist Hospital, filed. Motion Docket Date 6/29/2021. (Patton, Daniel) (Entered: 06/08/2021) |
| | | Main Doc (/docket/59953190/11//) | Dismiss for Failure to State a Claim |
| 12 | Jun 10, 2021 | | AMENDED PETITION against All Defendants filed by all plaintiffs. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit)(Woodfill, Jared) Text modified on 6/11/2021 (ghassan, 4). (Entered: 06/10/2021) |
| | | Main Doc (/docket/59953190/12//) | Amended Complaint/Counterclaim/Crossclaim etc. |
| | | Att 1 | Exhibit |
| | | Att 2 | Exhibit |

| | | Att 3 | Exhibit |
|---|---|---|---|
| | | Att 4 | Exhibit |
| | | Att 5 (/docket/59953190/12/5//) | Exhibit |
| 13 | Jun 10, 2021 | Opposed RESPONSE in Opposition to 11 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM, filed by all plaintiffs. (Attachments: # 1 Exhibit Exhibit 1, # 2 Exhibit Exhibit 2, # 3 Exhibit Exhibit 3, # 4 Exhibit Exhibit 4, # 5 Exhibit Exhibit 5, # 6 Exhibit Exhibit 6)(Woodfill, Jared) Text modified on 6/11/2021 (ghassan, 4). (Entered: 06/10/2021) | |
| | | Main Doc (/docket/59953190/13//) | Response in Opposition to Motion |
| | | Att 1 | Exhibit Exhibit 1 |
| | | Att 2 | Exhibit Exhibit 2 |
| | | Att 3 (/docket/59953190/13/3//) | Exhibit Exhibit 3 |
| | | Att 4 (/docket/59953190/13/4//) | Exhibit Exhibit 4 |
| | | Att 5 | Exhibit Exhibit 5 |
| | | Att 6 | Exhibit Exhibit 6 |
| 14 | Jun 11, 2021 | AMENDED 11 MOTION( Motion Docket Date 7/2/2021.), MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by The Houston Methodist Hospital, filed. (Patton, Daniel) (Entered: 06/11/2021) | |
| | | Main Doc (/docket/59953190/14//) | Dismiss for Failure to State a Claim AND Amended Motion |
| 15 | Jun 11, 2021 | MOTION to Strike 13 Response in Opposition to Motion, by The Houston Methodist Hospital, filed. Motion Docket Date 7/2/2021. (Attachments: # 1 Proposed Order)(Patton, Daniel) (Entered: 06/11/2021) | |
| | | Main Doc (/docket/59953190/15//) | Strike |
| | | Att 1 | Proposed Order |
| 16 | Jun 11, 2021 | SUPPLEMENT to Emergency Motion for Temporary Restraining Order by all plaintiffs, filed. (Attachments: # 1 Exhibit, # 2 Exhibit)(Woodfill, Jared) Text modified on 6/11/2021 (ghassan, 4). (Entered: 06/11/2021) | |
| | | Main Doc (/docket/59953190/16//) | Supplement |
| | | Att 1 (/docket/59953190/16/1//) | Exhibit |
| | | Att 2 (/docket/59953190/16/2//) | Exhibit |
| 17 | Jun 11, 2021 | Minute Entry for proceedings held before Judge Lynn N Hughes. MOTION HEARING held on 6/11/2021. Order to be entered. Appearances: Jared Ryker Woodfill, Daniel Patton, Michael Twomey, Andrew Barber, Brooke Jones. (Court Reporter: Lanie Smith), filed.(bthomas, 4) (Entered: 06/12/2021) | |
| | | Main Doc (/docket/59953190/17//) | Motion Hearing |
| 18 | Jun 12, 2021 | ORDER ON DISMISSAL. (Signed by Judge Lynn N Hughes) Parties notified.(bthomas, 4) (Entered: 06/12/2021) | |
| | | Main Doc (/docket/59953190/18//) | Dismissal |
| 19 | Jun 12, 2021 | FINAL DISMISSAL. (Signed by Judge Lynn N Hughes) Parties notified.(bthomas, 4) (Entered: 06/12/2021) | |
| | | Main Doc (/docket/59953190/19//) | Judgment - Final |
| 20 | Jun 14, 2021 | AO 435 TRANSCRIPT REQUEST by Jared R. Woodfill for Transcript of Hearing on 6/4/21 before Judge Hughes. Daily (24 hours) turnaround requested. Court Reporter/Transcriber: Fred Warner, filed. (Woodfill, Jared) (Entered: 06/14/2021) | |
| | | Main Doc | AO435 Transcript Request |
| 21 | Jun 14, 2021 | AO 435 TRANSCRIPT REQUEST by Jared R. Woodfill for Transcript of Hearing for proceedings on 6/11/21 before Judge Hughes. Daily (24 hours) turnaround requested. Court Reporter/Transcriber: Lanie Smith, filed. (Woodfill, Jared) (Entered: 06/14/2021) | |
| | | Main Doc | AO435 Transcript Request |
| 22 | Jun 14, 2021 | | |

NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit by Rose Aldaya, Sandra Altamirano, Judith Andriko, Alison Antu, Mary Apacway, Dajuana Armstrong, Amber Baker, Edna Barrera, Debra Baugh, Latricia Blank, Amanda Blanton, James Borje, Laura Bowden, Jennifer Bridges, John Brockus, Katherine Brol, Arlin Cameron, Pierre Charland, Brian Clegg, Celina Clvir, Sherry Colbert, Joann Crump Creamer, Zoretta Curry, Lorri Curto, Julie De Torre, Madeline Dib, Sierra Dockray, Stephanie Dunlap, Ana Escobar, Brenda Escobar, Teryn Essler, Monica Estrella, Brian Felgere, Rebekah Fontenot, Michelle Fuentes, Adriana Galvan, Darius Gardner, Ashton Hanley, Samantha Hanlon, Tara Hansen, Savannah Hanson, Stacy Hanzelka, Starla Haugenator, Ashley Heinrich, Santana Henderson-Jones, Paul Herin, Shauna Herin, Jade Hernandez, Luz Hernandez, Stephanie Hilton, Jeffrey Hinton, Sharon Hollier, Joseph Hoyt, Walter Infantes, Shaylonda Jackson, Dana Janoch, Jason Jimenez, Amber Kimich, Carmen LaTorre, Gilberto Lara, Priscilla Lara, John Lasseigne, Angela Lavespere, Tatyana Lazarenko, Ashley Leon, Brooke Lighthall, Tammy Linkenhoker, Alexis Lopez, Bennie Lopez, Brandy Mann, James McCann, II, Generia McGraw, Elsa Mejia, Rogelio Mendez, Kim Mikeska, Norma Miller, Yolunda Milton, Ahmed Montgomery, Robert Morin, Cherri Mosley, Bob Nevens, Linda Pickard, Sara Pika, Christina Pineros, McKenli Pinkney, Theresa Porche, Jonae Powell, Cynthia Puente, Averi Reed, Kimberly Rensi, Pamela Robins, Janet Robison, Saul Rodriguez, Timothy Rosilez, Betty Samuel, Giovanni Savans, Leevetgra Seals, Maria Serrano, Kara Sheperd, James Smiley, Nicole Smith, Freenea Stewart, Cynthia Strauss, Katherine Sweitzer, Karene Tanner, Maria Trevino, Terah Trevino, Charles Vargnese, Randi Vincent, Mathea Volesky, Hunter Ward, Jennifer Warren, Victoria Webb, Alexandra Williams, Mona Wilson, Karen Witt, Latasha Woods, Laurica Wooten, Katie Yarber, Oscar Zamudio, Ricardo Zelante (Filing fee $ 505, receipt number 0541-26590478), filed.(Woodfill, Jared) (Entered: 06/14/2021)

| | | |
|---|---|---|
| Main Doc (/docket/59953190/22//) | Notice of Appeal | |
| | Jun 14, 2021 | Notice of Assignment of USCA No. 21-20311 re: 22 Notice of Appeal, filed.(jtabares, 1) |
| 23 | Jun 15, 2021 | APPEAL TRANSCRIPT re Motion proceedings held on 6/11/2021 before Judge Lynn N Hughes. Court Reporter/Transcriber Lanie Smith. Ordering Party: Plaintiff. This transcript relates to the following: 21 AO435 Transcript Request, 22 Notice of Appeal,,,,,,,,. Release of Transcript Restriction set for 9/13/2021., filed. (LanieSmith, ) (Entered: 06/15/2021) |
| | | Main Doc |
| 24 | Jun 15, 2021 | Clerks Notice of Filing of an Appeal. The following Notice of Appeal and related motions are pending in the District Court: 22 Notice of Appeal. Fee status: Paid. Reporter(s): F. Warner, filed. (Attachments: # 1 Notice of Appeal) (JenniferLongoria, 1) (Entered: 06/15/2021) |
| | | Main Doc (/docket/59953190/24//) |
| | | Att 1         Notice of Appeal |
| | Jun 15, 2021 | Appeal Review Notes re: 22 Notice of Appeal. Fee status: Paid. The appeal filing fee has been paid or an ifp motion has been granted.Hearings were held in the case. DKT13 transcript order form(s) due within 14 days of the filing of the notice of appeal. One (1) transcript has been produced. Number of DKT-13 Forms expected: 1, filed.(JenniferLongoria, 1) |
| 25 | Jun 16, 2021 | Notice of Filing of Official Transcript as to 23 Transcript - Appeal,. Party notified, filed. (dhansen, 4) (Entered: 06/16/2021) |
| | | Main Doc         Notice of Filing of Official Transcript - (FORM, noticing) |
| 26 | Jun 24, 2021 | DKT13 TRANSCRIPT ORDER REQUEST by Plaintiffs-Appellants (Attorney Jill Schumacher). This is to order a transcript of Hearing on 06/04/2021 before Judge Lynn N Hughes. Court Reporter/Transcriber: Fred Warner. This order form relates to the following: 22 Notice of Appeal,,,,,,,, 8 Miscellaneous Hearing, filed.(Schumacher, Jillian) (Entered: 06/24/2021) |
| | | Main Doc (/docket/59953190/26//)         Appeal Transcript Request (DKT-13) |
| 27 | Jun 24, 2021 | DKT13 TRANSCRIPT ORDER REQUEST by Plaintiffs-Appellants (Attorney Jill Schumacher). This is to order a transcript of Motion Hearing on 06/11/2021 before Judge Lynn N Hughes. Court Reporter/Transcriber: Lanie Smith. This order form relates to the following: 17 Motion Hearing, 22 Notice of Appeal,,,,,,,, 23 Transcript - Appeal,, filed.(Schumacher, Jillian) (Entered: 06/24/2021) |
| | | Main Doc         Appeal Transcript Request (DKT-13) |
| 28 | Jul 14, 2021 | USCA LETTER for the Fifth Circuit advising court reporter Lanie Smith the transcript must be filed with the District Court Clerk within 30 days from the date the USCA received the purchase order (USCA No. 21-20311), filed.(EdnitaPonce, 1) (Entered: 07/14/2021) |
| | | Main Doc (/docket/59953190/28//)         USCA Letter to Court Reporter |
| 29 | Jul 14, 2021 | USCA LETTER for the Fifth Circuit advising court reporter Fred Warner the transcript must be filed with the District Court Clerk within 30 days from the date the USCA received the purchase order (USCA No. 21-20311), filed.(EdnitaPonce, 1) (Entered: 07/14/2021) |

| | | Main Doc | USCA Letter to Court Reporter |
|---|---|---|---|
| 30 | Jul 14, 2021 | Amicus by David Andrew Christenson, filed. (gkelner, 4) (Entered: 07/22/2021) | |
| | | Main Doc (/docket/59953190/30//) | |
| | Jul 23, 2021 | Appeal Remark re: 22 Notice of Appeal. Pending the filing of appeal transcripts re 26 Hearing held 6/4/21; [ 27] Motion Hearing 6/11/21, filed.(jtabares, 1) | |
| 31 | Jul 23, 2021 | Order to Strike. Because the case is closed, David Andrew Christenson's amicus brief 30 is struck. No future amicus are to be filed in this case without this court's prior approval.(Signed by Judge Lynn N Hughes) Parties notified.(gkelner, 4) (Entered: 07/23/2021) | |
| | | Main Doc | |
| 32 | Aug 10, 2021 | USCA LETTER for the Fifth Circuit advising the transcript must be filed with the District Court Clerk within 30 days from the date the USCA received the purchase order. In this case, the 30-day discount period expired on 8/25/2021. Therefore the court reporter must discount your invoice by 10%, filed.(jtabares, 1) (Entered: 08/10/2021) | |
| | | Main Doc (/docket/59953190/32//) | USCA Letter to Court Reporter |
| 33 | Aug 16, 2021 | The Supreme Court is the Only Legitimate Entity in The World That Can Save Mankind by David Andrew Christenson, filed.(jdav, 4) (Entered: 08/19/2021) | |
| | | Main Doc (/docket/59953190/33//) | Document |
| | Sep 3, 2021 | Appeal Review Notes re: 22 Notice of Appeal. Fee status: Paid. 45 day review - pending actual transcripts, filed.(scastillo, 1) | |
| | Sep 3, 2021 | Appeal Review Notes | |
| 36 | Oct 1, 2021 | Main Doc (/docket/59953190/36//) | Document |
| 37 | Oct 5, 2021 | Main Doc (/docket/59953190/37//) | Document |
| 38 | Oct 5, 2021 | Main Doc (/docket/59953190/38//) | Order |
| | Oct 6, 2021 | Electronic Record on Appeal Certified | |
| | Oct 6, 2021 | Transmittal of Appeal (FORM, noticing) - Civil | |

Newsletter

Sign up to receive the Free Law Project newsletter with tips and announcements.

Email Address

📧 Subscribe

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Friend of Court Brief filed by David Andrew Christenson October 4th, 2021

Friend of Court Brief <u>1</u>

Judge Scola,

The attached pleadings were docketed by Judge Lynn Nettleton Hughes in Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas.

The case is closed and on appeal. I have said awful things about him, but he has not struck the pleadings. He did file other pleadings and ordered them struck, but he did not remove them from the record.

Another odd point. I did not put the case number on the pleadings. One has a case number that was put there by someone with the court and the other one does not have a case number.


Godspeed

Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

# 4:21cv1774

United States Courts
Southern District of Texas
**F I L E D**

Reference Supreme Court: 21A15 Justice Amy Coney Barrett Emergency Application for Writ of
Injunction, Relief Requested by Friday, August 13, 2021

**Amicus - 101** – August 12th, 2021

AUG 1 6 2021

Nathan Ochsner, Clerk of Court

<u>**THE MIRACLE, AND IT IS SO SIMPLE**</u>
(I beg you to let me retire – I cannot retire until the narrative is changed.)

# <u>THE SUPREME COURT IS THE ONLY LEGITIMATE ENTITY IN THE WORLD THAT CAN SAVE MANKIND.</u>

# <u>WHERE THE SUPREME COURT GOES, MANKIND GOES.</u>

Change the narrative by ordering a response. This is about Mankind. (It is not about me, and I do not want it to be about me. IT HAS TO BE ABOUT CHANGING THE NARRATIVE AND SAVING MANKIND.)

My prevailing without the Supreme Court will result in a violent revolution. My writings will be used against the Supreme Court and that is not a good thing. (Pray that I do not die before the narrative is changed.)

The Supreme Court is *"legitimate."* If we are to bring about peaceable change then it must come from the Supreme Court. This is an opportunity to hit the *"reset"* button.

I know we disagree, but I believe the Preamble is the Constitution and (We) *"I, _____, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God."*

The agencies within the government are not only lying to the American people but to each other. The White House was livid this week when they found out that on May 1st, 2021, the CDC stopped tracking breakthrough infections for those that had been vaccinated.

What will happen if the American people find out the vaccines do not work?

What happens if the Messenger vaccines instruct the vaccinated immune systems **to not** fight the COVID19 Virus? There is empirical evidence that this is happening.

Americans will not have their immune systems because of Censorship.

1. <u>Writ of Mandamus and Writ of Mandamus 14-1007 Supreme Court</u>
2. Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander
3. Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro

4. Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York Judge John George Koeltl

5. United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371

6. Case No. 21-20311 - Jennifer Bridges; et al, Plaintiffs – Appellants - v. - The Houston Methodist Hospital, Defendants – Appellees

7. Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton Hughes

8. Neve v. Birkhead (1:21-cv-00308) District Court, M.D. North Carolina Judge Loretta Copeland Biggs

9. Legarreta v. Macias (2:21-cv-00179) District Court, D. New Mexico Judge Martha Alicia Vazquez

10. Klaassen v. The Trustees of Indiana University (1:21-cv-00238) District Court, N.D. Indiana Judge Damon R Leichty


Godspeed

Sincerely,

On File

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on August 12th, 2021, I filed the foregoing with the Clerk using CM/ECF and then served the pleading via CM/ECF, U.S. First Class Mail and Email on August 12th, 2021.

On File
_____
David Andrew Christenson

United States Court
Southern District of Texas
FILED

SEP 29 2021

Nathan Ochsner, Clerk of Court

Amicus 149 – September 24th, 2021 – Correction – **Further Analysis** – (Not Flynn, Lindell, or Trump.)

Neither Trump nor Biden will "*Insure Domestic Tranquility*" People vote their fear and ignorance.

### THE ENEMY IS US. THERE IS NO RECOVERY.

Is Jared Kushner, Israel/Mossad/, Taiwan and Ukraine funding and transporting the Haitians to Del Rio, Texas? Someone is funding the migration. They are tampering with the 2022 and 2024 elections.

**Our allies fear Biden. Russia does not fear Biden.** Israel/Mossad has zero confidence in Biden. (You might add NATO, Europe and especially France. Trump is missed.) Emperor Trump returns in 2024.

Original Letter September 23rd, 2021

Is Mike Lindell "The Pillow Guy", General Michael Flynn and the Russians funding and transporting the Haitians to Del Rio, Texas on behalf of President Donald Trump?

Before you decide if I am crazy, please review one pleading. Judge Lynn Nettleton Hughes, who arguably could be the worst judge in the Federal Judiciary or at least the most overturned, allowed my pleading (attached) to be entered into the docket and remain in the docket. My other pleadings were struck by Judge Hughes but remain in the docket. The odd part about the pleading is that I did not put the case number, 4:21-cv-1774, in the header, he did. Judge Hughes knows my feelings towards him.
Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton
Attached: Case 4:21-cv-01774 Document 33 Filed on 08/16/21 in TXSD Page 1 of 2

September 23rd, 2021

### MATHEMATICALLY MANKIND WILL CEASE TO EXIST IS THE NEXT FEW YEARS. MATHEMATICALLY SUICIDES WILL OUTNUMBER BIRTHS.

### MY FIRST JOB IS TO CHANGE THE NARRATIVE

### MY SECOND JOB IS TO REMOVE TRUMP AND BIDEN FROM THE NARRATIVE

### WE WOULD NOT BE IN THE PANDEMIC IF THE SUPREME COURT HAD ORDERED A RESPONSE TO MY WRIT 14-10077 MANDAMUS AND PROHIBITION.

To: Jane Sullivan Roberts, Patricia McCabe, Jeffrey P. Minear, Marshal Gail A. Curley, Clerk Scott Harris, Justice Amy C. Barrett. - Judge Ellen Lipton Hollander, Clerk Felicia Cannon, Chief Judge William Pryor Jr., Clerk David J. Smith, Chief Judge Lee H. Rosenthal, Chief Judge Priscilla R. Owen, Clerk Lyle Cayce, Judge Lynn N. Hughes, Clerk Nathan Ochsner, Marshal T. O'Connor, Vice Admiral John Christenson, and Irving L Azoff. **Complete list of addressees is at the end of the letter.**

Reference: (Judge Sullivan has not closed Stevens from 2008 or Flynn from 2017. Judge Sullivan made it very clear that Flynn committed Treason.)

Writ of Mandamus and Writ of Mandamus 14-1007 Supreme Court

*Six years later the 11th Circuit allowed me to file the exact same Writ that I filed with the Supreme Court. They knew what they were doing. Review the docket.*

United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371 - USCA11 Case: 21-10371 Date Filed: 02/04/2021 Page: 1 of 142.

United States v. Stevens (1:08-cr-00231) District Court, District of Columbia Judge Emmet G. Sullivan

United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge Emmet G. Sullivan

U.S. Dominion v, My Pillow, Inc. (1:21-cv-00445) District Court, District of Columbia Judge Carl John Nichols

Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro - Case 1:20-cv-21108-UU Document 38 Entered on FLSD Docket 06/10/2020 Page 1 of 20 – Review the one hundred plus pleadings that Judge Ungaro allowed me to docket. Just read the narratives.

Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander

*Chief Judge Lee Rosenthal, SDTX, docketed my pleadings in the following two cases and she was not the presiding judge nor was I a party. They actually continued to docket my pleadings after the cases were closed.*

Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton

Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr. (Look at the last 7 out of 8 docket entries.)

Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York Judge John George Koeltl (Review the docket. Judge Koeltl gave me one hell of a voice. He allowed me to docket the "Unabomber's" Manifesto.)

Zainab Naeem Ahmad, Stephen Pierce Anthony, Jocelyn S. Ballantine, Benjamin Leon Berwick, Jesse R Binnall, Andrew Manuel Crespo, Deborah A. Curtis, Scott M. Dinner, Eugene R. Fidell, Benjamin Michael Flowers, Abigail Frye, John Gleeson, Elaine J. Goldenberg, Brianne Jenna Gorod, Jeffrey T. Green, Deepak Gupta, John Edward Hall, W. William Hodes, Robert K. Kelner, Kenneth Clair Kohl, Stanley J. Marcuss, David Oscar Markus, Jonathan Standish Massey, Leslie McAdoo Gordon, Molly McCann, Lindsay R. McKasson, Hashim M. Mooppan, Jeremiah Lee Morgan, Jonathon Alden Moseley, Robert Jeffrey Olson, William Jeffrey Olson, Lorenzo J. Palomares, Kristy Parker, Sidney Powell, Lawrence Saul Robbins, Christopher S. Ross, William W. Taylor, III, Herbert W. Titus, P. Andrew Torrez, Brandon Lang Van Grack, Elizabeth Wydra, Gregory Arenson, Elisha Barron, Davida Brook, Florence Chen, Thomas A. Clare, Douglas A. Daniels, Brittany Fowler, Abraham S. Kaplan, Nathan Lewin, Ryan Malone, Megan Lambart Meier, Justin A. Nelson, Heath Novosad, Andrew D. Parker, Joseph Alan Pull, Dustin Andrew Pusch, Stephen Shackelford, Jr., Laranda Walker, and Elizabeth S. Wright.

Godspeed - Sincerely, - David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.