AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DONALD J. TRUMP <br> *Plaintiff* <br> v. <br> TWITTER <br> *Defendant* | ) <br> ) <br> ) Case No. 1:2021-cv-22441-RNS <br> ) <br> ) |

FILED BY KS D.C.
Oct 13, 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

KEVIN WILLIAM CASSADAY

Date:   10/07/2021

*Attorney's signature*

Digitally signed by Kevin Cassaday
Location: 1804 GUENTHER AVE; LANSING, MI 48917
Date: 2021.10.07 04:53:39 -04'00'

KEVIN WILLIAM CASSADAY *9178 - PRO SE
*Printed name and bar number*

1804 GUENTHER AVE
LANSING, MI 48917

*Address*

KWCASSADAY@YAHOO.COM
*E-mail address*

(989) 615-7096
*Telephone number*

*FAX number*

Page 1 of 5

U.S. DISTRICT COURT
FLORIDA SOUTHERN DISTRICT

CASE #     1:2021-cv-22441-RNS

TRUMP vs TWITTER, INC.

**APPEARANCE:**

KEVIN W CASSADAY *9178 – PRO SE

**AFFILIATED CASE OF INTEREST:**

U.S. DISTRICT OF MICHIGAN WESTERN DISTRICT SOUTHERN DIVISION

1:2021-cv-710 (PLM-PJG)

CASSADAY vs TRUMP, DONALD J.

1:2021-cv-718 (PLM-PJG)

CASSADAY vs SHIRKEY et al

1:2021-cv-722 (PLM-PJG)

CASSADAY vs DOW CHEMICAL COMPANY et al

+ THE OTHERS IN SAME COURT

U.S. DISTRICT COURT
FLORIDA SOUTHERN DISTRICT

## OBJECTION:

1. MR. CASSADAY OBJECTS TO ALLOWING DONALD J. TRUMP TO HAVE HIS LYING PROPAGANDIST TWITTER ACCOUNT BACK.

2. MR. CASSADAY RESERVES THE RIGHT OF OBJECTIONS TO BLOCK DONALD J. TRUMP FROM EVER BEING ALLOWED ON ANY SOCIAL MEDIA SITE IN AMERICA, (PREFERABLE WORLD).

## MOTION:

1. BLOCK DONALD J. TRUMP FORM TWITTER **FOREVER**

## STATEMENT:

1. DONALD TRUMP IS A COMPULSIVE LIAR, USING TWITTER TO EMPOWER HIMSELF, IN WHICH HE SHALL BE **GROUNDED** FROM ANY SOCIAL MEDIA SITES THAT WOULD ENABLE HIM TO INCITE ANOTHER INSURRECTION, THAT WAS ALL IN ATTEMPTS TO RILE UP & BLOCK MR. CASSADAY.
THE ATTEMPTED CONDUCT WAS MICHIGAN COMPILED LAWS 750.348 – INCITING INDIANS.

2. DONALD TRUMP HAS BEEN HARASSING & TARGETING MR. CASSADAY THROUGH HIS TWITTER MEGAPHONE, OTHERS IN

  DONALD'S CABINET HAVE SYSTEMATICALLY HARASSED MR. CASSADAY GENOCIDALLY.

3. DONALD TRUMP IS AN INHERENT RACIST IN HYPOCRISY

4. DONALD J. TRUMP RAN A GENOCIDE ON THE WORLD BECAUSE HE IS RACIST

5. DONALD J. TRUMP KILLED OVER 600,000 AMERICANS IN ATTEMPT TO KILL MR. CASSADAY, STILL COUNTING ON HIS ORCHESTRATED COUNTER.

6. DONALD J. TRUMP HAS A SADISTIC CRIMINAL AGENDA ON WORKING AMERICANS BACK.

7. DONALD J. TRUMP BORROWED $6.7 TRILLION AGAINST U.S. WORKERS IN 2020 TO FLOAT THE MARKET UNTIL THE DEMOCRATS TOOK OFFICE, INTENT WAS A PURPOSEFUL BRIBE TO MANY IN HEALTHCARE & THE STOCK MARKET.

8. DONALD J. TRUMP DESERVES TO BE PUT IN A PADDED ROOM TILL HE KICKS THE BUCKET, SO HE WON'T HURT OTHERS AGAIN.

9. DONALD J. TRUMP IS ABUSIVE, INFLICTING THE UNITED STATES UPON MR. CASSADAY.

THIS CASE IS MUTE FOR DONALD J. TRUMP

**AFFIDAVIT:**

"UNDER OATH, I **KEVIN CASSADAY** DECLARE WITH PENALTIES OF PERJURY THAT I AM WHO I STATE I AM, THE DOCUMENTS I SIGN HAVE BEEN EXAMINED BY ME & IT'S CONTENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE & BELIEF. ANY REQUIREMENT BY LAW THAT A DOCUMENT BE FILED WITH THE COURT WHICH MUST BE SWORN, MAY BE ALSO MET BY THIS DECLARATION"

"I KEVIN CASSADAY MAKE MISTAKES, THOUGH IN ACTUALITY, THEY ARE NOTHING IN COMPARISON TO THE ABUSE INFLICTED UPON ME FOR OTHER' AMUSEMENT & RETALIATION"

KEVIN CASSADAY

1804 GUNTHER AVE
LANSING, MI 48917

*Kevin Cassaday*

Digitally signed by Kevin Cassaday
Location: 1804 GUENTHER AVE; LANSING, MI 48917
Date: 2021.10.07 04:53:26 -04'00'

### 1:21-cv-22441-RNS Trump et al v. Twitter, Inc et al

From: Kevin Cassaday (kwcassaday@yahoo.com)

To: mbaldwin@vargasgonzalez.com; patrick.carome@wilmerhale.com; felicia.ellsworth@wilmerhale.com; ari.holtzblatt@wilmerhale.com; phomer@homerbonner.com; joshua.kolsky@usdoj.gov

Cc: rpaul@ibolaw.com; rtougias@ibolaw.com; jqkelly@ibolaw.com; fcdlaw@aol.com; mjones@ibolaw.com; johnpcoale@aol.com; rlawson@gbmmlaw.com

Date: Thursday, October 7, 2021, 05:05 AM EDT

ATTACHED IS AN APPEARANCE

THE COURT DOES NOT HAVE AN EASY WAY FOR MR. CASSADAY TO FILE

NO EMAIL
NO FAX

PLAINTIFF IS UNABLE TO FILE TO THEY SAME SYSTEM YOU ALL DEPRIVE AMERICANS OF.....

Kevin Cassaday

1804 Guenther Ave
Lansing, MI 48917

2021-10-7 DONALD J. TRUMP OBJECTION TWITTER.pdf
1MB

*Proof of Service    10-7-2021*

*Kevin Cassaday*

Query    Reports    Utilities    Help    Log Out

# Select A Case

**Kevin William Cassaday is a plaintiff in 26 cases.**

| | | | |
|---|---|---|---|
| 1:17-cv-00630-RSK | Cassaday v. Commissioner of Social Security | filed 07/12/17 | closed 09/21/18 |
| 1:21-cv-00708-PLM-PJG | Cassaday v. United States Government | filed 08/19/21 | closed 09/02/21 |
| 1:21-cv-00710-PLM-PJG | Cassaday v. Trump | filed 08/19/21 | |
| 1:21-cv-00711-PLM-PJG | Cassaday v. Great Lakes Center of Rheumatology | filed 08/19/21 | |
| 1:21-cv-00712-PLM-PJG | Cassaday v. Meridian Professional Psychological Consultants et al | filed 08/19/21 | |
| 1:21-cv-00713-PLM-PJG | Cassaday v. Sparrow Health System | filed 08/19/21 | |
| 1:21-cv-00714-PLM-PJG | Cassaday v. Facebook Inc. et al | filed 08/19/21 | |
| 1:21-cv-00715-PLM-PJG | Cassaday v. AT&T, Inc., et al | filed 08/19/21 | |
| 1:21-cv-00716-PLM-PJG | Cassaday v. Verizon Media | filed 08/19/21 | |
| 1:21-cv-00717-PLM-PJG | Cassaday v. Loepp et al | filed 08/19/21 | |
| 1:21-cv-00718-PLM-PJG | Cassaday v. Shirkey et al | filed 08/19/21 | |

| | | |
|---|---|---|
| 1:21-cv-00719-PLM-PJG | Cassaday v. Hawks et al | filed 08/19/21 |
| 1:21-cv-00720-PLM-PJG | Cassaday v. Governmental Consultant Services Inc. | filed 08/19/21 |
| 1:21-cv-00721-PLM-PJG | Cassaday v. Covenant Healthcare et al | filed 08/19/21 |
| 1:21-cv-00722-PLM-PJG | Cassaday v. Dow Chemical Company, The et al | filed 08/19/21 |
| 1:21-cv-00723-PLM-PJG | Cassaday v. Henry Ford Allegiance Health Inc. et al | filed 08/19/21 |
| 1:21-cv-00724-PLM-PJG | Cassaday v. Michigan Medicine | filed 08/19/21 |
| 1:21-cv-00725-PLM-PJG | Cassaday v. Mid Michigan Health | filed 08/19/21 |
| 1:21-cv-00748-PLM-PJG | Cassaday v. Michigan State University | filed 08/26/21 |
| 1:21-cv-00749-PLM-PJG | Cassaday v. Michigan, State of | filed 08/26/21 |
| 1:21-cv-00750-PLM-PJG | Cassaday v. Hawks et al | filed 08/26/21 |
| 1:21-cv-00751-PLM-PJG | Cassaday v. Michigan State Police | filed 08/26/21 |
| 1:21-cv-00752-PLM-PJG | Cassaday v. MI Marijuana Reguatory Agency et al | filed 08/26/21 |
| 1:21-cv-00753-PLM-PJG | Cassaday v. Michigan Workers Disability Compensation Agency et al | filed 08/26/21 |

| 1:21-cv-00759-PLM-PJG | Cassaday v. Federal Bureau of Investigation et al | filed 08/30/21 |
| 1:21-cv-00760-PLM-PJG | Cassaday v. Weiser et al | filed 08/30/21 |

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 10/07/2021 02:21:51 ||||
| PACER Login: | kwcassaday | Client Code: | |
| Description: | Search | Search Criteria: | Last Name: cassaday First Name: kevin |
| Billable Pages: | 2 | Cost: | 0.20 |

PRESS FIRMLY TO SEAL

UNITED STATES POSTAL SERVICE ®

- Expected delivery d
- Most domestic shipr
- USPS Tracking® incl
- Limited international
- When used internati

*Insurance does not cover c
Domestic Mail Manual at htt
** See International Mail Mai

FLAT RATE
ONE RATE ■ ANY W

TRACKED ■

PS00001000

PRIORITY® MAIL

UNITED STATES POSTAL SERVICE® **Click-N-Ship®**

**P**

usps.com
$17.45
US POSTAGE
Flat Rate Env
Signature
Confirmation

9489 3036 9930 0000 5695 80 0174 5001 0063 3128

U.S. POSTAGE PAID
Click-N-Ship®

10/07/2021 1 lb 0 oz Mailed from 48917

**PRIORITY MAIL 2-DAY™**

KEVIN W CASSADAY
1804 GUENTHER AVE
LANSING MI 48917-8524

Expected Delivery Date: 10/12/21
Ref#: RETURN SVC
**0004**

U.S.M.S.
...TED

C075

RESTRICTED DELIVERY
SIGNATURE REQUIRED

U.S.M.S.
INSPECTED
BY:

SHIP
TO:
U.S. DISTRICT OF FLORIDA SOUTHERN DISTRICT
400 N MIAMI AVE # 8
MIAMI FL 33128-1801

**USPS SIGNATURE TRACKING #**

**9489 3036 9930 0000 5695 80**

Electronic Rate Approved #038555749

FROM:

PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED

PAPER POUCH
how2recycle.info

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.

