```
MIME-Version:1.0
From:cmecfautosender@flsd.uscourts.gov
To:flsd_cmecf_notice
Bcc:
--Case Participants: Ryan Tougias (rtougias@ibolaw.com), Joshua Kolsky
(joshua.kolsky@usdoj.gov), Ari Holtzblatt (ari.holtzblatt@wilmerhale.com), Richard Polk
Lawson (litigation@gbmmlaw.com, rlawson@gbmmlaw.com), Matthew Lee Baldwin
(bmuscillo@vargasgonzalez.com, complexparalegal@vargasgonzalez.com,
mbaldwin@vargasgonzalez.com), John Q. Kelly (jqkelly@ibolaw.com), Peter W. Homer
(marodriguez@homerbonner.com, phomer@homerbonner.com), Michael J. Jones
(mjones@ibolaw.com), Frank C. Dudenhefer, Jr (fcdlaw@aol.com), Felicia Ellsworth
(felicia.ellsworth@wilmerhale.com), Roland A. Paul (rpaul@ibolaw.com), John P. Coale
(johnpcoale@aol.com), Patrick J. Carome (patrick.carome@wilmerhale.com), Magistrate Judge
Jonathan Goodman (goodman@flsd.uscourts.gov), Judge Robert N. Scola, Jr
(scola@flsd.uscourts.gov)
--Non Case Participants: Herman Joseph Russomanno, III (herman2@russomanno.com), Maria
Josefa Beguiristain (jdisanti@whitecase.com, mbeguiristain@whitecase.com,
mco@whitecase.com), Matthew Lawrence Beville (alex.stewart@wilmerhale.com,
allison.schultz@wilmerhale.com, ari.holtzblatt@wilmerhale.com,
felicia.ellsworth@wilmerhale.com, maclean.kirk@wilmerhale.com,
michael.gustavsen@wilmerhale.com, patrick.carome@wilmerhale.com,
rishita.apsani@wilmerhale.com, susan.pelletier@wilmerhale.com), Brendan J. Coffman
(ageritano@wsgr.com)
--No Notice Sent:

Message-Id:21571438@flsd.uscourts.gov
Subject:Activity in Case 1:21-cv-22441-RNS Trump et al v. Twitter, Inc et al Order on
Motion for Miscellaneous Relief
Content-Type: text/html
```

## U.S. District Court

## Southern District of Florida

### Notice of Electronic Filing

The following transaction was entered on 10/15/2021 at 4:39 PM EDT and filed on 10/15/2021

| | |
|---|---|
| **Case Name:** | Trump et al v. Twitter, Inc et al |
| **Case Number:** | 1:21-cv-22441-RNS |
| **Filer:** | |
| **Document Number:** | 74(No document attached) |

**Docket Text:**

**PAPERLESS ORDER: The Court denies [72] non-party Kevin W. Cassaday's motion to appear and to block Plaintiff Trump from Twitter. The motion, which the Court construes as a motion to intervene, is denied on two grounds. First, Mr. Cassaday has failed to confer with the Plaintiffs and the Defendants as required by Local Rule 7.1(a)(3). Second, the motion fails to state a legal basis for intervening in this action.**

The Clerk of the Court is directed not to docket any materials submitted to the Court by Mr. Cassaday in the above-captioned case that fail to comply with the Federal Rules of Civil Procedure or the Local Rules for the Southern District of Florida, without prior approval from the Court. The Court further directs the Clerk to mail a copy of this Order to Mr. Cassaday at the following addresses: kwcassaday@yahoo.com and 1804 Guenther Avenue, Lansing, Michigan 48917. Signed by Judge Robert N. Scola, Jr. (agn)

**1:21−cv−22441−RNS Notice has been electronically mailed to:**

Ari Holtzblatt &nbsp &nbsp ari.holtzblatt@wilmerhale.com

Felicia Ellsworth &nbsp &nbsp felicia.ellsworth@wilmerhale.com

Frank C. Dudenhefer , Jr &nbsp &nbsp FcdLaw@aol.com

John P. Coale &nbsp &nbsp johnpcoale@aol.com

John Q. Kelly &nbsp &nbsp jqkelly@ibolaw.com

Joshua Kolsky &nbsp &nbsp joshua.kolsky@usdoj.gov

Matthew Lee Baldwin &nbsp &nbsp MBaldwin@VargasGonzalez.com, BMuscillo@VargasGonzalez.com, ComplexParalegal@VargasGonzalez.com

Michael J. Jones &nbsp &nbsp mjones@ibolaw.com

Patrick J. Carome &nbsp &nbsp patrick.carome@wilmerhale.com

Peter W. Homer &nbsp &nbsp PHomer@homerbonner.com, marodriguez@homerbonner.com

Richard Polk Lawson &nbsp &nbsp rlawson@gbmmlaw.com, litigation@gbmmlaw.com

Roland A. Paul &nbsp &nbsp rpaul@ibolaw.com

Ryan Tougias &nbsp &nbsp rtougias@ibolaw.com

**1:21−cv−22441−RNS Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1−888−318−2260.:**

Cris Ericson
879 Church Street
Chester, VT 05143

George A. Benavides
1308 E. Common St., Suite 205 Box 408
New Braunfels, TX 78130

Kevin W. Cassaday
1804 Guenther Ave
Lansing, MI 48917

Sean M. Hamill
Ivey, Barnum & O'Mara
170 Mason Street
Greenwich, CT 06830

18