Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Friend of Court Brief filed by David Andrew Christenson October 7th, 2021



FILED BY _____ D.C.

OCT 12 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Friend of Court Brief **9**

Judge Scola,

My wife is going to lose her job at Brookdale because she will not take the vaccine. We do not believe in it, and we accept the deaths if it so happens. Brookdale is the largest Assisted Living/Memory Care Corporation in the United States. They are understaffed, and people have died. More people will die if they fire the staff over the vaccine. My wife has claimed a religious exemption.

We believe in our immune system/soul/spirit, and we believe in God and Heaven.

I put the attached package together and sent it to Brookdale, the board of directors, general counsel, and president. Chad White, Guy Sansone, Lucinda M. Baier, Jordan R. Asher, Marcus E. Bromley, Frank M. Bumstead, Victoria L. Freed, Rita Johnson-Mills, Denise W. Warren, and Lee S. Wielansky.

I am sending you a copy.

Brookdale almost killed my wife's mother who is a resident. My wife took the job so that she could she her mother during the quarantine.

Review: Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro

Case 1:20-cv-21108-UU Document 68 Entered on FLSD Docket 07/21/2020 Page 1 of 5
July 16th, 2020 - Judge Ungaro, The attached article could be or is about my wife. She took a job as the move in coordinator in a facility just like the one in the article so she could see her Mom. We moved her parents from Louisiana at the beginning of 2017. Her Mom has diminished mental capabilities because of a massive aneurism over 30 years ago. I have never known her to be normal. Her Dad started to develop Alzheimer's in 2012. He died last summer, but she had two great years with him.

Case 1:20-cv-21108-UU Document 78 Entered on FLSD Docket 07/31/2020 Page 1 of 5
Motion for Leave to File Amicus 43 – Here is how truly evil the world is. The assisted living facility that my wife's mother is in, pawned her off to the hospital. She is the first person I know that supposedly has COVID19 and the first person that I have been in contact with that supposedly has COVID19.

Case 1:20-cv-21108-UU Document 83 Entered on FLSD Docket 08/04/2020 Page 1 of 4
(HEPA Filters would save us.) Motion for Leave to File Amicus 46 – A simple example of how Mankind is committing suicide. ARE YOU COMMITTING SUICIDE? A simple example of how and why Religions, Governments, the Media, the Medical Community, the Mental Health Community and Admiral and Generals are murdering Mankind.

Case 1:20-cv-21108-UU Document 88 Entered on FLSD Docket 08/12/2020 Page 1 of 18
Motion for Leave to File Amicus 51 – Microcosm of what is taking place in the World. Those that are entrusted to protect us are actually murdering us. Those that are murdering us are dying as well. Current Conclusion – My wife's mother and brother could die this week from COVID19.

Case 1:20-cv-21108-UU Document 93 Entered on FLSD Docket 08/19/2020 Page 1 of 17
Motion for Leave to File Amicus 54 – My wife is suffering from severe depression and despair. We have had an excruciating last 30 days. We almost lost her mother to the mental side effects of COVID19 and her brother to COVID19.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

# Attachment A

October 7th, 2021

Chad White, Guy Sansone, Lucinda M. Baier, Jordan R. Asher, Marcus E. Bromley, Frank M. Bumstead, Victoria L. Freed, Rita Johnson-Mills, Denise W. Warren, and Lee S. Wielansky.

This is a miracle if you open your eyes. This is also knowledge that is non-returnable. You have a huge liability if you mandate the vaccine. Think about the Class Action Complaint. You pushed a vaccine on your employees without full disclosure and due diligence. You have represented that the vaccine is safe based on what facts?

**If the Supreme Court had just ordered a response, just a response, to my Extraordinary Writ of Mandamus and Prohibition 14-10077 we would not be in the Pandemic. All I wanted was for the government to stop and to start telling the truth. The pandemic is politics and economics.**

The COVID19 vaccines **may** work for a brief period of time. The problem is that as the COVID19 vaccines degrade, they degrade the natural immune system, soul, and spirit. President Joe Biden has stated publicly that you will need a booster in 8 months, then 6 months, and then 5 months. They are already working on a vascular port so that you can go to the pharmacy and pick up a vaccine capsule and install it in your vascular port.

The of number of people in the health care business that are retiring in the next 7 years is about 30%. They cannot be replaced. People are taking early retirement.

Attachment 1: Did you know that the CDC stopped tracking COVID19 breakthrough infections on May 1st, 2021? Breakthrough COVID19 infections were approaching 40%. Attachment 1. The CDC has since removed the information. There did not share with other agencies within Health and Human Services (HHS) or the White House that they had stopped tracking breakthrough cases. HHS Agencies and the White House found out in August 2021. President Biden was livid.
Headline: *"The CDC Only Tracks a Fraction of Breakthrough COVID-19 Infections, Even as Cases Surge A May 1 decision by the CDC to only track breakthrough infections that lead to hospitalization or death has left the nation with a muddled understanding of COVID-19's impact on the vaccinated."* Review:
https://www.govexec.com/management/2021/08/cdc-only-tracks-fraction-breakthrough-covid-19-infections-even-cases-surge/184711/
Headline: *"CORONAVIRUS - CDC under fire for decision to limit tracking of Covid-19 cases in vaccinated people The agency's decision to limit its reporting of breakthrough cases has prompted wide variation in how states keep tabs on them."*
https://www.politico.com/news/2021/07/30/pressure-cdc-breakthrough-cases-501821
Review: National Notifiable Diseases Surveillance System (NNDSS) https://www.cdc.gov/nndss/

Israel has a 56% - 90% breakthrough infection rate. Attachment 2.

*You gave yourself Alzheimer's.* Attachment 3.

# Attachment A

Have you heard of: *"National Vaccine Injury Compensation Program"?* https://www.hrsa.gov/vaccine-compensation/index.html Attachment 4.

Have you heard of: *"Vaccine Adverse Event Reporting System (VAERS)"?* Attachment 5. https://www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/vaers.html

Have you heard of: "Countermeasures Injury Compensation Program (CICP)" https://www.hrsa.gov/cicp Review Attachment 6.

Attachment 7: My *Emergency Motion {Notice 11) for an Injunction to stop the COVID19 vaccinations of millions of Americans until there is Full Disclosure. THIS IS A NATIONAL SECURITY ISSUE.* Docketed with the 11th Circuit.

Review: National Notifiable Diseases Surveillance System (NNDSS) https://www.cdc.gov/nndss/

Review: https://www.govexec.com/management/2021/08/cdc-only-tracks-fraction-breakthrough-covid-19-infections-even-cases-surge/184711/

*"Dr. Marion Gruber and Dr. Philip Krause, the FDA's top vaccine regulators have resigned. The public explanation is that boosters are not needed because the vaccines are holding up. They have also said that pressure from the White House and Biden, which is political, is wrong. The truth is they know the booster will do more harm than good. They know the vaccine failed."*

Attachment 8: (Why have you not heard of this?) Have you ever heard of Texas A&M CIADM's advancement of the Pandemic Influenza Vaccine Facility and the Viral-based Vaccine Facility? *"When fully functional, the facility is expected to have the capacity to produce the bulk antigen needed for up to 50 million adjuvanted pandemic influenza (Katrina Virus) vaccine doses within four months of a declared influenza pandemic and availability of acceptable virus seeds."*

Attachment 9: *"COVID19 Scenario Modeling."*

Attachment 10: China told us it was pneumonia on February 8th, 2020.

Attachment 11: Per the WHO there are 20 COVID19 variants.

Attachment 12: DID CHINA AND THE U.S. CREATE THE FIRST VIRUS VACCINATION AND THE FIRST AEROSOL VACCINATION – COVID19? Almost 100% of our influenza, year after year, comes from China.

Attachment 13: Chief Justice John Roberts is the Antichrist.

Attachment 14: We are vaccinating 350 million Americans and it is one big Genocidal Fraud.

Attachment 15: America's population is dying and not being replaced.

# Attachment A

Attachment 16: WE CREATED ANOTHER PERFECT MILITARY WEAPON. – ADDICTIVE INSTRUCTIONAL VACCINES (AIVs). (Think about Opioids. You are addicted and need a stronger dosage every day. This continues until your immune system fails and you die. Only in America.)

Attachment 17: Voter Fraud.


Godspeed

Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

# Attachment 1

Amicus 58 - August 7th, 2021

Read the last paragraph first.
I have a math background from the Air Force Academy. The most important number we need right now is the number of people who test positive for COVID19 that have been vaccinated.

They are gambling with the fate of Mankind.

Breakthrough cases are epidemic and indicate that the vaccines will not protect Mankind but only facilitate our demise. How can I say, *"facilitate our demise"*? If we have Breakthrough cases then the vaccines do not work, and our immune systems do not work. In very simple terms our immune systems were turned off and instructed not to fight COVID19.

**THE CDC IS TRACKING COVID19 INFECTIONS FOR THOSE THAT ARE UNVACCINATED BUT NOT THOSE THAT ARE VACCINATED.**

**IF YOU ARE VACCINATED AND TEST POSITIVE FOR COVID19 THEN THE CDC DOES NOT WANT TO KNOW PER THE CDC.**

COVID19 is not going away, and they know that. The rush to make us slaves to a new and unproven technology causes me great concern. It would be different if they had used established technology. They are not telling us something.

It would have been better for us to have fought COVID19 with our own immune systems. Our immune systems are the greatest fighting force the world has ever known. Our immune systems have artificial intelligence and are quantum computers.

The following was cut and pasted from the CDC website.
https://www.cdc.gov/vaccines/covid-19/health-departments/breakthrough-cases.html
*"As of May 1, 2021, CDC transitioned from monitoring all reported vaccine breakthrough cases to focus on identifying and investigating only hospitalized or fatal cases due to any cause. This shift will help maximize the quality of the data collected on cases of greatest clinical and public health importance. Previous data on all vaccine breakthrough cases reported to CDC from January–April 2021 are available."*

How can the CDC state the following when they are not tracking Breakthrough cases? Since May 1st?

*"COVID-19 vaccines are effective - Vaccine breakthrough cases occur in only a small percentage of vaccinated people. To date, no unexpected patterns have been identified in the case demographics or vaccine characteristics among people with reported vaccine breakthrough infections."*

Godspeed - Dave

# Attachment 2

## To: Judges Hollander and Rosenthal – I warned both of you about the Extermination of the Jews and Israel.

## IT WAS SUICIDE BY VACCINE.

Reference Supreme Court: 21A15 Justice Amy Coney Barrett Emergency Application for Writ of Injunction, Relief Requested by Friday, August 13, 2021
**Amicus - 105** – August 15th, 2021

I warned Israel and the Mossad about the vaccines. These warnings are in multiple court dockets. Israel was declared to be a Level 4 by the U.S. State Department because of COVID19 – It is the highest level and means "Do Not Travel" to that country (Israel).

Israel is highly vaccinated and yet may have a 40% breakthrough rate which justifies the "Do Not Travel" restriction. https://www.israelnationalnews.com/News/News.aspx/309762 - "*Natural infection vs vaccination: Which gives more protection? Nearly 40% of new COVID patients were vaccinated - compared to just 1% who had been infected previously.*"

The following sentence was taken from the AP article and causes me great concern. The AP is spinning the information and not providing it in an objective manner. The fact is our government does not want you traveling to Israel because the vaccine has failed.

"*As of Sunday, __56.3%__ of new cases in Israel were among vaccinated people. But that statistic reflects the fact that the majority of the population is now fully vaccinated.*"

This sentence means the vaccine is not working. 56.3% breakthrough and 60% vaccinated. Unvaccinated people's immune system is protecting them just as well as if they had been vaccinated. What long term damage does the vaccine do? **Does the vaccine turn off the immune system's ability to fight COVID19 as it degrades?**

"*Israel has a population of approximately 9.3 million people, of which more than 60% are fully vaccinated, according to July 21 numbers from the online scientific publication, Our World In Data.*"

Fact-checking - Posts mislead on Israel vaccine data - By The Associated Press - July 22, 2021
https://apnews.com/article/fact-checking-644288348135

Docket for 21A15 - Title: Ryan Klaassen, et al., Applicants v. Trustees of Indiana University
No. 21A15 United States Court of Appeals for the Seventh Circuit Application (21A15) for injunctive relief, submitted to Justice Barrett. Application (21A15) denied by Justice Barrett. ***__Review Amicus Curiae filed by Physicians for Informed Consent.__

Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander
Case 1:20-cv-02830-ELH Document 61 Filed 12/21/20 Pages 1 and 2 of 43 pages included.

# Attachment 2

**This pleading is worth a read. It talks about Hitler and saving the world.**

1. **Writ of Mandamus and Writ of Mandamus 14-1007 Supreme Court**
2. Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander
3. Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro
4. Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York Judge John George Koeltl
5. United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371
6. Case No. 21-20311 - Jennifer Bridges; et al, Plaintiffs – Appellants - v. - The Houston Methodist Hospital, Defendants – Appellees
7. Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton Hughes
8. Neve v. Birkhead (1:21-cv-00308) District Court, M.D. North Carolina Judge Loretta Copeland Biggs
9. Legarreta v. Macias (2:21-cv-00179) District Court, D. New Mexico Judge Martha Alicia Vazquez
10. Klaassen v. The Trustees of Indiana University (1:21-cv-00238) District Court, N.D. Indiana Judge Damon R Leichty

Godspeed

Sincerely,

On File

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on August 15[h], 2021, I filed the foregoing with the Clerk using CM/ECF and then served the pleading via CM/ECF, U.S. First Class Mail and Email on August 15th, 2021.

On File

_____

David Andrew Christenson

# Attachment 2

Reference Supreme Court: 21A15 Justice Amy Coney Barrett Emergency Application for Writ of Injunction, Relief Requested by Friday, August 13, 2021
**Amicus – 134** – September 10th, 2021

To: Jane Sullivan Roberts, Patricia McCabe, Jeffrey P. Minear, Marshal Gail A. Curley, Clerk Scott Harris, Justice Amy C. Barrett. - Judge Ellen Lipton Hollander, Clerk Felicia Cannon, Chief Judge William Pryor Jr., Clerk David J. Smith, Chief Judge Lee H. Rosenthal, Chief Judge Priscilla R. Owen, Clerk Lyle Cayce, Judge Lynn N. Hughes, Clerk Nathan Ochsner, Marshal T. O'Connor, Vice Admiral John Christenson, and **Irving L Azoff.**

### Is Biden (The Mossad and we must include Trump.) the Manchurian Candidate(s)?

### "Silence is Murder" - Your "Silence is Suicide and Murder"

Biden's vaccine mandates will destroy us. The vaccines will destroy our army which is our immune system, soul, and spirit. Mathematically it will destroy us economically, emotionally, physically, socially, etc. All aspects of our lives will be destroyed. We are voluntarily giving up our humanity. It is suicide. (In 2020 life expectancy was reduced by 1.5 years and birthrates were a negative -4%. What do you think is going to happen this year and next year and the year after?) (Dr. Fauci had 26 years to prepare, no joke.)

COVID19 is just one symptom of a terminal disease. This is so much more than COVID19. This is World War Three. (Objectively, it appears that Biden, Trump, and the Mossad are trying to kill us.)

We have only a few days left to change the narrative. In a few days the Supreme Court will be unable to change the narrative. (Blood will flow through our streets because of our contentiousness. It started.)

This headline from this morning says it all: Smithsonian News *"Israeli Study Finds Third Shot Provides Significant Boost in Covid-19 Immunity - Israeli study finds infection rate drops dramatically with third Pfizer-BioNTech vaccination"*

THE "THIRD SHOT" WAS NEEDED BECAUSE THE BREAKTHROUGH INFECTION RATE WAS HIGHER THAN 56% AND POSSIBLE AS HIGH AS 90%. FOR HOW LONG? WHAT ARE THE SIDE EFFECTS? WHAT IS THE "BOOSTER"? WHY WAS A BOOSTER NEEDED? WHEN WILL YOU NEED THE NEXT "BOOSTER"? WHY ARE THEY TAKING A VICTORY LAP? THEY ADMIT THEY DO NOT KNOW THE DURATION OF THE EFFECTIVENESS OF THE THIRD "BOOSTER".

U.S. Department of State
https://travel.state.gov/content/travel/en/traveladvisories/traveladvisories/israel-west-bank-and-gaza-travel-advisory.html Travel Advisory August 10, 2021 Israel, The West Bank and Gaza - Level 4: **Do Not Travel - Do not travel to Israel due to COVID-19.**

Godspeed - Sincerely, David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

# Attachment 3

Reference Supreme Court: 21A15 Justice Amy Coney Barrett Emergency Application for Writ of Injunction, Relief Requested by Friday, August 13, 2021

**Amicus - 33** – August 10th, 2021 (July 17th, 2021) – **You gave yourself Alzheimer's.**

The Court's should have protected us and they sure as hell should have protected themselves. The media and government drove the Pandemic and continue to do so. The media has driven the frenzy for profit.

**COVID19 vaccines cause sterilizations and Alzheimer's.**

**YOU GAVE YOURSELF ALZHEIMER'S.**

**The controversial approval of Aduhelm was needed to counteract the COVID19 vaccines and thus Alzheimer's.**

You are part of a sadistic "Gain of Function" Experiment. Just like the Tuskegee syphilis study. Do you really think Dr. Fauci cares about you? You are just a specimen that he can conduct experiments on.

COVID19 has been granted Emergency Use Authorization only and Aduhelm (Alzheimer's) has been given final approval. The final approval was given on June 7th, 2021.

Why is there a **war** about the use of Aduhelm and not COVID19 vaccines?

In order for us to survive we will need constant vaccinations, **unproven** constant vaccinations. We will be taking vaccinations to counter previous vaccinations. Aduhelm to counter COVID19 vaccines.

We have vaccinated 250 million Americans with an unproven vaccine. The vaccine is a forever chemical and sets a Genocidal precedent.

30 days after approval (July 7th, 2021) the FDA changed their position and issued a Supplemental Approval with new prescription requirements for Aduhelm.

How Biogen's Aduhelm Approval Marks a Precipitous Turning Point for the FDA July 14, 2021
Gianna Melillo
https://www.ajmc.com/view/how-biogen-s-aduhelm-approval-marks-a-precipitous-turning-point-for-the-fda
*A string of controversies surrounding the approval of Biogen's Alzheimer disease drug aducanumab (Aduhelm) has not only called into question the independent nature of the FDA, but puts both providers and patients in a challenging position when it comes to deciding whether or not to prescribe or take the treatment.*
*In the weeks following the FDA's approval of Biogen's aducanumab (Aduhelm) on June 7, 2021, the decision has been met with intense scrutiny and debate directed at nearly every level of the process.*

# Attachment 3

*And all the furor underscores one key question: Was the decision ethical? Regardless of the answer, the consequences of the process may ultimately jeopardize the American public's trust in the FDA, experts said.*

FDA Grants Accelerated Approval for Alzheimer's Drug
https://www.fda.gov/news-events/press-announcements/fda-grants-accelerated-approval-alzheimers-drug
For Immediate Release: June 07, 2021
Today, the U.S. Food and Drug Administration approved Aduhelm (aducanumab) for the treatment of Alzheimer's, a debilitating disease affecting 6.2 million Americans. Aduhelm was approved using the accelerated approval pathway, which can be used for a drug for a serious or life-threatening illness that provides a meaningful therapeutic advantage over existing treatments.

Cleveland Clinic, Mount Sinai say they won't administer Aduhelm Katie Adams - 2 days ago.
https://www.beckershospitalreview.com/pharmacy/cleveland-clinic-mount-sinai-say-they-won-t-administer-aduhelm.html
*Two of the largest health systems in the country — Cleveland Clinic and New York City-based Mount Sinai — have refused to administer Biogen's much-debated Alzheimer's drug aducanumab.*

The article from Bloomberg is treasonous. It is propaganda that is intentionally, maliciously, and egregiously designed to mislead and cause fear.

Prognosis - Covid Still Killing Americans Faster Than Guns, Cars and Flu Combined
The U.S. remains a dangerous place for the unvaccinated
https://www.bloomberg.com/news/articles/2021-07-16/how-many-covid-deaths-still-more-than-guns-car-crashes-and-flu

Per the National Institute of Health (NIH): Pneumonia kills more Americans that COVID19, guns, flu, and car accidents combined. Pneumonia is contagious and preventable.

The NIH is misclassifying COVID19 deaths by as much as 400% by their own math.

They need to be talking about the suicide and overdose pandemics.

1. **Writ of Mandamus and Writ of Mandamus 14-1007 Supreme Court**
2. Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander
3. Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro
4. Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York Judge John George Koeltl
5. United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371
6. Case No. 21-20311 - Jennifer Bridges; et al, Plaintiffs – Appellants - v. - The Houston Methodist Hospital, Defendants – Appellees

# Attachment 3

7. Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton Hughes
8. Neve v. Birkhead (1:21-cv-00308) District Court, M.D. North Carolina Judge Loretta Copeland Biggs
9. Legarreta v. Macias (2:21-cv-00179) District Court, D. New Mexico Judge Martha Alicia Vazquez
10. Klaassen v. The Trustees of Indiana University (1:21-cv-00238) District Court, N.D. Indiana Judge Damon R Leichty

Godspeed

Sincerely,

On File

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on August 10th, 2021, I filed the foregoing with the Clerk using CM/ECF and then served the pleading via CM/ECF, U.S. First Class Mail and Email on August 10th, 2021.

On File

_____

David Andrew Christenson

# Attachment 4

Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander
Movant David Andrew Christenson – United States Air Force Academy Class of 1982

(Eighteenth) Amicus – We need a miracle and we need it now, tomorrow is too late.

Here is the Absurdity of what we are doing and that is committing suicide

Start with this. The Health Resources and Services Administration (HRSA), an agency of the U.S. Department of Health and Human Services has a **National Vaccine Injury Compensation Program.** Covered Vaccines: Diphtheria (e.g., DTP, DTaP, Tdap, DT, Td, TT), Haemophilus influenza type b polysaccharide conjugate vaccines (e.g., Hib), Hepatitis A (e.g., HAV), Hepatitis B (e.g., HBV), Human papillomavirus (e.g., HPV), Seasonal influenza (e.g., Flu), Measles (e.g., MMR), Mumps (e.g., MMR, MR, M), Meningococcal (e.g., MCV4, MPSV4, MenB-FHbp, MenB-4C), Pertussis (e.g., DTP, DTaP, Tdap), Pneumococcal conjugate (e.g., PCV), Polio (e.g., OPV or IPV), Rotavirus (e.g., RV), Rubella (e.g., MMR, MR, R), Tetanus (e.g., Td), Varicella (e.g., VAR).
https://www.hrsa.gov/vaccine-compensation/covered-vaccines/index.html

**There are hundreds of vaccines that should be included but for bureaucratic reasons they are not.**

Journalist for Profit writes an article which is attached below

Jennifer Gommerman, an immunologist at the University of Toronto. *Given all of the unknowns — like a region's hospital capacity, or the strength of a person's immune response — choosing the disease over the vaccine is "a very bad decision," she said.* ***The primary advantage of a vaccine is that it's predictable and safe, she said. "It's been optimally tailored to generate an effective immune response."***

My God, can there be a crazier statement. (Think about these two Class Action Complaints: Johnson and Johnson's Baby Powder and Zantac.) (Jennifer Gommerman sells used cars, is running for office and is trying to get rich.)

Federal Whistleblower – What happens when you disagree

(Before Congressional Committee) Witness Testimony of Dr. Steven S. Coughlin, Adjunct Professor of Epidemiology, Emory University Hearing on 03/13/2013: Gulf War: What Kind of Care are Veterans Receiving 20 Years Later? *"Chairman Miller, and Members of the Subcommittee, thank you for the privilege of testifying today. I am Dr. Steven Coughlin, and I have worked as an epidemiologist for over twenty-five years, including positions as a senior cancer epidemiologist at the CDC and as Associate Professor of Epidemiology and Director of the Program in Public Health Ethics at Tulane University. I chaired the writing group that prepared the ethics guidelines for the American College of Epidemiology. For the past 4 1/2 years, I was a senior epidemiologist in the Office of Public Health at the Department of Veterans Affairs. In December 2012, I resigned my position in the US Civil Service because of serious ethical concerns that I am here to testify about today."*

# Attachment 4

You must read the attachments to see what they did to Dr. Coughlin. Our soldiers, both combat and non-combat, have had their brains neurologically and biologically altered. (This was and is a precursor to what is happening to the general population and that includes military family members.)

We murder our soldiers. Do you really think we won't murder you?

We are continuing to market suicide as a life choice.

The U.S. Military has **900** plus anti suicide activities/programs. 80% of those that commit suicide were never in combat and 50% were never in theater. (The number 900 is grotesque. The programs don't work.)

> ➤ The vaccines are being put in place. There is no stopping this. (The scary part is that they make it sound like you are getting a new car for free. There will be a bill due in weeks, months or years and it will include your mortality - death.)

KWES Midland/Odessa - Midland Memorial Hospital one of the first hospitals in West Texas to get the Pfizer COVID-19 vaccine - Sammi Steele 5 hrs ago https://www.msn.com/en-us/health/medical/midland-memorial-hospital-one-of-the-first-hospitals-in-west-texas-to-get-the-pfizer-covid-19-vaccine/ar-BB1bGOXw?ocid=msedgdhp

> ➤ The following headline is from The New York Times and it is absolutely not true. There is no way that they can know or even draw the conclusion.

'Natural Immunity' From Covid Is Not Safer Than a Vaccine By Apoorva Mandavilli Published Dec. 5, 2020 https://www.nytimes.com/2020/12/05/health/covid-natural-immunity.html?campaign_id=2&emc=edit_th_20201207&instance_id=24778&nl=todaysheadlines&regi_id=65460936&segment_id=46234&user_id=297cec03a86cabb1cfb0aa08bd5ec960

Attached are cover pages from government studies that I have read, a court pleading that was docketed and an article about suicides in our children.

Title: Veterans Health Administration Review of Alleged Mismanagement at the Health Eligibility Center states that over 300,000 Veterans were awaiting health care when they died.

The pleading and the attachments give a clear picture of what happened to Dr. Coughlin and well as information about soldiers and veterans and their health conditions and suicides.

**Godspeed**

Sincerely,

# Attachment 5

**Amicus – 146** – September 21st, 2021 - <u>**AT LEAST I AM TRYING.**</u>

<u>**Tomorrow is the first day of fall – within a month or two we will be vaccinating our children, our future, and thus altering them forever.**</u>

The Supreme Court returned my (date time stamped Aug 20 2021): *"Emergency Motion (Notice 11) for an Injunction to stop the COVID19 vaccinations of millions of Americans until there is Full Disclosure. THIS IS A NATIONAL SECURITY ISSUE."* I believe the response from the Supreme Court is absurd for such an important National Security issue. We are talking about vaccinating 350 million Americans.

The First Amendment grants us the: *"and to petition the Government for a redress of grievances."*

The *"grievance"* (the knowledge) that I filed on behalf of all Americans is non-returnable and it incriminates the Supreme Court and the entire Federal Judiciary in the Genocide of Mankind. The Supreme Court and the Federal Judiciary intentionally, egregiously, and maliciously denied all Americans their Constitutional Rights.

All the Supreme Court had to do was order a response. Mankind could have been saved with a "response."

I reviewed multiple Excel Spreadsheets, over 20 years, from HHS/VAERS and they are not reconcilable. Statisticians and ethicists need to review. The medical community does not understand the results, ramifications and how those results relate to the World and Mankind.

Over 90% of the Vaccine Adverse Reports from 2021 are for COVID19 vaccines. The most amazing part is that there have been ten times the number of Vaccine Adverse Reports as there were in previous years. There will be at least one million COVID19 Vaccine Adverse Reports, at current progressions, for 2021.

This is a cataclysmic number. It is a genocidal number. The fact that children are listed is even more disturbing since children were not authorized to receive the Vaccines.

https://vaers.hhs.gov/about.html - (The following was copied from the HHS/VAERS website.)
*"Vaccine Adverse Event Reporting System (VAERS) is a national early warning system to detect possible safety problems in U.S.-licensed vaccines. VAERS is co-managed by the Centers for Disease Control and Prevention (CDC) and the U.S. Food and Drug Administration (FDA). VAERS accepts and analyzes reports of adverse events (possible side effects) after a person has received a vaccination. Anyone can report an adverse event to VAERS. Healthcare professionals are required to report certain adverse events and vaccine manufacturers are required to report all adverse events that come to their attention."*

Godspeed - Sincerely, David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

# Attachment 6

Reference Supreme Court: 21A15 Justice Amy Coney Barrett Emergency Application for Writ of
Injunction, Relief Requested by Friday, August 13, 2021
**Amicus - 109 –** August 18th, 2021

The "Booster" is to fix the mistakes that they know about, **they think**.

This is criminal malpractice, and the result will be our Genocide. (The FDA made an egregious, malicious, and intentional mistake, with no judicial oversight, and now they want to fix it. Same thought process as the twenty-year Afghan war. Just throw money and American lives at it and then run away.)
[You and all Americans will qualify for benefits so you should know about this: President Joe Biden – Secretary of Health and Human Services - U.S. Department of Health and Human Services (HHS) - The Health Resources and Services Administration (HRSA) - **Countermeasures Injury Compensation Program (CICP)** https://www.hrsa.gov/cicp]

Delta and Delta plus are a done deal. It is too late for the "Booster".

They need to be talking about Lambda.

THEY NEED TO HAVE A DISCUSSION ABOUT STOPPING THE VACCINES AND LETTING OUR IMMUNE SYSTEM FIGHT COVID19.

THEY HAVE TO CHANGE THE NARRATIVE.

## OUR IMMUNE SYSTEM, SOUL AND SPIRIT IS THE GREATEST FIGHTING MACHINE IN THE HISTORY OF THE WORLD.

## WHO ARE WE TO GIVE GOD'S MIRACULOUS CREATION INSTRUCTIONS?

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

# Attachment 7

United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371-C – February 20th, 2021

**Emergency Motion** (Notice 11) for an Injunction to stop the COVID19 vaccinations of millions of Americans until there is Full Disclosure. THIS IS A NATIONAL SECURITY ISSUE.

When will there be Judicial Oversight on such a phenomenally important decision concerning the survival of Americans and Mankind?

It is imperative that there is not a uniform response. (We also need to hear from ethicists, philosophers, religious leaders, etc.) (Autism: Child psychiatrist or psychologist, pediatric neurologist, or developmental pediatricians.)

We do not have a vaccine for suicide, influenza and pneumonia and they are contagious? We also do not have a vaccine for HIV which is somewhat contagious.

Has the Central Intelligence Agency (CIA) been involved with the creation of COVID19, directly or indirectly? Did the CIA provide a blueprint of some sort for the COVID19 vaccines? Vaccines were developed in record time. What took decades now takes months? (It is odd that we cannot cure HIV, suicide, influenza, and pneumonia but we now have vaccines for a much more complex virus then HIV, which constantly mutates. It appears that COVID19 constantly mutates as well.)

At a minimum the following must respond: Department of Defense (DOD), Central Intelligence Agency (CIA), Federal Bureau of Investigation (FBI), National Institutes of Health (NIH), Center for Disease Control and Prevention (CDC), Office of Behavioral and Social Sciences Research, Office of Disease Prevention, The Office of Strategic Coordination, National Institute of Allergy and Infectious Diseases (NIAID), National Institute of Environmental Health Sciences (NIEHS), National Institute of Mental Health (NIMH), National Institute on Minority Health and Health Disparities (NIMHD), Agency for Healthcare Research and Quality (AHRQ), Agency for Toxic Substances and Disease Registry (ATSDR), Food and Drug Administration (FDA), Office of National Security (ONS), Center for Biologics Evaluation and Research, Center for Drug Evaluation and Research, and National Center for Toxicological Research.

COVID-19 vaccine tracker Posted 18 February 2021 | By Jeff Craven
https://www.raps.org/news-and-articles/news-articles/2020/3/covid-19-vaccine-tracker
The Regulatory Affairs Professionals Society (RAPS) is the largest global organization of and for those involved with the regulation of healthcare and related products, including medical devices, pharmaceuticals, biologics, and nutritional products.
https://www.raps.org/who-we-are

Authorized/approved (11) vaccines worldwide. (Look at the number of manufacturers.)

Pfizer, BioNTech, Fosun Pharma, Moderna, BARDA, NIAID, BARDA, OWS, Gamaleya Research Institute, Acellena Contract Drug Research and Development, Sinovac, Beijing Institute of Biological Products; China National Pharmaceutical Group (Sinopharm), Federal Budgetary Research Institution State

Research Center of Virology and Biotechnology, CanSino Biologics, Bharat Biotech, ICMR, Wuhan Institute of Biological Products; China National Pharmaceutical Group (Sinopharm), Janssen Vaccines (Johnson & Johnson).

Vaccine candidates in development (57).

Novavax, Anhui Zhifei Longcom Biopharmaceutical, Institute of Microbiology of the Chinese Academy of Sciences, Zydus Cadila, CureVac; GSK, University of Melbourne and Murdoch Children's Research Institute; Radboud University Medical Center; Faustman Lab at Massachusetts General Hospital, Inovio Pharmaceuticals, Medicago; GSK; Dynavax, ImmunityBio; NantKwest, COVAXX, Finlay Institute of Vaccines, Pfizer, BioNTech, Cellid; LG Chem, Nanogen Biopharmaceutical, EuBiologics, Finlay Institute of Vaccines, Israel Institute for Biological Research, West China Hospital, Sichuan University, Finlay Institute of Vaccines, Valneva; National Institute for Health Research (NIHR), CEPI, AnGes Inc., Genexine, Arcturus Therapeutics and Duke-NUS Medical School, Sanofi; GlaxoSmithKline, Chinese Academy of Medical Sciences, Institute of Medical Biology, University of Washington; National Institutes of Health Rocky Mountain Laboratories; HDT Bio Corp; Gennova Biopharmaceuticals, Aivita Biomedical, Inc., Providence Therapeutics; Canadian government, Codagenix; Serum Institute of India, OncoSec; Providence Cancer Institute, Universitätsklinikum Hamburg-Eppendorf; German Center for Infection Research; Philipps University Marburg Medical Center; Ludwig-Maximilians - University of Munich, City of Hope Medical Center; National Cancer Institute, University Hospital Tuebingen, Adimmune, Symvivo, Vaxine Pty Ltd., Xiamen University, Beijing Wantai Biological Pharmacy, ReiThera; Leukocare; Univercells, CSL; The University of Queensland, GlaxoSmithKline, Sanofi, Clover Biopharmaceuticals, Dynavax and Xiamen Innovax; CEPI, Vaxart, Altimmune, Massachusetts Eye and Ear; Massachusetts General Hospital; University of Pennsylvania, Washington University School of Medicine in St. Louis, Voltron Therapeutics, Inc.; Hoth Therapeutics, Inc., Takis Biotech, Sanofi, Translate Bio, Generex Biotechnology, University of Saskatchewan Vaccine and Infectious Disease Organization-International Vaccine Centre, Chulalongkorn University's Center of Excellence in Vaccine Research and Development, Heat Biologics, Shenzhen Kangtai Biological Products, UPMC/University of Pittsburgh School of Medicine, Altimmune, Imperial College London, Merck; IAVI, University of Pittsburgh's Center for Vaccine Research.

Godspeed

Sincerely,

(On file)

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

# Attachment 8

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

### **Third Open Letter to Chief Justice Carl Stewart**

Case No. 16-30918

IN RE: DEEPWATER HORIZON

LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

Plaintiffs

v.

BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION
COMPANY; BP, P.L.C.,

Defendants - Appellees

v.

DAVID ANDREW CHRISTENSON,

Movant - Appellant

Godspeed.

Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com
504-715-3086

# Attachment 8

Chief Judge Carl Stewart                                           August 30th, 2017
5th Circuit
300 Fannin Street
Suite 5226
Shreveport, LA 71101-3074

Judge Stewart,

The following paragraph was taken from Supplemental Designation Memorandum Three This is how close we are to extinction We are within .3% (.003) Case: 16-30918 Document: 00513859493 Page: 1 Date Filed: 01/25/2017 5th Circuit Court of Appeals.

1. Pneumonia and Influenza are preventable if people have a strong immune system. The Katrina Virus has destroyed our immune system(s). The Katrina Virus is a compilation term. Think of it as an anti-social norm, an anti-way of thinking. We must drastically change our way of thinking and the way to do this is by exposing the truth. **Maybe a better term is the "Katrina Anti-Social Norm".** Our failing to change will result in our suicide. Mankind is killing himself because he won't embrace an Anti-Social Norm. (We will have a vaccine for everything.)

Here is the proof that we are "Bubble People" courtesy of President George W. Bush, President Barack Obama and Chief Justice John Roberts. After Hurricane Katrina and the release of the Katrina Virus President Bush knew that he had to do something major to fight chemical warfare agents and manmade viruses. He selected Texas A & M in College Station Texas because that is where his father's Presidential Library is and it is in his home state. (Connected to the Veterinary College because they need pigs and birds (chickens) for testing. Pigs are closely representative for a human when testing vaccines) The campus is also close to the Gulf of Mexico and New Orleans where the BP Oil Spill took place with the release of the Katrina Virus and the use of Corexit.

2. When fully functional, the facility is expected to have the capacity to produce the bulk antigen needed for up to **50 million** adjuvanted pandemic influenza (Katrina Virus) vaccine doses within four months of a *declared* influenza pandemic and availability of **acceptable virus seeds**.

This facility is a chemical warfare facility that was built on the Texas A & M campus in College Station Texas. See attachment 1. (I love the word "declared", it literally means "screwed", past tense.)

It is almost impossible to find acceptable seeds for influenza (Katrina Virus). Four months is a lifetime for viruses to mutate and travel the world. It has been statistically proven that the influenza and pneumonia vaccines that Americans receive do not work. People survive the flu and pneumonia on their own if they have a strong immune system and not one that has been degraded by previous vaccines.

Video 708 (attachment 1) which I produced in September 2014 and released on October 1st, 2014 was available worldwide until the US Federal Government removed/censored it from the internet. All 750 of my videos have been removed/censored from the internet by the US Federal Government.

# Attachment 8

3. With the Texas A&M CIADM's advancement of the Pandemic Influenza Vaccine Facility and the Viral-based Vaccine Facility – along with the recent retrofit completion of the Texas A&M National Center for Therapeutics Manufacturing, which offers flexible and adaptable biopharmaceutical development and manufacturing capabilities – the center is on track to meet its mission of bolstering the nation's preparedness and response to public health threats, whether in the form of a naturally occurring emerging infectious diseases or a **biological terrorist attack.**

4. Texas A&M regents approve millions for building projects By Steve Kuhlmann steve.kuhlmann@theeagle.com Nov 11, 2016  2 http://www.theeagle.com/news/local/texas-a-m-regents-approve-millions-for-building-projects/article_f8b8364d-6426-5427-bbef-a887e89086da.html
Among the local projects include the $76.5 million **biocontainment** research facility project -- known as the Global Health Research Complex -- a $103.8 million Medical Research and Education Building project at the Texas A&M University Health Science Center and a $17 million West Campus Support Building.

October 12th, 2050 Mankind will cease to exist.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

# Attachment 8

V708 Texas A&M dedicates national Katrina Virus vaccine manufacturing facility.
http://youtu.be/yAENY6XfF2w
Food for thought as you read this article: it sounds as if they are developing vaccines for everything. The Katrina Virus is everything. The Katrina Virus has destroyed our immune systems. We have lost the ability to breath. They use the term "pneumonia deaths" to cover up the true cause of death.

Cause of death: failure of the immune system due to its' destruction by the Katrina Virus.

Texas A&M dedicates national pandemic influenza (Katrina Virus) vaccine manufacturing facility, on track for 2016 start-up phase September 18, 2014 by Holly Lambert
https://news.tamhsc.edu/?post=texas-am-dedicates-national-pandemic-influenza-vaccine-manufacturing-facility-on-track-for-2016-start-up-phase
Texas Governor Rick Perry, Texas A&M University System Chancellor John Sharp, Texas A&M Health Science Center CEO Brett Giroir, M.D., and officials from the U.S. Department of Health and Human Services (HHS), State of Texas and biopharmaceutical company GSK today dedicated a national pandemic influenza (Katrina Virus) vaccine manufacturing facility in Bryan, Texas, which when complete will serve as an anchor for the Texas A&M Biocorridor – a rapidly evolving hub of economic development and scientific discovery that is swiftly positioning Texas as the third coast in biotechnology.

When fully functional, the facility is expected to have the capacity to produce the bulk antigen needed for up to 50 million adjuvanted pandemic influenza vaccine doses within four months of a declared influenza pandemic and availability of acceptable virus seeds.

Disease outbreaks, such as the H5N1 avian influenza, H1N1 influenza pandemic of 2009, and more recently the Ebola outbreak in West Africa, exposed the need for quick access to high-quality, life-saving vaccines and therapeutics, and the importance of reliable, U.S.-based vaccine development and manufacturing capabilities and expertise. After the President's Council of Advisors on Science and Technology report on reengineering the influenza vaccine manufacturing enterprise and the U.S. Department of Health & Human Services' medical countermeasures review, HHS' Biomedical Advanced Research and Development Authority (BARDA) embarked on new approaches to bolster pandemic influenza preparedness and biodefense.

With the Texas A&M CIADM's advancement of the Pandemic Influenza Vaccine Facility and the Viral-based Vaccine Facility – along with the recent retrofit completion of the Texas A&M National Center for Therapeutics Manufacturing, which offers flexible and adaptable biopharmaceutical development and manufacturing capabilities – the center is on track to meet its mission of bolstering the nation's preparedness and response to public health threats, whether in the form of a naturally occurring emerging infectious diseases or a biological terrorist attack.

8/30/2017   Gmail - This is one hell of a story. My brief to the 5th Circuit and two Notice(s) of Submission(s) to the Federal Court in New Orleans are attache…

# Attachment 8

 Gmail

David Andrew Christenson <davidandrewchristenson@gmail.com>

## This is one hell of a story. My brief to the 5th Circuit and two Notice(s) of Submission(s) to the Federal Court in New Orleans are attached. "The Supreme Court Murdered Mankind" is also attached for reference. Look at the connection between Hurricane Katrina and Hurricane Harvey.

**David Andrew Christenson** <davidandrewchristenson@gmail.com>                    Mon, Aug 28, 2017 at 7:25 AM
To: davidandrewchristenson@protonmail.com, americanjustice@protonmail.com, persimmonpublishing@protonmail.com, thereluctantpatriot@protonmail.com, federalcourts@protonmail.com, supremecourt@protonmail.com, supremecourt2@protonmail.com, 5thcourtno@protonmail.com, edlano@protonmail.com

Take a minute and read this, it could possible open your eyes. Why is the Cajun Navy invited and allowed to help in Houston for Hurricane Harvey but they were turned away in New Orleans for Hurricane Katrina. I have Secret Grand Jury Testimony (now it is public record) that confirms what I am saying. Special Units of the US Military (which I was a part of) and Kenyon International Emergency Services (Google it) collected bodies and if they were contaminated they were burned and if not, they were turned over to the coroner. New Orleans is the Chemical Warfare Capital of the World.

5 years after Katrina, storm's death toll remains a mystery Who died in Hurricane Katrina? Hundreds of names are still a mystery — and the death toll itself is subject of controversy LISE OLSEN, HOUSTON CHRONICLE Published 5:30 am, Monday, August 30, 2010

http://www.chron.com/news/nation-world/article/5-years-after-Katrina-storm-s-death-toll-remains-1689464.php

This is the first time in modern history that the US did not account for every American. It is also the first time that the US did not want to account for every American.

How could 50 plus cancers come out of a building? Why did those same 50 plus cancers not come out of New Orleans during Hurricane Katrina? Both had hardened CIA and DOD chemical warfare facilities and labs? Here is a perfect example of how corrupt our government is. They use the term "14 categories" instead of saying 50 plus cancers.

Page 1 of 2 11/09/2012 07:07 AM

US adds cancer to list of illnesses linked to 9/11 terror attacks

By NBC News and wire services

September 11, 2012, 6:02 am NBCNews.com

Updated at 5:15 p.m. ET: The federal government on Monday added 14 categories of cancer to the list of illnesses linked to the 9/11 terror attacks, which brings added coverage to rescue workers and people living near ground zero on Sept. 11, 2001. The National Institute for Occupational Safety and Health approved the additions to the list of illnesses covered in the James Zadroga 9/11 Health and Compensation Act, which were proposed in June. The updated regulations take effect 30 days after the ruling is published in the Federal Register.

The US Government directed the national media to cover the Super Dome and the Convention Center so that they could clean up the dead contaminated bodies. The Convention Center sits on the Mississippi River. All people had to do was walk behind the building. The Super Dome is eight blocks away. Google Earth shows how close all New Orleans is to the River and the Lake.

**Attachment 8**

Hurricane Katrina Facts: Chemical Warfare Aerobacteria (Katrina Virus) escaped, due to negligence, into the environment and the US Military murdered Americans in violation of the US Constitution and Posse Act. The Federal Government had to wait five days to commence the rescue so the Katrina Virus could dissipate. President George W. Bush did not land Air Force One because he did not want to get infected. I flew support missions for Air Force One, the President, White House and the Secret Service so I know what I am talking about. Bush told the world it was for security purposes and that was a lie. Belle Chase Naval Air Stations was fully operational and secure. I know because the Air Force First Special Operations Wing was there with friends of mine from the Air Force Academy.

I called it the Redneck Navy but today it is called the Cajun Navy. All people had to do was walk to the Mississippi River or Lake Pontchartrain and they would be rescued. The Cajuns would arrive with beer and food. To them it is an adventure and adventures are to be fun.

https://www.amazon.com/David-Andrew-Christenson/e/B00JCUX5UG

Supreme Court Writ 14-10077 Supplemental Writ filed September 2nd, 2015 titled "The Redneck Navy" Extraordinary Writ with Writ of Prohibition and Writ of Mandamus Writ Filed May 22nd, 2015

https://www.supremecourt.gov/search.aspx?filename=/docketfiles/14-10077.htm

Harvey: 'Cajun Navy' heads to Texas to aid rescues

Greg Toppo, USATODAY Published 10:52 p.m. ET Aug. 27, 2017 | Updated 5:29 a.m. ET Aug. 28, 2017

https://www.usatoday.com/story/news/2017/08/27/cajun-navy-heads-texas-aid-rescues/606883001

An informal network of good Samaritans with small watercraft is once again mobilizing — this time in the wake of unprecedented flooding in Houston.

Formed 12 years ago after Hurricane Katrina devastated New Orleans, the so-called Cajun Navy, which has saved thousands of stranded people, by some estimates, is already helping rescue stranded Texans, one member said Sunday.

"There's no telling how many are already over there," said 39-year-old Joey Hains of Lafayette, La. "Basically everybody that's wanting to go help out" is going or has already arrived, he said.

14-10077

September 2nd, 2015

Supplemental Fifteen

The Redneck Navy

Extraordinary Writ with Writ of Prohibition and Writ of Mandamus

Filed May 22nd, 2015

I will swear under oath that I knew nothing about the article, the book or the movie until today, September 2nd, 2015. Please reference August 22nd, 2015 Writ 14-10077 Supplemental Tenth The Perfect Military Weapon Is A Suicide Weapon (Katrina Virus) second paragraph last three lines which were written by me:

"I say this with love and affection: "Every Redneck in South Louisiana has a boat." New Orleans is on a huge river with a huge lake on the north side. The Redneck Navy could have rescued everyone if asked or allowed."

8/30/2017            Gmail - This is one hell of a story. My brief to the 5th Circuit and two Notice(s) of Submission(s) to the Federal Court in New Orleans are attache…

How many people really died in New Orleans during the Hurricane Katrina time frame? The public number is roughly 1800. Of those 1800 many of the bodies are unaccounted for. **New Orleans is below sea level and bodies would flow into and not out of.** Read Supplemental Tenth.

# The real questions are how many Americans died from the Katrina Virus and how many were murdered by the US Military?

Greatest story never told: Acadiana boaters braved danger, arrest to rescue New Orleans-area residents trapped by Hurricane Katrina floods

Rescuers from Acadiana braved danger, arrest to rescue N.O.-area residents trapped by Hurricane Katrina floods

BILLY GUNN |                              Sept. 02, 2015

Many more people would have died in the flood waters of Hurricane Katrina in 2005 if not for hundreds of south Louisiana folks who met at Acadiana Mall in Lafayette and then hauled their boats to New Orleans, *where they disregarded authorities' orders to go back home because it was too dangerous.*

The story of the citizen rescue, which unfolded over days in a devastated New Orleans, is told in a new documentary, "The Cajun Navy," directed by Academy Award-winning filmmaker Allan Durand, who teamed with film students at the University of Louisiana at Lafayette for the project.

Durand on Tuesday told a few hundred people at the LITE Center in Lafayette that the caravan of boats and boaters who dropped everything to head east on Interstate 10 ended up rescuing more than 10,000 people.

Durand was among the guests celebrated at an event commemorating the rescuers and others who helped in the effort.

Tuesday's event previewed a few minutes of the documentary, and also unveiled a new book that includes the story of the citizen boat rescues, "The Terrible Storms of 2005: Hurricane Katrina and Hurricane Rita," published by Acadian House Publishing in Lafayette.

Among the guests Tuesday were former Gov. Kathleen Blanco, retired Army Gen. Russel Honoré and the organizer of The Cajun Navy, Doug Bienvenu.

Katrina made landfall Aug. 29, 2005. Many tens of thousands of New Orleanians and some in neighboring St. Bernard Parish did not or could not leave. *In New Orleans, hundreds drowned after levees built along two canals connected to Lake Ponchartrain gave way and flooded much of the city.* [This is close to where the Katrina Virus warehouses were.]

Many who sought safety in their attics beat holes in the roofs and climbed out to escape the rising water. They needed help badly, and it was with these people in the crucial first days after the storm that the boaters from Cajunland made their mark.

*At the time, government officials didn't or couldn't deploy rescue boats, which threw much of the responsibility on the shoulders of citizen rescuers who rode house to house, according to the film.* [Why?]

*Brian Smelker, of Lafayette, said the caravan was stopped by officers with Louisiana Department of Wildlife and Fisheries, who told them it was too dangerous to proceed. Authorities also told them "we don't need you."* [Are you kidding? They were going to rescue our fellow Americans.]

*Smelker said that as he was being told to turn back, he could see people on roofs who needed help. All the while, the sound of gunshots could be heard, he said. "It was pretty obvious it was a serious situation," Smelker said.* [The US Military was firing the weapons to keep people away.]

While many of the boaters turned around and headed back home, many did not.

*Told he would go to jail if he didn't return home, he said, "Well, it won't be the first time."* [The Supreme Court protects this terrorist behavior by law enforcement.]

# Attachment 8

Bienvenu and his girlfriend, Drue Leblanc, with four domestic animals aircraft, ended up rescuing hundreds of people over three days.

Sincerely filed,

In Proper Person and Pro Se,

David Andrew Christenson

Box 9063

Miramar Beach, Fl. 32550

CERTIFICATE OF SERVICE

I hereby certify that on September 2nd, 2015 I filed the foregoing with the Clerk of Court and

served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

, (202) 514-2217

_____

David Andrew Christenson

**4 attachments**

**Brief.docx**
29K

**Cantrell 2 17 cv 06197 Notice of Submission Second.pdf**
494K

**Cantrell 2 15 cv 04479 Notice of Submission Second.pdf**
494K

**TSCMM The Book Final.docx**
167K

# Attachment 9

**AMICUS 160 – October 2nd, 2021 – The CDC has confirmed that COVID19 is Endemic for those that have been vaccinated. The CDC does not know if COVID19 will be Endemic for those that are unvaccinated.**

*"COVID-19 Scenario Modeling"* and the CDC have constructed 9 models. These models show a significant reduction in COVID19 infections if, and this is a big if, children get vaccinated and there is no variant.

The most glaring mistakes the models make is that they assume the vaccinations work and work indefinitely. The CDC already knows that this is not true.

The CDC already knows that the vaccines will need boosters, forever.

To: Jane Sullivan Roberts, Patricia McCabe, Jeffrey P. Minear, Marshal Gail A. Curley, Clerk Scott Harris, Justice Amy C. Barrett. - Judge Ellen Lipton Hollander, Clerk Felicia Cannon, Chief Judge William Pryor Jr., Clerk David J. Smith, Chief Judge Lee H. Rosenthal, Chief Judge Priscilla R. Owen, Clerk Lyle Cayce, Judge Lynn N. Hughes, Clerk Nathan Ochsner, Marshal T. O'Connor, Vice Admiral John Christenson, Irving L Azoff, Senior Judge Claude M. Hilton, Judge Liam O'Grady, Judge Anthony John Trenga, Judge Carl John Nichols, Judge Amy B. Jackson, Judge Emmet G. Sullivan, and Judge John G. Koeltl.

Godspeed - Sincerely, David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

# Attachment 10

**AMICUS 162 – October 3rd. 2021 – How can smart people be so incredibly stupid?**
**It is and was pneumonia, pneumonia, pneumonia, and we knew it. CHINA TOLD US (02/08/2020).**
China, on February 8th, 2020, told the world that **"Pneumonia"** had been released from Wuhan. The Chinese called it: Novel Coronavirus **Pneumonia**, or NCP. The World **panicked**. On February 11th, 2020 (3 days later) it was named by the World Health Organization/ International Committee on Taxonomy of Viruses: *Severe Acute Respiratory Syndrome Coronavirus 2 (SARS-CoV-2). 2019 novel coronavirus' or '2019-nCoV. COVID19.*

The worst word for a human being is **"pneumonia".** The worst word for Mankind is **"pneumonia".** The degradation of the lungs is the number one cause of death for Mankind.

Textbook Definition of Stupid: Politics and Economics caused the world to treat it as a coronavirus and not the deadliest disease in the world, **pneumonia**. Coronaviruses are not Endemic until now. **Pneumonia** is a "cause of death", coronaviruses/COVID19 is not.

The transmission of **pneumonia** is still a mystery to medicine and science as is the transmission of COVID19. (There is evidence that COVID19 is transferred via feces into the genitals. This would account for the high infection rates of both residents **and employees** of assisted living facilities/memory care units. The cure/vaccine could have been as simple as washing one's hands with soap. Sanitizers are a mistake.)

Based on all my research, background, and experiences I believe that we made a Genocidal mistake with quarantines, masks, and vaccines. We are Apex Predators that have survived an infinite number of Virus, Bacteria and Fungi infections. (What if all of us are to get infected for Mankind to survive?) Empirical evidence and personal observation. Anyone, regardless of the strength of their immune system, can become infected with Fungi, Bacterial or Virus **pneumonia**. Recovery is based on the strength of one's immune system. (I had bacterial **pneumonia** in 2019.)

A **pneumonia** (COVID19) infection, regardless of the symptoms and vaccination status, is devastating to the immune system. (Think about cancer and how it goes undetected. Your immune system is at work.)

Justice Kavanaugh, who has been vaccinated, testing positive for **pneumonia** (COVID19) is a big deal. **He has been infected. "It is the pneumonia, stupid." "Keep your eye on the ball – the pneumonia."**

Attached are the first two pages: United States Court of Appeals for the District of Columbia Case: 19-5121 (Civ. Action No. 19-810 – RBW) David Andrew Christenson – Appellant (Movant) v. Appellee – NA (Electronic Privacy Information Center v. United States Department of Justice) USCA Case #19-5121 Document #1829856 Filed: 02/19/2020 Page 1 of **16 pages.**

Albert Einstein - *"We cannot solve our problems with the same thinking we used when we created them."*

Godspeed - Sincerely, David Andrew Christenson - Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

# Attachment 10

11:09 p.m. ET, February 8, 2020

Wuhan coronavirus gets a new official name

https://www.cnn.com/asia/live-news/coronavirus-outbreak-02-09-20-intl-hnk/h_38c750758363ebbb5e87c06e5a0b91c5

China's National Health Commission gave the Wuhan coronavirus a temporary name at a news conference on Saturday.

For weeks, the rapidly-spreading virus has only been known by the name of the city where it originated, something which locals in Wuhan have found frustrating and stigmatizing.

Chinese officials said that the virus would temporarily be named the **Novel Coronavirus Pneumonia, or NCP.**

There is no news on when an official final title for the virus will be designated

The illness gets a name, temporarily.

https://www.nytimes.com/2020/02/08/world/asia/coronavirus-china.html

Published Feb. 8, 2020

The Chinese government has announced a temporary name for the illness caused by the coronavirus, ordering the local authorities and state news media to adopt it. In English, it will be called N.C.P., for novel coronavirus pneumonia, the National Health Commission said on Saturday.

A final, official name will eventually be chosen by the International Committee on Taxonomy of Viruses. The organization has submitted a name to a scientific journal for publication and hopes to reveal it within days, the BBC reported.

NCP chosen as temporary name for virus

https://www.scmp.com/news/china/society/article/3049623/coronavirus-hubei-province-reports-81-new-deaths-and-2841

Cissy Zhou, Orange Wang and Linda Lew

Published: 6:20am, 8 Feb, 2020

China's National Health Commission has given the virus a temporary official name – novel coronavirus pneumonia, or NCP.

The commission announced the new name at a press conference on Saturday and said it should be adopted by China's government departments and organisations in China until a permanent name for the infection has been determined.

The naming of a new virus is decided by the International Committee on Taxonomy of Viruses. A name has been submitted to scientific journals and the committee hopes to announce it within days, the BBC reported.

# Attachment 10

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

RECEIVED

FEB 1 9 2020

David Andrew Christenson – Appellant (Movant)

v.

Appellee – NA

(Electronic Privacy Information Center v. United States Department of Justice)

Case: 19-5121

Civ. Action No. 19-810 - RBW

Eleventh Supplemental Petition/Application/Motion for En Banc

Amicus/Notice 168 – Nuclear Explosion because of one word. Official name: Novel Coronavirus **Pneumonia** (NCP)

The Chinese Government gave the Coronavirus an official name: Novel Coronavirus **Pneumonia** (NCP).

The World absolutely did not want the word "Pneumonia" in the official name. THIS IS AN EPIC ACKNOWLEDGEMENT.

The International Committee on Taxonomy of Viruses will give the final name.

The three pleadings that are attached will enlighten you if you take the time to read them.

It will take will effort on your part if we are to save Mankind by changing the Narrative.

Amicus/Notice 104 – Oxygen (O2) – If the Immune System(s) is our army then Oxygen is the bullets.

Mankind is a fragile species and if we are to survive, we must have an open, honest and uncensored dialogue that is not contaminated by those seeking power, money, fame and sex. It also must not be contaminated by Governments, Organized Religion, Businesses and Non-Profits. We also must expose our Government's sins and coverups. We must start by exposing the truth about the Katrina Virus (Compilation Term) and the Katrina Virus thought process. I could have called it the Tuskegee Study thought process as well. We thought it was a good idea to withhold penicillin from black men that had syphilis and we did this for 40 years. Syphilis is a horrific and barbaric death that is preventable with penicillin.

We are so fragile that the Centers for Disease Control and Prevention (CDC) publishes **246 different news letters** that you can subscribe to and receive via your email.

Reference: Amicus/Notice 141 – God give me the miracle of words to open their minds, hearts and souls, I beg you. Judges trust Medical Professionals (MedPros) to protect themselves, their families and their fellow Americans. Medical Professionals trust Judges to protect themselves, their families and their fellow Americans. This is the textbook definition of Suicide and Genocide.

**Attachment 10**

✱ *The number one cause of death worldwide is the destruction of the lungs which results in the destruction of the immune system(s). The transfer of oxygen fails. Lung cancer is the number one cause of death in the cancer family.*

Reference: Amicus/Notice 142 – Cancer deaths are bad. Cancer and Suicide deaths are really bad. Cancer, Suicide and Influenza and Pneumonia deaths are apocalyptic. All are underreported, intentionally misclassified and censored by our government.

Why is this a big deal? Degraded lungs are the number one cause of death in the world. The failure of the lungs to transfer oxygen into the blood triggers the failure of our immune system(s). The failure of our immune system(s) causes medical and mental maladies. Heart disease is caused by a degraded immune system(s) and lack of oxygen. Degraded immune system(s) reduce our ability to produce viable fetuses. Hence the negative birth rate. Oxygen is our army. At current progressions mankind will cease to exist by 2050.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on February 10th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

# Attachment 10

# Attachment

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

MOVANT DAVID ANDREW CHRISTENSON

UNITED STATES OF AMERICA                              CRIMINAL NO. Case 1:19-dm-12

v.

JUDGE ANTHONY JOHN TRENGA

JOHN DOE 2010R03793, (Chelsea Manning)

Amicus/Notice 104 – Oxygen (O2) – If the Immune System(s) is our army then Oxygen is the bullets.

Mankind is a fragile species and if we are to survive, we must have an open, honest and uncensored dialogue that is not contaminated by those seeking power, money, fame and sex. It also must not be contaminated by Governments, Organized Religion, Businesses and Non-Profits. We also must expose our Government's sins and coverups. We must start by exposing the truth about the Katrina Virus (Compilation Term) and the Katrina Virus thought process. I could have called it the Tuskegee Study thought process as well. We thought it was a good idea to withhold penicillin from black men that had syphilis and we did this for 40 years. Syphilis is a horrific and barbaric death that is preventable with penicillin.

We are so fragile that the Centers for Disease Control and Prevention (CDC) publishes **246 different news letters** that you can subscribe to and receive via your email.

The number one cause of death in the world is a degraded Immune System(s). (Actually, it is apathy, censorship, abrogation of one's oath and Sunarcissism which in practical terms is suicide.)

An undeveloped or degraded immune system(s) can't carry Oxygen which results in the number one cause of death in the world being heart disease. Without Oxygen (bullets) our bodies' Immune System'(s) (Army) can't fight the war and win. The trifecta for degrading our Immune System(s) is vaccinations, environment and diet. Oxygen, our bullets, come through our lungs and then into the blood stream. The efficiency for the transfer of the Oxygen/bullets is controlled by our Immune System(s) if our lungs are working properly.

Chronic lower respiratory disease (CLRD) is a group of conditions that affect the lungs and are considered the 4th leading cause of death in the United States. **Semantics** - Influenza and pneumonia are the 8th leading cause of death in the United States. Cancer is the 2nd leading cause of death in the United States. Lung cancer is the leading cause of death in the United States within the cancer classification.

Lung disease is the gun that we kill ourselves with and it is the number cause of death if properly classified. Federal Desensitizing Propaganda dictates how it is classified.

# Attachment 10

# Attachment

World Pneumonia Day was November 12th, 2019. Pneumonia is a lung infection caused by bacteria, viruses, or **fungi**. Fungal pneumonia passes from the environment to a person.

According to WHO: Pneumonia is responsible for 15 per cent of all deaths of children under 5 globally in the year 2017. **It is considered to be the biggest killer of children around the world.** Children are susceptible because they do not have a fully developed immune system(s).

According to WHO: Pneumonia is the number one killer for the elderly. Elderly are susceptible because of their degraded immune system(s).

Fact Sheet: World Pneumonia Day 12th November 2019 - **Ending preventable pneumonia deaths**: a global priority. Pneumonia is the leading cause of death in children and in the elderly. - Each year almost 700,000 children die from pneumonia. - Every minute, 2 children die from pneumonia. - 80 percent of deaths are in children under 2 years. - Almost all deaths occur in low and middle-income countries. - Pneumonia can lead to lifelong health impairment. - Although breastfeeding is a key preventative strategy against childhood pneumonia, only 40 percent of children less than six months old are exclusively breastfed. - Although effective immunizations are available to prevent pneumonia, globally 170 million children in low and middle-income countries are not vaccinated against pneumonia. - Pneumonia is treatable with antibiotics; oxygen may be needed for more severe pneumonia. - Only 1 out of 3 children who need antibiotics for pneumonia receive them.

Forum of International Respiratory Societies (FIRS) - About the Forum of International Respiratory Societies (FIRS) The Forum of International Respiratory Societies (FIRS) is an organization comprised of the world's leading international respiratory societies working together to improve lung health globally: American College of Chest Physicians (CHEST), American Thoracic Society (ATS), Asian Pacific Society of Respirology (APSR), Asociación Latino Americana De Tórax (ALAT), European Respiratory Society (ERS), International Union Against Tuberculosis and Lung Diseases (The Union), Pan African Thoracic Society (PATS), Global Initiative for Asthma (GINA), and the Global Initiative for Chronic Obstructive Lung Disease (GOLD). - The goal of FIRS is to unify and enhance efforts to improve lung health through the combined work of its more than 70,000 members globally. - For more information about FIRS please contact Lisa Roscoe lisa.roscoe@firsnet.org.

Centers for Disease Control and Prevention (CDC) publishes 246 different news letters that you can subscribe to and receive via your email.
http://www.cdc.gov
https://tools.cdc.gov/campaignproxyservice/subscriptions.aspx
Here is just the first page with 20 subscriptions. There are 13 pages/20 per page. 500 Cities - Data & Statistics, ACIP-VFC: Vaccine Resolutions – Vaccines, ACIP: Announcements – Vaccines, ACIP: Vaccine Recommendations – Vaccines, Acute Flaccid Myelitis (AFM) in the United States - Diseases & Conditions, Adolescent Health - Community Guide, Adult Immunization Schedule (19 years & older) – Vaccines, Alcohol - Community Guide, Alcohol Program - Public Health, Animal Importation Regulations - Legislation & Regulation, Antibiotic Resistance & Antibiotic Use - Public Health, Arthritis - Diseases & Conditions, Asizwe! CDC South Africa - Global Health, Asthma - Community Guide, Behavioral Risk Factor

# Attachment 10

# Attachment

Surveillance System (BRFSS) - Data & Statistics, Biochemical Indicators of Diet & Nutrition National Report - Environmental Health, Birth Defects & Developmental Disabilities Partners - Public Health, Blood Disorders - Diseases & Conditions, Cancer - Community Guide, Cancer Prevention & Control - Diseases & Conditions.

- Amicus/Notice 104 - United States v. Boucher – Movant David Andrew Christenson – Cr. No. 1:18-cr-00004 – Senior Judge Marianne O. Battani District Court, W.D. Kentucky (Service November 16th, 2019)
- Amicus/Notice 104 – United States v. Rene Boucher (18-5683) Court of Appeals for the Sixth Circuit (Service November 16th, 2019)
- Amicus/Notice 104 - Andrew McCabe v. William Barr (19-5281) Court of Appeals for the D.C. Circuit Appellant (Movant) David Andrew Christenson (Service November 16th, 2019)
- Amicus/Notice 104 - United States v. Snowden – Movant David Andrew Christenson – Cr. No. 1:13-cr-265 - Senior Judge Claude M. Hilton - District Court, E.D. Virginia (Service November 16th, 2019)
- Amicus/Notice 104 - United States v. Snowden – Movant David Andrew Christenson – Civ. No. 1:19-cv-01197 - Judge Liam O'Grady - District Court, E.D. Virginia (Service November 16th, 2019)
- Amicus/Notice 104 - Peter Strzok v. William Barr (19-5262) Court of Appeals for the D.C. Circuit Appellant (Movant) David Andrew Christenson (Service November 16th, 2019)
- Amicus/Notice 104 - Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service November 16th, 2019)
- Amicus/Notice 104 - Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson (Service November 16th, 2019)
- Amicus/Notice 104 - Application of The Committee on The Judiciary, U.S. House Of Representatives, For an Order Authorizing the Release of Certain Grand Jury Materials (19-5219) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service November 16th, 2019)
- Amicus/Notice 104 In re: Roger Stone, Jr. (19-3054) Court of Appeals for the D.C. Circuit - Movant David Andrew Christenson - Petition for Writ of Mandamus filed by Petitioners John Bertran, Jeanne Rouco-Conesa, Adria Stone, Nydia Stone and Roger Jason Stone, Jr. (Movant David Andrew Christenson has filed a Motion to Intervene and Join.) (Service November 16th, 2019)
- Amicus/Notice 104 - United States v. STONE - Movant David Andrew Christenson – Cr. No. 1:19-cr-00018-ABJ Judge Amy Berman Jackson - District Court, District of Columbia. (Service November 16th, 2019)
- Amicus/Notice 104 - McCabe v. Barr - Movant David Andrew Christenson – Civ. No. 1:19-cv-02399-RDM - Judge Randolph Daniel Moss - District Court District of Columbia. (Service November 16th, 2019)
- Amicus/Notice 104 - Strzok V. Barr – Movant David Andrew Christenson – Civ. No. 1:19-cv-02367-ABJ - Judge Amy Berman Jackson -- District Court District of Columbia. (Service November 16th, 2019)
- Amicus/Notice 104 - United States v. Doe (Chelsea Manning) - Movant – David Andrew Christenson - 2010R03793 No. 1:19-dm-00012 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service November 16th, 2019)

# Attachment 10

# Attachment

- Amicus/Notice 104 - United States v. FLYNN – Movant David Andrew Christenson – Cr. No. 1:17-cr-00232 - Judge Emmet G. Sullivan - District Court, District of Columbia (Service November 16th, 2019)
- Amicus/Notice 104 - United States v. Winner – Movant David Andrew Christenson – Cr. No. 1:17-cr-00034 – Judge James Randal Hall - District Court, S.D. Georgia (Service November 16th, 2019)
- Amicus/Notice 104 - United States v. Assange – Movant David Andrew Christenson – Cr. No. 1:18-cr-00111 – Judge Claude M. Hilton - District Court, E.D. Virginia (Service November 16th, 2019)
- Amicus/Notice 104 - Elhady v. Piehota – Movant David Andrew Christenson – Civ. No. 1:16-cv-00375 – Judge Anthony John Trenga - District Court, E.D. Virginia (Service November 16th, 2019)
- Amicus/Notice 104 - United States v. Rafiekian – Movant David Andrew Christenson – Cr. No. 1:18-cr-00457 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service November 16th, 2019)

Godspeed. Sincerely,
David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 – davidandrewchristenson@gmail.com; – dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on November 16th, 2019 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

# Attachment 10

# Attachment

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

In re: Application of the Committee on the
Judiciary, U.S. House Of Representatives,
for an Order Authorizing the Release of
Certain Grand Jury Materials,

Case: 19-5219
1:19-gj-00048-BAH

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Committee on the Judiciary and United
States House of Representatives,
Appellees
v.
David Andrew Christenson,
Appellant

Amicus/Notice 141 – God give me the miracle of words to open their minds, hearts and souls, I beg you.
Judges trust Medical Professionals (MedPros) to protect themselves, their families and their fellow
Americans. Medical Professionals trust Judges to protect themselves, their families and their fellow
Americans. This is the textbook definition of Suicide and Genocide.

Federal Desensitizing Propaganda – The Government claims victory in the fight against cancer, but in
fact it is the "Kiss of Death".

Reconcile this before going further: The gun to your head is the flu shot.

In 2020, 1,806,590 new cancer cases and 606,520 cancer deaths are projected to occur in the United
States. One in three people diagnosed with cancer will die. That isn't the end or the beginning of the
story. The story is what about what happens to the other two out of three and how they impact the
survival of Mankind? (In very simplistic terms: They have the Katrina Virus and are contagious.)

You have a gun to the head of the person you love the most and you are pulling the trigger. As a way to
get your attention if I said I did, the U.S. Marshals Service would be breaking down my door. The U.S.
Marshal Service is trusted to protect you but they don't know the threat and the threat is you, you have
the gun not me. MedPros, as with you, can't see outside their own world. Cause and Effect is a real
phenomenon on a much grandeur scale then we realize. It is universal. (Deusnexioism – That everything
is connected. That everything flows between everything and that God and Evolution go hand in hand.
Your disease is Mankind's disease. Our immune system(s) is what connects us. It is our life source.)

Indisputable Fact: Life expectancies are declining and birth rates are negative (and increasing) with
suicides rates being epidemic (and increasing). It is very important that you understand this - those that

# Attachment 10

# Attachment

survive will die because of the treatment which destroys the immune system(s) and makes them susceptible to other medical maladies as well as death by suicide, Alzheimer's and pneumonia. They survive for the short term but in the long term they die and they take Mankind with them. <u>Math does not lie.</u>

Mathematically Mankind will cease to exist by 2050 because of the Katrina Virus mentality. We must change the Narrative if we are to survive. In simple terms honor the Preamble of the Constitution and the First Amendment. Don't kill the messenger.

> A simple medical fact. A Degraded immune system(s) is much more susceptible to contagions. We have medically treated ourselves (Mankind) to an early death.

False and grotesque Victory Headline

ScienceDaily - Cancer mortality continues steady decline, driven by progress against lung cancer - Drop of 2.2% from 2016 to 2017 is largest ever reported - Date: January 8, 2020 - Source: American Cancer Society Summary: <u>The cancer death rate declined by 29% from 1991 to 2017, including a 2.2% drop from 2016 to 2017, the largest single-year drop in cancer mortality ever reported.</u>
https://www.sciencedaily.com/releases/2020/01/200108074809.htm

***The consequences from the decline is the reduction in life expectancies for all of us. They won a battle but the cost was losing the war.

The number one cause of death worldwide is the destruction of the lungs which results in the destruction of the immune system(s). The transfer of oxygen fails. Lung cancer is the number one cause of death in the cancer family.

The gun to you head is the flu shot

The flu shot does not work and destroys our immune system(s)
This makes us more susceptible to other medical maladies.

Why is it you don't trust the government except when it comes to your health?

Why do you trust Trump to give you a flu shot?

Weekly U.S. Influenza Surveillance Report https://www.cdc.gov/flu/weekly/index.htm
Key Points - <u>Influenza activity is high</u> nationally with outpatient visits for ILI and the percentage of respiratory specimens testing positive for influenza at levels similar to what have been seen at the peak of recent seasons. However, this week's data may in part be influenced by changes in healthcare seeking behavior that can occur during the holidays.

# Attachment 10

# Attachment

Influenza B/Victoria viruses are predominant nationally, which is unusual for this time of year. A(H1N1)pdm09 viruses are the next most common. A(H3N2) and B/Yamagata viruses are circulating at very low levels.

CDC estimates that so far this season there have been at least 6.4 million flu illnesses, 55,000 hospitalizations and 2,900 deaths from flu.

**It's not too late to get vaccinated. Flu vaccination is always the best way to prevent flu and its potentially serious complications.**

**Antiviral medications are an important adjunct to flu vaccine in the control of influenza. Almost all (>99%) of the influenza viruses tested this season are susceptible to the four FDA-approved influenza antiviral medications recommended for use in the U.S. this season.**

Flu vaccine or gun to the head you make the call but please don't make the call for the rest of us.

The flu vaccine is suicide for everyone.

- ➢ No. 19-XXXX - Supreme Court of the United States - Extraordinary Writ with Writ of Prohibition and Writ of Mandamus - David Andrew Christenson, Plaintiff - On Behalf of the American People – Filed December 17th, 2019
- Amicus/Notice 141 – Lisa Page v. Department of Justice – Movant David Andrew Christenson – Civ. No. 1:19-cv-03675 – Judge Tanya Sue Chutkan - District Court, District of Columbia (Service January 8th, 2020)
- Amicus/Notice 141 - United States v. Boucher – Movant David Andrew Christenson – Cr. No. 1:18-cr-00004 – Senior Judge Marianne O. Battani - District Court, W.D. Kentucky (Service January 8th, 2020)
- Amicus/Notice 141 – United States v. Rene Boucher (18-5683) Court of Appeals for the Sixth Circuit (Service January 8th, 2020)
- Amicus/Notice 141 - Andrew McCabe v. William Barr (19-5281) Court of Appeals for the D.C. Circuit Appellant (Movant) David Andrew Christenson (Service January 8th, 2020)
- Amicus/Notice 141 - United States v. Snowden – Movant David Andrew Christenson – Cr. No. 1:13-cr-265 - Senior Judge Claude M. Hilton - District Court, E.D. Virginia (Service January 8th, 2020)
- Amicus/Notice 141 - United States v. Snowden – Movant David Andrew Christenson – Civ. No. 1:19-cv-01197 – Judge Liam O'Grady - District Court, E.D. Virginia (Service January 8th, 2020)
- Amicus/Notice 141 - Peter Strzok v. William Barr (19-5262) Court of Appeals for the D.C. Circuit Appellant (Movant) David Andrew Christenson (Service January 8th, 2020)
- Amicus/Notice 141 - Judicial Watch, Inc. v. United States Department of Justice (19-5091) Court of Appeals for the D.C. Circuit, United States v. Roger Stone, Jr. (19-3012) Court of Appeals for the D.C. Circuit, Jerome Corsi v. Robert Mueller, III (19-5057) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service January 8th, 2020)

# Attachment

Attachment 10

- Amicus/Notice 141 - Electronic Privacy Information (EPIC) v. Department of Justice (19-5121) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson (Service January 8th, 2020)
- Amicus/Notice 141 - Application of The Committee on The Judiciary, U.S. House Of Representatives, For an Order Authorizing the Release of Certain Grand Jury Materials (**19-5219**) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service January 8th, 2020)
- Amicus/Notice 141 - Application of The Committee on The Judiciary, U.S. House Of Representatives, For an Order Authorizing the Release of Certain Grand Jury Materials (**19-5288**) Court of Appeals for the D.C. Circuit. Appellant (Movant) David Andrew Christenson. (Service January 8th, 2020)
- Amicus/Notice 141 - Committee on the Judiciary v. Donald McGahn, II (**19-5331**) Court of Appeals for the D.C. Circuit (Service January 8th, 2020)
- Amicus/Notice 141 In re: Roger Stone, Jr. (19-3054) Court of Appeals for the D.C. Circuit - Movant David Andrew Christenson - Petition for Writ of Mandamus filed by Petitioners John Bertran, Jeanne Rouco-Conesa, Adria Stone, Nydia Stone and Roger Jason Stone, Jr. (Movant David Andrew Christenson has filed a Motion to Intervene and Join.) (Service January 8th, 2020)
- Amicus/Notice 141 - United States v. STONE - Movant David Andrew Christenson – Cr. No. 1:19-cr-00018-ABJ Judge Amy Berman Jackson - District Court, District of Columbia. (Service January 8th, 2020)
- Amicus/Notice 141 - McCabe v. Barr - Movant David Andrew Christenson – Civ. No. 1:19-cv-02399-RDM - Judge Randolph Daniel Moss - District Court District of Columbia. (Service January 8th, 2020)
- Amicus/Notice 141 - Strzok V. Barr – Movant David Andrew Christenson – Civ. No. 1:19-cv-02367-ABJ - Judge Amy Berman Jackson – District Court District of Columbia. (Service January 8th, 2020)
- Amicus/Notice 141 - United States v. Doe (Chelsea Manning) - Movant – David Andrew Christenson - 2010R03793 No. 1:19-dm-00012 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service January 8th, 2020)
- Amicus/Notice 141 - United States v. FLYNN – Movant David Andrew Christenson – Cr. No. 1:17-cr-00232 - Judge Emmet G. Sullivan - District Court, District of Columbia (Service January 8th, 2020)
- Amicus/Notice 141 - United States v. Winner – Movant David Andrew Christenson – Cr. No. 1:17-cr-00034 – Judge James Randal Hall - District Court, S.D. Georgia (Service January 8th, 2020)
- Amicus/Notice 141 - United States v. Assange – Movant David Andrew Christenson – Cr. No. 1:18-cr-00111 – Judge Claude M. Hilton - District Court, E.D. Virginia (Service January 8th, 2020)
- Amicus/Notice 141 - Elhady v. Piehota – Movant David Andrew Christenson – Civ. No. 1:16-cv-00375 – Judge Anthony John Trenga - District Court, E.D. Virginia (Service January 8th, 2020)
- Amicus/Notice 141 - United States v. Rafiekian – Movant David Andrew Christenson – Cr. No. 1:18-cr-00457 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service January 8th, 2020)

Godspeed

# Attachment 10

# Attachment

Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on January 8th, 2020 I filed the foregoing with the Clerk of Court and served the
pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

https://acsjournals.onlinelibrary.wiley.com/doi/epdf/10.3322/caac.21590
https://www.nytimes.com/2020/01/08/health/cancer-deaths-decline.html
https://www.usnews.com/news/healthiest-communities/articles/2020-01-08/study-us-cancer-death-rates-see-largest-single-year-decline
https://www.cdc.gov/nchs/fastats/leading-causes-of-death.htm
https://www.sciencedaily.com/releases/2020/01/200108074809.htm
https://gis.cdc.gov/Cancer/USCS/DataViz.html
https://www.cdc.gov/media/releases/2019/p0530-annual-report-cancer-mortality.html
https://academic.oup.com/jnci/article/111/12/1279/5498721

Abstract: Each year, the American Cancer Society estimates the numbers of new cancer cases and
deaths that will occur in the United States and compiles the most recent data on population-based
cancer occurrence. Incidence data (through 2016) were collected by the Surveillance, Epidemiology, and
End Results Program; the National Program of Cancer Registries; and the North American Association of
Central Cancer Registries. Mortality data (through 2017) were collected by the National Center for
Health Statistics. In 2020, 1,806,590 new cancer cases and 606,520 cancer deaths are projected to occur
in the United States. The cancer death rate rose until 1991, then fell continuously through 2017,
resulting in an overall decline of 29% that translates into an estimated 2.9 million fewer cancer deaths
than would have occurred if peak rates had persisted. This progress is driven by long-term declines in
death rates for the 4 leading cancers (lung, colorectal, breast, prostate); however, over the past decade
(2008-2017), reductions slowed for female breast and colorectal cancers, and halted for prostate cancer.
In contrast, declines accelerated for lung cancer, from 3% annually during 2008 through 2013 to 5%
during 2013 through 2017 in men and from 2% to almost 4% in women, spurring the largest ever single-
year drop in overall cancer mortality of 2.2% from 2016 to 2017. Yet lung cancer still caused more
deaths in 2017 than breast, prostate, colorectal, and brain cancers combined. Recent mortality declines
were also dramatic for melanoma of the skin in the wake of US Food and Drug Administration approval

# Attachment 10

# Attachment

of new therapies for metastatic disease, escalating to 7% annually during 2013 through 2017 from 1% during 2006 through 2010 in men and women aged 50 to 64 years and from 2% to 3% in those aged 20 to 49 years; annual declines of 5% to 6% in individuals aged 65 years and older are particularly striking because rates in this age group were increasing prior to 2013. It is also notable that long-term rapid increases in liver cancer mortality have attenuated in women and stabilized in men. In summary, slowing momentum for some cancers amenable to early detection is juxtaposed with notable gains for other common cancers. CA Cancer J Clin 2020;0:1-24. © 2020 American Cancer Society.

# Attachment 10

# Attachment

UNITED STATES COURT OF APPEALS

FOR THE DISTRICT OF COLUMBIA CIRCUIT

In re: Application of the Committee on the
Judiciary, U.S. House Of Representatives,
for an Order Authorizing the Release of
Certain Grand Jury Materials,

Case: 19-5219
1:19-gj-00048-BAH

------------------------------------------------------

Committee on the Judiciary and United
States House of Representatives,
Appellees
v.
David Andrew Christenson,
Appellant

Amicus/Notice 142 – Cancer deaths are bad. Cancer and Suicide deaths are really bad. Cancer, Suicide
and Influenza and Pneumonia deaths are apocalyptic. All are underreported, intentionally misclassified
and censored by our government.

We all die if we don't change the narrative.

Weekly U.S. Influenza Surveillance Report - Key Updates for Week 1, ending January 4, 2020 -
https://www.cdc.gov/flu/weekly/index.htm.

Why is this a big deal? Degraded lungs are the number one cause of death in the world. The failure of
the lungs to transfer oxygen into the blood triggers the failure of our immune system(s). The failure of
our immune system(s) causes medical and mental maladies. Heart disease is caused by a degraded
immune system(s) and lack of oxygen. Degraded immune system(s) reduce our ability to produce viable
fetuses. Hence the negative birth rate. Oxygen is our army. At current progressions mankind will cease
to exist by 2050.

The beginning of the end was the start of the Industrial Revolution. The unbridled belief in medicine
compounded the problem. Unregulated medical and mental studies though out the world not only
further compounded the problem but the seeds of self-destruction were planted. Virus, bacteria, fungi,
etc. were developed and distributed and tested without safeguards. To add insult to injury for mankind
the United States studied chemical warfare contaminants/agents. We studied the perfect military
weapon which is a suicide weapon that is organic, easy to disperse and dissipates in five days with the
opposing army committing suicide. The problem was that we could not stabilize it because it mutated
rapidly. (During Hurricane Katrina chemical warfare contaminates negligently entered the perfect
incubator. Hurricane Katrina had high temperatures, high humidity and high solids which are perfect for
the production and creation of viruses, bacteria, fungi, etc. – Hence, The Katrina Virus) (Remember that
60 plus cancers came out of the World Trade Centers on 911 – In the Federal Register. The CIA/DOD had
hardened facilities in the basement of the World Trade Centers)

# Attachment 10

# Attachment

So, the suicide of mankind started one hundred and thirty years ago. What allowed us to survive, compete and procreate has been destroyed. Civilizations started 6000 years ago and in less than 150 years we destroyed ourselves. Governments, Religions, the Media (Historians) and Medicine have destroyed us.

**This is how truly evil our government is.** Review Weekly U.S. Influenza Surveillance Report - Key Updates for Week 1, ending January 4, 2020 - https://www.cdc.gov/flu/weekly/index.htm.

The 2019-2020 influenza season began on September 29, 2019 (Week 40 2019) and will end on September 26, 2020 (Week 39 2020).

The Flu View information provided by the CDC is **1000%** underreported, intentionally misclassified and censored by our government. You can actually see it if you look.

> CDC estimates that so far this season there have been at least 9.7 million flu illnesses (actually 97 million), 87,000 hospitalizations (actually 870,000) and 4,800 deaths from flu (actually 48,000) since September 29[th], 2019.

Here is how they do it. **You have to have a blood test.** If your blood does not test positive for what they are testing for then you don't have the flu or pneumonia. Your death cannot be classified as one from influenza and pneumonia unless your blood test positive for what they are testing for. There are an infinite number of influenzas and pneumonias but they only test for a few. They only test for what they know. Unknowns are studied until they know what they are and that is the reason for the blood tests.

Per the CDC - Since September 29th, 2019 - 493,875 people have been tested for influenza and pneumonia with only 49,194 (13%) testing positive for what they are testing for. These people went to the doctor because of influenza and pneumonia like symptoms. What did 444,681 (87%) Americans have if it wasn't the influenza and pneumonia?

Influenzas and pneumonia deaths are preventable. Have 50 or 500 Americans died every day from influenza and pneumonia? I say 500. Who do you believe?

The CDC panicked today (January 10th, 2020) by issuing the following directive. *"Clinicians should prescribe antivirals to very sick and high-risk patients".*

The CDC continues to recommend the vaccine even though it does not work.

Vaccines have been around since 1938. Do you really think they are working after 80 years? The vaccines are destroying our immune system(s). Alzheimer's is a direct result.

One last thought: Hospitalizations – ages 0 - 4 and 50 – 65+ account for 65% of those hospitalized. This is the group with the weakest immune system(s). Conclusion – our immune system(s) is now degraded by

# Attachment 10

# Attachment

the age of 50. This is when chronic illnesses start. Most of those hospitalized had been given the vaccines.

CDC Flu View Key Points:

*Levels of outpatient ILI remain elevated; however hospitalization rates and percent of deaths due to pneumonia and influenza remain low. This is likely due to the predominance of influenza B/Victoria and influenza A(H1N1)pdm09 viruses which are more likely to affect children and younger adults than the elderly.  Because the majority of hospitalizations and deaths occur among people age 65 and older, with fewer illnesses among that group, we expect, on a population level, to see less impact in flu-related hospitalizations and deaths.*

*The decline in outpatient ILI and laboratory data this week may in part be influenced by changes in healthcare seeking behavior and influenza virus transmission that can occur during the holidays. It is too early to know whether the season has peaked or if flu activity will increase into January.*

***CDC estimates that so far this season there have been at least 9.7 million flu illnesses, 87,000 hospitalizations and 4,800 deaths from flu.***

*It's not too late to get vaccinated. Flu vaccination is always the best way to prevent flu and its potentially serious complications.*

*Antiviral medications are an important adjunct to flu vaccine in the control of influenza. Almost all (>99%) of the influenza viruses tested this season are susceptible to the four FDA-approved influenza antiviral medications recommended for use in the U.S. this season*

> ➢ No. 19-XXXX - Supreme Court of the United States - Extraordinary Writ with Writ of Prohibition and Writ of Mandamus - David Andrew Christenson, Plaintiff - On Behalf of the American People – Filed December 17th, 2019 (Supplemental Writ 142 - Service January 10th, 2020)
> • Amicus/Notice 142 – Lisa Page v. Department of Justice – Movant David Andrew Christenson – Civ. No. 1:19-cv-03675 – Judge Tanya Sue Chutkan - District Court, District of Columbia (Service January 10th, 2020)
> • Amicus/Notice 142 - United States v. Boucher – Movant David Andrew Christenson – Cr. No. 1:18-cr-00004 – Senior Judge Marianne O. Battani - District Court, W.D. Kentucky (Service January 10th, 2020)
> •  Amicus/Notice 142 – United States v. Rene Boucher (18-5683) Court of Appeals for the Sixth Circuit (Service January 10th, 2020)
> • Amicus/Notice 142 - Andrew McCabe v. William Barr (19-5281) Court of Appeals for the D.C. Circuit Appellant (Movant) David Andrew Christenson (Service January 10th, 2020)
> • Amicus/Notice 142 - United States v. Snowden – Movant David Andrew Christenson – Cr. No. 1:13-cr-265 - Senior Judge Claude M. Hilton - District Court, E.D. Virginia (Service January 10th, 2020)
> • Amicus/Notice 142 - United States v. Snowden – Movant David Andrew Christenson – Civ. No. 1:19-cv-01197 - Judge Liam O'Grady - District Court, E.D. Virginia (Service January 10th, 2020)
> • Amicus/Notice 142 - Peter Strzok v. William Barr (19-5262) Court of Appeals for the D.C. Circuit Appellant (Movant) David Andrew Christenson (Service January 10th, 2020)

# Attachment 10

# Attachment

- Amicus/Notice 142 - United States v. Rafiekian – Movant David Andrew Christenson – Cr. No. 1:18-cr-00457 - Judge Anthony John Trenga - District Court, E.D. Virginia (Service January 10th, 2020)

Godspeed

Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

### CERTIFICATE OF SERVICE

I hereby certify that on January 10th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

# Attachment 11

**Amicus – 125 – September 2nd, 2021**

## THE ONE TRUE GOD IS BLACKMAILING US WITH A MIRACLE

## WE MUST CHOOSE THE ONE TRUE GOD OR THE VACCINE GOD

Evil is so powerful that Mankind is going to take an infinite number of vaccines without so much as a discussion or whimper. Where are our religions? (Just a response to my SCOTUS Writ of Mandamus and Prohibition 14-10077 could have prevented the Genocide of Mankind.)

Per the World Health Organization (WHO): There are 20 plus COVID19 variants. Four are *Current Variants of Concern (VOC)*, Five are *Current Variants of Interest (VOI)* and 11 are *Currently designated Alerts for Further Monitoring*. (Scary part. 8 of the 11 have been detected in multiple countries. This means the mutations could be exponential and spontaneous.) The World Health Organization and other trusted agencies, universities, etc. have declared that the new variants could be vaccine resistant. Lambda and Mu are currently vaccine resistant.

Do we continue to degrade our immune system(s), soul(s), and spirit(s) (our army) with unproven vaccines, or do we allow the greatest army in the history of the world to stand and fight?

Why are we not discussing this?

You have entrusted Joe Biden with your life and the lives of those that you love. Our Allies do not trust Joe Biden. The Afghan people that helped us for 20 years do not trust Joe Biden. Joe Biden was a U.S. Senator for 36 years and a Vice President for 8 years. He knows all the secrets and where all the skeletons are buried. He will do everything possible to protect his legacy even if that means you must die. How the hell did he become President? His Vice President was selected because of Gender and Race. Neither of those is a qualification for the Presidency. We need leaders that have intelligence, experience, intestinal fortitude, and that are honest. Joe Biden has diminished mental capabilities. **JOE BIDEN IS GOING TO VACCINATE THE HELL OUT OF US UNTIL WE DIE.**

The Miracle is the mutation of COVID19. (How many mistakes will we make until we realize that? We are entrusting our survival with a "False God". For thousands of years our immune system(s), spirit(s) and soul(s) has been our army, and that army has never lost the war. Inside of us is the greatest fighting machine in the history of the world and it has artificial intelligence and a quantum computer. Why are we giving it instructions? Why are we giving it instructions that actually degrade it?)

The Pandemic is actually an ideological war between "good" and "evil".

I am not that religious, but this could be the Biblical Prophecy of the Second Coming. (It is odd that the Taliban is cooperating with Christians.) (A precursor to the destruction of all great civilizations and societies is the politicization of the military. We have that today in the U.S. We have the worst corps of admirals and generals in the history of the United States.)  (Think about this. The newest aircraft carrier is the U.S.S. Ford. It was commissioned in 2017 and it still is not in service. The Navy has admitted that

# Attachment 11

they tried to cram to much technology into the new carrier. The Navy is now vaccinating all sailors with a vaccine that has completely new technology and is unproven. **The greatest military threat to the U.S. is the unproven vaccine. We killed our own troops.)**

The ultimate question of morality. Take the vaccine for short-term personal survival or do not take the vaccine for the survival of Mankind? (Empirical, scientific, and circumstantial evidence shows a link between vaccines and Alzheimer's, Sterilization, etc. Alzheimer's is epidemic. Life Expectancies are decreasing. Mankind has lost the ability and desire to procreate. Birthrates are negative. Suicides are epidemic and contagious. Mathematically suicides will outnumber births in the next few years.) (Further proof that we have the worst corps of admirals and generals in the history of the U.S. The military has 900 plus anti-suicide programs that do not work and still they are going to vaccinate our soldiers and themselves, which is suicide and suicide is now a life choice. The life choice of suicide violates the laws of the universe and God's laws for the survival of our species.) God is forcing us to decide. The Pandemic is growing, COVID19 is rapidly mutating, and it has become Endemic (Will be with us forever.).

In the most simplistic of terms

The number one killer of Mankind is the degradation of the lungs, which results in the degradation of the immune system(s), spirit(s), and soul(s). **ALL MEDICAL MALADIES AND MENTAL HEALTH MALADIES ARE A DIRECT RESULT OF THIS DEGRADATION.**

The novel coronavirus, or SARS-CoV-2, is a potentially deadly virus that can lead to COVID-19. SARS-CoV-2 stands for severe acute respiratory syndrome coronavirus 2. It is a virus that causes respiratory illness in humans. (It is pneumonia. It stops our army from being resupplied with oxygen.)

Per the World Health Organization. Tracking SARS-CoV-2 variants (Current as of September 2nd, 2021.) https://www.who.int/en/activities/tracking-SARS-CoV-2-variants/

Current Variants of Concern (VOC) – There are currently four: Alpha from the United Kingdom Sept 2020, Beta from South Africa May 2020, Gamma from Brazil Nov 2020, and Delta from India Oct 2020. All four developed in completely different parts of the world and on different continents. This is the first novel coronavirus (nCoV) that equally impacted the northern and southern hemispheres.

Current Variants of Interest (VOI) – There are currently five: Eta from multiple countries Dec-2020, Iota from the United States of America Nov-2020, Kappa from India Oct-2020, Lambda Peru Dec-2020, and Mu from Columbia Jan 2021.

Currently designated Alerts for Further Monitoring: They are 11.

Godspeed - Sincerely, David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

# Attachment 12

**Amicus – 129 – September 4th, 2021** (I stopped working on it.)

**DID CHINA AND THE U.S. CREATE THE FIRST VIRUS VACCINATION AND THE FIRST AEROSOL VACCINATION – COVID19?** Almost 100% of our influenza, year after year, comes from China.

[A work in progress. Please forgive me.] [Why was pneumonia the side effect? The aerosol vaccination enters the lungs and is absorbed into the blood. The lungs then receive a signal to shut down, thus the pneumonia. Why did the aerosol vaccine attack certain individuals and not others? Why did COVID19 not impact children and yet it stopped influenza in children. There was only one pediatric death from influenza when there should have been well over 140. The same goes for adults. We had almost zero influenza deaths in adults.]

I just realized this. How do I say it? People **are not** dying from COVID19. The CDC constantly states that COVID19 is an "underlying cause" or "contributing cause" – it is not the cause of death. It is like obesity, hypertension, etc. COVID19 becomes inert after entering the lungs. COVID19 was a messenger vaccine just like those that were developed to fight it. This explains so much.

The math is confirmed by the week CDC FluView report. - FluView Weekly U.S. Influenza Surveillance Report - 2020-2021 Influenza Season for Week 34, ending August 28, 2021. https://www.cdc.gov/flu/weekly/index.htm

This was the "Gain of Function" work being done at Wuhan. The U.S. was a participant and there is proof of funding.

The U.S. loses billions of dollars a year in productivity because of influenza. Stopping the birth of influenza in China is brilliant.

Math backs up the results. I used the CDC numbers.

COVID19 was an airborne vaccination (aerosol) designed to stop the spread of influenza and it did.

As with all vaccinations there are side effects. The side effect for COVID19 was pneumonia.

The airborne vaccination worked. **The CDC has confirmed that there was no influenza season for 2020/2021. There were almost zero influenza deaths which is statistically impossible.** We traded influenza deaths for pneumonia deaths.

The COVID19 vaccine was designed to stop or negate the aerosol vaccination for influenza and that is why it was so quickly developed.

Godspeed - Sincerely, - David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

# Attachment 13

United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371-C – February 25th, 2021

Notice 18 Chief Justice John Roberts is the Antichrist and Hitler clone who has absolute control over the Federal Judiciary and legal community. Why and how?

Hell of a statement isn't it?

Chief Justice John Roberts could change the course of history and give Mankind a chance with just one statement.

The Federal Judiciary could change the course of history and give Mankind a chance by ordering the Department of Justice to Respond.

Do you realize that it took the 911 first responders 10 years to get medical care via the Zadroga Act? I am fighting for every American. Take the effort to get the Zadroga Act and times it by infinity and that is the effort that it will take to get justice for all Americans. What happened during Hurricane Katrina is real and infected every American.

What is most amazing is that Americans, in the government, know that I am telling the truth and they will not do anything.

Americans that took an oath know I am telling the truth and they will not do anything.

This is a war without bullets. Everyone is afraid of the truth.

Think about these dates. Compare the past with today.

September 11th, 2001 – 911.
September 29th, 2005 – Hurricane Katrina
2010 both the James Zadroga 9/11 Health and Compensation Reauthorization Act and Affordable Care Act (ACA) (Obamacare) became laws.
September 12th, 2012 the U.S. Government, via the Federal Register, declares that 14 categories/60 plus cancers are covered by the Zadroga Act. (It took 11 years.)

**When will the Katrina Virus/COVID19/Pandemic Act pass? You and I will be dead before it does.**

9 years after 911 the Zadroga Act became law.

5 years after Hurricane Katrina Obamacare became law.

Would this pleading be allowed on social media? No. I am questioning authority and that is now illegal.

Attachment 13

Use common sense and then try, just try, and find articles about what I am saying. Censorship is stopping the flow of information.

The wearing of masks is to keep contaminants in your body. The CDC now recommends two masks. When you exhale you get rid of contaminants. One of those contaminants is carbon dioxide which is poisonous. Sweat, urine and feces are how humans get rid of contaminants. Do you re-ingest any of those? No. So why do you re-ingest what you exhale? The mask works two ways.

Bacteria, viruses, fungi, etc. can enter your body through your skin (the bodies largest organ), nose, eyes, tear ducts, ears, hair, genitals, etc. and yet we are only covering two of the avenues.

Why has the CDC not issued guidance on HEPA filters? HEPA filters trap COVID19. Humans are perfect hosts. COVID19 is a parasite of sorts and must attach itself to a host to survive. The host can be a human, water droplet, etc. Aerosolization is how COVID19 spreads in the air.

Attachment 1: 56138 Federal Register / Vol. 77, No. 177 / Wednesday, September 12, 2012 / Rules and Regulations

Attachment 2: US adds cancer to list of illnesses linked to 9/11 terror attacks

Attachment 3: World Trade Center Health Program; Addition of Certain Types of Cancer to the List of WTC-Related Health Conditions

**Godspeed**
Sincerely,
(On file)
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on February 25th, 2021 I filed the foregoing with the Clerk using CM/ECF and then served the pleading via CM/ECF, U.S. First Class Mail and Email on February 25th, 2021.

(On File)

_____

David Andrew Christenson

# Attachment 13

Reference Supreme Court: 21A15 Justice Amy Coney Barrett Emergency Application for Writ of
Injunction, Relief Requested by Friday, August 13, 2021
**Amicus - 133 – September 9th, 2021**

**In Honor of 911**

**Addition: Irving L Azoff - Azoff MSG Entertainment LLC - 1100 Glendon Avenue - Suite 200 - Los
Angeles, CA 90024**

To: Supreme Court: Jane Sullivan Roberts, Patricia McCabe, Jeffrey P. Minear, Marshal Gail A. Curley,
Clerk Scott Harris, Justice Amy C. Barrett. - Judge Ellen Lipton Hollander, Clerk Felicia Cannon, Chief
Judge William Pryor Jr., Clerk David J. Smith, Chief Judge Lee H. Rosenthal, Chief Judge Priscilla R. Owen,
Clerk Lyle Cayce, Judge Lynn N. Hughes, Clerk Nathan Ochsner, Marshal T. O'Connor, Vice Admiral John
Christenson, and **Irving L Azoff.**

6 pages of an 80-page docketed pleading are attached: United States Court of Appeals for the Eleventh
Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371-C –
February 25th, 2021 - Notice 18 Chief Justice John Roberts is the Antichrist and Hitler clone who has
absolute control over the Federal Judiciary and legal community. Why and how?

60 plus cancers came out of the World Trade Centers. In the basement was a hardened DOD/CIA Bio
Terror Lab which housed Weapons of Mass Destruction ingredients. When the buildings came down the
chemical/bio ingredients/samples were released. **Multiple pages of the pleading were taken from the
Federal Register. The arrogance of the Federal Government. They murder us and it is no big deal.**

It also why New York has a disproportionate COVID19 death rate.

Take what happened in New York on 911 and times it by infinity and that is what happened in New
Orleans during Hurricane Katrina. New Orleans was the chemical warfare capital of the world. The
Katrina Virus (compilation term) was released into the perfect incubator – high solids, high temperature,
and high humidity. The Katrina Virus was spread throughout the World.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

# Attachment 14

Reference Supreme Court: 21A15 Justice Amy Coney Barrett Emergency Application for Writ of
Injunction, Relief Requested by Friday, August 13, 2021
**Amicus – 135 – September 10th, 2021**

To: Jane Sullivan Roberts, Patricia McCabe, Jeffrey P. Minear, Marshal Gail A. Curley, Clerk Scott Harris,
Justice Amy C. Barrett. - Judge Ellen Lipton Hollander, Clerk Felicia Cannon, Chief Judge William Pryor Jr.,
Clerk David J. Smith, Chief Judge Lee H. Rosenthal, Chief Judge Priscilla R. Owen, Clerk Lyle Cayce, Judge
Lynn N. Hughes, Clerk Nathan Ochsner, Marshal T. O'Connor, Vice Admiral John Christenson, and **Irving L
Azoff.**

### WE ARE GOING TO CONTINUOUSLY, THROUGH VASCULAR PORTS, VACCINATE 350 MILLION AMERICANS AND IT IS ALL JUST ONE BIG GENOCIDAL FRAUD.

I tried to make this coherent, but I am just giving up. The following is unfinished.

The is the New York Times headline and it is Genocidal Fraud: *"Unvaccinated Americans are 11 times more likely to die of Covid, the C.D.C. reports."* [COVID19 is not a cause of death. It is an underlying or contributing cause of death. Even if it was a cause of death the conclusion is still wrong, grossly wrong.]

I fight for you by reading multiple CDC reports and then I read the news (New York Times, etc.) and then I go back to the confirming documentations.

### What I read today, both the CDC and The New York Times, is Genocidal Fraud.

It is so subtle. The people crunching the numbers are being used. A couple of years ago the NIH gave a grant for the study of suicide. All the data was provided by the NIH. The NIH got two Noble Prize-Winning Economists to write the report. The conclusion had already been determined. The two Economists did not realize that they had been used. Why would you pick two Noble Prize-Winning economists to write a suicide report? Credibility which is Propaganda.

You cannot reconcile the numbers. Deaths per the CDC are up only single percentage digits. We are averaging about 50,000 plus deaths per week.

You can manipulate the cause of death to show what you want the number one cause (COVID19) of death to be. You cannot manipulate the number of people that died.

You can provide fraudulent data to your scientists and researchers so that they reach a predetermined conclusion.

We live in a very evil world. The CDC issues corrupt procedures. One of the most corrupt is the definition of when oxygen is to be administered. Or how about when people are to be admitted to the hospital. The whole system is corrupt. Hospitals derive income from following CDC guidelines. Hospital Administrator: *"The CDC wants COVID19 listed, and we get paid for it, so why not? All we do is put a checkmark on a government form"*

# Attachment 14

In order for the following CDC and New York Times information to be correct all other causes of death would have to decrease double percentage digits. Heart Disease and Cancer account for almost half the deaths in the U.S. We have not seen a decrease.

Propaganda to bring about the conclusion that we all need vaccines, so they state that the number one cause of death is COVID19. COVID19 is not a cause of death but it is a virus. There would have to be a 1,000% increase in pneumonia deaths for COVID19 to be the number one cause of death. There would need to be over 100,000 people dying every week. The math does not add up.

The CDC is manipulating the data to bring about the conclusion that they want. The New York Times then regurgitates that data. This is propaganda. They want a Pandemic, so they create one.

> ➤ The most heinous part of this Genocidal story is that they want an **Endemic** Pandemic. They do not want it to go away.

> ✳ You must read all footnotes. Look at all dates and where the results came from. You must understand that the population was not vaccinated at the same time or with the same vaccine.

> ✓ They took three minor studies (small samples.) and draw a conclusion that is Genocidal Fraud. Statistically you cannot infer the conclusion from the samples. There are an infinite number of factors that are not included. It is Voodoo. (Why the difference in dates and number of days? You have a February, April, and June start date.)

> ○ It seems to me that it is the same study, three times.

I received an email from the Centers for Disease Control and Prevention - Morbidity and Mortality Weekly Report - MMWR Early Release - Vol. 70, September 10, 2021 - September 10, 2021 / Vol. 70 / Early Release:

*"Monitoring Incidence of COVID-19 Cases, Hospitalizations, and Deaths, by Vaccination Status — **13 U.S. Jurisdictions**, April 4–July 17, 2021* (Why not 50 states and other U.S. Jurisdictions? They have the data.)

*Interim **Estimates** of COVID-19 Vaccine Effectiveness Against COVID-19–Associated Emergency Department or Urgent Care Clinic Encounters and Hospitalizations Among Adults During SARS-CoV-2 B.1.617.2 (Delta) Variant Predominance — **Nine States**, June–August 2021* (Why not 50 states and other U.S. Jurisdictions? They have the data.)

*Effectiveness of COVID-19 mRNA Vaccines Against COVID-19–Associated Hospitalization — **Five Veterans Affairs Medical Centers**, United States, February 1–August 6, 2021* (Why not every VA? They have the data.)

# Attachment 14

I also received an email from the Centers for Disease Control and Prevention - Weekly U.S. Influenza Surveillance Report FluView 2020-2021 Influenza Season for Week 35, ending September 4, 2021: https://gis.cdc.gov/grasp/fluview/mortality.html

*"National Center for Health Statistics (NCHS) Mortality Surveillance*

***Based on NCHS mortality surveillance data available on September 9, 2021, 20.1% of the deaths that occurred during the week ending September 4, 2021 (week 35), were due to pneumonia, influenza, and/or COVID-19 (PIC).*** *This percentage is above the epidemic threshold of 5.5% for this week. Among the 3,388 PIC deaths reported for this week, 2,785 had COVID-19 listed as an underlying or contributing cause of death on the death certificate, and three listed influenza, indicating that current PIC mortality is due primarily to COVID-19 and not influenza. The data presented are preliminary and may change as more data are received and processed."*

One glaring mistake by the CDC. They state 20.1% but they are only at 35.5% complete for record collections. 11,225 PIC deaths for the last week that was 100% complete. This is on the CDC website. https://gis.cdc.gov/grasp/fluview/mortality.html They are double classifying deaths. It is right there on the website.

Unvaccinated Americans are 11 times more likely to die of Covid, the C.D.C. reports.
By Roni Caryn Rabin - Sept. 10, 2021, 2:13 p.m. ET
https://www.nytimes.com/2021/09/10/health/unvaccinated-covid-19-deaths.html?campaign_id=60&emc=edit_na_20210910&instance_id=0&nl=breaking-news&ref=cta&regi_id=65460936&segment_id=68651&user_id=297cec03a86cabb1cfb0aa08bd5ec960

Godspeed - Sincerely, David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

# Attachment 15

**THE KATRINA VIRUS IS THE PERFECT MILITARY WEAPON. WE ARE COMMITTING SUICIDE AND ARE IMMUNE TO THE FACT THAT WE ARE COMMITTING SUICIDE.**

**Amicus 151 – September 27th, 2021**

**MAJOR RED FLAGS ARE ALL OVER THE PLACE. WHY DON'T YOU SEE THEM? THEY ARE NOT COMPLICATED.**

(Think about the debt and how many people can and will be responsible to repay it.)
(Think about Baby Boomers and those leaving the work force in the next seven years.)
(Americans can no longer procreate nor do they want to.)
(Our children see CVODI19 is a Sexually Transmitted Disease (STD) – thus a mental illness. Intimacy means death via COVID19.)
(Think about excess deaths during the Pandemic.)
(The largest landholder in the World is the Catholic Church. Do you have any concept of how much land the world's religions own or how much of the world's debt? Why do religions need wealth of such epic proportion?)
(We have huge cargo ships on both coasts that cannot be unloaded because of a shortage of drivers.)
(Evergrande in China is on the verge of collapse. This will send ripples through the world's economy.)
(Blackstone and Blackrock are buying houses in the U.S. and own large positions of Evergrande.)
(The U.S. has a negative birthrate of 4% and life expectancies are decreasing. The U.S. may have one to three million excess deaths for 2020 and 2021.)
(The U.S. (Lehman Brothers) was responsible for the 2008 economic meltdown and China (Evergrande) will be responsible for the next economic meltdown.)

The Census Bureau is political. The information and how they put it in the public domain is propaganda and biased. The U.S. is not replacing its population. Even with immigration (legal and illegal) the U.S. is not replacing its population. We have more immigrants than any other country in the world.

The U.S. population grew by, per the Census Bureau, 22,703,743 or 7.4%.
https://www.census.gov/library/stories/2021/08/united-states-adult-population-grew-faster-than-nations-total-population-from-2010-to-2020.html

The U.S. did not replace the population. Here is what makes it Genocidal. At least 11 million of the 23 million were immigrants. The U.S. needed a replacement population of roughly 30 million.

The number of people responsible (productive) for repaying the debt will be reduced by 50% in the next ten years.

At current progression, our economy will shrink by 30% in the next ten years.

The following is per the CDC https://www.cdc.gov/flu/weekly/index.htm

Six-year timeframe

# Attachment 15

The Pandemic is a self-fulfilling prophecy of sorts.

Excess deaths could increase to nine million because of mental illnesses. 2020 - 2021.

Birth rates could be a minus 12%. 2020 - 2021

Life expectancies could decrease by four years. 2020 - 2021

We saw a 9.383% increase in deaths from 2014 to 2019 Week 33
We saw a 9.514% increase in deaths from 2014 to 2019 Week 16
We saw a 8.799% increase in deaths from 2014 to 2019 Week 40
We saw a 4.363% increase in deaths from 2014 to 2019 Week 52

|      | Week 33       | Week 16       | Week 40       | Week 52       |
|------|---------------|---------------|---------------|---------------|
| 2021 | 63,536        | 59,520        | Not available | Not available |
| 2020 | 63,511        | 76,697        | 59,711        | **84,215**    |

Pre Covid19

|      | Week 33       | Week 16       | Week 40 | Week 52 |
|------|---------------|---------------|---------|---------|
| 2019 | 51,023        | 54,468        | 52,564  | 58,458  |
| 2018 | 50,459        | 54,038        | 52,357  | 56,026  |
| 2017 | 55,701        | 53,069        | 52,107  | 61,090  |
| 2016 | 49,809        | 53,149        | 51,400  | 57,613  |
| 2015 | 48,438        | 51,608        | 50,950  | 52,490  |
| 2014 | 46,646        | 49,736        | 48,313  | 56,014  |
| 2013 | Not available | Not available | 47,492  | 51,954  |

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

# Attachment 16

**AMICUS 161 – October 2nd, 2021 – The vaccines have morphed into viruses.**

**WE CREATED ANOTHER PERFECT MILITARY WEAPON. – ADDICTIVE INSTRUCTIONAL VACCINES (AIVs).**
(Think about Opioids. You are addicted and need a stronger dosage every day. This continues until your immune system fails and you die. Only in America.)

As the vaccine degrades, it acts as a virus and degrades the immune system.

Boosters only bring the immune system back to something less than 100%. 1st booster 95%, 2nd, booster 85%, 3rd booster 70%. Then as with Opioids you die.

Your immune system is attacking the vaccine, thus the degradation. What is saving you is also killing you and ultimately will kill you.

Each additional booster accelerates the degradation of the immune system.

It is a no-win situation.

Watch Israel.

We created the Genocidal Scenario.

We will see accelerated increases in medical and mental maladies.

Mankind ceased to exist because of suicide.

Godspeed - Sincerely, David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

# Attachment 17
# Resigned and Resent 12/15/2020

Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander
Movant David Andrew Christenson – United States Air Force Academy Class of 1982

(Eleventh) Amicus – The Attorney General's response about voter fraud causes me great concern

Read the two attachments that contain my thoughts on the Second District (Omaha, Douglas County and Sarpy Country Nebraska.) This is just one Electoral Vote. Is this the one vote that Barr is talking about?

The words that Barr used were chosen very carefully. Why? He is telling us that there was voter fraud. What about criminal charges? To me this is censorship.

One last thought. Is Barr part of the Conspiracy to remove Trump? Barr's actions as Attorney General are so bizarre that you have to wonder if his goal was to get to the election and have a peaceful transfer of power. Makes you think of Judas, doesn't it? Will Trump fire Barr?

Here is why I think there is a God. They were not planning on a Pandemic. COVID19 is a miracle that will change the narrative.

Per multiple news organizations: Attorney General William Barr said Tuesday that the Justice Department has not found evidence of **widespread** voter fraud that **would change the outcome of the vote**.

*"To date, we have not seen fraud on a scale that could have affected a different outcome in the election,"* Barr told the AP.

Barr told the AP that U.S. attorneys and FBI agents have been working to follow up specific complaints and information they've received, but **"to date, we have not seen fraud on a scale that could have effected a different outcome in the election."**

Godspeed - Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on December 3rd, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

## Attachment 17

November 5th, 2020 - "The Unabomber" - Theodore John "Ted" Kaczynski – Edward Snowden - Chelsea Manning – Reality Winner – Any chance these are the true heroes? -  God through prayer - Pope Francis - Cardinal Timothy Dolan - Cardinal Seán Patrick O'Malley

Attorney Michael Carvin

Judge Ellen L. Hollander
Clerk Felicia Cannon

Judge Anthony John Trenga
Judge Liam O'Grady
Judge Claude M. Hilton

Justice Sri Srinivasan
Clerk Mark Langer

Judge Emmet Sullivan
Clerk Angela Caesar

Judge John Gleeson
Attorney Beth Wilkinson

Judge Philip A. Brimmer
Clerk Jeffrey P. Colwel

Justice Timothy Tymkovich
Clerk Christopher Wolpert

Judge Kimberly J. Mueller
Clerk Keith Holland

*Warden* - J.A. Barnhart

Senator Dianne Feinstein

Central Intelligence Agency
Office of Public Affairs
Central Intelligence Agency
Privacy & Civil Liberties
Office of Inspector General
Central Intelligence Agency

Joan R. Ruff Chair AARP
Jo Ann Jenkins CEO AARP

Jane Sullivan Roberts
Chief Justice John Roberts

Judge John G. Koeltl
Clerk Ruby J. Krajick

Judge Lucy H. Koh
Clerk Susan Y. Soong

Judge William L. Campbell
Clerk Lynda Hill

Judge Lee H. Rosenthal

President Jimmy Carter

Senior Judge Paul C. Huck
Paul Huck Jr.
Justice Barbara Lagoa

Justice Amy C. Barrett
Jesse M. Barrett

Judge Ursula Ungaro
Clerk Angela E. Noble

Chief Justice William Pryor Jr.
Clerk David J. Smith

Clerk Lyle W. Cayce

FBI Agent Douglas Korneski
USA Donald Q. Cochran

Judge Waverly Crenshaw

Justice Guy Cole

Justice Sidney R. Thomas
Clerk Molly C. Dwyer

Judge Phyllis Hamilton

Judge Susan P. Graber

Justice William A. Fletcher

Justice Marsha S. Berzon

Headline – *"The continued destruction of the U.S. Constitution and the further loss of our personal liberties stemming from the 2020 Presidential Election that was tampered with in so many ways, by so many parties, both foreign and domestic, before, during and after."* By David Andrew Christenson

Without an awakening or epiphany, the conclusion is the Genocide of Mankind.

[USPS Priority Tracking: 9505513443860301702800. This package was sent to Trump's attorney, Michael Carvin at the Jones Day Law Firm in Washington, D.C. on October 27th 2020. This morning – November 5th 2020 at 4:42 AM the USPS notified me that package had still not been delivered. Priority Mail is a two

# Attachment 17

to three-day delivery and not 8 days and counting. Why? What is so important about me mailing Trump's attorney?]

Americans were censored. They were denied knowledge. As I have stated before, this is World War III, IV and V. The United States of America is being attacked on all fronts by an infinite number of individuals, entities and governments, both foreign and domestic.

The Universe will record that Mankind voluntarily committed suicide

Start with Omaha Nebraska and the Second District. Biden was awarded one Electoral College vote in violation of math and statistics. See attached email. The Second District was grotesquely contrary to every other Congressional District in the United States and within the District itself. Trump wins the state of Nebraska by **20%** over Biden. The Second District is comprised of Douglas and Sarpy Counties. Trump loses Douglas County by 10% and wins Sharpy (Western half) by 10%. Both counties elected a Republican for the Senate and a Republican for the House. The entire U.S. Congressional Delegation is Republican.

Omaha sits on the Missouri River across from Council Bluffs/Pottawattamie County Iowa. Trump and Senator Ernst (R) won both Iowa (8%/6% respectively) and Council Bluffs/Pottawattamie County (17%/15% respectively). Council Bluffs is a suburb of Omaha and shares the same demographic values.

**WE HAVE LOST THE WILL TO LIVE**. In order for our species to survive we must adhere to three simple tenants. Survive, compete and procreate.

We are De-Evolving.


Godspeed

Sincerely,


David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

11/5/2020                          Gmail - FYI - Maybe I am crazy. Omaha/Douglas County/Western Sarpy County

# Attachment 17

**M Gmail**                                    David Andrew Christenson <davidandrewchristenson@gmail.com>

## FYI - Maybe I am crazy. Omaha/Douglas County/Western Sarpy County
1 message

**David Andrew Christenson** <davidandrewchristenson@gmail.com>                    Wed, Nov 4, 2020 at 4:02 PM
To: jgleeson@debevoise.com, bwilkinson@wtkinsonwalsh.com, dcd_cmecf_cr@dcd.uscourts.gov, sullivan_chambers@dcd.uscourts.gov, JudgeDCD/Angela
JudgeDCD/Caesar <angela_caesar@dcd.uscourts.gov>

Nevada is six votes and that puts Biden at 270.

Without Nebraska he is at 269. The race goes to the house and Trump wins.

USPS Tracking 9505513443860301702800
Look at this. The package was sent to Trump's attorney Michael Carvin at Jones Day last Tuesday October 27th, 2020. I sent it priority and it should
have been delivered last Thursday or Friday. It still has not been delivered and is missing or it has been intercepted.

Godspeed.

David Andrew Christenson



---------- Forwarded message ----------
From: **David Andrew Christenson** <davidandrewchristenson@gmail.com>
Date: Wed, Nov 4, 2020 at 3:49 PM
Subject: Omaha/Douglas County/Western Sarpy County
To: <peter.strasser@usdoj.gov>, Supreme/John Supreme/Roberts <jroberts@supremecourt.gov>, NSA1/SCBriefs NSA1/SCBriefs
<supremectbriefs@usdoj.gov>, Supreme/Merit Supreme/Merit <meritsbriefs@supremecourt.gov>, <jane.roberts@mlegalgroup.com>


Trump wins the state.
The Senate race goes Republican.
All three Congressional Districts go Republican.
District 2 Omaha/Douglas County/Western Sarpy County goes Republican.
The numbers don't add up.
Statistically it is wrong. The numbers are flipped. Trump wins by 10% in Sarpy and loses by 10% in Douglas and the Republicans win both the Senate and
House races in the District 2.
There is something wrong with Douglas County.

This is epic tampering. Local people could not do this. This had to involve the Government.

Godspeed.
David Andrew Christenson

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.

Friend of Court Brief filed by David Andrew Christenson October 7th, 2021

Friend of Court Brief <u>6</u>

Judge Scola,

I was never trained for this. I had no idea how evil the world was. I could not believe that our government, the Tuskegee Study, withheld penicillin from black men that had syphilis for 40 years. I was even more astounded that the U.S. went to Guatemala and injected the infirmed and children with syphilis. Religions, the medical community, the mental health community, military, etc. were involved. Black Clergy were involved.

The oath that I took as an Air Force Officer: *I, [name], do solemnly swear (or affirm) that i wiii support and defend the Constitution of the United States against **all enemies**, foreign and **domestic**; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.*

The three attachments are docketed in multiple courts including the SDFL and 11th Circuit.

Attachment 1: "The United States Supreme Court and The Katrina Virus" Pay particular attention to the header and first and last paragraphs. 1 page.

Attachment 2: "THE RELUCTANT PATRIOT" – I know my writings are incoherent and disjointed. 3 pages.

Attachment 3: Guidelines and background information for reading my emails. 1 page.

Godspeed.

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

# Attachment 1

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix - Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 9063
Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

# Attachment 2

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

Updated 10/31/2011 DAC 05:32
An Unedited Synopsis.
Please Google all names.

THE RELUCTANT PATRIOT
By Captain David Andrew Christenson
*(Book Nine in a nine part series.)*
*Library of Congress LCCN 2011940256*
*ISBN 978-0-9846893-0-9 Hardback*
*ISBN 978-0-9846893-1-6 EBook*

Factual, documented and verifiable account of what happened to (The Author) Captain David Andrew Christenson, United States Air Force, on March 15th, 2011.

On the morning of March 15th, 2011 the FBI brought a 30 man SWAT team, with shoot to kill orders, to arrest Captain David Andrew Christenson for a non-violent, non-domestic, non-drug misdemeanor charge (Equivalent of a DUI or DWI.) of cyber stalking FBI Agent Steven Rayes. This was done under the authority of FBI Director Robert Mueller. Misinformation was provided to the press. Six months earlier on October 14th, 2010 (This is a very important date, see below) FBI Agent Steven Rayes contacted Captain David Andrew Christenson. Why did Agent Rayes contact Captain Christenson? Agent Rayes was a member of the uniformed Violent Crimes Task Force and he was not a true investigative type FBI Agent. Captain Christenson had been communicating with FBI Director Robert Mueller, Agents David Welker, Dewayne Horner, Joseph Downing, Kelly Bryson and Paula McCants. Agent Rayes was selected by Director Mueller to be the enforcer. Agent Rayes was an ex-enlisted Marine and street cop with no conscious and was someone who would blindly follow orders understanding the illegal mission. Agent Rayes was zealous and sadistic in carrying out his orders. Agent Rayes ordered Captain Christenson to email him at his official FBI email addresses. Agent Rayes commenced to harass, stalk, threaten, intimidate and assault Captain Christenson. On November 10th, 2010 Agent Rayes assaulted Captain Christenson at the Hilton Hotel in New Orleans. There was a DVD of the assault. The FBI used a Louisiana State arrest warrant and a Louisiana State search and seizure warrant. **The FBI did not use Federal Warrants. This needs to be said again. The FBI did not use Federal warrants. Captain David Andrew Christenson has never been charged with a crime.** The FBI claimed that two out of more than 500 emails sent to at least 10 different FBI Agents, including FBI Director Robert Mueller, by Captain Christenson were threatening. The emails were not threating and were consistent with previous informative and political emails. Captain Christenson never received an arraignment, a show cause hearing or a preliminary examination as is required by law. Orleans Parish District Attorney Leon Cannizzaro asked for a $500,000.00 bond. The Orleans Parish Criminal Court gave Captain Christenson a

# Attachment 2

record bond of $300,000.00. Captain Christenson should have been released on his own recognizance or a $10,000.00 bond. (An armed carjacker received a $75,000.00 bond.) Captain Christenson was held for 11 days in the Orleans Parish Prison without being charged with a crime. After day three Captain Christenson was placed in isolation on the psychiatric floor of the house of detention (HOD) where he was medicated without his knowledge or consent. Attorney General Eric Holder directed Assistant US Attorney Billy Gibbens to represent Captain Christenson, which he did. Criminal defendants are not represented by US Attorneys. Billy Gibben's mission was to discredit Captain Christenson and to keep him in prison. The court record confirms this. Captain Christenson was to be permanently detained in a psychiatric hospital, medicated and discredited. The Louisiana State search and seizure warrant was used to steal evidence, legal files, the DVD of FBI Agent Rayes assaulting Captain Christenson, the DVD of the Danziger Bridge murders, etc. from Captain Christenson. United States Supreme Court files and communications and evidence of "The Katrina Virus" and pending Genocide were stolen as well.

## **The Department of Justice classified Captain David Andrew Christenson as a terrorist.** This was done to bypass Federal Law and the Federal Judiciary. It was relayed to Captain Christenson that if he did not stop his research and quest for justice that he would be assassinated as a terrorist.

The FBI attempted to murder/assassinate Captain David Andrew Christenson while he was being held in isolation in the Orleans Parish Prison. Coast Guard Commander William Wesley Goetzee was not so lucky. He was murdered in the Orleans Parish Prison on August 7th, 2011. The FBI failed with Captain Christenson but succeeded with Commander Goetzee.

What was so important that the United States Government had to classify Captain David Andrew Christenson as a terrorist and then attempt to murder/assassinate him?

Chemical warfare ingredients, "THE KATRINA VIRUS", were released during Hurricane Katrina. The end result will be GENOCIDE for the residents of New Orleans. ("The Katrina Virus" represents all of the contaminants that were released from government research/laboratory, manufacturing and storage facilities. These facilities were controlled directly and indirectly by the Department of Defense and the Central Intelligence Agency and included public institutions such as local hospitals and medical schools. The Harvard University Medical School has been tasked with studying and tracking the long term health/medical issues and "The Katrina Virus".

The United States Military killed, executed and murdered Americans during Hurricane Katrina and after. A side note. Secretary of Defense Donald Rumsfeld had a very public disagreement with President George Bush concerning the use of the military. Captain Christenson does not recall there ever being a public disagreement between the President and the Secretary. What is strange is that the press never picked up on the disagreement. Secretary Rumsfeld already knew about what the military had done and was concerned about the liabilities. President Bush had to order Secretary Rumsfeld to send in the troops. General Russel Honore and the troops arrived five days after Hurricane Katrina. General Honore

# Attachment 2

confirmed to me that he was only responsible for what the military did after he arrived and not before. He was adamant about that. Both he and Coast Guard Admiral Mary Landry lost promotions, their next star and were forced to retire.  Why the five day delay when plans and procedures require the securing of an urban area within 72 hours after a catastrophe. There were several reasons for the delay. "The Katrina Virus" would disperse. The DOD and the CIA, in connection with the United States Navy, could clean up the mess without having the press around. It was brilliant the way the Federal Government kept the press occupied with the rescue missions, the superdome and the convention center. Louisiana Governor Kathleen Blanco was intentionally manipulated by the Federal Government and made into a scapegoat. FEMA Director Michael Brown was manipulated as well.

The BP oil spill. To be Written.

The Danziger Bridge. To be written.

Books Seven and Eight will start in September, 2005. The US Military arrives in New Orleans in the days preceding Hurricane Katrina. The units were issued millions of dollars in cash in satchels. Confirmed by Teresa McKay, Director of Department of Defense Finance and Accounting Service (DFAS). Teresa's husband, Jeffery McKay, and I attended the Air Force Academy together and were roommates in flight school. JK works in the Pentagon and is also one of my sources. In the days following Hurricane Katrina President Bush and Air Force One did a flyover of New Orleans but did not land. The White House issued a press release stating that security was not in place and that the President's landing would detract from the rescue missions. As an Air Force Pilot I flew support missions for the President, Air Force One and the Secret Service. I am intimately familiar with their procedures and protocols. President Bush and Air Force One did not land because The White House did not want to infect the President and his staff with "The Katrina Virus" as was confirmed by Ambassador Donald Ensenat.  Security was in place and Belle Chase Naval Air Station was operational and secure. The senior leadership in New Orleans gave blood and DNA samples. This as well as other connections to "The Katrina Virus" were confirmed by Mayor Ray Nagin.  After the Hurricane, USAA Insurance (A military insurance company run by Generals and Admirals with strong ties to the Pentagon.) informed us that they would be paying our claim because of the long term health issues that we would face. What did USAA know? In February, 2006 we purchased a condominium, under fraudulent circumstances, from Louis (Lee) Madere. He was the Louisiana State Grand Jury Foreman for the Danziger Bridge Murders. (*I cannot invent the truth*) The Catholic Church had filed a class action video voyeurism lawsuit against him. Madere entered the Federal Witness Protection Program on October 15th, 2010 (The important date from above.). Secretary of HUD, Mayor and Judge Moon Landrieu, the father of Senator Mary Landrieu and Mayor Mitch Landrieu, was a major source of information.

State Farm Insurance and the murder of prominent Los Angeles attorney James Robie of the Robie Matthai Law Firm.  To be written. Please review your homeowner's policy. The medical liability provision of the homeowner's policy is substantial larger than the property loss provision. A $100,000.00 home could have a $5,000,000.00 medical liability provision. The loss to the insurance companies would be trillions of dollars if it was shown that "The Katrina Virus" was released.

# Attachment 3

Guidelines and background information for reading my emails.

I was arrested on March 15th, 2011 by an FBI SWAT Team. I was arrested for two counts of cyber stalking FBI Special Agent Steven Rayes. The FBI illegally used Louisiana Warrants to arrest me, search my home and seize (steal) my property. The FBI did not have Federal warrants as one might expect. I have never been charged with a crime. The arrest was for a non-violent, non-domestic, non-drug misdemeanor. The arrest was for the equivalent of a severe DUI or DWI.  The FBI stole my legal files, computers, back-ups, phone, photos, evidence, Supreme Court files, a DVD of Agent Rayes assaulting me, a DVD of the Danziger Bridge, etc. The Federal Government wanted to stop my investigation into the Genocide and murder that took place after Hurricane Katrina.

Agent Rayes came into my life on October 14th, 2010. He ordered me to send emails to his official FBI email address. I complied. I have sent over 500 emails to the FBI and multiple agents. Agent Rayes assaulted me on November 10th, 2010. The FBI desperately needed the DVD of Agent Rayes assaulting me.

**I was declared a terrorist by the Department of Justice.** I assume that the classification took place at the same time that Agent Rayes came into my life.

The first email in the book is actually the last email that I sent before I was arrested. I copied a package of information that I had faxed and mailed to the United States Supreme Court and sent the email with the attachments to myself.  I then go back to October 14th, 2010 and present the emails in a chronological order. From October 14th, 2010 until March 14th, 2011. I have not included all of my emails because of space limitations. A partial list of my contacts is attached.

When reading the emails please look for the following: The headings/subjects. Not all emails have headings/subjects. All original emails are from me. Look at the date and time. Please review the addressees (Very Important).  The attachments are important. I sometimes scanned my emails and included those as attachments. I also forwarded many emails because I had received responses.

This was my quest for justice. You be the judge. Am I a terrorist or "The Reluctant Patriot"?

Sincerely,
David Andrew Christenson
"The Reluctant Patriot"

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325

7 OCT 2021   PM 2   L



33128-181048

Judge Robert N. Scola, Jr.
U.S. Courthouse
400 N. Miami Ave.
Room 12-3
Miami, Florida 33128

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Friend of Court Brief filed by David Andrew Christenson October 7th, 2021

Friend of Court Brief <u>8</u>

Judge Scola,

Judges are censored.

You are censored.

Attachment 1: Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton
Hollander Case 1:20-cv-02830-ELH Document 33 Filed 11/30/20 50 pages. One pages one and two are
attached.

Attachment 2: Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge
Ursula Mancusi Ungaro Case 1:20-cv-21108-UU Document 49 Entered on FLSD Docket 06/16/2020 - 16
pages. Only pages one and two are attached.

Attachment 3:  Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy
Kalman Altman

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

# Attachment 1

Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander
Movant David Andrew Christenson – United States Air Force Academy Class of 1982

**Third** Motion for Leave to file a Supplemental Friend of the Court Brief/Amicus Brief

And

Motion to Docket

**Censorship**

**Judge Hollander you are censored.** The Executive Branch censors a Federal Judge. Court Listener is a 501(c)(3) non-profit that is controlled by the Department of Justice. Attachment 1 is the Court Listener Docket from this morning: November 19th, 2020 at 8:10 AM EST. Constitutionally the Court Listener docket should be a duplicate of your official court docket that can be found on Pacer. Attachment 2 is the Pacer docket from this morning: November 19th, 2020 at 8:14 AM EST. The Court Listener docket has been censored and does not duplicate your docket. **THEY CENSORED YOU.**

The Court Listener docket was last updated November 19th, 2020 at 6:08 AM EST. It shows the date of the last known filing to be November 18th, 2020. The last docket entry shown is #26 on November 10th, 2020. Docket #27 and #28 are not shown.

My first Motion was docket #18 on November 4th, 2020. The narrative for that entry was just the word: "Memorandum". The docket entry was corrected by Court Listener with today's update.

Court Listener has a huge following because you can access court documents for free and receive alerts.

Attachment 3: CDC FluView Report Week 45, ending November 7th, 2020

Attachment 4: Pneumonia, Influenza and COVID19 Mortality Surveillance from the National Center for Health Statistics Mortality Surveillance System Data through week ending November 7th, 2020 as of November 12th, 2020

# ATTACHMENT 5: KILL ME NOW – THE PANDEMIC HAS WON AN EMMY. GOVERNOR CUOMO IS BEING GIVEN AN EMMY FOR TURNING THE PANDEMIC INTO A REALITY TV SHOW.

# Attachment 1

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

## CERTIFICATE OF SERVICE

I hereby certify that on November 19ᵗʰ, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

David Andrew Christenson

# Attachment 2

Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro
Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
Movant David Andrew Christenson
June 13th, 2020

FILED BY _PG_ D.C.

JUN 1 6 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Twenty-First Amicus – If I was wrong why would the Department of Justice go to such drastic lengths to CENSOR me?

The Plaintiffs should be suing the United States. Very simple depositions from the Director of the CIA, Secretary of Defense, Director of the NIH and Director of the CDC would verify that I am correct. Remember that 60 plus cancers (14 categories) came out of the World Trade Centers on 911 which is confirmed by the Federal Registry. (see attached article)

The Complaint is frivolous and without merit if the United States is not added. The Complaint is unwinnable and a waste of the Court's time and resources.

Compare the Court Listener docket (attached) from Friday June 12th 2020 at 5:06 PM EST to the official court docket (attached). Court Listener intentionally omitted/CENSORED docket items 4, 6, 8. 9, 10, 11, 12 and 13. Somebody had to manually do the censoring. There are no docket entries or narratives. Court Listener monitors thousands of cases and the transfer of data (copying of data) is automatic.

## OUR CHILDREN ARE THE ONES THAT WILL PAY THE PRICE AND I TOOK AN OATH NOT TO LET THAT HAPPEN

Court Listener is a 501(c)(3) non-profit that is controlled by the Department of Justice.

## THIS IS AN ABSOLUTE CRIMINAL VIOLATION OF THE CONSTITUTION AND IT IS TREASON.

*(Court Listener) Our Mission*
*Free Law Project is a California non-profit public benefit corporation and a federally-recognized 501(c)(3) public charity whose specific purposes are primarily: To provide free, public, and permanent access to primary legal materials on the Internet for educational, charitable, and scientific purposes to the benefit of the general public and the public interest;*
*To develop, implement, and provide public access to technologies useful for legal research;*
*To create an open ecosystem for legal research and materials;*
*To support academic research on related technologies, corpora, and legal systems; and*
*To carry on other charitable activities associated with these purposes, including, but not limited to, publications, meetings, conferences, trainings, educational seminars, and the issuance of grants and other financial support to educational institutions, foundations, and other organizations exclusively for educational, charitable, and scientific purposes as allowed by law.*
*In 2013, Free Law Project joined the Free Access to Law Movement.*

Filed in the following cases:

# Attachment 2

1. United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O. Battani Federal Court - 231 W. Lafayette Blvd., Room 252 - Detroit, MI 48226
2. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
3. United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
4. Greco v. Peoples Republic of China (5:20-cv-02235) District Court, E.D. Pennsylvania Judge Anita Blumstein Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
5. Patella v. Peoples Republic of China (1:20-cv-00433-TDS-JEP) District Court, M.D. North Carolina Judge Thomas D. Schroeder Federal Court - 251 N. Main Street - Winston-Salem, NC 27101
6. Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr. Federal Court - 515 Rusk Street - Houston, TX 77002
7. State of Mississippi v. People's Republic of China (1:20-cv-00168-LG-RHW) District Court, S.D. Mississippi Judge Louis Guirola Jr. Federal Court - 2012 15th Street - Suite 814 - Gulfport, MS 39501
8. Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457-TAD-KLH) District Court, W.D. Louisiana Judge Terry Alvin Doughty Federal Court - 201 Jackson Street - Suite 215 - Monroe, Louisiana 71201
9. Edwards v. Peoples Republic of China (2:20-cv-01393) District Court, E.D. Louisiana Hon N. V. Jolivette Brown Federal Court - 500 Poydras Street - New Orleans, LA 70130
10. State of Missouri v. Peoples Republic of China (1:20-cv-00099) District Court, E.D. Missouri Judge Stephen Limbaugh - Federal Court - 555 Independence Street - Cape Girardeau, MO 63703
11. Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
12. Bella Vista LLC v. The Peoples Republic of China (2:20-cv-00574) District Court, D. Nevada Judge James C. Mahan - Federal Court - 333 S. Las Vegas Blvd - Las Vegas, NV 89101
13. Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade Federal Court - 1100 Commerce St. - Room 1625 - Dallas, Texas 75242
14. Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California Judge David O. Carter - Federal Court - 411 West Fourth St. - Courtroom 9D - Santa Ana, CA, 92701
15. Bourque CPA s & Advisors v. The Peoples Republic of China (8:20-cv-00597) District Court, C.D. California Judge R. Gary Klausner - Federal Court - 255 East Temple Street - Los Angeles, CA 90012
16. Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301
17. Smith v. Chinese Communist Party (2:20-cv-01958) District Court, E.D. Pennsylvania Judge Anita B. Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
18. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson Debevoise & Plimpton LLP - 919 Third Avenue - New York, New York 10022
19. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Attorney Beth Wilkinson - 2001 M Street N.W. - 10th Floor - Washington, D.C. 20036
20. United States v. Manning (1:19-dm-00012) District Court, E.D. Virginia Judge Anthony John Trenga Federal Court - 401 Courthouse Square - Alexandria, VA 22314

# Attachment 3

Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman
Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301
Movant David Andrew Christenson
June 13th, 2020

Twenty-First Amicus – If I was wrong why would the Department of Justice go to such drastic lengths to
CENSOR me?

The Plaintiffs should be suing the United States. Very simple depositions from the Director of the CIA,
Secretary of Defense, Director of the NIH and Director of the CDC would verify that I am correct.
Remember that 60 plus cancers (14 categories) came out of the World Trade Centers on 911 which is
confirmed by the Federal Registry. (see attached article)

The Complaint is frivolous and without merit if the United States is not added. The Complaint is
unwinnable and a waste of the Court's time and resources.

Compare the Court Listener docket (attached) from Friday June 12th 2020 at 5:06 PM EST to the official
court docket (attached). Court Listener intentionally omitted/CENSORED docket items 4, 6, 8. 9, 10, 11,
12 and 13. Somebody had to manually do the censoring. There are no docket entries or narratives. Court
Listener monitors thousands of cases and the transfer of data (copying of data) is automatic.

### OUR CHILDREN ARE THE ONES THAT WILL PAY THE PRICE AND I TOOK AN OATH NOT TO LET THAT HAPPEN

Court Listener is a 501(c)(3) non-profit that is controlled by the Department of Justice.

### THIS IS AN ABSOLUTE CRIMINAL VIOLATION OF THE CONSTITUTION AND IT IS TREASON.

*(Court Listener) Our Mission*
*Free Law Project is a California non-profit public benefit corporation and a federally-recognized 501(c)(3)*
*public charity whose specific purposes are primarily: To provide free, public, and permanent access to*
*primary legal materials on the Internet for educational, charitable, and scientific purposes to the benefit*
*of the general public and the public interest;*
*To develop, implement, and provide public access to technologies useful for legal research;*
*To create an open ecosystem for legal research and materials;*
*To support academic research on related technologies, corpora, and legal systems; and*
*To carry on other charitable activities associated with these purposes, including, but not limited to,*
*publications, meetings, conferences, trainings, educational seminars, and the issuance of grants and*
*other financial support to educational institutions, foundations, and other organizations exclusively for*
*educational, charitable, and scientific purposes as allowed by law.*
*In 2013, Free Law Project joined the Free Access to Law Movement.*

Filed in the following cases:

# Attachment 3

1. United States v. Boucher (1:18-cr-00004) District Court, W.D. Kentucky Judge Marianne O. Battani Federal Court - 231 W. Lafayette Blvd., Room 252 - Detroit, MI 48226
2. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge E. Sullivan Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
3. United States v. Stone (1:19-cr-00018) District Court, District of Columbia Judge A. Jackson Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
4. Greco v. Peoples Republic of China (5:20-cv-02235) District Court, E.D. Pennsylvania Judge Anita Blumstein Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
5. Patella v. Peoples Republic of China (1:20-cv-00433-TDS-JEP) District Court, M.D. North Carolina Judge Thomas D. Schroeder Federal Court - 251 N. Main Street - Winston-Salem, NC 27101
6. Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr. Federal Court - 515 Rusk Street - Houston, TX 77002
7. State of Mississippi v. People's Republic of China (1:20-cv-00168-LG-RHW) District Court, S.D. Mississippi Judge Louis Guirola Jr. Federal Court - 2012 15th Street - Suite 814 - Gulfport, MS 39501
8. Azelea Woods of Ouachita v. Peoples Republic of China (3:20-cv-00457-TAD-KLH) District Court, W.D. Louisiana Judge Terry Alvin Doughty Federal Court - 201 Jackson Street - Suite 215 - Monroe, Louisiana 71201
9. Edwards v. Peoples Republic of China (2:20-cv-01393) District Court, E.D. Louisiana Hon N. V. Jolivette Brown Federal Court - 500 Poydras Street - New Orleans, LA 70130
10. State of Missouri v. Peoples Republic of China (1:20-cv-00099) District Court, E.D. Missouri Judge Stephen Limbaugh - Federal Court - 555 Independence Street - Cape Girardeau, MO 63703
11. Alters v. Peoples Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Ungaro Federal Court - 400 North Miami Avenue - Room 12-4 - Miami, Florida 33128
12. Bella Vista LLC v. The Peoples Republic of China (2:20-cv-00574) District Court, D. Nevada Judge James C. Mahan - Federal Court - 333 S. Las Vegas Blvd - Las Vegas, NV 89101
13. Buzz Photo v. Peoples Republic of China (3:20-cv-00656) District Court, N.D. Texas Judge Ed Kinkeade Federal Court - 1100 Commerce St. - Room 1625 - Dallas, Texas 75242
14. Cardiff Prestige Property, Inc. v. Peoples Republic of China (8:20-cv-00683) District Court, C.D. California Judge David O. Carter - Federal Court - 411 West Fourth St. - Courtroom 9D - Santa Ana, CA, 92701
15. Bourque CPA s & Advisors v. The Peoples Republic of China (8:20-cv-00597) District Court, C.D. California Judge R. Gary Klausner - Federal Court - 255 East Temple Street - Los Angeles, CA 90012
16. Aharon v. Chinese Communist Party (9:20-cv-80604) District Court, S.D. Florida Judge Roy K. Altman Federal Court - 299 East Broward Blvd. - Fort Lauderdale, Fl. 33301
17. Smith v. Chinese Communist Party (2:20-cv-01958) District Court, E.D. Pennsylvania Judge Anita B. Brody Federal Court - 601 Market Street - Philadelphia, PA 19106
18. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Judge John Gleeson Debevoise & Plimpton LLP - 919 Third Avenue - New York, New York 10022
19. United States v. Flynn (1:17-cr-00232) District Court, District of Columbia Attorney Beth Wilkinson - 2001 M Street N.W. - 10th Floor - Washington, D.C. 20036
20. United States v. Manning (1:19-dm-00012) District Court, E.D. Virginia Judge Anthony John Trenga Federal Court - 401 Courthouse Square - Alexandria, VA 22314

# Attachment 3

21. United States v. Snowden (1:19-cv-01197) District Court, E.D. Virginia Judge Liam O'Grady Federal Court - 401 Courthouse Square - Alexandria, VA 22314
22. United States v. Snowden (1:13-cr-265) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314
23. United States v. Winner (1:17-cr-00034) District Court, S.D. Georgia Judge James Randal Hall Federal Court - 600 James Brown Blvd. - Augusta, GA 30901
24. United States v. Assange (1:18-cr-00111) District Court, E.D. Virginia Senior Judge Claude M. Hilton Federal Court - 401 Courthouse Square - Alexandria, VA 22314
25. In re: Michael Flynn (20-5143) Court of Appeals for the D.C. Circuit Clerk Mark Langer U. S. Appeals Court D.C. - 333 Constitution Ave. N.W. - Washington D.C. 20001
26. In re: Reality Winner (20-11692) Court of Appeals for the 11th Circuit Clerk David Smith Appeals Court 11th Circuit - 56 Forsyth St., N.W. - Atlanta, Georgia 30303
27. Center for Democracy & Technology v. Trump (1:20-cv-01456) District Court, District of Columbia Judge Trevor Neil McFadden - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001
28. McCarthy v. Pelosi (1:20-cv-01395-RC) District Court, District of Columbia Judge Rudolph Contreras - Federal Court - 333 Constitution Ave. N.W. - Washington D.C. 20001

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

## CERTIFICATE OF SERVICE

I hereby certify that on June 13th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

6/13/2020                         AHARON v. CHINESE COMMUNIST PARTY, 9:20-cv-80604 – CourtListener.com

# Attachment 3
# AHARON V. CHINESE COMMUNIST PARTY (9:20-cv-80604)

## District Court, S.D. Florida

☐ View on PACER (https://ecf.flsd.uscourts.gov/cgi-bin/DktRpt.pl?569667)

🔍 Search this Docket (/?type=r&q=docket_id%3A17051918)

🔔 Get Alerts (/alert/docket/toggle/)   ❓ (/help/alerts/#recap-alerts)

Last Updated: June 12, 2020, 5:06 p.m. EDT

Assigned To: Roy Kalman Altman (/person/8660/roy-kalman-altman/)

Referred To: Dave Lee Brannon (/person/9169/dave-lee-brannon/)

Date Filed: April 7, 2020

Date of Last Known Filing: June 9, 2020

Cause: 28:1332 Diversity (/?type=r&cause="28:1332 Diversity")

Nature of Suit: 360 P.I.: Other (/?type=r&nature_of_suit="360 P.I.: Other")

Jury Demand: Plaintiff (/?type=r&q=juryDemand:"Plaintiff")

Jurisdiction Type: Diversity

▦ Docket Entries (/docket/17051918/aharon-v-chinese-communist-party/)

♟ Parties and Attorneys (/docket/17051918/parties/aharon-v-chinese-communist-party/)

**Filed**

MM/DD/YYYY

**to**

MM/DD/YYYY

**Documents**                                                                                      ⇅    ⇵

**to**

| | Date Filed | Description |
|---|---|---|
| 1 | Apr 8, 2020 | COMPLAINT against All Defendants. Filing fees $ 400.00 receipt number AFLSDC-12712730, filed by ROSANNA CARUSO, MORIAH AHARON, DAMON J DETESO, JORDAN G KUPPINGER, CHRISTOPHER PAYTON. (Attachments: # 1 Civil Cover Sheet CIVIL COVER SHEET, # 2 Summon(s) Summons Repub of China, # 3 Summon(s) Summons Chinese Comm Party)(Moore, Matthew) (Entered: 04/08/2020) |
| | | Main Doc  Complaint |
| | | (/docket/17051918/1/aharon-v-chinese-communist-party/) |
| | | Att 1  Civil Cover Sheet CIVIL COVER SHEET |
| | | Att 2  Summon(s) Summons Repub of China |
| | | Att 3  Summon(s) Summons Chinese Comm Party |
| | | (/docket/17051918/1/3/aharon-v-chinese-communist-party/) |
| | Apr 8, 2020 | Clerk's Notice of Judge Assignment and Optional Consent |
| 2 | Apr 8, 2020 | Clerks Notice of Judge Assignment to Judge Roy K. Altman and Magistrate Judge Dave Lee Brannon. Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Dave Lee Brannon is available to handle any or all proceedings in this case. If agreed, parties should complete and |

6/13/2020                     AHARON v. CHINESE COMMUNIST PARTY, 9.20-cv-80604 – CourtListener.com

# Attachment 3

file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. Pro se (NON-PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON-PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (ail) (Entered: 04/08/2020)

| | | Main Doc | Clerk's Notice of Judge Assignment |
|---|---|---|---|
| 3 | Apr 8, 2020 | | Summons Issued as to CHINESE COMMUNIST PARTY, PEOPLE'S REPUBLIC OF CHINA. (Attachments: # 1 Summon(s))(ail) (Entered: 04/08/2020) |
| | | Main Doc (/docket/17051918/3/aharon-v-chinese-communist-party/) | Summons Issued |
| | | Att 1 | Summon(s) |
| | May 19, 2020 | Order Striking | |
| | May 22, 2020 | Order Striking | |
| 14 | Jun 12, 2020 | Main Doc | - Order (PAPERLESS or pdf attached) |

Newsletter

Sign up to receive the Free Law Project newsletter with tips and announcements.

Email Address

Subscribe

# Attachment 3

DLB,REF_PTN

**U.S. District Court**
**Southern District of Florida (West Palm Beach)**
**CIVIL DOCKET FOR CASE #: 9:20-cv-80604-RKA**

AHARON et al v. CHINESE COMMUNIST PARTY et al
Assigned to: Judge Roy K. Altman
Referred to: Magistrate Judge Dave Lee Brannon
Cause: 28:1332 Diversity

Date Filed: 04/07/2020
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

| Date Filed | # | Docket Text |
|---|---|---|
| 04/08/2020 | 1 | COMPLAINT against All Defendants. Filing fees $ 400.00 receipt number AFLSDC 12712730, filed by ROSANNA CARUSO, MORIAH AHARON, DAMON J DETESO, JORDAN G KUPPINGER, CHRISTOPHER PAYTON. (Attachments: # 1 Civil Cover Sheet CIVIL. COVER SHEET, # 2 Summon(s) Summons Repub of China, # 3 Summon(s) Summons Chinese Comm Party)(Moore, Matthew) (Entered: 04/08/2020) |
| 04/08/2020 | 2 | Clerks Notice of Judge Assignment to Judge Roy K. Altman and Magistrate Judge Dave Lee Brannon. <br><br> Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Dave Lee Brannon is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. <br><br> Pro se (NON-PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON-PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (ail) (Entered: 04/08/2020) |
| 04/08/2020 | 3 | Summons Issued as to CHINESE COMMUNIST PARTY, PEOPLE'S REPUBLIC OF CHINA. (Attachments: # 1 Summon(s))(ail) (Entered: 04/08/2020) |
| 05/18/2020 | 4 | STRICKEN NOTICE of Filing re: Complaint by Non-Party David Andrew Christenson (mc) stricken per de#5 (dj). (Entered: 05/19/2020) |
| 05/19/2020 | 5 | PAPERLESS ORDER striking 4 Notice. The Clerk of Court is directed to STRIKE the 4 Notice. The filer is not a party to this litigation. Signed by Judge Roy K. Altman on 5/19/2020. (vve) (Entered: 05/19/2020) |
| 05/21/2020 | 6 | STRICKEN NOTICE to the Court by Non-Party David Andrew Christenson (Docket Sheet mailed) stricken per de# 7 (mc) Modified on 5/22/2020 (dj). (Entered: 05/22/2020) |
| 05/22/2020 | 7 | PAPERLESS ORDER striking 6 Notice to the Court. The Clerk of Court is directed to STRIKE the 6 Notice. The filer is not a party to this litigation. Signed by Judge Roy K. Altman on 5/22/2020. (vve) (Entered: 05/22/2020) |
| 05/22/2020 | 8 | NOTICE to the Court by Non-Party David Andrew Christenson (Attachments: # 1 Amicus Two) (mc) (Entered: 05/22/2020) |
| 06/04/2020 | 9 | Ideas to Change Narrative by David Andrew Christenson. (drz) (Entered: 06/04/2020) |
| 06/05/2020 | 10 | NOTICE of Ninth Amicus by David Andrew Christenson. (drz) (Entered: 06/05/2020) |
| 06/09/2020 | 11 | NOTICE of Eleventh Amicus-ANTIFA by David Andrew Christenson (drz) (Entered: 06/09/2020) |
| 06/09/2020 | 12 | NOTICE of Tenth Amicus by David Andrew Christenson (drz) (Entered: 06/09/2020) |
| 06/10/2020 | 13 | Motion for Permission to Save Your Life Just Change the Narrative by David Andrew Christenson (drz) (Entered: 06/10/2020) |
| 06/12/2020 | 14 | ORDER Requiring Service to be Perfected on Defendants re 1 Complaint, filed by DAMON J DETESO, JORDAN G KUPPINGER, CHRISTOPHER PAYTON, ROSANNA CARUSO, MORIAH AHARON Signed by Judge Roy K. Altman on |

# Attachment 3

*See attached document for full details.* (drz) (Entered: 06/12/2020)

http://usnews.nbcnews.com/_news/2012/09/10/13783417-us-adds-cancer-to-list-of-illnesses-linked-to-911-terror-attacks

# Attachment 3

## US adds cancer to list of illnesses linked to 9/11 terror attacks

*By NBC News and wire services*
*September 11, 2012, 6:02 am*

NBCNews.com

Updated at 5:15 p.m. ET: The federal government on Monday added 14 categories of cancer to the list of illnesses linked to the 9/11 terror attacks, which brings added coverage to rescue workers and people living near ground zero on Sept. 11, 2001.

The National Institute for Occupational Safety and Health approved the additions to the list of illnesses covered in the James Zadroga 9/11 Health and Compensation Act, which were proposed in June. The updated regulations take effect 30 days after the ruling is published in the Federal Register.

See more on this story on NBCNewYork.com

The decision "marks an important step in the effort to provide needed treatment and care to 9/11 responders and survivors," said Dr. John Howard, administrator of the World Trade Center Health Program established by the Zadroga law.

The Zadroga Act — named after NYPD Detective James Zadroga, who died at age 34 after working at ground zero — was signed into law nearly two years ago. Despite the hundreds of sick responders, the act did not cover cancer because of a supposed lack of scientific evidence linking cancer to ground zero toxins.

"We are getting sick in record numbers," said Ray Pfeiffer, a first responder who was diagnosed three years ago with kidney cancer. He said it has been a struggle to pay for expensive medications not fully covered by his insurance.

"It's fantastic news," he said of the expanded list of covered illnesses.

About 400 residents and rescue workers have died from cancer since 9/11, according to the New York Post.

With cancer included in the program more victims are likely to seek compensation, which could cause individual awards to be reduced as officials divide up the $2.77 billion fund.

"They're going to add cancers, but are they going to add more money to the fund?" Thomas "T.J." Gilmartin, who suffers from lung disease and sleep apnea, said to the Post. "It's crazy. Every time, we gotta fight. It's two years since Obama signed that bill, and nobody's got 10 cents."

"We fought long and hard to make sure that our 9/11 heroes suffering from cancers obtained from their work at ground zero get the help they deserve," U.S. Senators Kirsten Gillibrand and Charles E. Schumer, both of New York, said in a statement. "Today's announcement is a huge step forward that will provide justice and support to so many who are now suffering from cancer and other illnesses. We will press on - with advocates, the community, and our partners in government - to ensure that all those who suffered harm from 9/11 and its aftermath get the access to the program they so desperately need."

Last week, the New York City Fire Department added nine names to the 55 already etched on a wall honoring members who have died of illnesses related to ground zero rescue and recovery work, Reuters reported.



http://usnews.nbcnews.com/news/2012/09/10/13783417-us-adds-cancer-to-list-of-illnesses-linked-to-911-terror-attacks

# Attachment 3



*Family photo via NY Daily News / AP File In this undated file photo, New York City Police Det. James Zadroga, left, holds his daughter Tylerann. Fifty cancers will be added to the Zadroga Act, which was named after the detective--who died of respiratory failure in Jan. 2006 after working at ground zero.*

Some estimates put the overall death toll from 9/11-related illness at more than 1,000, according to Reuters. At least 20,000 ground zero workers are being treated across the country and 40,000 are being monitored by the World Trade Center Health Program, Reuters reported.

Tuesday marks the 11th anniversary of the 9/11 terror attacks.

Last fall, the September 11 Memorial at ground zero finally opened in the footprints of the original towers. Since then, more than 4 million people have visited.

Financial, security and design setbacks have delayed the redevelopment of the World Trade Center in the past decade. A recent project audit indicates that overall site redevelopment costs have grown to nearly $15 billion.

One World Trade Center is nearing completion and is expected to open in 2014.

NBCNewYork.com's Brynn Gingras and Reuters contributed to this report.

More content from NBCNews.com:

- Should felons vote? In some states, it's easy; in others, impossible
- FBI arrests Trenton, N.J., mayor, others in corruption probe
- SEAL explains why bin Laden was dangerous when killed
- 'Jew Pond' name officially changed on US maps
- In Arctic oil battle, Shell starts preliminary drilling

11/09/2012 07:07 AM

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA
7 OCT 2021



Judge Robert N. Scola, Jr.
U.S. Courthouse
400 N. Miami Ave.
Room 12-3
Miami, Florida 33128

33128-181048

**I am down on my knees begging you to help one black man, Nathan Foreman, who was falsely convicted. Nathan was arrested when he was 18 (2005) and convicted in 2008.**

**AMICUS 164 – October 5th, 2021**

To: Judge Ellen Lipton Hollander, Clerk Felicia Cannon, Chief Judge William Pryor Jr., Clerk David J. Smith, Chief Judge Lee H. Rosenthal, Clerk Lyle Cayce, Judge Lynn N. Hughes, and Clerk Nathan Ochsner.

Louisiana is corrupt. This is the last docket entry. I cut and pasted it. Attorney Justice Harrell accepted money from Nathan Foreman. All he had to do was attend the hearing.

```
03/03/2020                                                    ANDREWSA
           >DEFENDANT FILED A MOTION TO VACATE CONVICTION, WITH PREJUDICE.
           MATTER WAS SET FOR 2/19/20 AT WHICH TIME THE DEFENDANT'S MOTHER
           >APPEARED, ADVISING THAT JUSTIN HARRELL HAD BEEN RETAINED TO
           REPRESENT DEFENDANT. JUDGE'S LAW CLERK CONTACTED JUSTIN
           HARRELL, WHO ADVISED THAT HE WAS NOT REPRESENTING DEFENDANT ON
           ANY PENDING MATTERS. EMAIL FROM JUSTIN HARRELL FILED THIS DATE.
           JUDGMENT ISSUED, DENYING DEFENDANT'S MOTION TO VACATE CONVICTION.
```

Attached is a new Motion that Nathan Foreman is in the process of filing.

Is there anything you can do? Any recommendations? Do you know any attorneys that would represent Nathan?

Godspeed - Sincerely, David Andrew Christenson - Box 9063 - Miramar Beach, Florida 32550 504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

NATHAN FOREMAN Offender ID: 534939
Louisiana State Penitentiary
17544 Tunica Trace
Angola, LA 70712

Nathan Foreman,

Does Innocent Project, ACLU, etc. have any representatives at the prison? You need to send this to everyone that you know. Send it to the Public Defender. Ask everyone for help.

If you approve of the motion, I will send you as many copies as you need. If you write a letter asking for help, I will type it and attach it to the Motion.

I will send this to judges and clerks in the Federal Judiciary today, asking for help.

Please let me know what I can do.

Send a cover letter explaining your situation.

Three identical packages went out today. I sent them to the DOJ/Civil Rights Division, Orleans Parish Public Defender and 9 Judges and Clerks in the Federal Judiciary.


Godspeed.
Sincerely,
David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
504-715-3086
davidandrewchristenson@hotmail.com

State of Louisiana                                    Orleans Parish Criminal Court
Vs.                                                  Judge Camille Buras
Nathan Foreman                                       Section H Case: 459100

### Motion to Vacate Conviction

I, Nathan Foreman (Defendant), would like to bring this matter under two doctrines: Newly discovered evidence and a tainted jury.

1. Chief District Attorney Mary Glass withheld that she was good friends with the victim and the victim's family. The law states Judges and District Attorneys (Prosecutors) must recuse themselves if they have any ties with the victim or victim's family. Chief District Attorney Mary Glass had a close and personal relationship with the victim and the victim's family. (Exhibit One) A video will show that Chief District Attorney Mary Glass knows the victim and the victim's family. The close personal relationship is confirmed by the fact that Chief District Attorney Mary Glass has a picture, in a frame, on her desk of the victim.

2. Chief District Attorney Mary Glass used my ex-girlfriend, from high school, to persuade the jury to find me guilty. <u>Chief District Attorney Mary Glass allowed Tyese Johnson to sit on the jury.</u> Tyese Johnson did not disclose that she knew me, but Chief District Attorney Mary Glass knew that she did. I cheated on her in high school. Tyese Johnson never forgave me for cheating on her. Scorned Tyese Johnson, my ex-girlfriend, cooperated with Chief District Attorney Mary Glass, a friend of the victim and victim's family, and persuaded the jury to convict me. (Exhibit Two) I have a copy of the Redeemer Seton High School yearbook which shows that Juror Tyese Johnson knew me and that we went to school together.

### CERTIFICATE OF SERVICE

I hereby certify that on October 11th, 2021, I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail or first-class mail.

_____

Nathan Foreman

AAG Kristen Clarke                                            October 5th, 2021
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Assistant Attorney General Clarke,

Louisiana is beyond corrupt. I am trying to help an innocent black man who has been in jail since 2005.
His civil rights have been violated. He is the victim of judicial, prosecutor and attorney misconduct. I can
not invent what has happened to him.

Nathan Foreman will be filing the attached Motion to Vacate on October 11th, 2021.

Nathan Foreman, incarcerated in Angola Prison in Louisiana, was successful in getting a Motion to
Vacate docketed on September 11th, 20**18**, and that was finally set for a hearing on February 19th, 20**20**.
The state did not respond for 15 months and filed a Memorandum in Response on December 12th, 20**19**.
The judge had ordered the state to respond per the docket.

The following was cut and pasted from the official docket. Nathan Foreman was never given a hearing.
The attachment about Nathan Foreman's attorney clearly shows that malpractice and criminal
malpractice was committed. Look at the dates on the letter from Defense Attorney Justin Harrell.

03/03/2020                           ANDREWSA
        >DEFENDANT FILED A MOTION TO VACATE CONVICTION, WITH PREJUDICE.
        MATTER WAS SET FOR 2/19/20 AT WHICH TIME THE DEFENDANT'S MOTHER
        >APPEARED, ADVISING THAT JUSTIN HARRELL HAD BEEN RETAINED TO
        REPRESENT DEFENDANT. JUDGE'S LAW CLERK CONTACTED JUSTIN
        HARRELL, WHO ADVISED THAT HE WAS NOT REPRESENTING DEFENDANT ON
        ANY PENDING MATTERS. EMAIL FROM JUSTIN HARRELL FILED THIS DATE.
        JUDGMENT ISSUED, DENYING DEFENDANT'S MOTION TO VACATE CONVICTION.

I can provide you with other documentation about the judicial, prosecutor and attorney(s) misconduct.

Nathan Foreman ID: 534939
Louisiana State Penitentiary
17544 Tunica Trace
Angola, LA 70712

Godspeed. - Sincerely, - David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com - dchristenson6@hotmail.com

Derwyn Bunton                                                                    October 5th, 2021
Orleans Public Defenders
2601 Tulane Avenue
Suite 700
New Orleans, LA 70119

Mr. Bunton,

Louisiana is beyond corrupt. I am trying to help an innocent black man who has been in jail since 2005.
His civil rights have been violated. He is the victim of judicial, prosecutor and attorney misconduct. I can
not invent what has happened to him.

Nathan Foreman will be filing the attached Motion to Vacate on October 11th, 2021.

Nathan Foreman, incarcerated in Angola Prison in Louisiana, was successful in getting a Motion to
Vacate docketed on September 11th, 20**18**, and that was finally set for a hearing on February 19th, 20**20**.
The state did not respond for 15 months and filed a Memorandum in Response on December 12th, 20**19**.
The judge had ordered the state to respond per the docket.

The following was cut and pasted from the official docket. Nathan Foreman was never given a hearing.
The attachment about Nathan Foreman's attorney clearly shows that malpractice and criminal
malpractice was committed. Look at the dates on the letter from Defense Attorney Justin Harrell.

03/03/2020                              ANDREWSA
    >DEFENDANT FILED A MOTION TO VACATE CONVICTION, WITH PREJUDICE.
    MATTER WAS SET FOR 2/19/20 AT WHICH TIME THE DEFENDANT'S MOTHER
    >APPEARED, ADVISING THAT JUSTIN HARRELL HAD BEEN RETAINED TO
    REPRESENT DEFENDANT. JUDGE'S LAW CLERK CONTACTED JUSTIN
    HARRELL, WHO ADVISED THAT HE WAS NOT REPRESENTING DEFENDANT ON
    ANY PENDING MATTERS. EMAIL FROM JUSTIN HARRELL FILED THIS DATE.
    JUDGMENT ISSUED, DENYING DEFENDANT'S MOTION TO VACATE CONVICTION.

I can provide you with other documentation about the judicial, prosecutor and attorney(s) misconduct.

Nathan Foreman ID: 534939
Louisiana State Penitentiary
17544 Tunica Trace
Angola, LA 70712

Godspeed. - Sincerely, - David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com - dchristenson6@hotmail.com

 LAW, LLC

*Attorneys and Counselors at Law*

1100 Poydras Street, Suite 2900
New Orleans, Louisiana 70163
Office: 504.585.7329
Fax: 504.324.0145
www.h2law-neworleans.com

Justin Caine Harrell, Esq.
Autumn Snyder Harrell, Esq.

Wednesday, January 01, 2020

Mr. Nathan Foreman, DOC 534939
Louisiana State Penitentiary
Angola, Louisiana 70712

Re:     **State ex rel. Nathan Foreman v. State of Louisiana**

Dear Mr. Foreman:

Happy New Year. It was my pleasure meeting with you on Monday, December 30, 2019 to discuss your very important case. The purpose of this letter is to memorialize the contents of our conversation.

I understand that you have little in the way of records. I am therefore requesting a copy of your District Attorney file. I will also review your closed file at the Clerk's Office. In turn, you are going to send me copies of post-conviction applications or motions that are currently pending or have been previously filed in your matter.

As you know, I have been retained to see what, if any, avenues are available to get you into court. The affidavit from Jonathan Bailey is our best first start. However, the affidavit appears to be from 2005, which would make it too old for use. The best way to overcome this would be to obtain statements from you and your mother detailing how the affidavit came into your possession. If we can prove that you only received it within the last two years, it is possible that we can use it to return to court.

I remain

Respectfully yours,
**H2 LAW, LLC**

Justin Caine Harrell, Esq.

JCH/

**LAW, LLC**

*Attorneys and Counselors at Law*

1100 Poydras Street, Suite 2900
New Orleans, Louisiana 70163
Office: 504.585.7329
Fax: 504.324.0145
www.h2law-neworleans.com

Justin Caine Harrell, Esq.
Autumn Snyder Harrell, Esq.

Wednesday, January 1, 2020

Office of the District Attorney
Records Department
619 S. White Street
New Orleans, Louisiana 70119

**ATTN: Custodian of Records**

      **RE: Public Records Act Request**

To Whom It May Concern:

      Pursuant to the Public Records Act of Louisiana, LA R.S. 44:1 *et seq.*, I hereby request copies of the following public records:

**Name: Nathan Foreman**                   **DOB: September 27, 1986**
**Criminal Docket No.: 459-100 "H"**         **NOPD Item No.: C1091805**

      In advance of any copying, please notify our offices immediately with the cost that will be involved in complying with this request.

      Please respond to this request within three (3) days as required by law. La. R.S. 44:33 B(1). If you intend to challenge any of the above-requested documents on the basis that the requested material is not a public record, you must notify our office within three (3) days with the reasons therefor. La. R.S. 44:33 D.

      If you withhold any documents responsive to this request, please describe the material withheld and specify in detail the statutory or administrative basis for withholding it. All segregable, non-exempt parts of the documents should be provided. If you deny this request pursuant to R.S. 44:34, because the records are not in your custody or control, please answer the following questions in detail:

      1. Is a copy of the requested public record usually located in your office?

Letter to Orleans Parish District Attorney's Office
January 1, 2020
Page 2 of 3

    2. Why is your copy of the requested public record absent from your office?

    3. Where is your copy of the requested public record?

    4. Who has received your copy of the requested public record?

    5. How and from whom did the present custodian gain control of your copy of the requested public record?

    6. What was the exact time your copy of the requested public record was taken from your custody and control?

    7. When will your copy of the requested public record be returned to your office?

    8. Is there any other public official who has a copy of the requested public record?

    9. State the name or names of anyone who has a copy of the requested public record.

    10. State the location(s) where the requested public record can be viewed.

    11. State the hours and dates when the requested public record can be viewed.

    Failure to comply with this request in the time permitted by law may result in further legal action and may include an award of attorney's fees, costs, and damages. La. R.S. 44:35 A; La. C.C.P. art. 3863.

    In addition, kindly note that any pending or future post-conviction or federal Habeas proceedings do not render the above-referenced matter "pending" or otherwise eliminate or reduce your responsibilities under the Public Records Act. *See generally, Lemmon v. Connick,* 590 So.2d 574 (La. 1991) (holding that "post-conviction relief is not 'criminal litigation' within the meaning the Public Records Act.")

    Moreover, failure to comply with our PRA request will likely subject your office to pecuniary damages.

    If the requester has been denied the right to inspect or copy a record "by the passage of five days, exclusive of Saturdays, Sundays, and legal public holidays, from the date of his request without receiving a final determination in writing by the custodian," the requester may institute proceedings for the issuance of a writ of mandamus, along with the award of attorney's fees, costs, and damages.  La. R.S. 44:35 A.

*See Innocence Project New Orleans v. New Orleans Police Dep't,* 129 So. 3d 668 (La.App. 4 Cir. 2013). The requester who prevails in such a suit "*shall be awarded* reasonable attorney's fees and other costs of litigation." La. R.S. 44:35 D [emphasis added].

Letter to Orleans Parish District Attorney's Office
January 1, 2020
Page 3 of 3

     If you have any questions, or require clarification of this request, please contact me at the phone number listed above. Thank you in advance for your prompt attention to this matter.

Respectfully yours,
**H2 LAW, LLC**

Justin Caine Harrell, Esq.

JCH/

CLERK'S OFFICE RECEIVED UNFORM APPLICATION FOR POST-CONVICTION
RELIEF.(BAILEY JONATHAN)

08/20/2018
AHERNJANET

>DEFENDANT, JONATHAN BAILEY DID NOT APPEAR FOR FILING(S) IN OPEN
COURT DEFENDANT FILED AN APPLICATION FOR POST CONVICTION
RELIEF. >POST CONVICTION HEARING SET FOR 08/28/18 IN SECTION H

08/28/2018                                                                 ANDREWSA

>DEFENDANT, JONATHAN BAILEY DID NOT APPEAR FOR POST CONVICTION
HEARING >DEFENDANT'S CLAIM OF INEFFECTIVE ASSISTANCE OF COUNSEL
AND DEFENDANT'S APPLICATION FOR POST CONVICTION RELIEF ARE
DENIED.

09/11/2018
AHERNJANET

>DEFENDANT, NATHAN FOREMAN DID NOT APPEAR FOR FILING(S) IN OPEN
COURT DEFENDANT FILED, PRO SE, MOTION TO VACATE CONVICTION,
WITH PREJUDICE, BASED ON CRIMINAL PROSECUTOR MISCONDUCT. STATE
ORDERED TO RESPOND TO DEFENDANT'S MOTION. >CONTINUED WITHOUT
DATE.

11/26/2018
AHERNJANET

>DEFENDANT, JONATHAN BAILEY DID NOT APPEAR FOR FILING(S) IN OPEN
COURT FOURTH CIRCUIT COURT OF APPEAL 2018-K-0920, WRIT DENIED.

========================================================================

                            END OF DOCKET MASTER

------------------------------------------------------------------------

Disclaimer:
The Orleans Parish Sheriff's Office provides computer services to both the Orleans Parish Clerk of Criminal District
Court and the Orleans Parish Criminal District Court. The Orleans Parish Sheriff's Office DOES NOT maintain or
ensure the information provided is complete and accurate, and this information can change quickly. Therefore, the
information on this site may not reflect the true charges, status, next court date, or other information regarding a
case. The information is provided as a request under the Freedom of Information Act, and the Public Records Act.
Nothing contained herein is intended to imply or infer the guilt or wrongdoing of any person(s) listed on this site.
This information shall not be considered, or used as, a public document, or official document, and no other
publication or copying of this information is allowed without the express written consent of the person(s), and the
Orleans Parish Criminal District Court.

For questions, comments, and other information you may contact the Orleans Parish Clerk of Criminal District
Court, Records Division at (504) 658-9000. This information is made available to the public and law enforcement in
the interest of public safety. Any unauthorized use of this information is forbidden and subject to criminal
prosecution.

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL   325

5 OCT 2021   PM 1   L



33128-181048

Judge Robert N. Scola, Jr.
U.S. Courthouse
400 N. Miami Ave.
Room 12-3
Miami, Florida 33128

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Friend of Court Brief filed by David Andrew Christenson October 4th, 2021

Friend of Court Brief **1**

Judge Scola,

The attached pleadings were docketed by Judge Lynn Nettleton Hughes in Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas.

The case is closed and on appeal. I have said awful things about him, but he has not struck the pleadings. He did file other pleadings and ordered them struck, but he did not remove them from the record.

Another odd point. I did not put the case number on the pleadings. One has a case number that was put there by someone with the court and the other one does not have a case number.

Godspeed

Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

# 4:21cv1774

United States Courts
Southern District of Texas

Reference Supreme Court: 21A15 Justice Amy Coney Barrett Emergency Application for Writ of ~~FILED~~
Injunction, Relief Requested by Friday, August 13, 2021

**Amicus - 101 – August 12th, 2021**

AUG 1 6 2021

Nathan Ochsner, Clerk of Court

## THE MIRACLE, AND IT IS SO SIMPLE
(I beg you to let me retire – I cannot retire until the narrative is changed.)

# THE SUPREME COURT IS THE ONLY LEGITIMATE ENTITY IN THE WORLD THAT CAN SAVE MANKIND.

# WHERE THE SUPREME COURT GOES, MANKIND GOES.

Change the narrative by ordering a response. This is about Mankind. (It is not about me, and I do not want it to be about me. IT HAS TO BE ABOUT CHANGING THE NARRATIVE AND SAVING MANKIND.)

My prevailing without the Supreme Court will result in a violent revolution. My writings will be used against the Supreme Court and that is not a good thing. (Pray that I do not die before the narrative is changed.)

The Supreme Court is *"legitimate."* If we are to bring about peaceable change then it must come from the Supreme Court. This is an opportunity to hit the *"reset"* button.

I know we disagree, but I believe the Preamble is the Constitution and (*We*) *"I, _____, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God."*

The agencies within the government are not only lying to the American people but to each other. The White House was livid this week when they found out that on May 1st, 2021, the CDC stopped tracking breakthrough infections for those that had been vaccinated.

What will happen if the American people find out the vaccines do not work?

What happens if the Messenger vaccines instruct the vaccinated immune systems **to not** fight the COVID19 Virus? There is empirical evidence that this is happening.

Americans will not have their immune systems because of Censorship.

1. **Writ of Mandamus and Writ of Mandamus 14-1007 Supreme Court**
2. Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander
3. Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro

4.  Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York Judge John George Koeltl
5.  United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371
6.  Case No. 21-20311 - Jennifer Bridges; et al, Plaintiffs – Appellants - v. - The Houston Methodist Hospital, Defendants – Appellees
7.  Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton Hughes
8.  Neve v. Birkhead (1:21-cv-00308) District Court, M.D. North Carolina Judge Loretta Copeland Biggs
9.  Legarreta v. Macias (2:21-cv-00179) District Court, D. New Mexico Judge Martha Alicia Vazquez
10. Klaassen v. The Trustees of Indiana University (1:21-cv-00238) District Court, N.D. Indiana Judge Damon R Leichty

Godspeed

Sincerely,

On File

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on August 12th, 2021, I filed the foregoing with the Clerk using CM/ECF and then served the pleading via CM/ECF, U.S. First Class Mail and Email on August 12th, 2021.

On File

_____
David Andrew Christenson

United States Courts
Southern District of Texas
FILED

SEP 29 2021

Nathan Ohsner, Clerk of Court

Amicus 149 – September 24th, 2021 – Correction – **Further Analysis** – (Not Flynn, Lindell, or Trump.)

Neither Trump nor Biden will "*Insure Domestic Tranquility*" People vote their fear and ignorance.

### THE ENEMY IS US. THERE IS NO RECOVERY.

Is Jared Kushner, Israel/Mossad/, Taiwan and Ukraine funding and transporting the Haitians to Del Rio, Texas? Someone is funding the migration. They are tampering with the 2022 and 2024 elections.

**Our allies fear Biden. Russia does not fear Biden.** Israel/Mossad has zero confidence in Biden. (You might add NATO, Europe and especially France. Trump is missed.) Emperor Trump returns in 2024.

Original Letter September 23rd, 2021

Is Mike Lindell "The Pillow Guy", General Michael Flynn and the Russians funding and transporting the Haitians to Del Rio, Texas on behalf of President Donald Trump?

Before you decide if I am crazy, please review one pleading. Judge Lynn Nettleton Hughes, who arguably could be the worst judge in the Federal Judiciary or at least the most overturned, allowed my pleading (attached) to be entered into the docket and remain in the docket. My other pleadings were struck by Judge Hughes but remain in the docket. The odd part about the pleading is that I did not put the case number, 4:21-cv-1774, in the header, he did. Judge Hughes knows my feelings towards him. Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton Attached: Case 4:21-cv-01774 Document 33 Filed on 08/16/21 in TXSD Page 1 of 2

September 23rd, 2021

### MATHEMATICALLY MANKIND WILL CEASE TO EXIST IS THE NEXT FEW YEARS. MATHEMATICALLY SUICIDES WILL OUTNUMBER BIRTHS.

### MY FIRST JOB IS TO CHANGE THE NARRATIVE

### MY SECOND JOB IS TO REMOVE TRUMP AND BIDEN FROM THE NARRATIVE

### WE WOULD NOT BE IN THE PANDEMIC IF THE SUPREME COURT HAD ORDERED A RESPONSE TO MY WRIT 14-10077 MANDAMUS AND PROHIBITION.

To: Jane Sullivan Roberts, Patricia McCabe, Jeffrey P. Minear, Marshal Gail A. Curley, Clerk Scott Harris, Justice Amy C. Barrett. - Judge Ellen Lipton Hollander, Clerk Felicia Cannon, Chief Judge William Pryor Jr., Clerk David J. Smith, Chief Judge Lee H. Rosenthal, Chief Judge Priscilla R. Owen, Clerk Lyle Cayce, Judge Lynn N. Hughes, Clerk Nathan Ochsner, Marshal T. O'Connor, Vice Admiral John Christenson, and Irving L Azoff. **Complete list of addressees is at the end of the letter.**

Reference: (Judge Sullivan has not closed Stevens from 2008 or Flynn from 2017. Judge Sullivan made it very clear that Flynn committed Treason.)

Writ of Mandamus and Writ of Mandamus 14-1007 Supreme Court

*Six years later the 11th Circuit allowed me to file the exact same Writ that I filed with the Supreme Court. They knew what they were doing. Review the docket.*

United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371 - USCA11 Case: 21-10371 Date Filed: 02/04/2021 Page: 1 of 142.

United States v. Stevens (1:08-cr-00231) District Court, District of Columbia Judge Emmet G. Sullivan

United States v. Flynn (1:17-cr-00332) District Court, District of Columbia Judge Emmet G. Sullivan

U.S. Dominion v, My Pillow, Inc. (1:21-cv-00445) District Court, District of Columbia Judge Carl John Nichols

Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro - Case 1:20-cv-21108-UU Document 38 Entered on FLSD Docket 06/10/2020 Page 1 of 20 – Review the one hundred plus pleadings that Judge Ungaro allowed me to docket. Just read the narratives.

Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander

*Chief Judge Lee Rosenthal, SDTX, docketed my pleadings in the following two cases and she was not the presiding judge nor was I a party. They actually continued to docket my pleadings after the cases were closed.*

Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr. (Look at the last 7 out of 8 docket entries.)

Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York Judge John George Koeltl (Review the docket. Judge Koeltl gave me one hell of a voice. He allowed me to docket the "Unabomber's" Manifesto.)

Zainab Naeem Ahmad, Stephen Pierce Anthony, Jocelyn S. Ballantine, Benjamin Leon Berwick, Jesse R Binnall, Andrew Manuel Crespo, Deborah A. Curtis, Scott M. Dinner, Eugene R. Fidell, Benjamin Michael Flowers, Abigail Frye, John Gleeson, Elaine J. Goldenberg, Brianne Jenna Gorod, Jeffrey T. Green, Deepak Gupta, John Edward Hall, W. William Hodes, Robert K. Kelner, Kenneth Clair Kohl, Stanley J. Marcuss, David Oscar Markus, Jonathan Standish Massey, Leslie McAdoo Gordon, Molly McCann, Lindsay R. McKasson, Hashim M. Mooppan, Jeremiah Lee Morgan, Jonathon Alden Moseley, Robert Jeffrey Olson, William Jeffrey Olson, Lorenzo J. Palomares, Kristy Parker, Sidney Powell, Lawrence Saul Robbins, Christopher S. Ross, William W. Taylor, III, Herbert W. Titus, P. Andrew Torrez, Brandon Lang Van Grack, Elizabeth Wydra, Gregory Arenson, Elisha Barron, Davida Brook, Florence Chen, Thomas A. Clare, Douglas A. Daniels, Brittany Fowler, Abraham S. Kaplan, Nathan Lewin, Ryan Malone, Megan Lambart Meier, Justin A. Nelson, Heath Novosad, Andrew D. Parker, Joseph Alan Pull, Dustin Andrew Pusch, Stephen Shackelford, Jr., Laranda Walker, and Elizabeth S. Wright.

Godspeed - Sincerely, - David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325

4 OCT 2021   PM 1   L



Judge Robert N. Scola, Jr.
U.S. Courthouse
400 N. Miami Ave.
Room 12-3
Miami, Florida 33128

33128-181048

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Friend of Court Brief filed by David Andrew Christenson October 7th, 2021

Friend of Court Brief <u>5</u>

Judge Scola,

**<u>If I were wrong, would they have done this?</u>**

[Reference my Supreme Court Extraordinary Writ of Mandamus and Prohibition 14-10077 (Docketed June 4th, 2015) that I had been attempting to docket since 2010. **<u>It was in 2010 that I was declared to be a terrorist by the Federal Government.</u>** This criminal action allowed law enforcement to invoke the Patriot Act and keep me under illegal surveillance.]

[I was part of a "Gain of Function" chemical and biological study at the United States Air Force Academy in the fall of 1980. 4,400 cadets (18 – 24 years old and in excellent physical shape.) were given an injection. 4,400 cadets got sick. The Academy was closed, and the cadets were quarantined for three days. My roommate almost died. Years later an infectious disease doctor told me that if they had given that injection to the general population that 80% would have died.]

Censorship starts with the Federal Government. Facebook, YouTube, Twitter, etc. stood by me at one time, but the pressure from the Federal Government was too much. I have no idea how the following is Constitutional. The Supreme Court and the Federal Judiciary completely disregard Article V of the Constitution. Section 230 of Title 47 of the United States Code granted internet providers censorship rights to constitutionally protected speech. The United States of America passed a law allowing Censorship. *"Section 230(c)(2) further provides "Good Samaritan" protection from civil liability for operators of interactive computer services in the removal or moderation of third-party material they deem obscene or offensive, <u>even of constitutionally protected speech</u>."*

Attached is a letter from the Air Force Academy that states I am barred for life from entering the Academy Military Reservation. I was also barred from accessing my Association of Graduate (AOG) account. I was a life-time member. I receive nothing, emails – letters – magazines, from the AOG. This was done so that I could not contact my fellow graduates. **<u>It must be noted that I have not been on the Academy Reservation since 1992.</u>** I applied for the Security Badge to see if I could pass the background checks, which I did. I had no intention of traveling to the Air Force Academy from New Orleans. Department of Defense (DOD), Colorado Crime Information Center (CCIC), National Crime Information Center (NCIC), Defense Security Service (DSS), National Instant Criminal Background Check System (NICS), United States Air Force Academy (USAFA). *"There are 14 persons files, including: Supervised Release; National Sex Offender Registry; Foreign Fugitive; Immigration Violator; Missing Person; Protection Order; Unidentified Person; U.S. Secret Service Protective; Gang; Known or Appropriately Suspected Terrorist; Wanted Person; Identity Theft; Violent Person; and National Instant Criminal Background Check System (NICS) Denied Transaction."*

Attachment 1: Letter from the Academy dated May 7th, 2013. Nothing I did had anything to do with the military or the Air Force Academy. Reference only to "electronic mail". No phone calls or USPS Mail, just emails which can be blocked and discarded. The emails were informative.

Attachment 2: An email response from me that was sent to the Academy, The New York Times, FOX News, and The Washinton Post.

Attachment 3: Email from the AOG granting me an access badge dated March 3rd, 2013.


Godspeed

Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.





DEPARTMENT OF THE AIR FORCE
HEADQUARTERS 10TH AIR BASE WING
USAF ACADEMY COLORADO

MEMORANDUM FOR  DAVID ANDREW CHRISTENSON

FROM:  10 ABW/CC

SUBJECT:  Order Not to Enter or Reenter the United States Air Force Academy (USAFA)

1.  It has come to my attention that since October 2010, you have engaged in an escalating course of conduct through the use of electronic mail to repeatedly harass, terrify, intimidate and make veiled threats to numerous person(s) in several states to include US Supreme Court Justices, Private attorneys, Religious and Civilian administrative staff members.

2.  Based upon the above, I consider your presence on this installation to be detrimental to the maintenance of good order and discipline.  Effective immediately, you are ordered not to enter or reenter the USAFA indefinitely.   You are hereby informed USAFA property extends to the base entry point buildings at both the north and south gates.

3.  If you fail to comply with this order, you will be subject to prosecution under 18 United States Code, § 1382, which reads in part:

"Whoever reenters or is found within any installation, after having been removed therefrom or ordered not to reenter by any officer or person in command or charge therefore shall be fined under this title or imprisoned not more than six months, or both."

4.  Should you reenter USAFA in violation of this order, without having received prior approval, you will be subject to detention by the security forces for delivery to the appropriate civilian and military authorities.

5.  If you are entitled to medical treatment at the USAFA Military Treatment Facility (MTF), you may enter USAFA for the sole purpose of using said facility.  To do so, you must present this letter to the entry controller at the south gate and obtain the appropriate visitor pass.  You will travel directly to the MTF by entering through the south gate onto South Gate Blvd, proceed onto Stadium Blvd to Academy Drive, and turn left onto Academy Drive and another left into the clinic parking lot.  When leaving the clinic, follow the above route in reverse.  You may not deviate from this route nor stop for any reason on your way to or from the facility.

6.  This order will remain in effect indefinitely from the date of this letter, unless otherwise modified or revoked in writing by myself.  If a compelling reason exists which

you believe should be sufficient to justify modification or termination of this order, you may submit your justification to me, in writing, through the Chief of Security Forces, 8024 Security Drive, Suite 100, USAFA CO 80840-2380, and set out the reason(s) why access should be granted.

*Thomas L Gibson*

THOMAS L. GIBSON, Col, USAF
Commander

cc: SFS Reports and Analysis Section

1st Ind, Mr. David A. Christenson, Order Not to Enter or Reenter USAFA

TO: 10 ABW/CC

This is to certify that I, the undersigned, have received the foregoing order in writing and have read and fully understand the same. I understand that entry upon the United States Air Force Academy, in violation of this order, may result in civilian prosecution pursuant to 18 U.S.C. §1382. I further understand that in the event of a conviction, the maximum penalty prescribed may be imposed.

Received and signed the _____ day of _____, 20 ___.

DATE AND    Please
Sign Here

_____
NAME

**CERTIFICATION**

This is to certify that I _____, personally served a copy of the foregoing letter upon _____, this date by handing him/her a copy of same.

_____
Signature





**10 SFS/S5R**

ADMINISTRATION AND REPORTS OFFICE

BLDG 8024 SECURITY DR
USAFA, CO 80840

May 7, 2013

Dear Mr. Christenson,

Attached you will find two copies of the 10th Air Base Wing Commander signed base debarment letter for the United States Air Force Academy. Please sign and date the copy marked with a pink sticker and return it in the enclosed pre-addressed envelope. The other copy is for your files. If you have any questions, please feel free to call my office at (719) 333-8422.

Thank you,

Mrs. Gillian R. Parker, DAFC
Chief, 10 SFS Records
Bldg 8024, Security Drive, Suite 103
USAFA, CO 80840
gillian.parker@us.af.mil
(719) 333.8422
Fax: (719) 333.1253

# I was granted a security badge on march 29th. 2013. FW: AOG access badge

**David Christenson** (dchristenson6@hotmail.com)

Sat 5/11/13 12:41 PM

thomas.gibson@usafa.af.mil (thomas.gibson@usafa.af.mil); NYTimes Arthur Sulzberger (publisher@nytimes.com)

WashPost3 WashPost3 (national@washpost.com); Pundit/Fox Pundit/FoxNews (thefoxnation@foxnews.com)

    1 attachment

Tommy,

(Everything I do goes to the Supreme Court, Department of Justice, FBI, news organizations, YouTube, Facebook, etc.)
(See the email from the AOG at the end of this email. It shows approval for my security badge. Why did General Mike Gould authorize the security badge? Does he know that you sent this letter?)

I was surprised to receive your letter. I will draft a more detailed response in the near future. I passed all of your background checks and you authorized a security badge for me. Your first paragraph is inaccurate and a total lie. No one from the Air force Academy has ever asked to be removed from my email list and that includes my old football coach General Mike Gould. I send emails to official addresses only and I do not communicate in any other way.

Does your letter really imply that the Supreme Court cannot take care of itself? I will forward this email to Chief Marshal Pamela Talkin of the United States Supreme Court. Do you really represent (your written words) "Private attorneys, Religious and Civilian administrative staff members"?

You have provided no evidence of (your written words) "escalating course...repeatedly harass, terrify, intimidate and veiled threats... (really?) several states". My understanding is that you are the commander of the 10th ABW. Am I wrong?

Please send detailed evidence of my transgressions and include those for the Supreme Court, Private attorneys, Religious and Civilian administrative staff members. Please include the "several states".

You accusations all involve emails. Why not just block them? The simple answer is that it would be illegal and a criminal act. People do not have to read my emails. There is a "delete" button for USAFA email accounts.

I am a Federal Whistle Blower. I have a 1st Amendment privilege. I communicate about important National Security issues. It is a shame that you did not take the time to get to know me. Your actions are an embarrassment to the United States Air Force, Air force Academy and this country.

Sincerely,

# AOG access badge

**From: Amy Nisula** (amy.nisula@aogusafa.org)
Sent: Fri 3/29/13 3:30 PM
To: dchristenson6@hotmail.com

David,

Your AOG access badge has been approved, and is ready for pick up. Our hours are M-F 7:30AM-4:30PM.

If you have any questions please contact us.

Thank you!

Amy Nisula

Customer Service Representative

Association of Graduates

3116 Academy Dr.

USAF Academy, CO 80840-4475

719-472-0300 ext 152

719-333-4194 (Fax)

Email: amy.nisula@aogusafa.org

Website: www.usafa.org



ASSOCIATION OF GRADUATES
UNITED STATES AIR FORCE ACADEMY

*SERVING THE LONG BLUE LINE*

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325

7 OCT 2021   PM 2   L

FOREVER / USA



Judge Robert N. Scola, Jr.
U.S. Courthouse
400 N. Miami Ave.
Room 12-3
Miami, Florida 33128

33128-181048

**AMICUS 163 – October 4<sup>th,</sup> 2021 – God gave us a miracle today, if you choose to accept it, via Judge Robert Nichols Scola Jr. in Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida. This is the perfect case to change the narrative and save Mankind.**

To: Jane Sullivan Roberts, Patricia McCabe, Jeffrey P. Minear, Marshal Gail A. Curley, Clerk Scott Harris, Justice Amy C. Barrett. - Judge Ellen Lipton Hollander, Clerk Felicia Cannon, Chief Judge William Pryor Jr., Clerk David J. Smith, Chief Judge Lee H. Rosenthal, Chief Judge Priscilla R. Owen, Clerk Lyle Cayce, Judge Lynn N. Hughes, Clerk Nathan Ochsner, Marshal T. O'Connor, Vice Admiral John Christenson, Irving L Azoff, Senior Judge Claude M. Hilton, Judge Liam O'Grady, Judge Anthony John Trenga, Judge Carl John Nichols, Judge Amy B. Jackson, Judge Emmet G. Sullivan, Judge John G. Koeltl, and **Judge Robert Nichols Scola Jr.**

I sent four - Friend of the Court Briefs - to Judge Scola for docketing.

Brief/Letter 1 – 5 pages
Brief/Letter 2 – 17 pages
Brief/Letter 3 – 14 pages
Brief/Letter 4 – 9 pages

Twitter and Jack Dorcey have censored me and other Americans.

Godspeed - Sincerely, David Andrew Christenson - Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Friend of Court Brief filed by David Andrew Christenson October 4th, 2021

Judge Scola,

The attached pleadings were docketed by Lynn Nettleton Hughes in Bridges v. Houston Methodist
Hospital (4:21-cv-01774) District Court, S.D. Texas.

The case is closed and on appeal. I have said awful things about him, but he has not struck the pleadings.
He did file other pleadings and ordered them struck, but he did not remove them from the record.


Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Friend of Court Brief filed by David Andrew Christenson October 4th, 2021

Friend of Court Brief **2**

Judge Scola,

I despise Trump and Biden. If we do not change the narrative, we will all die.

Twitter and Jack Dorcey have censored me, and Americans have died and will die.

If the Supreme Court had just ordered a response to my Extraordinary Writ of Mandamus and Prohibition 14-10077, we would not be in the Pandemic.

Help save Mankind by changing the narrative. STOP THE CENSORSHIP.

I took an oath as an Air Force Academy graduate and Air Force Officer to uphold, protect and honor the Constitution. I did not realize that everyone in my country would be the enemy – "foreign and domestic".

Attached are court pleadings. This is information for you. Maybe you learn something maybe you do not. Last sentence First Amendment: "and to petition the Government for a redress of grievances." My grievance is to educate you about how important the First Amendment is.

References:

Judge Ellen Lipton Hollander (MDD two cases)
Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland
State of Maryland v. United States of America (1:18-cv-02849) District Court, D. Maryland

Chief Justice William Pryor Jr. (In 2020 he docketed SCOTUS Writ 14-1007and gave me an appeal in Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro)
United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371
United States Court of Appeals for the Eleventh Circuit - Appeal Number: 20-13766-F Case Style: Marta Reyes, et al v. David Christenson District Court Docket No: 1:20-cv-21108-UU

Judge Ursula Mancusi Ungaro (SDFL – docketed over 100 pleadings and letters. The 11th Circuit allowed me to appeal.)
Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro

Chief Judge Lee H. Rosenthal all gave me a voice in two cases, and she was not the presiding judge.

Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton Hughes
Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr.


Godspeed

Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Friend of Court Brief filed by David Andrew Christenson October 4th, 2021

Friend of Court Brief **3**

Judge Scola,

Mathematically mankind will cease to exist in the next few years. Mathematically suicides will
outnumber births in the next few years. Birthrates are negative. Life expectancies are decreasing.
Americans have lost the ability and desire to procreate. In the last Census the U.S. population grew by
about 23 million but 11 million were immigrants. The population increase was 7.4% but we need at least
11% to replace our population. We have more immigrants than any country in the world – 40 million
plus.

President Joe Biden has stated, for the record, that you will need a booster in 8 months, 6 months, and 5
months. They are discussing the process of installing vascular ports on all Americans so that they can go
to the pharmacy and get a COVID19 vaccine capsule that they can install themselves.

**All of this has been censored by Twitter and Jack Dorsey. I cannot invent this stuff and truth is
stranger than fiction.**

Twitter and Jack Dorsey did not censor me originally. When the Federal Judiciary started to docket my
pleadings, they censored me.

Appeal Number: 20-13766-F Case Style: Marta Reyes, et al v. David Christenson District Court Docket
No: 1:20-cv-21108-UU
Attached are pages 1, 2, 3, 13, 16, 24, 28, 29 - USCA11 Case: 20-13766 Date Filed: 02/08/2021 Page: 1 of
**32 total pages.**
Attached are pages 1, 3, 4, 5, 6 - USCA11 Case: 20-13766 Date Filed: 02/08/2021 Page: 1 of **144 total
pages.**


Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Friend of Court Brief filed by David Andrew Christenson October 4th, 2021

Friend of Court Brief <u>4</u>

Judge Scola,

Did you know what was in the attachment?

Have you heard of it?

Godspeed

Sincerely,


David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325

4 OCT 2021   PM 1 L

33128-161048

Judge Robert N. Scola, Jr.
U.S. Courthouse
400 N. Miami Ave.
Room 12-3
Miami, Florida 33128

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Friend of Court Brief filed by David Andrew Christenson October 4th, 2021

Friend of Court Brief <u>4</u>

Judge Scola,

Did you know what was in the attachment?

Have you heard of it?

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

### Third Open Letter to Chief Justice Carl Stewart

Case No. 16-30918

IN RE: DEEPWATER HORIZON
_____
LAKE EUGENIE LAND & DEVELOPMENT, INCORPORATED; ET AL,

                              Plaintiffs
v.
BP EXPLORATION & PRODUCTION, INCORPORATED; BP AMERICA PRODUCTION
COMPANY; BP, P.L.C.,

                    Defendants - Appellees
v.

                DAVID ANDREW CHRISTENSON,
Movant - Appellant

Godspeed.

Sincerely

David Andrew Christenson
Box 9063
Miramar Beach, Fl. 32550
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com
504-715-3086

Chief Judge Carl Stewart                                    August 30th, 2017
5th Circuit
300 Fannin Street
Suite 5226
Shreveport, LA 71101-3074

Judge Stewart,

The following paragraph was taken from Supplemental Designation Memorandum Three This is how close we are to extinction We are within .3% (.003) Case: 16-30918 Document: 00513859493 Page: 1 Date Filed: 01/25/2017 5th Circuit Court of Appeals.

1.  Pneumonia and Influenza are preventable if people have a strong immune system. The Katrina Virus has destroyed our immune system(s). The Katrina Virus is a compilation term. Think of it as an anti-social norm, an anti-way of thinking. We must drastically change our way of thinking and the way to do this is by exposing the truth. **Maybe a better term is the "Katrina Anti-Social Norm".** Our failing to change will result in our suicide. Mankind is killing himself because he won't embrace an Anti-Social Norm. (We will have a vaccine for everything.)

Here is the proof that we are "Bubble People" courtesy of President George W. Bush, President Barack Obama and Chief Justice John Roberts. After Hurricane Katrina and the release of the Katrina Virus President Bush knew that he had to do something major to fight chemical warfare agents and manmade viruses. He selected Texas A & M in College Station Texas because that is where his father's Presidential Library is and it is in his home state. (Connected to the Veterinary College because they need pigs and birds (chickens) for testing. Pigs are closely representative for a human when testing vaccines) The campus is also close to the Gulf of Mexico and New Orleans where the BP Oil Spill took place with the release of the Katrina Virus and the use of Corexit.

2.  When fully functional, the facility is expected to have the capacity to produce the bulk antigen needed for up to **50 million** adjuvanted pandemic influenza (Katrina Virus) vaccine doses within four months of a *declared* influenza pandemic and availability of **acceptable virus seeds**.

This facility is a chemical warfare facility that was built on the Texas A & M campus in College Station Texas. See attachment 1. (I love the word "declared", it literally means "screwed", past tense.)

It is almost impossible to find acceptable seeds for influenza (Katrina Virus). Four months is a lifetime for viruses to mutate and travel the world. It has been statistically proven that the influenza and pneumonia vaccines that Americans receive do not work. People survive the flu and pneumonia on their own if they have a strong immune system and not one that has been degraded by previous vaccines.

Video 708 (attachment 1) which I produced in September 2014 and released on October 1st, 2014 was available worldwide until the US Federal Government removed/censored it from the internet. All 750 of my videos have been removed/censored from the internet by the US Federal Government.

3. With the Texas A&M CIADM's advancement of the Pandemic Influenza Vaccine Facility and the Viral-based Vaccine Facility – along with the recent retrofit completion of the Texas A&M National Center for Therapeutics Manufacturing, which offers flexible and adaptable biopharmaceutical development and manufacturing capabilities – the center is on track to meet its mission of bolstering the nation's preparedness and response to public health threats, whether in the form of a naturally occurring emerging infectious diseases or a **biological terrorist attack.**

4. Texas A&M regents approve millions for building projects By Steve Kuhlmann steve.kuhlmann@theeagle.com Nov 11, 2016  2
http://www.theeagle.com/news/local/texas-a-m-regents-approve-millions-for-building-projects/article_f8b8364d-6426-5427-bbef-a887e89086da.html
Among the local projects include the $76.5 million **biocontainment** research facility project -- known as the Global Health Research Complex -- a $103.8 million Medical Research and Education Building project at the Texas A&M University Health Science Center and a $17 million West Campus Support Building.

October 12th, 2050 Mankind will cease to exist.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

V708 Texas A&M dedicates national Katrina Virus vaccine manufacturing facility.
http://youtu.be/yAENY6XfF2w
Food for thought as you read this article: it sounds as if they are developing vaccines for everything. The Katrina Virus is everything. The Katrina Virus has destroyed our immune systems. We have lost the ability to breath. They use the term "pneumonia deaths" to cover up the true cause of death.

Cause of death: failure of the immune system due to its' destruction by the Katrina Virus.

Texas A&M dedicates national pandemic influenza (Katrina Virus) vaccine manufacturing facility, on track for 2016 start-up phase September 18, 2014 by Holly Lambert
https://news.tamhsc.edu/?post=texas-am-dedicates-national-pandemic-influenza-vaccine-manufacturing-facility-on-track-for-2016-start-up-phase
Texas Governor Rick Perry, Texas A&M University System Chancellor John Sharp, Texas A&M Health Science Center CEO Brett Giroir, M.D., and officials from the U.S. Department of Health and Human Services (HHS), State of Texas and biopharmaceutical company GSK today dedicated a national pandemic influenza (Katrina Virus) vaccine manufacturing facility in Bryan, Texas, which when complete will serve as an anchor for the Texas A&M Biocorridor – a rapidly evolving hub of economic development and scientific discovery that is swiftly positioning Texas as the third coast in biotechnology.

When fully functional, the facility is expected to have the capacity to produce the bulk antigen needed for up to 50 million adjuvanted pandemic influenza vaccine doses within four months of a declared influenza pandemic and availability of acceptable virus seeds.

Disease outbreaks, such as the H5N1 avian influenza, H1N1 influenza pandemic of 2009, and more recently the Ebola outbreak in West Africa, exposed the need for quick access to high-quality, life-saving vaccines and therapeutics, and the importance of reliable, U.S.-based vaccine development and manufacturing capabilities and expertise. After the President's Council of Advisors on Science and Technology report on reengineering the influenza vaccine manufacturing enterprise and the U.S. Department of Health & Human Services' medical countermeasures review, HHS' Biomedical Advanced Research and Development Authority (BARDA) embarked on new approaches to bolster pandemic influenza preparedness and biodefense.

With the Texas A&M CIADM's advancement of the Pandemic Influenza Vaccine Facility and the Viral-based Vaccine Facility – along with the recent retrofit completion of the Texas A&M National Center for Therapeutics Manufacturing, which offers flexible and adaptable biopharmaceutical development and manufacturing capabilities – the center is on track to meet its mission of bolstering the nation's preparedness and response to public health threats, whether in the form of a naturally occurring emerging infectious diseases or a biological terrorist attack.

8/30/2017   Gmail - This is one hell of a story. My brief to the 5th Circuit and two Notice(s) of Submission(s) to the Federal Court in New Orleans are attache...

 Gmail

David Andrew Christenson <davidandrewchristenson@gmail.com>

# This is one hell of a story. My brief to the 5th Circuit and two Notice(s) of Submission(s) to the Federal Court in New Orleans are attached. "The Supreme Court Murdered Mankind" is also attached for reference. Look at the connection between Hurricane Katrina and Hurricane Harvey.

**David Andrew Christenson** <davidandrewchristenson@gmail.com>                    Mon, Aug 28, 2017 at 7:25 AM
To: davidandrewchristenson@protonmail.com, americanjustice@protonmail.com, persimmonpublishing@protonmail.com, thereluctantpatriot@protonmail.com, federalcourts@protonmail.com, supremecourt@protonmail.com, supremecourt2@protonmail.com, 5thcourtno@protonmail.com, edlano@protonmail.com

Take a minute and read this, it could possible open your eyes. Why is the Cajun Navy invited and allowed to help in Houston for Hurricane Harvey but they were turned away in New Orleans for Hurricane Katrina. I have Secret Grand Jury Testimony (now it is public record) that confirms what I am saying. Special Units of the US Military (which I was a part of) and Kenyon International Emergency Services (Google it) collected bodies and if they were contaminated they were burned and if not, they were turned over to the coroner. New Orleans is the Chemical Warfare Capital of the World.

5 years after Katrina, storm's death toll remains a mystery Who died in Hurricane Katrina? Hundreds of names are still a mystery — and the death toll itself is subject of controversy LISE OLSEN, HOUSTON CHRONICLE Published 5:30 am, Monday, August 30, 2010

http://www.chron.com/news/nation-world/article/5-years-after-Katrina-storm-s-death-toll-remains-1539464.php

This is the first time in modern history that the US did not account for every American. It is also the first time that the US did not want to account for every American.

How could 50 plus cancers come out of a building? Why did those same 50 plus cancers not come out of New Orleans during Hurricane Katrina? Both had hardened CIA and DOD chemical warfare facilities and labs? Here is a perfect example of how corrupt our government is. They use the term "14 categories" instead of saying 50 plus cancers.

Page 1 of 2 11/09/2012 07:07 AM

US adds cancer to list of illnesses linked to 9/11 terror attacks

By NBC News and wire services

September 11, 2012, 6:02 am NBCNews.com

Updated at 5:15 p.m. ET: The federal government on Monday added 14 categories of cancer to the list of illnesses linked to the 9/11 terror attacks, which brings added coverage to rescue workers and people living near ground zero on Sept. 11, 2001. The National Institute for Occupational Safety and Health approved the additions to the list of illnesses covered in the James Zadroga 9/11 Health and Compensation Act, which were proposed in June. The updated regulations take effect 30 days after the ruling is published in the Federal Register.

The US Government directed the national media to cover the Super Dome and the Convention Center so that they could clean up the dead contaminated bodies. The Convention Center sits on the Mississippi River. All people had to do was walk behind the building. The Super Dome is eight blocks away. Google Earth shows how close all New Orleans is to the River and the Lake.

Hurricane Katrina Facts: Chemical Warfare Contaminates (The Katrina Virus) escaped, due to negligence, into the environment and the US Military murdered Americans in violation of the US Constitution and Posse Act. The Federal Government had to wait five days to commence the rescue so the Katrina Virus could dissipate. President George W. Bush did not land Air Force One because he did not want to get infected. I flew support missions for Air Force One, the President, White House and the Secret Service so I know what I am talking about. Bush told the world it was for security purposes and that was a lie. Belle Chase Naval Air Stations was fully operational and secure. I know because the Air Force First Special Operations Wing was there with friends of mine from the Air Force Academy.

I called it the Redneck Navy but today it is called the Cajun Navy. All people had to do was walk to the Mississippi River or Lake Pontchartrain and they would be rescued. The Cajuns would arrive with beer and food. To them it is an adventure and adventures are to be fun.

https://www.amazon.com/David-Andrew-Christenson/e/B00JCUX5UG

Supreme Court Writ 14-10077 Supplemental Writ filed September 2nd, 2015 titled "The Redneck Navy" Extraordinary Writ with Writ of Prohibition and Writ of Mandamus Writ Filed May 22nd, 2015

https://www.supremecourt.gov/search.aspx?filename=/docketfiles/14-10077.htm

Harvey: 'Cajun Navy' heads to Texas to aid rescues

Greg Toppo, USATODAY Published 10:52 p.m. ET Aug. 27, 2017 | Updated 5:29 a.m. ET Aug. 28, 2017

https://www.usatoday.com/story/news/2017/08/27/cajun-navy-heads-texas-aid-rescues/606883001/

An informal network of good Samaritans with small watercraft is once again mobilizing — this time in the wake of unprecedented flooding in Houston.

Formed 12 years ago after Hurricane Katrina devastated New Orleans, the so-called Cajun Navy, which has saved thousands of stranded people, by some estimates, is already helping rescue stranded Texans, one member said Sunday.

"There's no telling how many are already over there," said 39-year-old Joey Hains of Lafayette, La. "Basically everybody that's wanting to go help out" is going or has already arrived, he said.

14-10077

September 2nd, 2015

Supplemental Fifteen

The Redneck Navy

Extraordinary Writ with Writ of Prohibition and Writ of Mandamus

Filed May 22nd, 2015

I will swear under oath that I knew nothing about the article, the book or the movie until today, September 2nd, 2015. Please reference August 22nd, 2015 Writ 14-10077 Supplemental Tenth The Perfect Military Weapon Is A Suicide Weapon (Katrina Virus) second paragraph last three lines which were written by me:

"I say this with love and affection: "Every Redneck in South Louisiana has a boat." New Orleans is on a huge river with a huge lake on the north side. The Redneck Navy could have rescued everyone if asked or allowed."

8/30/2017   Gmail - This is one hell of a story. My brief to the 5th Circuit and two Notice(s) of Submission(s) to the Federal Court in New Orleans are attache…

How many people really died in New Orleans during the Hurricane Katrina time frame? The public number is roughly 1800. Of those 1800 many of the bodies are unaccounted for. **New Orleans is below sea level and bodies would flow into and not out of.** Read Supplemental Tenth.

# **The real questions are how many Americans died from the Katrina Virus and how many were murdered by the US Military?**

Greatest story never told: Acadiana boaters braved danger, arrest to rescue New Orleans-area residents trapped by Hurricane Katrina floods

Rescuers from Acadiana braved danger, arrest to rescue N.O.-area residents trapped by Hurricane Katrina floods

BILLY GUNN |                              Sept. 02, 2015

Many more people would have died in the flood waters of Hurricane Katrina in 2005 if not for hundreds of south Louisiana folks who met at Acadiana Mall in Lafayette and then hauled their boats to New Orleans, _**where they disregarded authorities' orders to go back home because it was too dangerous.**_

The story of the citizen rescue, which unfolded over days in a devastated New Orleans, is told in a new documentary, "The Cajun Navy," directed by Academy Award-winning filmmaker Allan Durand, who teamed with film students at the University of Louisiana at Lafayette for the project.

Durand on Tuesday told a few hundred people at the LITE Center in Lafayette that the caravan of boats and boaters who dropped everything to head east on Interstate 10 ended up rescuing more than 10,000 people.

Durand was among the guests celebrated at an event commemorating the rescuers and others who helped in the effort.

Tuesday's event previewed a few minutes of the documentary, and also unveiled a new book that includes the story of the citizen boat rescues, "The Terrible Storms of 2005: Hurricane Katrina and Hurricane Rita," published by Acadian House Publishing in Lafayette.

Among the guests Tuesday were former Gov. Kathleen Blanco, retired Army Gen. Russel Honoré and the organizer of The Cajun Navy, Doug Bienvenu.

Katrina made landfall Aug. 29, 2005. Many tens of thousands of New Orleanians and some in neighboring St. Bernard Parish did not or could not leave. _**In New Orleans, hundreds drowned after levees built along two canals connected to Lake Ponchartrain gave way and flooded much of the city.**_ [This is close to where the Katrina Virus warehouses were.]

Many who sought safety in their attics beat holes in the roofs and climbed out to escape the rising water. They needed help badly, and it was with these people in the crucial first days after the storm that the boaters from Cajunland made their mark.

_**At the time, government officials didn't or couldn't deploy rescue boats, which threw much of the responsibility on the shoulders of citizen rescuers who rode house to house, according to the film.**_ [Why?]

_**Brian Smelker, of Lafayette, said the caravan was stopped by officers with Louisiana Department of Wildlife and Fisheries, who told them it was too dangerous to proceed. Authorities also told them "we don't need you."**_ [Are you kidding? They were going to rescue our fellow Americans.]

_**Smelker said that as he was being told to turn back, he could see people on roofs who needed help. All the while, the sound of gunshots could be heard, he said. "It was pretty obvious it was a serious situation," Smelker said.**_ [The US Military was firing the weapons to keep people away.]

While many of the boaters turned around and headed back home, many did not.

_**Told he would go to jail if he didn't return home, he said, "Well, it won't be the first time."**_ [The Supreme Court protects this terrorist behavior by law enforcement.]

Bienvenu and his girlfriend, Drue Leblanc, who rode alongside him in his airboat, ended up rescuing hundreds of people over three days.

Sincerely filed,

In Proper Person and Pro Se,

David Andrew Christenson

Box 9063

Miramar Beach, Fl. 32550

CERTIFICATE OF SERVICE

I hereby certify that on September 2nd, 2015 I filed the foregoing with the Clerk of Court and

served the pleading on all counsel of record by e-mail including:

Solicitor General Donald B. Verrilli Jr.

Counsel of Record United States Department of Justice

950 Pennsylvania Avenue, N.W.

Washington, DC  20530-0001

, (202) 514-2217

_____

David Andrew Christenson

**4 attachments**

**Brief.docx**
29K

**Cantrell 2 17 cv 06197 Notice of Submission Second.pdf**
494K

**Cantrell 2 15 cv 04479 Notice of Submission Second.pdf**
494K

**TSCMM The Book Final.docx**
167K

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325
4 OCT 2021 PM 1 L

Judge Robert N. Scola, Jr.
U.S. Courthouse
400 N. Miami Ave.
Room 12-3
Miami, Florida 33128

33128-181048

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Friend of Court Brief filed by David Andrew Christenson October 4th, 2021

Friend of Court Brief <u>2</u>

Judge Scola,

I despise Trump and Biden. If we do not change the narrative, we will all die.

Twitter and Jack Dorcey have censored me, and Americans have died and will die.

If the Supreme Court had just ordered a response to my Extraordinary Writ of Mandamus and Prohibition 14-10077, we would not be in the Pandemic.

Help save Mankind by changing the narrative. STOP THE CENSORSHIP.

I took an oath as an Air Force Academy graduate and Air Force Officer to uphold, protect and honor the Constitution. I did not realize that everyone in my country would be the enemy – "foreign and domestic".

Attached are court pleadings. This is information for you. Maybe you learn something maybe you do not. Last sentence First Amendment: "and to petition the Government for a redress of grievances." My grievance is to educate you about how important the First Amendment is.

References:

Judge Ellen Lipton Hollander (MDD two cases)
Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland
State of Maryland v. United States of America (1:18-cv-02849) District Court, D. Maryland

Chief Justice William Pryor Jr. (In 2020 he docketed SCOTUS Writ 14-1007and gave me an appeal in Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro)
United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371
United States Court of Appeals for the Eleventh Circuit - Appeal Number: 20-13766-F Case Style: Marta Reyes, et al v. David Christenson District Court Docket No: 1:20-cv-21108-UU

Judge Ursula Mancusi Ungaro (SDFL – docketed over 100 pleadings and letters. The 11th Circuit allowed me to appeal.)
Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro

Chief Judge Lee H. Rosenthal all gave me a voice in two cases, and she was not the presiding judge.

Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton Hughes

Benitez-White v. Peoples Republic of China (4:20-cv-01562) District Court, S.D. Texas Judge Ewing Werlein Jr.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

**AMICUS 162 – October 3ʳᵈ. 2021 – How can smart people be so incredibly stupid?**
**It is and was pneumonia, pneumonia, pneumonia, and we knew it. CHINA TOLD US (02/08/2020).**
China, on February 8ᵗʰ, 2020, told the world that **"Pneumonia"** had been released from Wuhan. The Chinese called it: Novel Coronavirus **Pneumonia**, or NCP. The World **panicked**. On February 11ᵗʰ, 2020 (3 days later) it was named by the World Health Organization/ International Committee on Taxonomy of Viruses: *Severe Acute Respiratory Syndrome Coronavirus 2 (SARS-CoV-2). 2019 novel coronavirus' or '2019-nCoV. COVID19.*

The worst word for a human being is **"pneumonia".** The worst word for Mankind is **"pneumonia".** The degradation of the lungs is the number one cause of death for Mankind.

Textbook Definition of Stupid: Politics and Economics caused the world to treat it as a coronavirus and not the deadliest disease in the world, **pneumonia**. Coronaviruses are not Endemic until now. **Pneumonia** is a "cause of death", coronaviruses/COVID19 is not.

The transmission of **pneumonia** is still a mystery to medicine and science as is the transmission of COVID19. (There is evidence that COVID19 is transferred via feces into the genitals. This would account for the high infection rates of both residents **and employees** of assisted living facilities/memory care units. The cure/vaccine could have been as simple as washing one's hands with soap. Sanitizers are a mistake.)

Based on all my research, background, and experiences I believe that we made a Genocidal mistake with quarantines, masks, and vaccines. We are Apex Predators that have survived an infinite number of Virus, Bacteria and Fungi infections. (What if all of us are to get infected for Mankind to survive?) Empirical evidence and personal observation. Anyone, regardless of the strength of their immune system, can become infected with Fungi, Bacterial or Virus **pneumonia**. Recovery is based on the strength of one's immune system. (I had bacterial **pneumonia** in 2019.)

A **pneumonia** (COVID19) infection, regardless of the symptoms and vaccination status, is devastating to the immune system. (Think about cancer and how it goes undetected. Your immune system is at work.)

Justice Kavanaugh, who has been vaccinated, testing positive for **pneumonia** (COVID19) is a big deal. **He has been infected. "It is the pneumonia, stupid." "Keep your eye on the ball – the pneumonia."**

Attached are the first two pages: United States Court of Appeals for the District of Columbia Case: 19-5121 (Civ. Action No. 19-810 – RBW) David Andrew Christenson – Appellant (Movant) v. Appellee – NA (Electronic Privacy Information Center v. United States Department of Justice) USCA Case #19-5121 Document #1829856 Filed: 02/19/2020 Page 1 of **16 pages.**

Albert Einstein - *"We cannot solve our problems with the same thinking we used when we created them."*

Godspeed - Sincerely, David Andrew Christenson - Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

11:09 p.m. ET, February 8, 2020
Wuhan coronavirus gets a new official name
https://www.cnn.com/asia/live-news/coronavirus-outbreak-02-09-20-intl-hnk/h_38c750758363ebbb5e87c06e5a0b91c5
China's National Health Commission gave the Wuhan coronavirus a temporary name at a news conference on Saturday.
For weeks, the rapidly-spreading virus has only been known by the name of the city where it originated, something which locals in Wuhan have found frustrating and stigmatizing.
Chinese officials said that the virus would temporarily be named the **Novel Coronavirus Pneumonia, or NCP.**
There is no news on when an official final title for the virus will be designated

The illness gets a name, temporarily.
https://www.nytimes.com/2020/02/08/world/asia/coronavirus-china.html
Published Feb. 8, 2020
The Chinese government has announced a temporary name for the illness caused by the coronavirus, ordering the local authorities and state news media to adopt it. In English, it will be called N.C.P., for novel coronavirus pneumonia, the National Health Commission said on Saturday.
A final, official name will eventually be chosen by the International Committee on Taxonomy of Viruses. The organization has submitted a name to a scientific journal for publication and hopes to reveal it within days, the BBC reported.

NCP chosen as temporary name for virus
https://www.scmp.com/news/china/society/article/3049623/coronavirus-hubei-province-reports-81-new-deaths-and-2841
Cissy Zhou, Orange Wang and Linda Lew
Published: 6:20am, 8 Feb, 2020
China's National Health Commission has given the virus a temporary official name – novel coronavirus pneumonia, or NCP.
The commission announced the new name at a press conference on Saturday and said it should be adopted by China's government departments and organisations in China until a permanent name for the infection has been determined.
The naming of a new virus is decided by the International Committee on Taxonomy of Viruses. A name has been submitted to scientific journals and the committee hopes to announce it within days, the BBC reported.



FEB 1 9 2020

# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

David Andrew Christenson – Appellant (Movant)                    Case: 19-5121

v.                                                              Civ. Action No. 19-810 - RBW

Appellee – NA

(Electronic Privacy Information Center v. United States Department of Justice)

### Eleventh Supplemental Petition/Application/Motion for En Banc

**Amicus/Notice 168 – Nuclear Explosion because of one word. Official name: Novel Coronavirus <u>Pneumonia</u> (NCP)**

The Chinese Government gave the Coronavirus an official name: Novel Coronavirus <u>**Pneumonia**</u> (NCP).

The World absolutely did not want the word "Pneumonia" in the official name. THIS IS AN EPIC ACKNOWLEDGEMENT.

The International Committee on Taxonomy of Viruses will give the final name.

The three pleadings that are attached will enlighten you if you take the time to read them.

It will take will effort on your part if we are to save Mankind by changing the Narrative.

    **Amicus/Notice 104 – Oxygen (O2) – If the Immune System(s) is our army then Oxygen is the bullets.**

Mankind is a fragile species and if we are to survive, we must have an open, honest and uncensored dialogue that is not contaminated by those seeking power, money, fame and sex. It also must not be contaminated by Governments, Organized Religion, Businesses and Non-Profits. We also must expose our Government's sins and coverups. We must start by exposing the truth about the Katrina Virus (Compilation Term) and the Katrina Virus thought process. I could have called it the Tuskegee Study thought process as well. We thought it was a good idea to withhold penicillin from black men that had syphilis and we did this for 40 years. Syphilis is a horrific and barbaric death that is preventable with penicillin.

We are so fragile that the Centers for Disease Control and Prevention (CDC) publishes <u>**246 different news letters**</u> that you can subscribe to and receive via your email.

Reference: Amicus/Notice 141 – God give me the miracle of words to open their minds, hearts and souls, I beg you. Judges trust Medical Professionals (MedPros) to protect themselves, their families and their fellow Americans. Medical Professionals trust Judges to protect themselves, their families and their fellow Americans. This is the textbook definition of Suicide and Genocide.



✱ *The number one cause of death worldwide is the destruction of the lungs which results in the destruction of the immune system(s). The transfer of oxygen fails. Lung cancer is the number one cause of death in the cancer family.*

Reference: Amicus/Notice 142 – Cancer deaths are bad. Cancer and Suicide deaths are really bad. Cancer, Suicide and Influenza and Pneumonia deaths are apocalyptic. All are underreported, intentionally misclassified and censored by our government.

Why is this a big deal? Degraded lungs are the number one cause of death in the world. The failure of the lungs to transfer oxygen into the blood triggers the failure of our immune system(s). The failure of our immune system(s) causes medical and mental maladies. Heart disease is caused by a degraded immune system(s) and lack of oxygen. Degraded immune system(s) reduce our ability to produce viable fetuses. Hence the negative birth rate. Oxygen is our army. At current progressions mankind will cease to exist by 2050.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com;
dchristenson6@hotmail.com;

CERTIFICATE OF SERVICE

I hereby certify that on February 10th, 2020 I filed the foregoing with the Clerk of Court and served the pleading on all counsel of record by e-mail and first-class mail.

_____
David Andrew Christenson

(Page 2 of Total)

**AMICUS 159 – October 1st, 2021 - DO YOU HAVE ANY IDEA OF THE RAMIFICATIONS IF A VACCINATED SUPREME COURT JUSTICE DIES OF COVID19?**

To: Jane Sullivan Roberts, Patricia McCabe, Jeffrey P. Minear, Marshal Gail A. Curley, Clerk Scott Harris, Justice Amy C. Barrett. - Judge Ellen Lipton Hollander, Clerk Felicia Cannon, Chief Judge William Pryor Jr., Clerk David J. Smith, Chief Judge Lee H. Rosenthal, Chief Judge Priscilla R. Owen, Clerk Lyle Cayce, Judge Lynn N. Hughes, Clerk Nathan Ochsner, Marshal T. O'Connor, Vice Admiral John Christenson, Irving L Azoff, Senior Judge Claude M. Hilton, Judge Liam O'Grady, Judge Anthony John Trenga, Judge Carl John Nichols, Judge Amy B. Jackson, Judge Emmet G. Sullivan, and Judge John G. Koeltl.

Review Amicus 58. The CDC stopped tracking breakthrough cases on May 1st, 2021. The CDC cannot know if the vaccine works and if it does, for how long. The CDC does not know the consequences of the vaccine. The CDC has no idea how the vaccine damages our immune system, soul, or spirit.

Vaccinated Justice Kavanaugh testing positive for COVID19 compromises the integrity of our entire Judiciary. (You all played God.) (The boosters make you a drug addict. Get your vascular port now.)

Nine individuals have made the decision to vaccinate 300 million Americans without judicial oversight. WHAT HAVE YOU DONE? YOU COMMITTED GENOCIDE. (Just a response to 14-1007 could have saved us.) (You tampered with God's children.) (You have no idea of the medical or mental consequences.) (For national security purposes I hope that several members of the Supreme Court have not been vaccinated. Remember that the creators of the vaccine are in essence Trump or Biden, your choice.)

Multiple members of the Supreme Court, including Chief Justice John Roberts, have degraded immune systems and are susceptible to viruses, bacteria, fungi, etc.

**Justice Kavanaugh will have to recuse himself from any and all litigation involving the COVID19 vaccines. He was vaccinated and became infected.** It will leave eight justices. We will have different opinions from different appellate courts.

This breakthrough infection is the atomic bomb heard around the world.

Any judge hearing a COVID19 vaccine case and ruling in favor of the mandate and employment termination policies should recuse themselves. The vaccine is a choice.

You all are drug addicts. You need your COVID19, pneumonia, influenza, HPV, shingles, etc. to live.

**YOU HAVE GIVEN UNPRECEDENTED POWER TO OUR TYRANNICAL GOVERNMENT.**

What diseases are the Haitians bringing across the border?

Godspeed - Sincerely, David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

**AMICUS 157 – OCTOBER 1ST, 2021 – Supreme Court Justice Brett Kavanaugh has lung cancer and has developed mental illnesses which include suicidal ideations.**

To: Jane Sullivan Roberts, Patricia McCabe, Jeffrey P. Minear, Marshal Gail A. Curley, Clerk Scott Harris, Justice Amy C. Barrett. - Judge Ellen Lipton Hollander, Clerk Felicia Cannon, Chief Judge William Pryor Jr., Clerk David J. Smith, Chief Judge Lee H. Rosenthal, Chief Judge Priscilla R. Owen, Clerk Lyle Cayce, Judge Lynn N. Hughes, Clerk Nathan Ochsner, Marshal T. O'Connor, Vice Admiral John Christenson, Irving L Azoff, Senior Judge Claude M. Hilton, Judge Liam O'Grady, Judge Anthony John Trenga, Judge Carl John Nichols, Judge Amy B. Jackson, Judge Emmet G. Sullivan, and Judge John G. Koeltl.

He is also delusional. Kavanaugh will continue to second guess himself into paranoia as will all of you.

COVID19 is, as are all viruses, a trigger that attacks the immune system. Symptoms may not appear for years.

All Supreme Justices are now wondering why the COVID19 vaccine did not work. This will have a psychological effect on all of them. Kavanaugh is 56.

Have you heard the COVID19 term "long haulers"?

Nobody knows the damage or potential damage that the COVID19 infection has done to a vaccinated individual.

The fact that his immune system did not protect him, at his age, should be of great concern.

People will spin that he was asymptomatic but in fact they do not know that.

Supreme Court Justice Brett Kavanaugh had a strong immune system and a vaccine, and he still got COVID19.

This is a fact: As the COVID19 vaccine degrades so does the immune system. Get you vascular port now.

This is the beginning of the end. Mankind committed suicide.

All we had to do was change the Narrative.

Godspeed - Sincerely, David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus

A Prelude/Reference Book/Appendix - Book 7

By David Andrew Christenson

ISBN 978-0-9846893-8-5 Hardback SCKV

ISBN 978-0-9846893-9-2 EBook SCKV

LCCN 2012933074

Copyright 1-724163643

Persimmon Publishing

Box 9063

Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

Amicus 58 - August 7th, 2021

Read the last paragraph first.
I have a math background from the Air Force Academy. The most important number we need right now is the number of people who test positive for COVID19 that have been vaccinated.

They are gambling with the fate of Mankind.

Breakthrough cases are epidemic and indicate that the vaccines will not protect Mankind but only facilitate our demise. How can I say, *"facilitate our demise"*? If we have Breakthrough cases then the vaccines do not work, and our immune systems do not work. In very simple terms our immune systems were turned off and instructed not to fight COVID19.

**THE CDC IS TRACKING COVID19 INFECTIONS FOR THOSE THAT ARE UNVACCINATED BUT NOT THOSE THAT ARE VACCINATED.**

**IF YOU ARE VACCINATED AND TEST POSITIVE FOR COVID19 THEN THE CDC DOES NOT WANT TO KNOW PER THE CDC.**

COVID19 is not going away, and they know that. The rush to make us slaves to a new and unproven technology causes me great concern. It would be different if they had used established technology. They are not telling us something.

It would have been better for us to have fought COVID19 with our own immune systems. Our immune systems are the greatest fighting force the world has ever known. Our immune systems have artificial intelligence and are quantum computers.

The following was cut and pasted from the CDC website.
https://www.cdc.gov/vaccines/covid-19/health-departments/breakthrough-cases.html
*"As of May 1, 2021, CDC transitioned from monitoring all reported vaccine breakthrough cases to focus on identifying and investigating only hospitalized or fatal cases due to any cause. This shift will help maximize the quality of the data collected on cases of greatest clinical and public health importance. Previous data on all vaccine breakthrough cases reported to CDC from January–April 2021 are available."*

How can the CDC state the following when they are not tracking Breakthrough cases? Since May 1st?

*"COVID-19 vaccines are effective - Vaccine breakthrough cases occur in only a small percentage of vaccinated people. To date, no unexpected patterns have been identified in the case demographics or vaccine characteristics among people with reported vaccine breakthrough infections."*

Godspeed - Dave

Case No. 21-20311 - Jennifer Bridges; et al, Plaintiffs – Appellants - v. - The Houston Methodist Hospital,
Defendants – Appellees Movant David Andrew Christenson June 28th, 2021

Amicus 18 – You are going to die if you do not change the narrative. Kill yourself, but please do not kill
our children and more importantly do not take away their God Given right to procreate. You are no
better than Hitler if you do.

China had a **"HOLY FUCK"** moment when they realized what they had stolen from the U.S. (It happened
after the negligent release of the Katrina Virus during Hurricane Katrina, the release of the Chines Spies
and when May Ray Nagan of New Orleans was quarantined in China. Check the dates.)

KT McFarland: *"I was President Trump's first deputy national security adviser and knew nothing about
these potentially dangerous **gain-of-function** research projects, nor that the U.S. government was
funding Chinese labs."*  Read the attached article.

Do you realize what I am saying? The U.S., and now China, have a "gain-of-function" weapon, that is in a
one ounce viral, that if released will destroy Mankind within seven days. **"HOLY FUCK"**

The cat is out of the bag. The world will discover the truth.

China realized that they had stolen a weapon that could destroy Mankind but that it could not be
controlled. They could not protect their own people. The U.S. already knew this.

You have been given the Federal case numbers where the Chinese Spies were released by Federal
Judges. The Federal Judiciary has been complicit in the Genocide of Mankind.

Think about the 40 plus year Tuskegee study.

What agreement did the U.S. enter into with China?



China and the U.S. were secretly working together at the Wuhan Lab.

Please read the attached opinion by KT McFarland.

This Amicus was filed in the following cases:

United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States
of America - Court of Appeals No.: 21-10371

Case No. 21-20311 - Jennifer Bridges; et al, Plaintiffs – Appellants - v. - The Houston Methodist Hospital,
Defendants – Appellees

Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton
Hughes

Neve v. Birkhead (1:21-cv-00308) District Court, M.D. North Carolina Judge Loretta Copeland Biggs
Legarreta v. Macias (2:21-cv-00179) District Court, D. New Mexico Judge Martha Alicia Vazquez

Klaassen v. The Trustees of Indiana University (1:21-cv-00238) District Court, N.D. Indiana Judge Damon
R Leichty

Godspeed
Sincerely,
David Andrew Christenson 
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com
dchristenson6@hotmail.com

Certificate of Service

I hereby certify that on June 28th, 2021, I filed the foregoing with the Clerk using CM/ECF and then
served the pleading via CM/ECF, U.S. First Class Mail and Email on June 28th, 2021.

_____
David Andrew Christenson

KT McFarland: Second COVID cover-up – China, we know about but was there another one in the US?
Scientists insisted that anyone promoting the lab leak theory was an anti-science conspiracy theorist
K.T. McFarland By K.T. McFarland | Fox News
https://www.foxnews.com/opinion/second-covid-coverup-china-us-kt-mcfarland
The world rightfully wants to find out what really happened in Wuhan and how what should have been a
run-of-the-mill virus set off a global pandemic. We probably never will, however, because of the Great
Chinese Cover-up.
But is there another cover-up, hiding right here in plain sight in Washington?
Did America bungle our initial handling of the pandemic because a handful of government scientists and
bureaucrats, and their unwitting media enablers, deliberately sent us off in the wrong direction in order
to cover up their own complicity in creating COVID-19?
These scientists insisted that anyone promoting the lab leak theory, including our leading governors and
well-respected scientists, was a hysterical, xenophobic, anti-science conspiracy theorist.
Did they react with such velocity and venom because they were covering up for their own misguided
actions? What did they not want the world to know? That they were funding risky gain-of-function
research and genetically engineering fairly harmless viruses to make them more contagious, virulent and
lethal in order to study them? That they were awarding grants to an adversarial nation's research lab,
where the Chinese military was also involved?
Did they do these things without the approval, or perhaps even knowledge of their bosses and therefore
need to cover their tracks, lest the world demand answers for their role for inadvertently contributing to
a global pandemic?

I was President Trump's first deputy national security adviser and knew nothing about these potentially dangerous gain-of-function research projects, nor that the U.S. government was funding Chinese labs. So, who did give the go-ahead to resume risky gain-of-function research? Government bureaucrats? If President Trump had been briefed, he NEVER would have agreed to it. First, he would have railed against U.S. tax dollars being used to pay for research in China. He was elected to change China policy, not subsidize it. Trump, a notorious germaphobe, would have railed even more loudly against paying mad scientists to create Frankenstein monster viruses.

So, who did give the go-ahead to resume risky gain-of-function research? Government bureaucrats? The so-called "expert class" who have been proven wrong again and again over the course of the pandemic? Even if they were not specifically funding gain-of-function research at the Wuhan lab, what were we funding there?

If we weren't funding gain-of-function research in China, were we doing so at other labs in other lands? Surely the decision to create killer viruses capable of creating global pandemics if mishandled should have been made at the highest levels of government. But it wasn't.

We now learn that National Institutes of Health scientists, whose gain-of-function research was shut down by the Obama administration, suddenly restarted it in January 2017, just as Donald Trump was taking office.

When discussing the possibility of a lab leak in gain-of-function research, Dr. Anthony Fauci wrote "that the benefits of such experiments and the resulting knowledge outweigh the risks." Tell that to a world still in the throes of a pandemic that has caused almost 4 million deaths.

When President Trump entertained the lab leak theory, they blamed him for the death of hundreds of thousands of Americans. These same government experts urged their allies in the media, social media and Silicon Valley to censor and silence anyone who questioned their pronouncements. Evidence is mounting that it likely was a lab leak, and these same scientists thought so all along, but refused to say so.

It is not fearmongering or conspiracy theorizing to ask legitimate questions of our own officials. It is only prudent. We are just emerging from a global pandemic that has caused more damage to our society and economy than a world war. Surely, we need to examine every aspect of the origin and spread of COVID, even if holding up a mirror to our own actions unveils a cover-up in Washington.

**Amicus - 41 –** July 23rd, 2021 – Statistically/Mathematically Breakthrough COVID19 Infections are a major indicator that the vaccines are not working for a **continually mutating virus** and that booster vaccines will be required indefinitely.

A Genocidal mistake was made. History will record that it was Egregious, Intentional and Malicious.

The continual injection of vaccines will ultimately kill us by destroying our immune systems.

I CANNOT MAKE THIS MORE CLEAR

Here is proof that I am right. The Biden Administration states that people with *"compromised immune systems"* will need boosters.

# THE VACCINES DO NOT WORK WITHOUT THE IMMUNE SYSTEMS AND YET THE VACCINE DESTROY THE IMMUNE SYSTEMS. (Alzheimer's is Biden's gift to you.)

# YOU TOOK THE VACCINE, YOU COMMITTED SUICIDE.

Think about this. Our immune systems defend Mankind against an infinite number of viruses, bacteria, and fungi every second of every day. Our immune systems have artificial intelligence, and they are our armies. Every vaccine we give ourselves degrades our immune systems. We lose the ability to fight.

Our immune system is a medical quantum computer that would have analyzed the COVID19 virus and then developed a defense for all mutations. This would have been communicated to Mankind via the immune systems.

COVID19 has been around since 2019. It has equally impacted both the Northern and Southern Hemispheres. This has never happened before. COVID19 is the most complex virus in the history of Mankind. It is a Genocidal Virus. We die by the virus or the destruction of our immune systems if we continue with the "Vaccinate at all Costs".

You cannot have "Herd Immunity" with vaccines when the virus is constantly mutating. **Mathematically we had "Herd Immunity" at Thanksgiving 2020 until we started vaccinating.**

COVID19 is mutating and not going away.

Medical Experts do not understand statistics. They do not understand the consequences of Breakthrough cases. The mentality they use is the same that they have used for suicides for 30 plus years and it is why mathematically suicides will outnumber births in a few years.

**<u>BY DAVID ANDREW CHRISTENSON: THE NET INCREASE IN PROTECTION FROM THE COVID19 VACCINE IS MINOR COMPARED TO THE DAMAGE – REDUCED PROTECTION - THAT THE VACCINE INFLECTS ON OUR IMMUNE SYSTEMS.</u>**

There are two reasons that Breakthrough Infections are taking place. The Delta or Lambda Covid19 Viruses are stronger than the original COVID19 Viruses and the individual's immune system is compromised by the original vaccine.

This Amicus was filed in the following cases:

1. **<u>Writ of Mandamus and Writ of Mandamus 14-1007 Supreme Court</u>**
2. Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander
3. Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro
4. Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York Judge John George Koeltl
5. United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371
6. Case No. 21-20311 - Jennifer Bridges; et al, Plaintiffs – Appellants - v. - The Houston Methodist Hospital, Defendants – Appellees
7. Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton Hughes
8. Neve v. Birkhead (1:21-cv-00308) District Court, M.D. North Carolina Judge Loretta Copeland Biggs
9. Legarreta v. Macias (2:21-cv-00179) District Court, D. New Mexico Judge Martha Alicia Vazquez
10. Klaassen v. The Trustees of Indiana University (1:21-cv-00238) District Court, N.D. Indiana Judge Damon R Leichty

Godspeed - Sincerely,

On File

David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086 - davidandrewchristenson@gmail.com. - dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on July 23rd, 2021, I filed the foregoing with the Clerk using CM/ECF and then served the pleading via CM/ECF, U.S. First Class Mail and Email on July 23rd, 2021.

On File

_____

David Andrew Christenson

# THE FOLLOWING IS MATHEMATICALLY IMPOSSIBLE UNLESS THE CDC IS LYING, AND YES, THE CDC IS ADMITTING TO THE LIES/FRAUD.

[The quarantine, masks, vaccines, CENSORSHIP, etc. were the worst things we could have done. We will continue with the Genocide of Mankind unless the Judiciary/Supreme Court upholds and honors the Constitution. STOP THE GOD DAMN CENSORSHIP AND ORDER A RESPONSE.]

**THE VACCINE WILL NOT PROTECT YOU.**

THE BOOSTERS THAT YOU WILL RECEIVE WILL CONTINUE TO DESTROY YOUR IMMUNE SYSTEM.

The arrogance of it. The CDC and coconspirators are scaring people into getting the COVID19 vaccine.

Per the CDC: Influenza and Influenza Deaths were eradicated for the 2020/2021 Influenza and Pneumonia Season. THIS INFORMATION WAS AND IS A CRIMINAL FRAUD.

There was a 97% - 99% reduction in Influenza Deaths and that is mathematically impossible. There are decades of records, and this has never happened. The CDC publishes the last 13 years of Influenza and Pneumonia Deaths every Friday with the CDC Flu View Report. It is a weekly rolling report shown as an Excel Spreadsheet. I have provided it to the court on numerous occasions.

There has been only one pediatric death (18 and under) this year. IN the last three years there were: 188, 144, and 199 Pediatric Influenza Deaths per the CDC. The season corresponds to the fiscal year and ends September 25th, 2021. https://www.cdc.gov/flu/weekly/index.htm

# THE CDC CLASSIFIED EVERYTHING AS COVID19. THE CDC ONLY TESTED FOR COVID19. THE CDC CLASSIFIED PNEUMONIA AND INFLUENZA DEATHS AS COVID19 DEATHS.

> ➢  *(My comments to the following article are enclosed with parentheses and in italics.)*

07/21/2021: Lab Alert: Changes to CDC RT-PCR for SARS-CoV-2 Testing
https://www.cdc.gov/csels/dls/locs/2021/07-21-2021-lab-alert-Changes_CDC_RT-PCR_SARS-CoV-2_Testing_1.html *"CDC encourages laboratories to consider adoption of a multiplexed method that can facilitate detection and differentiation of SARS-CoV-2 and influenza viruses." (Are you kidding? We did not do this already. DAC)*

CORONAVIRUS Published 9 hours ago By Caitlin McFall - Fox News - CDC urges labs to use COVID tests that can differentiate from flu - Laboratories have until the end of the year to make changes to their testing practices - https://www.foxnews.com/health/cdc-labs-covid-tests-differentiate-flu

The Centers for Disease Control and Prevention (CDC) urged labs this week to stock clinics with kits that can test for both the coronavirus and the flu as the "influenza season" draws near. *(Why did the clinics stop stocking Influenza and Pneumonia kits? The CDC wanted all data to show COVID19. DAC)*

The CDC said Wednesday it will withdrawal its request for the "Emergency Use Authorization" of real-time diagnostic testing kits, which were used starting in **February 2020** to detect signs of the coronavirus, by the end of the year. *(We have fraudulent data dating back to February 2020. The CDC wanted a COVID19 Pandemic. DAC)* ***(We did not have Influenza because we did not test for it. DAC)***

"CDC is providing this advance notice for clinical laboratories to have adequate time to select and implement one of the many FDA-authorized alternatives," the agency said.

The U.S. has reported more than 34.4 million cases of the coronavirus since the pandemic began in 2020 and more than 610,000 deaths. *(FRAUD – the 34.4 million cases include false positives and positive flu and pneumonia cases. The 610,000 deaths include influenza and pneumonia deaths. DAC)*

But while cases of COVID-19 soared nationwide, hospitalizations and deaths caused by influenza dropped. *(Semantics – Influenza did not just disappear. DAC)*

According to data released by the CDC earlier this month, influenza mortality rates were significantly lower throughout 2020 than previous years. *(Mathematically Impossible. DAC)*

There were **646 deaths** relating to the flu among adults reported in 2020, whereas in 2019 the CDC estimated that between **24,000 and 62,000 people died from influenza-related illnesses**. *(Again, this is mathematically impossible. The CDC does not include pneumonia deaths which are about 300,000 per year. IT APPEARS THAT WE HAD A REALLY BAD FLU YEAR. DAC)*

The CDC urged laboratories to "save both time and resources" by introducing kits that can determine and distinguish a positive test for the coronavirus and flu.

"CDC encourages laboratories to consider adoption of a multiplexed method that can facilitate detection and differentiation of SARS-CoV-2 and influenza viruses," the agency said Wednesday.

Laboratories will have until the close of 2021 before the CDC officially withdrawals its Emergency Use Authorization of the Real-Time RT-PCR Diagnostic Panel.

➢ **WE ALLOWED OUR GENOCIDE BY CENSORING THOSE THAT WERE FIGHTING FOR US.**

Godspeed - Sincerely,
David Andrew Christenson
Box 9063 - Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.