| | |
|---|---|
| **From:** | Justin Marinello |
| **To:** | FLSDdb_efile Scola |
| **Subject:** | Twitter |
| **Date:** | Wednesday, October 27, 2021 10:34:20 AM |

**CAUTION - EXTERNAL:**

We the people would like to know why you judged in favor of Twitter Donald Trump did nothing to violate their rules he just had a different agenda than them we would love an email back specifically marking what he said and what he did to break Twitter rules I believe you are a judge that is judging based on your agenda. This is a free country and by your judgment you are saying you don't care about freedom of speech. We would like a response back from this email iemail I am going to post this to every social media page to let people know that I sent you this letter and I will let him know whether you responded or not. I will start a petition to have you removed have you removed based on biased judgments and balloons judgments and believe me I have a lot of people already behind me.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.