# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

| PART I. | TRANSCRIPT ORDER INFORMATION |
|---|---|

*Appellant to complete and file with the District Court Clerk and the Court of Appeals Clerk within 14 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: __TRUMP__ vs __TWITTER__

District Court No.: __21-cv-22441__  Date Notice of Appeal Filed: __10/8/21__  Court of Appeals No.: _____
(If Available)

CHOOSE ONE:  ☑ No hearing  ☐ No transcript is required for appeal purposes  ☐ All necessary transcript(s) on file
☐ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested:*

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☐ Pre-Trial Proceedings | | | PG |
| ☐ Trial | | | |
| ☐ Sentence | | | |
| ☐ Plea | | | |
| ☐ Other | | | |

FILED BY ___ PG
NOV 15 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## METHOD OF PAYMENT:

☐ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☐ CRIMINAL JUSTICE ACT. My completed AUTH-24 requesting authorization for government payment of transcripts has been uploaded in eVoucher and is ready for submission to the magistrate judge or district judge [if appointed by the district court] or to the circuit judge [if ordered by or appointed by the circuit court]. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on the AUTH-24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party: _____
Name of Firm: _____
Address: _____
E-mail: _____  Phone No.: _____

*I certify that I have completed and filed PART I with the District Court Clerk and the Court of Appeals Clerk, sent a copy to the appropriate Court Reporter(s) if ordering a transcript, and served all parties.*

DATE: __10/23/21__  SIGNED: _____  Attorney for: __SELF__

| PART II. | COURT REPORTER ACKNOWLEDGMENT |
|---|---|

*Court Reporter to complete and file with the District Court Clerk within 14 days of receipt. The Court Reporter shall send a copy to the Court of Appeals Clerk and to all parties.*

Date Transcript Order received: _____

☐ Satisfactory arrangements for paying the cost of the transcript were completed on: _____
☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: _____  Estimated no. of transcript pages: _____  Estimated filing date: _____

DATE: _____  SIGNED: _____  Phone No.: _____

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

| PART III. | NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT |
|---|---|

*Court Reporter to complete and file with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a copy to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): _____

Actual No. of Volumes and Hearing Dates: _____

Date: __10/18/2021__  Signature of Court Reporter: _____

Rev. 12/17

*COURT OF APPEALS RECEIVED CLERK OCT 1 3 2021 ATLANTA, GA*

*FILED BY AP D.C. Oct 13, 2021 ANGELA E. NOBLE CLERK U.S. DIST. CT. S. D. OF FLA. - MIAMI*

United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson (Movant) - Court of Appeals No.: 21-XXXXX – October 8th, 2021

*REC'D BY AP D.C. Oct 15, 2021 ANGELA E. NOBLE CLERK U.S. DIST CT. S. D. OF FLA. - MIAMI*

Notice of Appeal

Case titled:

Trump v. Twitter, Inc (1:21-cv-22441) District Court, S.D. Florida Judge Robert Nichols Scola Jr.
Friend of Court Brief filed by David Andrew Christenson (Movant) October 8th, 2021

Notice of Appeal

Movant, David Andrew Christenson, file this Notice of Appeal against the "paperless order" issued by Judge Scola on October 8th, 2021.

Godspeed

Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on October 8th, 2021, I filed the foregoing with the Clerk of SDFL and 11th Circuit. The Parties were served via CM/ECF, U.S. First Class Mail and Email on October 8th, 2021.

David Andrew Christenson

Case 1:21-cv-22441-RNS   Document 78   Entered on FLSD Docket 10/18/2021   Page 1 of 3

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

ANGELA E. NOBLE　　　　　　　　　　　　　　　　　　　　　　　　　APPEALS SECTION
CLERK OF COURT　　　　　　　　　　　　　　　　　　　　　　　　　　305-523-5080



TO: COUNSEL OF RECORD/APPELLANT　　　　　　　　　　　　　DATE: 10/18/2021

IN RE:　　　　District Court No: 21-CV-22441-RNS

　　　　　　　Style: DONALD J. TRUMP, et al. v. TWITTER, INC., et al.

**ORDERING AND DESIGNATION OF REPORTER'S TRANSCRIPTS [Pursuant to FRAP 10(b)]**

This will acknowledge the Notice of Appeal filed in the above case which has been transmitted to the Eleventh Circuit Court of Appeals in Atlanta, GA.

**WITHIN FOURTEEN (14) DAYS** from the date of the Notice of Appeal being filed, the appellant must complete the attached *Transcript Information Form (TIF)*, **REGARDLESS OF WHETHER TRANSCRIPTS ARE BEING ORDERED OR NOT**. The *TIF* must be completed and mailed to the District Court Clerk at 400 N. Miami Avenue, Room 8N09, Miami, FL 33128-7716, **ATTN: COURT REPORTER COORDINATOR** in the attached envelope.

**COMPLETE THE SECTION REQUESTING TRANSCRIPTS ONLY WHEN REQUESTING TRANSCRIPTS OF HEARINGS WHICH TOOK PLACE IN THE DISTRICT COURT**. Arrangements for payment must be made with the court reporter within ten (10) days of the request.

**Counsel appointed pursuant to the Criminal Justice Act must complete a CJA 24,** *Authorization and Voucher for Payment of Transcript*, attach it to this form and forward them to the **COURT REPORTER COORDINATOR** at the above mentioned address. These forms are available at the Intake Section of the Clerk's Office.

If opposing counsel wishes to file a supplemental designation of a transcript, **you must file a motion to supplement the record with the Court of Appeals in Atlanta**. If granted, a supplemental *TIF* must be prepared and forwarded to the court reporter. The District Court **cannot** file a late designation without an order from the Court of Appeals. The court reporter **cannot** accept any further designations for the purpose of appeal other than the appellant's original unless the Court of Appeals has granted permission.

The **CERTIFICATE OF READINESS OF THE RECORD ON APPEAL** will be transmitted upon the filing of the court reporter's transcript or upon notice that a transcript will NOT be ordered.

If you have any questions, please contact the Court Reporter Coordinator at 305-523-5635.

Sincerely,
Angela E. Noble, Clerk of Court

　　By:　A. Perez
　　　　　　　　Deputy Clerk

attachment

| ☑ 400 North Miami Avenue Room 8N09 Miami, FL 33128-7716 305-523-5100 | ☐ 299 E. Broward Boulevard Ft. Lauderdale, FL 33301 954-769-5400 | ☐ 701 Clematis Street West Palm Beach, FL 33401 561-803-3400 | ☐ 301 Simonton Street, Rm 130 Key West, FL 33040 305-296-4947 | ☐ 300 South 6th Street Ft. Pierce, FL 34950 561-595-9691 |

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550

PENSACOLA FL 325

27 OCT 2021 PM 1 L

District Court Clerk
Attn: Court Reporter Coordinator
400 N. Miami Avenue
Room 8N09
Miami, FL 33128-7716

33128-771699