Motion for Permission to Appeal in Forma Pauperis and Affidavit

United States Court of Appeals for the Eleventh Circuit

David Andrew Christenson v. (Twitter) - Court of Appeals No.: 21-13615.
District Court Docket No.: 1:21-cv-22441-RNS Trump v. Twitter, Inc. District Court, S.D. Florida Judge Robert Nichols Scola Jr.

Please waive the fee.

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this Affidavit are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Date: November 30th, 2021.     Signed:

### Financial Information

My wife and I have no assets other than a 1989 Jeep and a 2006 Chevy. Both vehicles need major service and are unsafe. We pay $1,400.00 per month in rent. We have a $50,000.00 consolidation loan and no other debt. Medical insurance, life insurance, etc. cost us over $1,000.00 per month. I receive $1,266.00 in social security benefits. My wife makes $3,000.00 per month. (Every penny of my social security, and more, goes to administrative expenses such as postage, toner, paper, envelopes, internet, etc.) We are fugal and we still deficit spend over $2,000.00 per month. My out-of-pocket medical expenses exceeded $10,000.00 for 2021. (The cost for my total knee replacement was over $125,000.00.)

I consider myself to be employed (non-paid) as a Federal Whistleblower and Activists. (You have no idea how expensive it is to fight for your fellow Americans.)

Godspeed
Sincerely,

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

# 4:21cv1774

Reference Supreme Court: 21A15 Justice Amy Coney Barrett Emergency Application for Writ of Injunction, Relief Requested by Friday, August 13, 2021

Amicus – 101 – August 12th, 2021

United States Courts
Southern District of Texas
FILED
AUG 16 2021
Nathan Ochsner, Clerk of Court

### THE MIRACLE, AND IT IS SO SIMPLE

(I beg you to let me retire – I cannot retire until the narrative is changed.)

## THE SUPREME COURT IS THE ONLY LEGITIMATE ENTITY IN THE WORLD THAT CAN SAVE MANKIND.

## WHERE THE SUPREME COURT GOES, MANKIND GOES.

Change the narrative by ordering a response. This is about Mankind. (It is not about me, and I do not want it to be about me. IT HAS TO BE ABOUT CHANGING THE NARRATIVE AND SAVING MANKIND.)

My prevailing without the Supreme Court will result in a violent revolution. My writings will be used against the Supreme Court and that is not a good thing. (Pray that I do not die before the narrative is changed.)

The Supreme Court is *"legitimate."* If we are to bring about peaceable change then it must come from the Supreme Court. This is an opportunity to hit the *"reset"* button.

I know we disagree, but I believe the Preamble is the Constitution and (We) "I, _____, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God."

The agencies within the government are not only lying to the American people but to each other. The White House was livid this week when they found out that on May 1st, 2021, the CDC stopped tracking breakthrough infections for those that had been vaccinated.

What will happen if the American people find out the vaccines do not work?

What happens if the Messenger vaccines instruct the vaccinated immune systems **to not** fight the COVID19 Virus? There is empirical evidence that this is happening.

Americans will not have their immune systems because of Censorship.

1. **Writ of Mandamus and Writ of Mandamus 14-1007 Supreme Court**
2. Standage v. Braithwaite (1:20-cv-02830) District Court, D. Maryland Judge Ellen Lipton Hollander
3. Alters v. People's Republic of China (1:20-cv-21108) District Court, S.D. Florida Judge Ursula Mancusi Ungaro

4. Democratic National Committee v. The Russian Federation (1:18-cv-03501) District Court, S.D. New York Judge John George Koeltl
5. United States Court of Appeals for the Eleventh Circuit - David Andrew Christenson v. The United States of America - Court of Appeals No.: 21-10371
6. Case No. 21-20311 - Jennifer Bridges; et al, Plaintiffs – Appellants - v. - The Houston Methodist Hospital, Defendants – Appellees
7. Bridges v. Houston Methodist Hospital (4:21-cv-01774) District Court, S.D. Texas Judge Lynn Nettleton Hughes
8. Neve v. Birkhead (1:21-cv-00308) District Court, M.D. North Carolina Judge Loretta Copeland Biggs
9. Legarreta v. Macias (2:21-cv-00179) District Court, D. New Mexico Judge Martha Alicia Vazquez
10. Klaassen v. The Trustees of Indiana University (1:21-cv-00238) District Court, N.D. Indiana Judge Damon R Leichty

Godspeed

Sincerely,

On File

David Andrew Christenson
Box 9063
Miramar Beach, Florida 32550
504-715-3086
davidandrewchristenson@gmail.com.
dchristenson6@hotmail.com.

Certificate of Service

I hereby certify that on August 12th, 2021, I filed the foregoing with the Clerk using CM/ECF and then served the pleading via CM/ECF, U.S. First Class Mail and Email on August 12th, 2021.

On File

David Andrew Christenson

*My books have been removed/censored/sanitized from the Library of Congress. All references to me and my books have been removed/censored/sanitized from the Library of Congress. My books have Library of Congress Control Numbers (LCCN). This book was placed into the Library of Congress in 2012.*

The United States Supreme Court and The Katrina Virus
A Prelude/Reference Book/Appendix - Book 7
By David Andrew Christenson
ISBN 978-0-9846893-8-5 Hardback SCKV
ISBN 978-0-9846893-9-2 EBook SCKV
LCCN 2012933074
Copyright 1-724163643
Persimmon Publishing
Box 9063
Miramar Beach, Florida 32550

An Epic Constitutional Crisis. I am talking about the political destruction of all three branches (Executive, Judicial and Legislative) of our Federal Government. One hundred and fifty five million Americans and Canadians may be infected with The Katrina Virus. Did the United States Supreme Court participate in the criminal cover-up? Misprision is a crime/felony. In simple terms it means that you had knowledge of a crime and did nothing. Did the Supreme Court have knowledge? YES! I gave them the knowledge. The real question is: what did the Supreme Court do with the knowledge of The Katrina Virus and the cover-up?

There was no simple way to present this story. I fully acknowledge that the material is presented in an incoherent manner. What you are reading is a compilation of my communications with the Supreme Court since my arrest for cyberstalking FBI Special Agent Steven Rayes on March 15th, 2011. It must be emphasized that I was arrested on a Louisiana Warrant (not a Federal Warrant as one would expect.) and I have never been charged with a crime. A Louisiana Search and Seizure Warrant was used by the FBI to steal my evidence, documentation, etc. of what happened in New Orleans after Hurricane Katrina. In simplistic terms chemical warfare contaminates were released from DOD and CIA classified facilities. The United States Military conducted operational missions in violation of Federal Law and killed Americans. 1500 Americans are still missing. Were the contaminated bodies recovered, analyzed and burned in Federal Government incinerators? Are some of the bodies being kept alive in vegetative states so that the Federal Government can study the long term effects of the Katrina Virus? (Remember the Syphilis Studies in Alabama and Guatemala.)

This is a Prelude/Reference Book/Appendix. The end of the story has not been written. Judgment must not be passed upon the Supreme Court at this time. The Supreme Court may have actually protected me. Think about it. Who could the Supreme Court have turned to? Congress and the Executive Branch are responsible for the murder, genocide, treason and crimes against humanity. The only option for the Supreme Court may have been to provide me with the protection needed, to not only uncover the truth about the Katrina Virus, but to bring it to the attention of American and Canadian people.

USCA11 Case: 21-13615 Date Filed: 12/16/2021 Page: 5 of 5

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Fl. 32550



PENSACOLA FL 325
30 NOV 2021 PM 2 L

CLEARED SECURITY

DEC 03 2021

U.S. MARSHALS SERVICE
Atlanta, Georgia

David J. Smith
Clerk of Court
11th Circuit
56 Forsyth St., N.W.
Atlanta, Georgia 30303

30303-221656