United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Donald Trump, Linda Cuadros, and American Conservative Union, Plaintiffs, <br><br> v. <br><br> Twitter, Inc. and Jack Dorsey, Defendants. | ) ) ) ) ) Civil Action No. 21-22441-Civ-Scola ) ) ) ) ) |

### Order Denying Motion for Leave to Appeal in Forma Pauperis

This matter is before the Court on non-party David Andrew Christenson's motion for leave to appeal *in forma pauperis*. (ECF No. 93.) The Court previously denied Christenson's motion for leave to file amicus briefs or otherwise intervene in this action. (ECF Nos. 66.) For the reasons stated below, Christenson's current motion is **denied**. **(ECF. No. 93.)**

28 U.S.C. § 1915(a) and Fed. R. App. P. 24(a) spell out the requirements for parties moving to appeal *in forma pauperis*. 28 U.S.C. § 1915(a)(1) requires such parties to submit an affidavit stating "the nature of the action, defense or appeal …." *Id.* Similarly, Fed. R. App. 24(a) requires an affidavit stating "the issues that the party intends to present on appeal." Fed. R. Civ. P. 24(a)(1)(C).

Christenson's affidavit does neither. Christenson's failure to state the issues on appeal is fatal to his motion under Rule 24(a). *See U.S. v. Real Property Known As 6556 Skyline Drive*, No. 9:15-CV-80123, 2016 WL 11080258, at *1 (S.D. Fla. Dec. 7, 2016) (Rosenberg, J.) Moreover, the Court notes that Christenson's motion appears to be unrelated to the Court's order denying him leave to file amicus briefs in this matter. As such, Christenson's motion is **denied**. **(ECF No. 93.)**

The Clerk of the Court is directed to mail a copy of this order to Christenson at the physical and email addresses below.

**Done and ordered** in chambers, at Miami, Florida, on February 8, 2022.

_____
Robert N. Scola, Jr.
United States District Judge

David Andrew Christenson
P.O. Box 9063
Miramar Beach, Florida 32550
davidandrewchristenson@protonmail.com
davidandrewchristenson@gmail.com