**FILED BY** HH **D.C.**

**Mar 15, 2022**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 15, 2022

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

Appeal Number:  21-13615-E
Case Style:  In re: David Christenson
District Court Docket No:  1:21-cv-22441-RNS

The enclosed copy of this Court's Order of Dismissal is issued as the mandate of this court. <u>See</u>
11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a
motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of
such order. No additional time shall be allowed for mailing."

Any pending motions are now rendered moot in light of the attached order.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Gloria M. Powell, E
Phone #: (404) 335-6184

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  21-13615-E

_____

In re: DAVID CHRISTENSON,

Interested Party-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

O R D E R:

      This appeal is DISMISSED for lack of jurisdiction.  David Christenson appealed from the district court's October 8, 2021 paperless order denying Christenson's construed request to file amicus briefs in the underlying case.  Importantly, Christenson was not a party to the underlying proceedings and, at the time Christenson filed his notice of appeal, the district court had not decided whether Christenson could intervene in the matter.  Accordingly, the October 8 paperless order is not final or immediately appealable.  *See* 28 U.S.C. §§ 1291, 1292; *CSX Transp. Inc. v. City of Garden City*, 235 F.3d 1325, 1327 (11th Cir. 2000) ("To be appealable, an order must either be final or fall into a specific class of interlocutory orders that are made appealable by statute or jurisprudential exception."); *see also Fox v. Tyson Foods, Inc.*, 519 F.3d 1298, 1301 (11th Cir. 2008) (discussing the "anomalous rule").  This appeal is DISMISSED.

      All pending motions are DENIED as moot.

DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT – BY DIRECTION